<table>
<tr><td>

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of __Delaware__
                        (State)

Case number *(if known)*: _____  Chapter __7__

</td></tr>
</table>

☐ Check if this is an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Mad Catz, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | **Mad Catz** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **87-0470365** |

**4.**   Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **10680 Treena Street** | |
| Number     Street | Number     Street |
| **Suite No. 500** | |
| **San Diego, California 92131** | |
| City     State     ZIP Code | City     State     ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| **San Diego** | **401 Palmyrita Avenue** |
| County | Number     Street |
| | **Riverside**     **CA**     **92507** |
| | City     State     ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **www.madcatz.com** |

**6.**   Type of debtor

    ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
    ☐ Partnership (excluding LLP)
    ☐ Other. Specify: _____

Debtor    **Mad Catz, Inc.**
           Name                                                    Case number *(if known)* _____

---

**7.    Describe debtor's business**        A.  *Check one:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐   Railroad (as defined in 11 U.S.C. § 101(44))
☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐   Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒   None of the above

B.  *Check all that apply:*

☐   Tax-exempt entity (as described in 26 U.S.C. § 501)
☐   Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐   Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**7139**

---

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☒   Chapter 7
☐   Chapter 9
☐   Chapter 11.  *Check all that apply:*

   ☐   Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 on a consolidated basis (amount subject to adjustment on 4/01/19 and every 3 years after that).
   ☐   The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   ☐   A plan is being filed with this petition.
   ☐   Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   ☐   The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.
   ☐   The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐   Chapter 12

---

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒   No
☐   Yes.

| District | _____ | When | __ / __ / ____ MM / DD / YYYY | Case number | _____ |
| District | _____ | When | __ / __ / ____ MM / DD / YYYY | Case number | _____ |

---

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒   No
☐   Yes.

Debtor _____    Relationship _____

District _____    When _____
                                    MM / DD / YYYY

Case number, if known _____

---

Debtor    **Mad Catz, Inc.**                                                    Case number (if known) _____
_____
Name

| 11. | Why is the case filed in *this* *district*? | Check all that apply: |

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? |

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

_____
Number        Street

_____

_____
City                                    State        ZIP Code

**Is the property insured?**

☐ No.

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

| 13. | Debtor's estimation of available funds | Check one: |

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

| 14. | Estimated number of creditors | | | |
|---|---|---|---|---|
| | | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| | | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | | ☒ 200-999 | | |

| 15. | Estimated assets | | | |
|---|---|---|---|---|
| | | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | | ☐ $50,001-$100,000 | ☒ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Mad Catz, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. | Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|---|

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/30/2017
　　　　　　　 MM / DD / YYYY

X _____
Signature of authorized representative of debtor

David McKeon
Printed name

Title   **Chief Financial Officer**

| 18. | Signature of attorney | X _____ | Date  03/30/2017 |
|---|---|---|---|
| | | Signature of attorney for debtor | MM / DD / YYYY |

**Matthew B. Lunn**
Printed Name

**Young Conaway Stargatt & Taylor, LLP**
Firm name

**1000       North King Street**
Number       Street

**Wilmington**                                      **DE**        **19801**
City                                                      State        Zip Code

**(302) 571–6600**                             mlunn@ycst.com
Contact phone                                  Email address

**4119**                                               **DE**
Bar number                                        State

## ACTION BY UNANIMOUS WRITTEN CONSENT
## OF THE BOARD OF DIRECTORS OF MAD CATZ, INC.

The undersigned, being all of the members of the board of directors (the "Board") of Mad Catz, Inc., a Delaware corporation (the "Company"), and having reviewed and considered, among other things, the financial condition of the Company and the Company's business on the date hereof, the recommendations of the management of the Company, and the recommendations of the Company's legal advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under the provisions of title 11 of the United States Code, do hereby vote for, adopt, approve, and consent to the following resolutions by written consent pursuant to Section 141(f) of the Delaware General Corporation Law and Article III, Section 9 of the Bylaws of the Company, as amended:

RESOLVED, that, in the judgment of the Board, it is desirable and in the best interests of the Company, the creditors of the Company, and other interested parties that a voluntary petition (the "Petition") be filed by the Company under the provisions of chapter 7 of title 11 of the United States Code; and it is further

RESOLVED, that David McKeon (the "Designated Representative") be, and, acting alone, hereby is, authorized, directed, and empowered (i) to execute and verify the Petition and all documents ancillary thereto, and to cause the Petition to be filed with the United States Bankruptcy Court for the District of Delaware, such Petition to be filed at such time as the Designated Representative shall determine and to be in the form approved by the Designated Representative, with the execution thereof by such Designated Representative being conclusive evidence of the approval thereof by the Designated Representative; (ii) to make or cause to be made prior to the execution thereof any modifications to the Petition or such ancillary documents that, in the judgment of the Designated Representative, may be necessary, appropriate, or desirable, and (iii) to execute, verify, and file or cause to be filed all other petitions, schedules, lists, motions, applications, declarations, affidavits, and other papers or documents that, in the judgment of the Designated Representative, may be necessary, appropriate, or desirable in connection with the foregoing; and it is further

RESOLVED, that the law firm of Young Conaway Stargatt & Taylor, LLP ("Young Conaway") is authorized and empowered to represent the Company as its general bankruptcy counsel on the terms set forth in its engagement letter with the Company, which is hereby ratified and approved, and to represent and assist the Company in carrying out its duties under title 11 of the United States Code, and to take any and all actions to advance the Company's rights, including, without limitation, the preparation of pleadings and filings in the bankruptcy case, and the Designated Representative may take any action necessary to further the retention of Young Conaway; and it is further

RESOLVED, that the Designated Representative be, and, acting alone, hereby is, authorized, directed, and empowered from time to time to take such actions and execute and deliver such documents as may be required or as the Designated Representative may determine to be necessary, appropriate, or desirable to carry out the intent and purpose of the foregoing resolutions or to obtain the relief sought thereby, including without limitation the execution and delivery of any petitions, schedules, lists, motions, applications, declarations, affidavits, and

other papers or documents, with all such actions to be taken in such manner, and all such petitions, schedules, lists, motions, applications, declarations, affidavits, and other papers or documents to be executed and delivered in such form as the Designated Representative shall approve, the taking or execution thereof by the Designated Representative being conclusive evidence of the approval thereof by the Designated Representative; and it is further

RESOLVED, the grant of authority provided to the Designated Representative for the limited purposes set forth herein shall survive the resignation of the Designated Representative as an officer and director of the Company; and it is further

RESOLVED, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions, which acts and transactions would have been authorized and approved by the foregoing resolutions except that such acts and transactions were taken prior to the adoption of such resolutions, be, and they hereby are, in all respects confirmed, approved, and ratified.

*[Remainder of Page Intentionally Left Blank]*

01:21724591.1

IN WITNESS WHEREOF, the undersigned do hereby execute this written consent effective as of the 30th day of March, 2017.

Karen McGinnis

David McKeon

Tyson Marshall