IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------x
:
:
In re:                                     : Chapter 7
:
MAD CATZ, INC.,[1]                         : Case No. 17–_10679_ (___)
:
        Debtor.                            :
:
:
------------------------------------------------------------------x

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.      Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that my firm, Young Conaway Stargatt & Taylor, LLP ("**YCST**") is counsel for the above-named debtor and that compensation paid to YCST within one year before the filing of the petition in bankruptcy, or agreed to be paid to YCST, for services rendered or to be rendered on behalf of the debtor (the "**Debtor**") in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, YCST has agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . $80,000

Prior to the filing of this statement YCST has received . . . . . . . . . . . . . . . . . $80,000[2]

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $0

2.      The source of the compensation paid to YCST was the Debtor.

3.      YCST has not agreed to share the above-disclosed compensation with any other person unless they are a partner or associate of YCST.

4.      In return for the above-disclosed fee, YCST has agreed to pay the filing fees required to commence the bankruptcy case and has further agreed to render legal services relating to the bankruptcy case, including:

        a.      Analysis of the Debtor's financial situation, and rendering advice to the Debtor in determining whether to file a petition in bankruptcy;

        b.      Preparation and filing of a voluntary petition in bankruptcy and certain other documents that may be required;

---

[1] The last four digits of the Debtor's taxpayer identification number are (0365). The Debtor's address is 10680 Treena Street, Suite No. 500, San Diego, California 92131.

[2] A portion of this amount was for advice concerning a possible chapter 11 case and a potential sale of the Debtor's assets.

01:21727776.1

      c.      Representation of the Debtor at the meeting of creditors, and any adjourned hearings thereof.

5.      By agreement with the Debtor, the above-disclosed fee does not include the representation of the Debtor in adversary proceedings and other contested bankruptcy matters; nor does it include any future non-bankruptcy representation.

## CERTIFICATION

I hereby certify that the foregoing is a complete statement of any agreement or arrangement for payment to YCST for representation of the Debtor in this bankruptcy proceeding.

Dated: Wilmington, Delaware        YOUNG CONAWAY STARGATT & TAYLOR, LLP
       March 30, 2017

*/s/ Matthew B. Lunn*
Edmon L. Morton (No. 3856)
Matthew B. Lunn (No. 4119)
Justin H. Rucki (No. 5304)
Rodney Square
1000 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel for the Debtor*