# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------------x
                                          :
                                          :
In re:                                    : Chapter 7
                                          :
MAD CATZ, INC.,[1]                        : Case No. 17-10679 (KG)
                                          :
              Debtor.                     :
                                          :
                                          :
                                          :
-------------------------------------------------------------------x
```

## DECLARATION CONCERNING LIST OF CREDITORS AND CREDITOR MATRIX

I, David McKeon, the designated representative of the above-captioned debtor (the "**Debtor**"), declare under penalty of perjury that I have reviewed the List of Creditors submitted herewith, pursuant to Local Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, containing the complete list of creditors of the Debtor, and hereby verify that the information contained therein is complete, true and correct to the best of my knowledge.

The information contained in the List of Creditors is based on a review of the Debtor's books and records; the Debtor has not completed a comprehensive legal and/or factual investigation with regard to possible defenses to any claims of the potential claimants included in the List of Creditors. In addition, certain of the entities included in the List of Creditors may not hold outstanding claims as of the date hereof, and thus may not be creditors of the Debtor for purposes of this chapter 7 case, but are included herein for notice purposes out of an abundance of caution. Therefore, the List of Creditors does not and should not be deemed to constitute: (1) an acknowledgement that any person or entity listed

---

[1] The last four digits of the Debtor's taxpayer identification number are (0365). The Debtor's address is 10680 Treena Street, Suite No. 500, San Diego, California 92131.

currently holds a claim against the Debtor; (2) an acknowledgement of the allowability, in whole or in part, of any claim asserted by any person or entity listed; or (3) a waiver of any right or legal position of the Debtor.  In addition, the List of Creditors does not include the Debtor's customers because the customers are generally not a current creditor of the Debtor, because such informational may be confidential information, and because the Debtor's customer list constitutes a marketable and valuable asset of the Debtor's estate.


Date:  March 31, 2017                                   MAD CATZ, INC.,

                                                        /s/ David McKeon
                                                        David McKeon
                                                        Designated Representative

1080 PARTNERS LLC
113 WILD HORSE VALLEY DR
NOVATO, CA  94947-3615

1328158 ONTARIO INC.
5560 EXPLORER DRIVE
MISSISSAUGA, ON L4W 5M3
CANADA

2SHIP SOLUTIONS INC.
55 ADMINISTRATION ROAD
CONCORD, ONTARIO  L4K 4G9
CANADA

AAA RENTS & EVENT SERVICES
2700 NORTH 27TH
LINCOLN, NE  68521

ACCELLOS INC.
PO BOX 856691
MINNEAPOLIS, MN  55485-6691

AD4GAME INC.
271 SOUPRAS STREET
MONTREAL, QUEBEC  H9C 2X8
CANADA

ADROLL INC.
DEPT LA 24226
PASADENA, CA  91185-4226

AEROSOFT USA INC
WOLFGANG BURCHHARDT
NAPLES, FL  34119

AGUILERA, NATHAN
1167 TENAYA LAKE RD
CHULA VISTA, CA  91913

A.I.C.P.A.
220 LEIGH FARM ROAD
DURHAM, NC  27707-8110

AIT WORLDWIDE LOGISTICS
PO BOX 66730
CHICAGO, IL  60666-0730

ALEXANDER, BEN
17815 32ND PLACE N
PLYMOUTH, MN  55447

ALLEN, DAVID
101 MARKET ST., APT 307
SAN DIEGO, CA  92101

ALVARADO, NANCY
10667 LA VINE ST.
ALTA LOMA, CA  91701

AM3D A/S
RIIHIMAKIVEJ 6
DK-9200 AALBORG
DENMARK

AMBIANCE AV
270 SAN MARCOS STREET
SAN GABRIEL, CA  91776

AMERIGAS
P.O. BOX 7155
PASADENA, CA  91109-7155

ANATIP PTE. LTD
LEVEL 10 55 MARKET STREET
SINGAPORE

ANDERSON, DERRICK
3213 SE 33RD STREET
OKLAHOMA CITY, OK  73165

ANSARADA PTY LIMITED
215 WEST OHIO
CHICAGO, IL  60654

ANTONELLI HARRINGTON THOMPSON LLP
4306 YOAKUM BLVD. STE 450
HOUSTON, TX  77006

APPLIANCE REPAIR BOOKKEEPING
4694 ALVARADO CANYON RD
SAN DIEGO, CA  92120

AQUENT LLC
FILE 70238
LOS ANGELES, CA  90074-0238

ASCENDIANT CAPITAL MARKETS LLC
18881 VON KARMAN AVENUE
IRVINE, CA  92612

AT&T
P.O. BOX 5080
CAROL STREAM, IL  60197-5080

AT&T
P.O. BOX 5025
CAROL STREAM, IL  60197-5025

AT&T
P.O. BOX 5019
CAROL STREAM, IL  60197-5019

AT&T MOBILITY
P.O. BOX 6463
CAROL STREAM, IL  60197-6463

AT&T
P.O. BOX 5014
CAROL STREAM, IL  60197-5014

AT&T CORP.
ONE AT&T WAY
BEDMINSTER, NJ  07921-0752

ATTWOOD, SARAH
4675 UTAH ST., UNIT 4
SAN DIEGO, CA  92104

AUTOMATIC DATA PROCESSING INC
P.O. BOX 31001-1874
PASADENA, CA  91110-1874

AVAYA INC.
P.O. BOX 5332
NEW YORK, NY  10087-5332

B. RILEY & CO. LLC
11100 SANTA MONICA BLVD
LOS ANGELES, CA  90025

BALL, ANTHONY
[REDACTED]

BANDAI NAMCO ENTERTAINMENT INC
2051 MISSION COLLEGE BLVD
SANTA CLARA, CA  95054

BARNEY & BARNEY
MARSH & MCLENNAN INS AGENCY LLC
LOS ANGELES, CA  90074

BATTERY CENTER, INC.
595 S. ARROWHEAD AVE
SAN BERNARDINO, CA  92408

BEALE, CHRISTOPHER
18 HENNING TERRACE
DENVILLE, NJ  07834

BEAR, JOSHUA
916 CULBERTSON AVENUE
WORLAND, WY  82401

BENQ AMERICA CORP.
3200 PARK CENTER DRIVE
COSTA MESA, CA  92626

BERINGUEL, ALGEN T.
[REDACTED]

BIGLETE, JEFFREY
8869 REVELSTROKE WAY
SAN DIEGO, CA  92126

BLUETOOTH SIG INC.
5209 LAKE WASHINGTON BLVD NE
KIRLAND, WA  98033

BLU-RAY DISC ASSOCIATION
3855 SW 153RD DRIVE
BEAVERTON, OR  97003

BOLLENBECKER, DIANE S.
[REDACTED]

BRADLEY, WILLIAM
247 SOUTH ROAD
MALBOROUGH, CT  06447

BRASK ENTERPRISES INC.
P.O. BOX 55287
HOUSTON, TX  77255-5287

BRIDGES, JENNIFER L.
[REDACTED]

BROADRIDGE
P.O. BOX 416423
BOSTON, MA  02241-6423

BROOKS HOUGHTON & COMPANY INC
780 THIRD AVENUE
NEW YORK, NY  10017

BROOKS, JONATHAN
6841 BALLINGER AVE
SAN DIEGO, CA  92119

BROWN, DONALD RICHARD III
4 JAMIE LANE
SHREWSBURY, MA  01545

BROWN, TOM
15583 PASEO DEL ARROYO
POWAY, CA  92064

BUCKLES, CINDY
3905 WEST RUSSELL COURT
MUNCIE, IN  47304

BUENO, JESSE J.
33405 BARRINGTON DR.
TEMECULA, CA  92592

BUSINESS PRINTING CO. INC.
1965 GILLESPIE WAY
EL CAJON, CA  92020

BRENDA HIGHTOWER BUTLER CSR
500 N. STATE LINE AVENUE
TEXARKANA, TX  75501

BUSH, MARY M. T.
[REDACTED]

THE BYU STORE
P.O. BOX 27904
PROVO, UT  84602-7904

CALIFORNIA CHAMBER OF COMMERCE
P.O. BOX 398342
SAN FRANCISCO, CA  94139

CALIFORNIA CROSS DOCK INC.
401 PALMYRITA AVENUE
RIVERSIDE, CA  92507

CALIFORNIA PACKAGING
845 N. EUCLID AVENUE
ONTARIO, CA  91762

CALIFORNIA SECRETARY OF STATE
NOTARY PUBLIC SECTION
SACRAMENTO, CA  94277-0001

CANADA CUP GAMING LTD
9798 HIDDEN VALLEY DR NW
CALGARY, ALBERTA  T3A 5L2
CANADA

CAPCOM USA INC.
185 BERRY STREET
SAN FRANCISCO, CA  94107

CAPITAL LEGAL SERVICES INTERNATIONAL L.L.C.
ITALIANSKAYA STR., 17 LIT. A
RUSSIA 191186, ST PETERSBURG

CARABES, MARIA ROSARIO
[REDACTED]

CARRAWAY, BRAD
4934 VIA FRESCO
CAMARILLO, CA  93012

CDW DIRECT LLC
P.O. BOX 75723
CHICAGO, IL  60675-5723

CENTRAL SANITARY SUPPLY
416 N. 9TH STREET
MODESTO, CA  95350

CERTENT INC.
4683 CHABOT DRIVE
PLEASANTON, CA  94588

CERVANTES, SARAI S.
[REDACTED]

CHEONG, GABRIEL
8 KEW CRESCENT
SINGAPORE  466246

CHEP
FILE 749003
LOS ANGELES, CA  90074-9003

CHIARELLO, CARLO
540 FALCONRIDGE CRES.
KITCHENER, ONTARIO  N2K 4J2

CHINA EXPORT & CREDIT INSURANCE
CORPORATION (SINOSURE)
34/F, AVIC CENTER
NO.1018 HUAFU ROAD
FUTIAN DISTRICT
SHENZHEN, CHINA 518031

CHOUBAILI, MERYEM
20683 CUTWATER PLACE
STERLING, VA  20165

CHLIC-CHICAGO
5476 COLLECTIONS CENTER DRIVE
CHICAGO, IL  60693

CHUNG, LINH M.
[REDACTED]

CIENFUEGOS, DALIN J.
[REDACTED]

CITRIX ONLINE LLC
FILE 50264
LOS ANGELES, CA  90074-0264

CITY OF REDLANDS
OFFICE OF CITY TREASURER
REDLANDS, CA  92373-1505

CITY TREASURER
BUSINESS TAX PROGRAM
SAN DIEGO, CA  92112-2289

CITY TREASURER
CITY OF SAN DIEGO
SAN DIEGO, CA  92112-1536

CLEAR TONE CORP.
2913 EL CAMINO REAL
TUSTIN, CA  92782

COFFEE AMBASSADOR, INC.
11578 SORRENTO VALLEY ROAD
SAN DIEGO, CA  92121

COMMERCE TECHNOLOGIES INC
25736 NETWORK PLACE
CHICAGO, IL  60673-1257

COMMONWEALTH OF VIRGINIA
DEPARTMENT OF TAXATION 2425 GEORGE MASON DR
VIRGINIA BEACH, VA  23456

COMPLETE OFFICE
PO BOX 4318
CERRITOS, CA  90703

CONSUMER ELECTRONICS ASSN
P.O. BOX 37154
BALTIMORE, MD  21297-3154

CONVENTION MNGMT RESOURCES INC
E3 HOUSING
SAN FRANCISCO, CA  94105

01:21742688.1

8

CON-WAY FREIGHT INC.
P.O. BOX 5160
PORTLAND, OR  97208-5160

COOPERSTOWN ENTERTAINMENT LLC
1240 BROADWAY
SAN FRANCISCO, CA  94109

COPYRIGHT CLEARANCE CENTER
P.O. BOX 843006
BOSTON, MA  02284-3006

CORODATA MEDIA STORAGE INC
PO BOX 846143
LOS ANGELES, CA  90084-6143

CORODATA RECORDS MANAGEMENT INC
PO BOX 842638
LOS ANGELES, CA  90084-2638

CORODATA SHREDDING INC.
P.O. BOX 846137
LOS ANGELES, CA  90084-6137

CORPORATION SERVICE COMPANY
P.O. BOX 13397
PHILADEPHIA, PA  19101-3397

COSTCO WHOLESALE
P.O. BOX 34340
SEATTLE, WA  98124

CRANE WORLDWIDE
P.O. BOX 844174
DALLAS, TX  75284-4174

CREDITSAFE USA INC.
PO BOX 789985
PHILADELPHIA, PA  19178-9985

CRUZ, EDUARDO
[REDACTED]

CT CORPORATION SYSTEM
P.O. BOX 4349
CAROL STREAM, IL  60197-4349

CUSTOM SIMS
1030 WHOLESALE ROW
JACKSON, MS  39201

D&H DISTRIBUTING CO.
P.O. BOX 056731
LOS ANGELES, CA  90074-6731

DAY, SEPI
330 ROSEMONT STREET
LA JOLLA, CA  92037

DE FLORES, MARIA
[REDACTED]

DEACONS
5TH FLOOR ALEXANDRA HOUSE, 18 CHATER RD
CENTRAL, HONG KONG

DELL FINANCIAL SERVICES
PAYMENT PROCESSING CENTER
CAROL STREAM, IL  60197-5292

DELL MARKETING L.P.
C/O DELL USA L.P.
PASADENA, CA  91110-0916

DESALVO, CAMILLE
315 INDIANA STREET
WHEATON, IL  60187

DESCHAMPS, CHERYL A.
[REDACTED]

DEXIN CORPORATION
14F-B NO 258 LIAN CHEUNG ROAD
TAIPEI HSIEN, TAIWAN

DI IULLO, TIM
1007 HOWARD AVE #44
ESCONDIDO, CA  92029

DIAMOND HOLIDAY TRAVEL
18906 E. GALE AVENUE
ROWLAND HEIGHTS, CA  91748

DIGITAL CONTENT PROTECTION LLC
3855 SW 153RD DRIVE
BEAVERTON, OR  97003

DIGITALPRO INC.
13257 KIRKHAM WAY
POWAY, CA  92064

DIMICK, BRIAN
6300 SALE AVENUE
WOODLAND HILLS, CA  91367

DOBBS, JOHN
625 EAST 19TH STREET
EL DORADO, AR  71730

DOCUMENT TECHNOLOGIES LLC
PO BOX 936158
ATLANTA, GA  31193-6158

DOLBY LABORATORIES LICENSING CORP
100 POTRERO AVENUE
SAN FRANCISCO, CA  94103

DONGGUAN KONKA MOULD PLASTIC CO.,LTD
KONKA ROAD #5, SANLIAN INDUSTRIAL ZONE
DONGGUAN CITY, CHINA  523685

DONNELLEY FINANCIAL SOLUTIONS
P.O. BOX 842282
BOSTON, MA  02284-2282

DPI DIRECT
13257 KIRKHAM WAY
POWAY, CA  92064

DREW, ROBERT M.
[REDACTED]

DTS INC.
5220 LAS VIRGENES ROAD
CALABASAS, CA  91302

DUCO TECHNOLOGIES INC.
191 NORTH GIBSON ROAD
HENDERSON, NV  89014

DUNCAN, JAMES
19 BRADFORD STREET
CHARLESTON, WV  25301

DURHAM JONES & PINEGAR
192 EAST 200 N., 3FLR
ST. GEORGE, UT  84770

EA SWISS SARL
PLACE DU MOLARD 8
1204 GENEVA, SWITZERLAND

EASYASK LLC
200 WHEELER ROAD
BURLINGTON, MA  01803

EDGEAQ LLC
EDGENET FINANCE DEPARTMENT
NASHVILLE, TN  37204

EDI SPECIALISTS INC.
62997 COLLECTION CENTER DRIVE
CHICAGO, IL  60693-0629

ELECTRONIC ARTS INC.
P.O. BOX 200866
DALLAS, TX  75320-0866

ELLENOFF GROSSMAN & SCHOLE LLP
1345 AVENUE OF THE AMERICAS
NEW YORK, NY  10105

ENTERTAINMENT SOFTWARE ASSOCIATION
575 7TH STREET NW
WASHINGTON, DC  20004

EQUITY MANAGEMENT INC.
4365 EXECUTIVE DRIVE
SAN DIEGO, CA  92121-2127

ESQUIRE DEPOSITION SOLUTIONS LLC
P.O. BOX 846099
DALLAS, TX  75284-6099

EULER HERMES CANADA
1155 BOUL.RENE-LEVESQUE WEST
MONTREAL, QUEBEC  H3B 2L2
CANADA

EULER HERMES NA INSURANCE CO
800 RED BROOK BLVD
OWINGS MILLS, MD  21117-1008

EURPAC WAREHOUSE SALES
1421 DIAMOND SPRINGS ROAD
VIRGINIA BEACH, VA  23455

EVERS, LORRI
3701 WABASH AVENUE
SPRINGFIELD, IL  62711-6261

FEDERAL EXPRESS CORPORATION
P.O. BOX 7221
PASADENA, CA  91109-7321

FEDEX FREIGHT
DEPT. LA
PASADENA, CA  91185-1415

FEDEX TRADE NETWORKS
BOX 916200 PO BOX 4090
TORONTO, ONTARIO  M5W 0E9

FENCE MEDIC
9509 EVERGREEN LANE
FONTANA, CA  92335-6103

FGI FINANCE
80 BROAD STREET
22ND FLOOR
NEW YORK, NY  10004

FLORIDA DEPARTMENT OF REVENUE
5050 WEST TENNESSEE STREET
TALLAHASSEE, FL  32399-0120

FLOWERS BY COLEY CLAIREMONT
9187 CLAIREMONT MESA BLVD
SAN DIEGO, CA  92123

FLOWERS BY COLEY IRVINE
18011 SKY PARK CIRCLE
IRVINE, CA  92614

FMT CONSULTANTS LLC
2310 CAMINO VIDA ROBLE
CARLSBAD, CA  92011

FOCUS HOME INTERACTIVE
11 RUE DE CAMBRAI
PARIS, FRANCE  75019

FOLIOFN INVESTMENTS INC.
P.O. BOX 10544
MCLEAN, VA  22102-8544

FORM-CRAFT BUSINESS SYSTEMS
4952 NAPLES STREET
SAN DIEGO, CA  92110

FOX, JOHN
14403 BRISTOL AVENUE
GRANDVIEW, MO  64030

FR KELLY
27 CLYDE ROAD
DUBLIN, IRELAND  D04 F838

FRANCHISE TAX BOARD
STATE OF CALIFORNIA
SACRAMENTO, CA  94257-0531

FRANK MAYER AND ASSOC.INC
PO BOX 88266
MILWAUKEE, WI  53288-0226

FREDERIC W. COOK & CO. INC
685 THIRD AVENUE
NEW YORK, NY  10017

FREEFORM
8375 CAMINO SANTA FE
SAN DIEGO, CA  92121

FREEMAN
P.O. BOX 650036
DALLAS, TX  75265-0036

FRONTIER DEVELOPMENTS PLC
306 SCIENCE PARK
MILTON ROAD, CAMBRIDGE  CB4 0WG

FS PILOT SHOP
14572 SOUTH 790 WEST
RIVERTON, UT  84065

GALVAN, EDUARDO
[REDACTED]

GAMELOFT
45 WEST 25TH STREET
NEW YORK, NY  10010

GARCIA'S WOOD WORKS CORP
P.O. BOX 2535
FONTANA, CA  92334

GAUDIOSI, JOHN
4809 TUPENNY LANE
RALEIGH, NC  27606

GEFFRE, DUANE
2105 FOXWORTHY AVE.
SAN JOSE, CA  95124

GEORGIA DEPT OF REVENUE
P.O. BOX 6004
ROME, GA  30162

GETGO INC.
PO BOX 50264
LOS ANGELES, CA  90074-0264

GLOBAL EXPERIENCE SPECIALISTS INC
C/O BANK OF AMERICA
PO BOX 96174
CHICAGO, IL  60693

GLOBENEWSWIRE
C/O WELLS FARGO BANK LB 40200
PO BOX 8500
PHILADELPHIA, PA  19178-0200

GMI BUILDING SERVICES INC.
8001 VICKERS STREET
SAN DIEGO, CA  92111

GONZALEZ, AMBER M.
[REDACTED]

GOODRICH RIQUELME Y ASOCIADOS
AVENIDA PASEO DE LA REFORMA
NUMBER 265, MEZZANINE 2
COLONIA CUAUHTEMOC, MEXICO
FEDERAL DISTRICT, ZIP CODE 06500

GOOGLE INC.
DEPARTMENT 33654
P.O. BOX 20580
SAN FRANCISCO, CA  94139

GORDON, KAREN
15008 3RD DRIVE SE
MILL CREEK, WA  98012

GREEN DOT NORTH AMERICA
1 ST CLAIR AVE WEST
TORONTO, ONTARIO  M4V 1K6
CANADA

GREEN LION DIGITAL REPORTING
P.O. BOX 606
WYCKOFF, NJ  07481

GREENHAUS & PENDERGRASS LLP
1965 CHATSWORTH BLVD
SAN DIEGO, CA  92107

GUERRERO, MICHAEL
776 WAKEFIELD COURT
EL CAJON, CA  92020-2055

GUTHRIE, SCOTT
26237 FAIRSIDE ROAD
MAILBU, CA  90265

GUTIERREZ, ELVIRA
[REDACTED]

GUTIERREZ, MARTHA G.
[REDACTED]

GUTIERREZ,  RENE
24435 DUNLAVY CT.
MORENO VALLEY, CA  92557

GXS INC.
P.O. BOX 640371
PITTSBURGH, PA  15264-0371

GXS, INC.
P.O. BOX 31001-0828
PASADENA, CA  91110-0828

HARDISON, DANIEL
3620 WILSON AVE.
SAN DIEGO, CA  92104

HARMONIX MUSIC SYSTEMS INC.
625 MASS AVENUE
CAMBRIDGE, MA  02139

THE HARTFORD
PO BOX 783690
PHILADELPHIA, PA  19178-3690

HDMI LICENSING LLC
2115 O'NEL DRIVE
SAN JOSE, CA  95131

HENRY'S PUB
614 FIFTH AVENUE
SAN DIEGO, CA  92101

HERTZ CLAIMS CENTER
PO BOX 782293
ORLANDO, FL  32878

HILL, NATHAN E.
[REDACTED]

HOME DEPOT CREDIT SERVICES
PO BOX 9001030
LOUISVILLE, KY  40290-1030

HUANG, CHRISTINE
2626 PARKWAY DRIVE
EL MONTE, CA  91732

HUDSON PRINTING
2780 LOKER AVENUE WEST
CARLSBAD, CA  92010

HUMANSCALE CORPORATION
11 EAST 26TH STREET
NEW YORK, NY  10010-1425

ICE SYSTEMS, INC.
P.O. BOX 11126
HAUPPAUGE, NY  11788

ICENHOUR, JUSTIN
P.O. BOX 1033
GRANITE FALLS, NC  28630

ILLINOIS DEPARTMENT OF REVENUE
P.O. BOX 19035
SPRINGFIELD, IL  62794-9035

IMAGINE PRINT SOLUTIONS
SDS 12-2000
MINNEAPOLIS, MN  55486-2000

IMAGINE QUEBEC INC
7 CARLTON
TORONTO, ONTARIO  M5B 2M3
CANADA

IMMERSION CORPORATION
30 RIO ROBLES
SAN JOSE, CA  95134

INNOPATH SOFTWARE INC.
333 W. EL CAMINO REAL
SUNNYVALE, CA  94087

INTEGRATED MAC SOLUTIONS
7918 EL CAJON BLVD
LA MESA, CA  91942

INTERTRUST CORPORATE SERV (BVI)LTD
171 MAIN STREET
TORTOLA VG 1110, BRITISH VIRGIN ISLANDS

INVESHARE INC.
P.O. BOX 568
ALPHARETTA, GA  30009-0568

IRA/KEOGH SERVICES CO.
2000 S. LOGAN STREET
DENVER, CO  80210

ISAAC, STEWART
13791 HOMESTEAD LANE
RIVERTON, UT  84065

JCIR
116 EAST 16TH STREET
NEW YORK, NY  10003

JIANG, GEORGE
310 WEST THIRD STREET
SANTA ANA, CA  92701

JOHN HANCOCK LIFE INSURANCE CO
P.O. BOX 600
BUFFALO, NY  14201-0600

JOHNSON, ANGELINA M.
[REDACTED]

JOHNSON, BRANDON
2441 FLORIDA AVENUE
KENNER, LA  70062

JOHNSON, LAURA
225 ROMAINE SPRING VIEW
FENTON, MO  63026

JULIO, MARK
6319 ELSBERRY ST.
SAN DIEGO, CA  92114

KAISER FOUNDATION HEALTH PLAN
CALIFORNIA SERVICE CENTER
PO BOX 23250
SAN DIEGO, CA 92193-3250

KAISER PERMANENTE
FILE 5915
LOS ANGELES, CA  90074-5915

KINSMAN, BRENDA
P.O. BOX 955
SAN CLEMENTE, CA  92674

KMART
C/O LAVANTE INC.
PO BOX 20580
SAN JOSE, CA  95160

KOOMA, RAVI
85 VIOLET STREET
CENTRAL ISLIP, NY  11722

KPMG LLP
DEPT. 0922
PO BOX 120922
DALLAS, TX  75312-0922

LANCASTER EVENT CENTER
PO BOX 29167
LINCOLN, NE  68529-0167

LAW OFFICE SCOTT WOLOSON PC
1431 WIRT ROAD
HOUSTON, TX  77055

LE, LINDA
25343 CYPRESS STREET
LOMITA, CA 90717

LEI CUSTOMS BROKERS INC.
456 HUMBER PLACE
NEW WESTMINSTER, BC V3M 6A5

LEVIN, AARON
[REDACTED]

LEVEL UP, LLC
8892 PALOS VERDES AVE
WESTMINSTER, CA 92683

LIM, LEANG
12090 VIA FELICIA
EL CAJON, CA 92019

LL&J, LLC
DBA SHOWSTOPPERS
5401 NAIMAN PARKWAYS
CLEVELAND, OH 44139

LUIZ LEONARDOS & CIA
RUA TEOFILO OTONI, 63/10 ANDAR
RIO DE JANEIRO, BRASIL

MACIAS-RODRIQUEZ, MARIA ISABEL
[REDACTED]

MAD CATZ EUROPE
1 & 2 SHENLEY PAVILION
CHALKDELL DRIVE
SHENLEY WOOD MILTON KEYNES,
BUCKINGHAMSHIRE MK5 6LB
ENGLAND

MAD CATZ GMBH
LANDSBERGER STRASSE 400
81241 MUNICH, GERMANY

MAD CATZ INTERACTIVE, INC.
181 BAY STREET, SUITE 4400
TORONTO, ONTARIO M5J 2T3
CANADA

MAD CATZ INTERACTIVE ASIA LTD
138 SHA TIN RURAL COMMITTEE RD
UNIT 1717-19 17F
SHATIN NT, HONG KONG
CHINA

MAD CATZ JAPAN
SAKURA BUILDING, 3RD FLOOR
TOKYO, JAPAN  158-0097

MARIN, MARIA E.
[REDACTED]

MARSH & MCLENNAN AGENCY LLC
BARNEY & BARNEY
9171 TOWNE CENTRE DRIVE, SUITE 500
SAN DIEGO, CA 92122

MARSHALL, MICHAEL
16026 MOUNT HOLLY CREEK LANE
SMITHFIELD, VA  23430

MARSHALL, TYSON E.
[REDACTED]

MARTINEZ, THERESA S.
[REDACTED]

MASUVALLEY AND PARTNERS
9665 GRANITE RIDGE DRIVE
SAN DIEGO, CA  92123

MATZ, JOHN
1713 COTTONTAIL DRIVE
OSHKOSH, WI  54904

MAXIMUM STAFFING, INC.
C/O WELLS FARGO BUSINESS CREDIT
PO BOX 202056
DALLAS, TX  75320

MCAFEE & TAFT
211 N. ROBINSON, STE 1000
OKLAHOMA CITY, OK  73102-7103

MCCLUNE, RYAN
23001 SE 45TH COURT
SAMMAMISH, WA  98075

MCGINNIS, KAREN
[REDACTED]

MCGINNIS, KAREN K
[REDACTED]

MCGOWAN, GARY V.
5009 CAROLINE
HOUSTON, TX  77004

MCKAY, JUSTIN
5238 COOPER COURT
RANCHO CUCAMONGA, CA  91739

MCKAY, LEE J.
[REDACTED]

MCKEON, DAVID
[REDACTED]

MCKEON, DAVID S.
[REDACTED]

MCMILLAN LLP
181 BAY STREET
TORONTO, ONTARIO  M5J 2T3
CANADA

MHL, LLC
2115 O'NEL DRIVE
SAN JOSE, CA  95131

MOORE, DEBRA L.
[REDACTED]

MEDIANT COMMUNICATIONS
P.O. BOX 29976
NEW YORK, NY  10087-9976

MEDICAL EYES SERVICES - VISION
P.O. BOX 25209
SANTA ANA, CA  92799-5209

MENDIVIL, NATHAN
2440 W. SUNNYVIEW DRIVE
RIALTO, CA  92377

MERRILL COMMUNICATIONS LLC
CM-9638
ST PAUL, MN  55170-9638

MICROSOFT CORPORATION
P.O. BOX 842103
DALLAS, TX  75282-2103

MICROSOFT CORPORATION
P.O. BOX 849995
DALLAS, TX  75284-9995

MICROSOFT LICENSING GP
6100 NEIL ROAD
RENO, NV  89511-1132

MIDDLETON, JON
1108 HOWARD HILLS ROAD
LAFAYETTE, CA  94549

MIGUEL, CHUCK
1322 BANNERMAN ROAD
TALLAHASSEE, FL  32312

MIQ GLOBAL LLC
32344 COLLECTION CENTER DRIVE
CHICAGO, IL  60693-0323

MODE TRANSPORTATION LLC
P.O. BOX 71188
CHICAGO, IL  60694-1188

MONARCAS PALLETS
P.O. BOX 310930
FONTANA, CA  92331

MONTGOMERY, WILLIAM A.S.
[REDACTED]

MORENO, GUADALUPE
24435 DUNLAVY CT.
MORENO VALLEY, CA  92557

MPEG LA, LLC
4600 S. ULSTER ST., SUITE 400
CONTRACT ADMINISTRATOR
DENVER, CO  80237

MY EQUITY COMP, LLC
80 BLUE RAVINE ROAD
FOLSOM, CA  95630

NASDAQ CORP.SOLUTIONS LLC
LBX 11700
P.O. BOX 780700
PHILADELPHIA, PA  19178-0700

NATIONAL ASSOCIATION MUSIC MERCHANTS
NAMM
5790 ARMADA DR.
CARLSBAD, CA  92008

NATIONAL BREAST CANCER FOUNDATION
2600 NETWORK BLVD, #300
FRISCO, TX  75034

NATIONAL UNION FIRE INS. CO
P.O. BOX 35540
PITTSBURGH, PA  07193-5540

NEAL, SEAN P.
[REDACTED]

NEEDLE PARTNERS LIMITED
GROVE HOUSE, MANSION GATE DRIVE
LEEDS,  LS7 4DN
ENGLAND

NELSON FAMILY OF COMPANIES
P.O. BOX 49195
SAN JOSE, CA  95161-9195

NELSON, MATTHEW
12431 E. PRINCE OF PEACE DR
EAGLE RIVER, AK  99577

NETSUITE INC.
15612 COLLECTIONS CENTER DRIVE
CHICAGO, IL  60693

NEVADA BUSINESS PARK LLC
C/O ROSSMORE ENTERPRISES
605 E MAIN ST #7
ASPEN, CO  81611

NEVADA DEPT OF REVENUE
P.O. BOX 52609
PHOENIX, AZ  85072-2609

NEWBAY MEDIA LLC
DEPT 106079
PO BOX 150485
HARTFORD, CT  06115-0485

NEWSTAR BUSINESS CREDIT
NEWSTAR FINANCIAL INC.
500 BOYLSTON ST # 1250
BOSTON, MA  02116

NPD GROUP INC.
24619 NETWORK PLACE
CHICAGO, IL  60673-1246

NYHART COMPANY
8415 ALLISON POINTE BLVD STE 300
INDIANAPOLIS, IN  46250

NYHOLT, JOHN
2796 TEAK CRESCENT
OAKVILLE, ONTARIO  L6J 7M4

NYSE MARKET INC.
BOX 223695
PITTSBURGH, PA  15251-2695

OFFICE DEPOT
PO BOX 29248
PHOENIX, AZ  85038-9248

OLEKSA, JESSICA D
[REDACTED]

ONDATJE, CHRISTOPHER D.
[REDACTED]

ONE SOURCE GROUP INC.
13223 BLACK MOUNTAIN ROAD
SAN DIEGO, CA  92129

ONTARIO FIRE EXTINGUISHER CO.
2732 PARCO AVENUE
ONTARIO, CA  91761

OPEN STORAGE SOLUTIONS INC.
2 CASTLEVIEW DRIVE
BRAMPTON, ONTARIO  L6T 5S9
CANADA

OSSA, ALEXANDER
11950 FM 1960 ROAD WEST
HOUSTON, TX  77065

OWNERIQ, INC.
27-43 WORMWOOD STREET
BOSTON, MA  02210

P&T LAW APC
1965 CHATSWORTH BLVD.
SAN DIEGO, CA  92107

PANTEA, AMY
2099 N 132ND DRIVE
GOODYEAR, AZ  85395

PATH TO YES LLC
5386 RED LEAF COURT
OVIEDO, FL  32765

PEGASUS LOGISTICS GROUP INC
306 AIRLINE DRIVE
COPPELL, TX  75019

PENTZ, PATRICK
8400 HERMOSA AVENUE APT H
RANCHO CUCAMONGA, CA  91730

PEPCOM, INC.
955 NW 17TH AVENUE BLDG L
DELRAY BEACH, FL  33445

PEREZ, MAIA A. WAKI
[REDACTED]

PERFORMANCE DESIGNED PRODUCTS LLC
2300 W. EMPIRE AVENUE
BURBANK, CA  91504

PETERSON, WHITNEY E.
7724 ROAN RD
SAN DIEGO, CA  92129

PETTY CASH FUND
10680 TREENA ST, STE 500
SAN DIEGO, CA  92131

PHAN, YENTRANG
11642 MIRO CIRCLE
SAN DIEGO, CA  92131

PIERI, ELIZABETH
1316 RANCHO LANE
THOUSAND OAKS, CA  91362

PITNEY BOWES GLOBAL FINANCIAL
P.O. BOX 371887
PITTSBURGH, PA  15250-7887

PODCASTONE SALES
335 NORTH MAPLE DRIVE
BEVERLY HILLS, CA  90210

POPOK, BILL
2087 ALBORADA DRIVE
CAMARILLO, CA  93010-9282

PREMIER ELECTRIC
P.O. BOX 2
YUCAIPA, CA  92373

THE PRINT BUTTON
1050 PIONEER WAY
EL CAJON, CA  92020

PRN LLC
600 MONTGOMERY
SAN FRANCISCO, CA  94111

PRO FLAME INC.
P.O. BOX 1507
COLTON, CA  92324-0840

PUBLIC SPECIAL INC.
3147 PROGRESS CIRCLE
MIRA LOMA, CA  91752

PURCHASE POWER
P.O. BOX 371874
PITTSBURGH, PA  15250-7874

PURE FLO WATER
7737 MISSION GORGE ROAD
SANTEE, CA  92071-3306

PURE WATER PARTNERS
DEPT CH 19648
PALATINE, IL  60055-9648

PURE WATER TECHNOLOGY INC
1902 ORANGE TREE LANE
REDLANDS, CA  92374

PXM DESIGN INC
D/B/A PROJECT X MEDIA
826 PARKMAN AVE
SOLANA BEACH, CA  92075

QUESNEL, PAUL ALAIN
100 PARK VISTA DRIVE
LAS VEGAS, NV  89138

RAFFERTY, DAN
5081 ASHBERRY ROAD
CARLSBAD, CA 92008

RAILSIMULATOR.COM LTD
TA DOVETAIL GAMES
CHATHAM, KENT  ME4 4NT
UNITED KINGDOM

RAZER USA LTD
9 PASTEUR
IRVINE, CA  92618

RC SIGN CLASSICS
4234 BLACKTON DRIVE
LA MESA, CA  91941

REGENTS OF UNIV.OF CALIFORNIA
CONTINUING EDUCATION OF THE BAR
2100 FRANKLIN ST., SUITE 500
OAKLAND, CA  94612-3098

REICHENBACH, MATT
935 NORTH 13 STREET
SEBRING, OH  44672

REMX OFFICE
PO BOX 512007
LOS ANGELES, CA  90051-0007

REPRO MAGIC
8585 MIRAMAR PLACE
SAN DIEGO, CA  92121

RESEARCH DATA GROUP INC.
P.O. BOX 883213
SAN FRANCISCO, CA  94188-3213

REYES, ROENTGEN
10506 FROBISHER CIRCLE
SAN DIEGO, CA  92126

REYNOLDS, MIKE
6439 TURNBERRY LANE SE
OLYMPIA, WA  98501

RICH LIMITED
3809 OCEAN RANCH BLVD
OCEANSIDE, CA  92056

RICHARDSON, DARREN
1780 KETTNER BLVD #708
SAN DIEGO, CA  92101

RIMORIN, JONATHAN
1658 POINT LOMA COURT
CHULA VISTA, CA  91911

RIMORIN, MONTY
4722 33RD ST. #10
SAN DIEGO, CA  92116

RKADIA SOLUTIONS INC.
25 CREST ROAD
RAMSEY, NJ  07446

ROBERT SPACE INDUSTRIES CORP
9255 W. SUNSET BLVD
WEST HOLLYWOOD, CA  90069-3305

ROCKSTAD, SCOTT
540 TRINITY LANE N.
ST PETERSBURG, FL  33716

RODRIGUEZ, ANGELICA
[REDACTED]

ROMERO GUARDADO, MARIA DEL CARMEN
[REDACTED]

ROONEY, RICHARD
20780 SW 90TH AVENUE
TUALATIN, OR  97062

ROSS, MELANIE
1815 LUCERNE CIRCLE
SAN MARCOS, CA  92078

RPX CORPORATION
ONE MARKET PLAZA
STEUART ST #800
SAN FRANCISCO, CA  94105

R.R.DONNELLEY FINANCIAL INC
PO BOX 932721
CLEVELAND, OH  44193

RUBALCABA, ANA MARIA
145 N. MONTEREY AVE.
ONTARIO, CA  91764

RUIZ, RAFAELA
[REDACTED]

RUIZ, RAYMOND A.
[REDACTED]

SAINT ISLAND INTL.PATENT OFFICES
P.O. BOX 81-974
TAIPEI, TAIWAN

SAINT LAWRENCE COMMUNICATIONS LLC
17480 DALLAS PARKWAY
DALLAS, TX  75287

SAJAN INC.
625 WHITETAIL BLVD
RIVER FALLS, WI  54022

SAME DAY EXPRESS
P.O. BOX 26333
SAN DIEGO, CA  92196

SAMSUNG ELECTRONICS CO LTD
129 SAMSUNG-RO
GYUNGGI-DO 443-742
KOREA

SAN DIEGO COUNTY TAX COLLECTOR
P.O. BOX 129009
SAN DIEGO, CA  92112

SAN DIEGO GAS & ELECTRIC CO.
P.O. BOX 25111
SANTA ANA, CA  92799-5111

SAN DIEGO PENSION CONSULTANTS INC.
5628 COPLEY DRIVE
SAN DIEGO, CA  92111

SAN DIEGO SHRM
C/O THE GRASSLEY GROUP
600 STATE STREET, SUITE A
CEDAR FALLS, IA  50613

SAN BERNARDINO COUNTY TAX COLLECTOR
268 W. HOSPITALITY LANE
SAN BERNARDINO, CA  92415-0360

SANDS EXPO CONVENTION CTR INC
201 SANDS AVENUE
LAS VEGAS, NV  89169

SANDS, TREVOR
189 CLOVER LANE
PERKIOMENVILLE, PA  18074

SANSONE, FRANK
2933 ARBORIDGE CT
FULLERTON, CA  92835

SCHMIDT, JOHN C.
5185 35TH STREET
SAN DIEGO, CA  92116

SCURIO CONSULTING INC.
7660 FAY AVENUE
LA JOLLA, CA  92037

SELECT EQUIPMENT SALES INC.
6911 8TH STREET
BUENA PARK, CA  90620

SHENZHEN HORN AUDIO CO LTD
NO.6 4TH GUIHUA ROAD
SHENZHEN, CHINA  518118

SILICON IMAGE INC.
DEPT 33841
SAN FRANCISCO, CA  94139

SILK SCREEN SHIRTS INC
240 PAUMA PLACE
ESCONDIDO, CA  92029

SMITH TRANSPORTATION SERVICES INC.
12717 WEST SUNRISE BLVD
SUNRISE, FL  33323-0902

SOCIETY HUMAN RESOURCE MANAGEMENT
P.O. BOX 791139
BALTIMORE, MD  21279-1139

SONY COMPUTER ENTERTAINMENT
C/O BANK OF AMERICA
LB55274
LOS ANGELES, CA  90012

SONY DADC US INC
FILE #99460
LOS ANGELES, CA  90074-9460

SONY INTERACTIVE ENTERTAINMENT AMERICA LLC
2207 BRIDGEPOINTE PARKWAY
SAN MATEO, CA  94404-5060

SOUTH COAST COPY SYSTEMS
6625 NANCY RIDGE DR.
SAN DIEGO, CA  92121

SOUTHWEST TOYOTALIFT
P.O. BOX 1070
MIRA LOMA, CA  91752

SPS COMMERCE
P.O. BOX 205782
DALLAS, TX  75320-5782

SRKX PRODUCTIONS LLC
1604 LARKIN AVENUE
SAN JOSE, CA  95129

STAFF HOLDINGS INC.
PO BOX 202056
DALLAS, TX  75320-2056

STAFFMARK
ATTN: US BANK
PO BOX 952386
ST. LOUIS, MO  63195

STAPLES
P.O. BOX 689020
DES MOINES, IA  50368-9020

STAPLES ADVANTAGE
DEPT. LA
PO BOX 83689
CHICAGO, IL  60696-3689

STATE BOARD OF EQUALIZATION
PO BOX 942879
SACRAMENTO, CA  94279-3535

STATE COMPTROLLER
TEXAS COMPTROLLER PUBLIC ACCTS
LYNDON B. JOHNSON STATE OFFICE BUILDING
111 EAST 17TH STREET
AUSTIN, TX  78774-0100

STATE OF DELAWARE
DEPARTMENT OF CORPORATIONS
TOWNSEND BUILDING
401 FEDERAL ST #4
DOVER, DE  19903

STATE OF MICHIGAN
MICHIGAN DEPT OF TREASURY
LANSING, MI  48909-8274

STEPHEN GOULD CORPORATION
35 SOUTH JEFFERSON ROAD
WHIPPANY, NJ  07981

STERLING NATIONAL BANK
8401 N. CENTRAL EXPRESSWAY
SUITE 600
DALLAS, TX 75225

STOESSER, JARED
9145 SHARON WAY
LA HABRA, CA  90631

STOUT RISIUS ROSS INC.
P.O. BOX 71770
CHICAGO, IL  60694-7177

SWANSON, LYNN
NYLA CONSULTING
LOS ANGELES, CA  90066-9998

TACHOVSKY, DEREK
1857 STATE SPUR 76D
WILBER, NE  68465

TANG, LEO
3311 ASPEN GROVE
IRVINE, CA  92618

TAURUS DISPLAY CORP.
1249 GLEN AVENUE
MOORESTOWN, NJ  08057

TECHNICOLOR HOME ENT. SERVICES
DEPT. NO. 7658
LOS ANGELES, CA  90088-7658

TEKLYNX AMERICAS
409 E. SILVER SPRING DRIVE
WHITEFISH BAY, WI  53217

TEN/O LLC
CHRISTOPHER CEGLIA
1734 GREAT HWY
SAN FRANCISCO, CA  94122

TERMINIX
TERMINIX PROCESSING CENTER
PO BOX 742592
CINCINNATI, OH  45274-2592

TESSCO INCORPORATED
PO BOX 102885
ATLANTA, GA  30368-2885

THERMAL LABEL WAREHOUSE LLC
DRAWER 1706
TROY, MI  48007-5935

THOMSON COMPUMARK
P.O. BOX 71892
CHICAGO, IL  60694-1892

THOMSON LICENSING
INTELLECTUAL PROPERTY/LICENSING
92443 ISSY-LES-MOULINEAUX
FRANCE

THOMSON REUTERS - WEST
PAYMENT CENTER
CAROL STREAM, IL  60197-6292

THOMPSON, JOSHUA
[REDACTED]

TIME WARNER CABLE
SPECTRUM BUSINESS
PO BOX60074
CITY OF INDUSTRY, CA  91716-0074

TNJ CONSULTING SERVICES
24 MOROCCO DRIVE
ROGERS, AR  72756

TOBIAS, RYAN
22 HALLMARK COURT
AMERICAN CANYON, CA  94503

TORRES, SAUL
1110 24TH STREET
SAN DIEGO, CA  92102

TOYOTA INDUSTRIES COMMERCIAL FINANCE
DEPT 2431
CAROL STREAM, IL  60132-2431

TPP 212 SCRIPPS LLC
C/O CUSHMAN & WAKEFIELD
PO BOX 511335
LOS ANGELES, CA  90051-7890

TRAIN SIMULATOR LIMITED
MARKET HOUSE 12A CROSS ROAD
TADWORTH, SURREY  KT20 5SR
ENGLAND

TREND RESULTS
2608 POWDERHORN DRIVE
PLANO, TX  75025

TRUE COMMERCE INC.
NW 6199
PO BOX 1450
MINNEAPOLIS, MN  55485-6199

TRUE COURSE SIMULATIONS
115 WEST DELANO AVENUE
PRESCOTT, AZ  86301

TWITCH INTERACTIVE INC.
225 BUSH STREET
SAN FRANCISCO, CA  94104

TYCO INTEGRATED SECURITY LLC
P.O. BOX 371967
PITTSBURGH, PA  15250-7967

UBERSTRATEGIST
306 ROUTE 515
STOCKHOLM, NJ  07460

UBISOFT INC.
625 THIRD STREET
SAN FRANCISCO, CA  94107-1907

ULINE
P.O. BOX 88741
CHICAGO, IL  60680-1741

UNITED CONCORDIA COMPANIES
P.O. BOX 827377
PHILADELPHIA, PA  19182-7377

UNITED HEALTHCARE INSURANCE CO
PO BOX 843118
LOS ANGELES, CA  90084-3118

UNITED HEALTHCARE OF CA
PO BOX 841346
LOS ANGELES, CA  90084-1346

UNITED PARCEL SERVICE
DEPT. 894820
LOS ANGELES, CA  90189-4820

UNITED RENTALS INC.
FILE 51122
LOS ANGELES, CA  90074-1122

UPS SUPPLY CHAIN SOLUTIONS INC.
28013 NETWORK PLACE
CHICAGO, IL  60673-1280

U.S. BANK EQUIPMENT FINANCE INC
P.O. BOX 790448
ST. LOUIS, MO  63179-0448

USB IMPLEMENTERS FORUM
3855 SW 153RD DRIVE
BEAVERTON, OR  97003

UNITED STATES CUSTOM SERVICE
P.O. BOX 530071
ATLANTA, GA  30353-0071

UTC VENTURE LLC
PO BOX 55976
LOS ANGELES, CA  90074-5976

VALLEJOS, MARISSA
9861 GENESEE AVENUE
SAN DIEGO, CA  92121

VAR RESOURCES INC.
PO BOX 10306
DES MOINES, IA  50306-0306

VE INTERACTIVE LLC
580 HARRISON AVENUE
BOSTON, MA  02118

VERCELLI, DONALD J.
[REDACTED]

VERIZON
P.O. BOX 920041
DALLAS, TX  75392-0041

VERIZON BUSINESS
P.O. BOX 15043
ALBANY, NY  12212-5043

VERIZON BUSINESS
P.O. BOX 660794
DALLAS, TX  75266-0794

VERIZON FLORIDA LLC
PO BOX 920041
DALLAS, TX  75392-0041

VIA LICENSING CORPORATION
1275 MARKET STREET
SAN FRANCISCO, CA  94103

VIDANA, DAVID
[REDACTED]

VIZCAINO, MARIA JOSE
6630 CAMINO MAQUILADORA
SAN DIEGO, CA  92154

VOICE AGE CORPORATION
750 CHEMIN LUCERNE
MONTREAL, QUEBEC  H3R 2H6
CANADA

VON HUBEN, CHRISTOPHER
6829 CORTE LANGOSTA
CARLSBAD, CA  92009

VOYETRA TURTLE BEACH INC.
100 SUMMIT LAKE DRIVE
VALHALLA, NY  10595

WALL STREET TRANSCRIPT
622 THIRD AVENUE
NEW YORK, NY  10017

WARREN PACKAGING
1722 E. GREVILLE COURT
ONTARIO, CA  91761

WAYMAN PILOT SUPPLIES
14351 NW 41ST AVENUE
OPA LOCKA, FL  33054

WEAVER, GLENN A.
[REDACTED]

WEDBUSH SECURITIES INC.
2 EMBARCADERO CENTER
SAN FRANCISCO, CA  94111

WELLS FARGO BUSINESS CREDIT
1ST CHOICE STAFFING INC.
DALLAS, TX  75320-2056

WELLS FARGO CARD SERVICES
P.O. BOX 6426
CAROL STREAM, IL  60197-6426

WEST COAST CABLE, INC.
5535 DANIELS STREET
CHINO, CA  91710

WESTVIEW INDUSTRIES INC.
270 SYLVAN AVENUE
ENGLEWOOD, NJ  07632-2522

WILLIAMS DATA MANAGEMENT
1925 E. VERNON AVENUE
LOS ANGELES, CA  90058-1685

WILLIAMS, NANCY
5070 FOX RIDGE DRIVE
NORTH CANTON, OH  44720

WILLIAMS, PERRY
13868 KERRY LANE
SAN DIEGO, CA  92130

WISCONSIN DEPT OF REVENUE
PO BOX 930208
MILWAUKEE, WI  53293-0208

WRIGHT GIFT COMPANY II LLC
6180 HAAS STREET
LA MESA, CA  91942-4311

WYMAN, CAROLE
13186 KELLAM COURT
SAN DIEGO, CA  92130

XIMCO CORPORATION
1/F SUITE 02
HAPPY VALLEY, HONG KONG
CHINA

XOTICPC
4000 LOWELL CIRCLE
LINCOLN, NE  68502

XTREME PALLETS
P.O. BOX 191
MIRA LOMA, CA  91752

YRC FREIGHT
PO BOX 100129
PASADENA, CA  91189-0003