# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Cheryl | Date Created: 4/3/2017 |
| Case: 17−10679−KG | Form ID: 309C | Total: 471 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

```
db          Mad Catz, Inc.         10680 Treena Street      Suite No. 500      San Diego, CA 92131
tr          David W. Carickhoff    Archer & Greiner, P.C.    300 Delaware Av    Suite 1100    Wilmington, DE
            19801
aty         Justin H. Rucki        Young Conaway Stargatt & Taylor, LLP    Rodney Square    1000 North King
            Street    Wilmington, DE 19801
aty         Matthew Barry Lunn     Young, Conaway, Stargatt & Taylor LLP    1000 North King Street    Wilmington,
            DE 19801
10996053    1080 PARTNERS LLC       113 WILD HORSE VALLEY DR      NOVATO, CA 94947−3615
10996054    1328158 ONTARIO INC.    5560 EXPLORER DRIVE      MISSISSAUGA, ON L4W
            5M3      CANADA
10996055    2SHIP SOLUTIONS INC.    55 ADMINISTRATION ROAD      CONCORD, ONTARIO L4K
            4G9      CANADA
10996062    A.I.C.P.A.      220 LEIGH FARM ROAD      DURHAM, NC 27707−8110
10996056    AAA RENTS & EVENT SERVICES      2700 NORTH 27TH      LINCOLN, NE 68521
10996057    ACCELLOS INC.      PO BOX 856691      MINNEAPOLIS, MN 55485−6691
10996058    AD4GAME INC.      271 SOUPRAS STREET      MONTREAL, QUEBEC H9C 2X8      CANADA
10996059    ADROLL INC.      DEPT LA 24226      PASADENA, CA 91185−4226
10996060    AEROSOFT USA INC      WOLFGANG BURCHHARDT      NAPLES, FL 34119
10996061    AGUILERA, NATHAN      1167 TENAYA LAKE RD      CHULA VISTA, CA 91913
10996063    AIT WORLDWIDE LOGISTICS      PO BOX 66730      CHICAGO, IL 60666−0730
10996064    ALEXANDER, BEN      17815 32ND PLACE N      PLYMOUTH, MN 55447
10996065    ALLEN, DAVID      101 MARKET ST., APT 307      SAN DIEGO, CA 92101
10996066    ALVARADO, NANCY      10667 LA VINE ST.      ALTA LOMA, CA 91701
10996067    AM3D A/S      RIIHIMAKIVEJ 6      DK−9200 AALBORG      DENMARK
10996068    AMBIANCE AV      270 SAN MARCOS STREET      SAN GABRIEL, CA 91776
10996069    AMERIGAS      P.O. BOX 7155      PASADENA, CA 91109−7155
10996070    ANATIP PTE. LTD      LEVEL 10 55 MARKET STREET      SINGAPORE
10996071    ANDERSON, DERRICK      3213 SE 33RD STREET      OKLAHOMA CITY, OK 73165
10996072    ANSARADA PTY LIMITED      215 WEST OHIO      CHICAGO, IL 60654
10996073    ANTONELLI HARRINGTON THOMPSON LLP      4306 YOAKUM BLVD. STE 450      HOUSTON, TX
            77006
10996074    APPLIANCE REPAIR BOOKKEEPING      4694 ALVARADO CANYON RD      SAN DIEGO, CA
            92120
10996075    AQUENT LLC      FILE 70238      LOS ANGELES, CA 90074−0238
10996076    ASCENDIANT CAPITAL MARKETS LLC      18881 VON KARMAN AVENUE      IRVINE, CA
            92612
10996081    AT&T      P.O. BOX 5014      CAROL STREAM, IL 60197−5014
10996079    AT&T      P.O. BOX 5019      CAROL STREAM, IL 60197−5019
10996078    AT&T      P.O. BOX 5025      CAROL STREAM, IL 60197−5025
10996077    AT&T      P.O. BOX 5080      CAROL STREAM, IL 60197−5080
10996082    AT&T CORP.      ONE AT&T WAY      BEDMINSTER, NJ 07921−0752
10996080    AT&T MOBILITY      P.O. BOX 6463      CAROL STREAM, IL 60197−6463
10996083    ATTWOOD, SARAH      4675 UTAH ST., UNIT 4      SAN DIEGO, CA 92104
10996084    AUTOMATIC DATA PROCESSING INC      P.O. BOX 31001−1874      PASADENA, CA 91110−1874
10996085    AVAYA INC.      P.O. BOX 5332      NEW YORK, NY 10087−5332
10996086    B. RILEY & CO. LLC      11100 SANTA MONICA BLVD      LOS ANGELES, CA 90025
10996087    BALL, ANTHONY      1400 BARTON RD.      APT 2816      REDLANDS, CA 92373
10996088    BANDAI NAMCO ENTERTAINMENT INC      2051 MISSION COLLEGE BLVD      SANTA CLARA, CA
            95054
10996089    BARNEY & BARNEY      MARSH & MCLENNAN INS AGENCY LLC      LOS ANGELES, CA
            90074
10996090    BATTERY CENTER, INC.      595 S. ARROWHEAD AVE      SAN BERNARDINO, CA 92408
10996091    BEALE, CHRISTOPHER      18 HENNING TERRACE      DENVILLE, NJ 07834
10996092    BEAR, JOSHUA      916 CULBERTSON AVENUE      WORLAND, WY 82401
10996093    BENQ AMERICA CORP.      3200 PARK CENTER DRIVE      COSTA MESA, CA 92626
10996094    BERINGUEL, ALGEN T.      2012 MT. BULLION DR.      CHULA VISTA, CA 91913
10996095    BIGLETE, JEFFREY      8869 REVELSTROKE WAY      SAN DIEGO, CA 92126
10996097    BLU−RAY DISC ASSOCIATION      3855 SW 153RD DRIVE      BEAVERTON, OR 97003
10996096    BLUETOOTH SIG INC.      5209 LAKE WASHINGTON BLVD NE      KIRLAND, WA 98033
10996098    BOLLENBECKER, DIANE S.      6827 TUXEDO RD.      SAN DIEGO, CA 92119
10996099    BRADLEY, WILLIAM      247 SOUTH ROAD      MALBOROUGH, CT 06447
10996100    BRASK ENTERPRISES INC.      P.O. BOX 55287      HOUSTON, TX 77255−5287
10996110    BRENDA HIGHTOWER BUTLER CSR      500 N. STATE LINE AVENUE      TEXARKANA, TX
            75501
10996101    BRIDGES, JENNIFER L.      1361 WEST 9TH AVE., # 707      ESCONDIDO, CA 92029
10996102    BROADRIDGE      P.O. BOX 416423      BOSTON, MA 02241−6423
10996103    BROOKS HOUGHTON & COMPANY INC      780 THIRD AVENUE      NEW YORK, NY 10017
10996104    BROOKS, JONATHAN      6841 BALLINGER AVE      SAN DIEGO, CA 92119
10996105    BROWN, DONALD RICHARD III      4 JAMIE LANE      SHREWSBURY, MA 01545
```

```
10996106   BROWN, TOM          15583 PASEO DEL ARROYO          POWAY, CA 92064
10996107   BUCKLES, CINDY      3905 WEST RUSSELL COURT         MUNCIE, IN 47304
10996108   BUENO, JESSE J.     33405 BARRINGTON DR.            TEMECULA, CA 92592
10996111   BUSH, MARY M. T.    12707 MENGIBAR AVE.             SAN DIEGO, CA 92129
10996109   BUSINESS PRINTING CO. INC.    1965 GILLESPIE WAY    EL CAJON, CA 92020
10996113   CALIFORNIA CHAMBER OF COMMERCE     P.O. BOX 398342  SAN FRANCISCO, CA 94139
10996114   CALIFORNIA CROSS DOCK INC.    401 PALMYRITA AVENUE  RIVERSIDE, CA 92507
10996115   CALIFORNIA PACKAGING       845 N. EUCLID AVENUE     ONTARIO, CA 91762
10996116   CALIFORNIA SECRETARY OF STATE     NOTARY PUBLIC SECTION     SACRAMENTO, CA 94277-0001
10996117   CANADA CUP GAMING LTD      9798 HIDDEN VALLEY DR NW     CALGARY, ALBERTA T3A 5L2    CANADA
10996118   CAPCOM USA INC.     185 BERRY STREET     SAN FRANCISCO, CA 94107
10996119   CAPITAL LEGAL SERVICES      INTERNATIONAL L.L.C.    ITALIANSKAYA STR., 17 LIT. A    RUSSIA 191186, ST PETERSBURG
10996120   CARABES, MARIA ROSARIO      1433 WEST MESA DR.      RIALTO, CA 92376
10996121   CARRAWAY, BRAD      4934 VIA FRESCO     CAMARILLO, CA 93012
10996122   CDW DIRECT LLC      P.O. BOX 75723      CHICAGO, IL 60675-5723
10996123   CENTRAL SANITARY SUPPLY     416 N. 9TH STREET     MODESTO, CA 95350
10996124   CERTENT INC.        4683 CHABOT DRIVE     PLEASANTON, CA 94588
10996125   CERVANTES, SARAI S.     25870 JUMANO DR.     MORENO VALLEY, CA 92551
10996126   CHEONG, GABRIEL     8 KEW CRESCENT     SINGAPORE 466246
10996127   CHEP      FILE 749003      LOS ANGELES, CA 90074-9003
10996128   CHIARELLO, CARLO     540 FALCONRIDGE CRES.     KITCHENER, ONTARIO N2K 4J2
10996129   CHINA EXPORT & CREDIT INSURANCE     CORPORATION (SINOSURE)     34/F, AVIC CENTER     NO.1018 HUAFU ROAD     FUTIAN DISTRICT     SHENZHEN, CHINA 518031
10996131   CHLIC-CHICAGO       5476 COLLECTIONS CENTER DRIVE     CHICAGO, IL 60693
10996130   CHOUBAILI, MERYEM     20683 CUTWATER PLACE     STERLING, VA 20165
10996132   CHUNG, LINH M.      2760 WANEK RD.     ESCONDIDO, CA 92027
10996133   CIENFUEGOS, DALIN J.     2204 SOUTH BARCELONA     SPRING VALLEY, CA 91977
10996134   CITRIX ONLINE LLC     FILE 50264     LOS ANGELES, CA 90074-0264
10996135   CITY OF REDLANDS     OFFICE OF CITY TREASURER     REDLANDS, CA 92373-1505
10996136   CITY TREASURER      BUSINESS TAX PROGRAM     SAN DIEGO, CA 92112-2289
10996137   CITY TREASURER      CITY OF SAN DIEGO     SAN DIEGO, CA 92112-1536
10996138   CLEAR TONE CORP.     2913 EL CAMINO REAL     TUSTIN, CA 92782
10996139   COFFEE AMBASSADOR, INC.     11578 SORRENTO VALLEY ROAD     SAN DIEGO, CA 92121
10996140   COMMERCE TECHNOLOGIES INC     25736 NETWORK PLACE     CHICAGO, IL 60673-1257
10996141   COMMONWEALTH OF VIRGINIA     DEPARTMENT OF TAXATION     2425 GEORGE MASON DR     VIRGINIA BEACH, VA 23456
10996142   COMPLETE OFFICE     PO BOX 4318     CERRITOS, CA 90703
10996145   CON-WAY FREIGHT INC.     P.O. BOX 5160     PORTLAND, OR 97208-5160
10996143   CONSUMER ELECTRONICS ASSN     P.O. BOX 37154     BALTIMORE, MD 21297-3154
10996144   CONVENTION MNGMT RESOURCES INC     E3 HOUSING     SAN FRANCISCO, CA 94105
10996146   COOPERSTOWN ENTERTAINMENT LLC     1240 BROADWAY     SAN FRANCISCO, CA 94109
10996147   COPYRIGHT CLEARANCE CENTER     P.O. BOX 843006     BOSTON, MA 02284-3006
10996148   CORODATA MEDIA STORAGE INC     PO BOX 846143     LOS ANGELES, CA 90084-6143
10996149   CORODATA RECORDS MANAGEMENT INC     PO BOX 842638     LOS ANGELES, CA 90084-2638
10996150   CORODATA SHREDDING INC.     P.O. BOX 846137     LOS ANGELES, CA 90084-6137
10996151   CORPORATION SERVICE COMPANY     P.O. BOX 13397     PHILADEPHIA, PA 19101-3397
10996152   COSTCO WHOLESALE     P.O. BOX 34340     SEATTLE, WA 98124
10996153   CRANE WORLDWIDE     P.O. BOX 844174     DALLAS, TX 75284-4174
10996154   CREDITSAFE USA INC.     PO BOX 789985     PHILADELPHIA, PA 19178-9985
10996155   CRUZ, EDUARDO      2061 REDLANDS BLVD.     NO. 21D     REDLANDS, CA 92373
10996156   CT CORPORATION SYSTEM     P.O. BOX 4349     CAROL STREAM, IL 60197-4349
10996157   CUSTOM SIMS      1030 WHOLESALE ROW     JACKSON, MS 39201
10996158   D&H DISTRIBUTING CO.     P.O. BOX 056731     LOS ANGELES, CA 90074-6731
10996159   DAY, SEPI      330 ROSEMONT STREET     LA JOLLA, CA 92037
10996160   DE FLORES, MARIA     1283 N. MULBERRY AVE     RIALTO, CA 92376
10996161   DEACONS      5TH FLOOR ALEXANDRA HOUSE     18 CHATER RD     CENTRAL, HONG KONG
10996162   DELL FINANCIAL SERVICES     PAYMENT PROCESSING CENTER     CAROL STREAM, IL 60197-5292
10996163   DELL MARKETING L.P.     C/O DELL USA L.P.     PASADENA, CA 91110-0916
10996164   DESALVO, CAMILLE     315 INDIANA STREET     WHEATON, IL 60187
10996165   DESCHAMPS, CHERYL A.     10442 RAPPAPORT PLACE     SANTEE, CA 92071
10996166   DEXIN CORPORATION     14F-B NO 258 LIAN CHEUNG ROAD     TAIPEI HSIEN, TAIWAN
10996167   DI IULLO, TIM      1007 HOWARD AVE #44     ESCONDIDO, CA 92029
10996168   DIAMOND HOLIDAY TRAVEL     18906 E. GALE AVENUE     ROWLAND HEIGHTS, CA 91748
10996169   DIGITAL CONTENT PROTECTION LLC     3855 SW 153RD DRIVE     BEAVERTON, OR 97003
10996170   DIGITALPRO INC.     13257 KIRKHAM WAY     POWAY, CA 92064
10996171   DIMICK, BRIAN      6300 SALE AVENUE     WOODLAND HILLS, CA 91367
10996172   DOBBS, JOHN      625 EAST 19TH STREET     EL DORADO, AR 71730
10996173   DOCUMENT TECHNOLOGIES LLC     PO BOX 936158     ATLANTA, GA 31193-6158
10996174   DOLBY LABORATORIES LICENSING CORP     100 POTRERO AVENUE     SAN FRANCISCO, CA 94103
10996175   DONGGUAN KONKA MOULD PLASTIC CO.,LTD     KONKA ROAD #5, SANLIAN INDUSTRIAL ZONE     DONGGUAN CITY, CHINA 523685
```

| | | | | |
|---|---|---|---|---|
| 10996176 | DONNELLEY FINANCIAL SOLUTIONS | P.O. BOX 842282 | BOSTON, MA 02284–2282 | |
| 10996177 | DPI DIRECT | 13257 KIRKHAM WAY | POWAY, CA 92064 | |
| 10996178 | DREW, ROBERT M. | 6725 AMHERST AVE. | NO. 23 | SAN DIEGO, CA 92115 |
| 10996179 | DTS INC. | 5220 LAS VIRGENES ROAD | CALABASAS, CA 91302 | |
| 10996180 | DUCO TECHNOLOGIES INC. | 191 NORTH GIBSON ROAD | HENDERSON, NV 89014 | |
| 10996181 | DUNCAN, JAMES | 19 BRADFORD STREET | CHARLESTON, WV 25301 | |
| 10996182 | DURHAM JONES & PINEGAR | 192 EAST 200 N., 3FLR | ST. GEORGE, UT 84770 | |
| 10997620 | Department of Labor | Division of Unemployment Insurance | P.O. Box 9953 | Wilmington, DE 19809 |
| 10996183 | EA SWISS SARL | PLACE DU MOLARD 8 | 1204 GENEVA, SWITZERLAND | |
| 10996184 | EASYASK LLC | 200 WHEELER ROAD | BURLINGTON, MA 01803 | |
| 10996185 | EDGEAQ LLC | EDGENET FINANCE DEPARTMENT | NASHVILLE, TN 37204 | |
| 10996186 | EDI SPECIALISTS INC. | 62997 COLLECTION CENTER DRIVE | CHICAGO, IL 60693–0629 | |
| 10996187 | ELECTRONIC ARTS INC. | P.O. BOX 200866 | DALLAS, TX 75320–0866 | |
| 10996188 | ELLENOFF GROSSMAN & SCHOLE LLP | 1345 AVENUE OF THE AMERICAS | NEW YORK, NY 10105 | |
| 10996189 | ENTERTAINMENT SOFTWARE ASSOCIATION | 575 7TH STREET NW | WASHINGTON, DC 20004 | |
| 10996190 | EQUITY MANAGEMENT INC. | 4365 EXECUTIVE DRIVE | SAN DIEGO, CA 92121–2127 | |
| 10996191 | ESQUIRE DEPOSITION SOLUTIONS LLC | P.O. BOX 846099 | DALLAS, TX 75284–6099 | |
| 10996192 | EULER HERMES CANADA | 1155 BOUL.RENE–LEVESQUE WEST | MONTREAL, QUEBEC H3B 2L2 | CANADA |
| 10996193 | EULER HERMES NA INSURANCE CO | 800 RED BROOK BLVD | OWINGS MILLS, MD 21117–1008 | |
| 10996194 | EURPAC WAREHOUSE SALES | 1421 DIAMOND SPRINGS ROAD | VIRGINIA BEACH, VA 23455 | |
| 10996195 | EVERS, LORRI | 3701 WABASH AVENUE | SPRINGFIELD, IL 62711–6261 | |
| 10996196 | FEDERAL EXPRESS CORPORATION | P.O. BOX 7221 | PASADENA, CA 91109–7321 | |
| 10996197 | FEDEX FREIGHT | DEPT. LA | PASADENA, CA 91185–1415 | |
| 10996198 | FEDEX TRADE NETWORKS | BOX 916200 PO BOX 4090 | TORONTO, ONTARIO M5W 0E9 | |
| 10996199 | FENCE MEDIC | 9509 EVERGREEN LANE | FONTANA, CA 92335–6103 | |
| 10996200 | FGI FINANCE | 80 BROAD STREET | 22ND FLOOR | NEW YORK, NY 10004 |
| 10996201 | FLORIDA DEPARTMENT OF REVENUE | 5050 WEST TENNESSEE STREET | TALLAHASSEE, FL 32399–0120 | |
| 10996202 | FLOWERS BY COLEY CLAIREMONT | 9187 CLAIREMONT MESA BLVD | SAN DIEGO, CA 92123 | |
| 10996203 | FLOWERS BY COLEY IRVINE | 18011 SKY PARK CIRCLE | IRVINE, CA 92614 | |
| 10996204 | FMT CONSULTANTS LLC | 2310 CAMINO VIDA ROBLE | CARLSBAD, CA 92011 | |
| 10996205 | FOCUS HOME INTERACTIVE | 11 RUE DE CAMBRAI | PARIS, FRANCE 75019 | |
| 10996206 | FOLIOFN INVESTMENTS INC. | P.O. BOX 10544 | MCLEAN, VA 22102–8544 | |
| 10996207 | FORM–CRAFT BUSINESS SYSTEMS | 4952 NAPLES STREET | SAN DIEGO, CA 92110 | |
| 10996208 | FOX, JOHN | 14403 BRISTOL AVENUE | GRANDVIEW, MO 64030 | |
| 10996209 | FR KELLY | 27 CLYDE ROAD | DUBLIN, IRELAND D04 F838 | |
| 10996210 | FRANCHISE TAX BOARD | STATE OF CALIFORNIA | SACRAMENTO, CA 94257–0531 | |
| 10996211 | FRANK MAYER AND ASSOC.INC | PO BOX 88266 | MILWAUKEE, WI 53288–0226 | |
| 10996212 | FREDERIC W. COOK & CO. INC | 685 THIRD AVENUE | NEW YORK, NY 10017 | |
| 10996213 | FREEFORM | 8375 CAMINO SANTA FE | SAN DIEGO, CA 92121 | |
| 10996214 | FREEMAN | P.O. BOX 650036 | DALLAS, TX 75265–0036 | |
| 10996215 | FRONTIER DEVELOPMENTS PLC | 306 SCIENCE PARK | MILTON ROAD, CAMBRIDGE CB4 0WG | |
| 10996216 | FS PILOT SHOP | 14572 SOUTH 790 WEST | RIVERTON, UT 84065 | |
| 10996217 | GALVAN, EDUARDO | 17886 IVY AVE. | FONTANA, CA 92335 | |
| 10996218 | GAMELOFT | 45 WEST 25TH STREET | NEW YORK, NY 10010 | |
| 10996219 | GARCIA'S WOOD WORKS CORP | P.O. BOX 2535 | FONTANA, CA 92334 | |
| 10996220 | GAUDIOSI, JOHN | 4809 TUPENNY LANE | RALEIGH, NC 27606 | |
| 10996221 | GEFFRE, DUANE | 2105 FOXWORTHY AVE. | SAN JOSE, CA 95124 | |
| 10996222 | GEORGIA DEPT OF REVENUE | P.O. BOX 6004 | ROME, GA 30162 | |
| 10996223 | GETGO INC. | PO BOX 50264 | LOS ANGELES, CA 90074–0264 | |
| 10996224 | GLOBAL EXPERIENCE SPECIALISTS INC | C/O BANK OF AMERICA | PO BOX 96174 | CHICAGO, IL 60693 |
| 10996225 | GLOBENEWSWIRE | C/O WELLS FARGO BANK LB 40200 | PO BOX 8500 | PHILADELPHIA, PA 19178–0200 |
| 10996226 | GMI BUILDING SERVICES INC. | 8001 VICKERS STREET | SAN DIEGO, CA 92111 | |
| 10996227 | GONZALEZ, AMBER M. | 1980 LINWOOD ST. | SAN DIEGO, CA 92110 | |
| 10996228 | GOODRICH RIQUELME Y ASOCIADOS | AVENIDA PASEO DE LA REFORMA | NUMBER 265, MEZZANINE 2 | COLONIA CUAUHTEMOC, MEXICO    FEDERAL DISTRICT, ZIP CODE 06500 |
| 10996229 | GOOGLE INC. | DEPARTMENT 33654 | P.O. BOX 20580 | SAN FRANCISCO, CA 94139 |
| 10996230 | GORDON, KAREN | 15008 3RD DRIVE SE | MILL CREEK, WA 98012 | |
| 10996231 | GREEN DOT NORTH AMERICA | 1 ST CLAIR AVE WEST | TORONTO, ONTARIO M4V 1K6 | CANADA |
| 10996232 | GREEN LION DIGITAL REPORTING | P.O. BOX 606 | WYCKOFF, NJ 07481 | |
| 10996233 | GREENHAUS & PENDERGRASS LLP | 1965 CHATSWORTH BLVD | SAN DIEGO, CA 92107 | |
| 10996234 | GUERRERO, MICHAEL | 776 WAKEFIELD COURT | EL CAJON, CA 92020–2055 | |
| 10996235 | GUTHRIE, SCOTT | 26237 FAIRSIDE ROAD | MAILBU, CA 90265 | |
| 10996238 | GUTIERREZ, RENE | 24435 DUNLAVY CT. | MORENO VALLEY, CA 92557 | |
| 10996236 | GUTIERREZ, ELVIRA | 8931 LIVE OAK AVE. | FONTANA, CA 95335 | |
| 10996237 | GUTIERREZ, MARTHA G. | 1352 W. 5TH ST. | APT. D–14 | ONTARIO, CA 91762 |

```
10996239  GXS INC.         P.O. BOX 640371      PITTSBURGH, PA 15264-0371
10996240  GXS, INC.        P.O. BOX 31001-0828  PASADENA, CA 91110-0828
10996241  HARDISON, DANIEL    3620 WILSON AVE.    SAN DIEGO, CA 92104
10996242  HARMONIX MUSIC SYSTEMS INC.   625 MASS AVENUE   CAMBRIDGE, MA 02139
10996244  HDMI LICENSING LLC    2115 O'NEL DRIVE    SAN JOSE, CA 95131
10996245  HENRY'S PUB      614 FIFTH AVENUE    SAN DIEGO, CA 92101
10996246  HERTZ CLAIMS CENTER   PO BOX 782025   ORLANDO, FL 32878
10996247  HILL, NATHAN E.    633 EDGEWATER DRIVE    SAN MARCOS, CA 92078
10996248  HOME DEPOT CREDIT SERVICES   PO BOX 9001030   LOUISVILLE, KY 40290-1030
10996249  HUANG, CHRISTINE    2626 PARKWAY DRIVE    EL MONTE, CA 91732
10996250  HUDSON PRINTING    2780 LOKER AVENUE WEST    CARLSBAD, CA 92010
10996251  HUMANSCALE CORPORATION    11 EAST 26TH STREET    NEW YORK, NY 10010-1425
10996252  ICE SYSTEMS, INC.    P.O. BOX 11126    HAUPPAUGE, NY 11788
10996253  ICENHOUR, JUSTIN    P.O. BOX 1033    GRANITE FALLS, NC 28630
10996254  ILLINOIS DEPARTMENT OF REVENUE    P.O. BOX 19035    SPRINGFIELD, IL 62794-9035
10996255  IMAGINE PRINT SOLUTIONS    SDS 12-2000    MINNEAPOLIS, MN 55486-2000
10996256  IMAGINE QUEBEC INC    7 CARLTON    TORONTO, ONTARIO M5B 2M3    CANADA
10996257  IMMERSION CORPORATION    30 RIO ROBLES    SAN JOSE, CA 95134
10996258  INNOPATH SOFTWARE INC.    333 W. EL CAMINO REAL    SUNNYVALE, CA 94087
10996259  INTEGRATED MAC SOLUTIONS    7918 EL CAJON BLVD    LA MESA, CA 91942
10996260  INTERTRUST CORPORATE SERV (BVI)LTD    171 MAIN STREET    TORTOLA VG 1110    BRITISH VIRGIN ISLANDS
10996261  INVESHARE INC.    P.O. BOX 568    ALPHARETTA, GA 30009-0568
10996262  IRA/KEOGH SERVICES CO.    2000 S. LOGAN STREET    DENVER, CO 80210
10996263  ISAAC, STEWART    13791 HOMESTEAD LANE    RIVERTON, UT 84065
10996264  JCIR    116 EAST 16TH STREET    NEW YORK, NY 10003
10996265  JIANG, GEORGE    310 WEST THIRD STREET    SANTA ANA, CA 92701
10996266  JOHN HANCOCK LIFE INSURANCE CO    P.O. BOX 600    BUFFALO, NY 14201-0600
10996267  JOHNSON, ANGELINA M.    7780 PARKWAY DR.    UNIT 1601    LA MESA, CA 91942
10996268  JOHNSON, BRANDON    2441 FLORIDA AVENUE    KENNER, LA 70062
10996269  JOHNSON, LAURA    225 ROMAINE SPRING VIEW    FENTON, MO 63026
10996270  JULIO, MARK    6319 ELSBERRY ST.    SAN DIEGO, CA 92114
10996271  KAISER FOUNDATION HEALTH PLAN    CALIFORNIA SERVICE CENTER    PO BOX 23250    SAN DIEGO, CA 92193-3250
10996272  KAISER PERMANENTE    FILE 5915    LOS ANGELES, CA 90074-5915
10996273  KINSMAN, BRENDA    P.O. BOX 955    SAN CLEMENTE, CA 92674
10996274  KMART    C/O LAVANTE INC.    PO BOX 20580    SAN JOSE, CA 95160
10996275  KOOMA, RAVI    85 VIOLET STREET    CENTRAL ISLIP, NY 11722
10996276  KPMG LLP    DEPT. 0922    PO BOX 120922    DALLAS, TX 75312-0922
10996277  LANCASTER EVENT CENTER    PO BOX 29167    LINCOLN, NE 68529-0167
10996278  LAW OFFICE SCOTT WOLOSON PC    1431 WIRT ROAD    HOUSTON, TX 77055
10996279  LE, LINDA    25343 CYPRESS STREET    LOMITA, CA 90717
10996280  LEI CUSTOMS BROKERS INC.    456 HUMBER PLACE    NEW WESTMINSTER, BC V3M 6A5
10996282  LEVEL UP, LLC    8892 PALOS VERDES AVE    WESTMINSTER, CA 92683
10996281  LEVIN, AARON    5386 RED LEAF CT.    OVIEDO, FL 32765
10996283  LIM, LEANG    12090 VIA FELICIA    EL CAJON, CA 92019
10996284  LL&J, LLC    DBA SHOWSTOPPERS    5401 NAIMAN PARKWAYS    CLEVELAND, OH 44139
10996285  LUIZ LEONARDOS & CIA    RUA TEOFILO OTONI, 63/10 ANDAR    RIO DE JANEIRO, BRASIL
10996286  MACIAS-RODRIQUEZ, MARIA ISABEL    10170 COLUMBINE AVE.    MONTCLAIR, CA 91763
10996287  MAD CATZ EUROPE    1 & 2 SHENLEY PAVILION    CHALKDELL DRIVE    SHENLEY WOOD    MILTON KEYNES,    BUCKINGHAMSHIRE MK5 6LB    ENGLAND
10996288  MAD CATZ GMBH    LANDSBERGER STRASSE 400    81241 MUNICH, GERMANY
10996290  MAD CATZ INTERACTIVE ASIA LTD    138 SHA TIN RURAL COMMITTEE RD    UNIT 1717-19 17F    SHATIN NT, HONG KONG    CHINA
10996289  MAD CATZ INTERACTIVE, INC.    181 BAY STREET, SUITE 4400    TORONTO, ONTARIO M5J 2T3    CANADA
10996291  MAD CATZ JAPAN    SAKURA BUILDING, 3RD FLOOR    TOKYO, JAPAN 158-0097
10996292  MARIN, MARIA E.    6128 MONTEREY PL.    FONTANA, CA 92336
10996293  MARSH & MCLENNAN AGENCY LLC    BARNEY & BARNEY    9171 TOWNE CENTRE DRIVE, SUITE 500    SAN DIEGO, CA 92122
10996294  MARSHALL, MICHAEL    16026 MOUNT HOLLY CREEK LANE    SMITHFIELD, VA 23430
10996295  MARSHALL, TYSON E.    7385 VIA CRESTA RD.    SAN DIEGO, CA 92129
10996296  MARTINEZ, THERESA S.    16521 4S RANCH PARKWAY    SAN DIEGO, CA 92127
10996297  MASUVALLEY AND PARTNERS    9665 GRANITE RIDGE DRIVE    SAN DIEGO, CA 92123
10996298  MATZ, JOHN    1713 COTTONTAIL DRIVE    OSHKOSH, WI 54904
10996299  MAXIMUM STAFFING, INC.    C/O WELLS FARGO BUSINESS CREDIT    PO BOX 202056    DALLAS, TX 75320
10996300  MCAFEE & TAFT    211 N. ROBINSON, STE 1000    OKLAHOMA CITY, OK 73102-7103
10996301  MCCLUNE, RYAN    23001 SE 45TH COURT    SAMMAMISH, WA 98075
10996302  MCGINNIS, KAREN    15444 ARTESIAN SPRING RD.    SAN DIEGO, CA 92127
10996303  MCGINNIS, KAREN K    PO BOX 502216    SAN DIEGO, CA 92150
10996304  MCGOWAN, GARY V.    5009 CAROLINE    HOUSTON, TX 77004
10996305  MCKAY, JUSTIN    5238 COOPER COURT    RANCHO CUCAMONGA, CA 91739
10996306  MCKAY, LEE J.    5238 COOPER CT.    RANCHO CUCAMONGA, CA 91739
10996307  MCKEON, DAVID    5421 REDLAND DR.    SAN DIEGO, CA 92115
10996308  MCKEON, DAVID S.    PO BOX 15041    SAN DIEGO, CA 92175
```

```
10996309   MCMILLAN LLP        181 BAY STREET         TORONTO, ONTARIO M5J 2T3         CANADA
10996312   MEDIANT COMMUNICATIONS         P.O. BOX 29976      NEW YORK, NY 10087–9976
10996313   MEDICAL EYES SERVICES – VISION        P.O. BOX 25209      SANTA ANA, CA 92799–5209
10996314   MENDIVIL, NATHAN       2440 W. SUNNYVIEW DRIVE       RIALTO, CA 92377
10996315   MERRILL COMMUNICATIONS LLC       CM–9638       ST PAUL, MN 55170–9638
10996310   MHL, LLC      2115 O'NEL DRIVE       SAN JOSE, CA 95131
10996316   MICROSOFT CORPORATION        P.O. BOX 842103       DALLAS, TX 75282–2103
10996317   MICROSOFT CORPORATION        P.O. BOX 849995       DALLAS, TX 75284–9995
10996318   MICROSOFT LICENSING GP       6100 NEIL ROAD       RENO, NV 89511–1132
10996319   MIDDLETON, JON       1108 HOWARD HILLS ROAD       LAFAYETTE, CA 94549
10996320   MIGUEL, CHUCK       1322 BANNERMAN ROAD       TALLAHASSEE, FL 32312
10996321   MIQ GLOBAL LLC       32344 COLLECTION CENTER DRIVE       CHICAGO, IL 60693–0323
10996322   MODE TRANSPORTATION LLC       P.O. BOX 71188       CHICAGO, IL 60694–1188
10996323   MONARCAS PALLETS       P.O. BOX 310930       FONTANA, CA 92331
10996324   MONTGOMERY, WILLIAM A.S.       10040 PLACER ST. APT. C       RANCHO CUCAMONGA, CA 91730
10996311   MOORE, DEBRA L.       9351 HILLERY DRIVE       NO. 18104       SAN DIEGO, CA 92126
10996325   MORENO, GUADALUPE       24435 DUNLAVY CT.       MORENO VALLEY, CA 92557
10996326   MPEG LA, LLC       4600 S. ULSTER ST., SUITE 400       CONTRACT ADMINISTRATOR       DENVER, CO 80237
10996327   MY EQUITY COMP, LLC       80 BLUE RAVINE ROAD       FOLSOM, CA 95630
10996328   NASDAQ CORP.SOLUTIONS LLC       LBX 11700       P.O. BOX 780700       PHILADELPHIA, PA 19178–0700
10996329   NATIONAL ASSOCIATION MUSIC MERCHANTS       NAMM       5790 ARMADA DR.       CARLSBAD, CA 92008
10996330   NATIONAL BREAST CANCER FOUNDATION       2600 NETWORK BLVD, #300       FRISCO, TX 75034
10996331   NATIONAL UNION FIRE INS. CO       P.O. BOX 35540       PITTSBURGH, PA 07193–5540
10996332   NEAL, SEAN P.       4640 30TH ST.       APT 202       SAN DIEGO, CA 92116
10996333   NEEDLE PARTNERS LIMITED       GROVE HOUSE, MANSION GATE DRIVE       LEEDS, LS7 4DN       ENGLAND
10996334   NELSON FAMILY OF COMPANIES       P.O. BOX 49195       SAN JOSE, CA 95161–9195
10996335   NELSON, MATTHEW       12431 E. PRINCE OF PEACE DR       EAGLE RIVER, AK 99577
10996336   NETSUITE INC.       15612 COLLECTIONS CENTER DRIVE       CHICAGO, IL 60693
10996337   NEVADA BUSINESS PARK LLC       C/O ROSSMORE ENTERPRISES       605 E MAIN ST #7       ASPEN, CO 81611
10996338   NEVADA DEPT OF REVENUE       P.O. BOX 52609       PHOENIX, AZ 85072–2609
10996339   NEWBAY MEDIA LLC       DEPT 106079       PO BOX 150485       HARTFORD, CT 06115–0485
10996340   NEWSTAR BUSINESS CREDIT       NEWSTAR FINANCIAL INC.       500 BOYLSTON ST # 1250       BOSTON, MA 02116
10996341   NPD GROUP INC.       24619 NETWORK PLACE       CHICAGO, IL 60673–1246
10996342   NYHART COMPANY       8415 ALLISON POINTE BLVD STE 300       INDIANAPOLIS, IN 46250
10996343   NYHOLT, JOHN       2796 TEAK CRESCENT       OAKVILLE, ONTARIO L6J 7M4
10996344   NYSE MARKET INC.       BOX 223695       PITTSBURGH, PA 15251–2695
10996345   OFFICE DEPOT       PO BOX 29248       PHOENIX, AZ 85038–9248
10996346   OLEKSA, JESSICA D       32855 VALENTINO WAY       TEMECULA, CA 92592
10996347   ONDATJE, CHRISTOPHER D.       2285 SUNSET DR.       ESCONDIDO, CA 92025
10996348   ONE SOURCE GROUP INC.       13223 BLACK MOUNTAIN ROAD       SAN DIEGO, CA 92129
10996349   ONTARIO FIRE EXTINGUISHER CO.       2732 PARCO AVENUE       ONTARIO, CA 91761
10996350   OPEN STORAGE SOLUTIONS INC.       2 CASTLEVIEW DRIVE       BRAMPTON, ONTARIO L6T 5S9       CANADA
10996351   OSSA, ALEXANDER       11950 FM 1960 ROAD WEST       HOUSTON, TX 77065
10996352   OWNERIQ, INC.       27–43 WORMWOOD STREET       BOSTON, MA 02210
10996353   P&T LAW APC       1965 CHATSWORTH BLVD.       SAN DIEGO, CA 92107
10996354   PANTEA, AMY       2099 N 132ND DRIVE       GOODYEAR, AZ 85395
10996355   PATH TO YES LLC       5386 RED LEAF COURT       OVIEDO, FL 32765
10996356   PEGASUS LOGISTICS GROUP INC       306 AIRLINE DRIVE       COPPELL, TX 75019
10996357   PENTZ, PATRICK       8400 HERMOSA AVENUE APT H       RANCHO CUCAMONGA, CA 91730
10996358   PEPCOM, INC.       955 NW 17TH AVENUE BLDG L       DELRAY BEACH, FL 33445
10996359   PEREZ, MAIA A. WAKI       5952 BERNADETTE LANE       SAN DIEGO, CA 92129
10996360   PERFORMANCE DESIGNED PRODUCTS LLC       2300 W. EMPIRE AVENUE       BURBANK, CA 91504
10996361   PETERSON, WHITNEY E.       7724 ROAN RD       SAN DIEGO, CA 92129
10996362   PETTY CASH FUND       10680 TREENA ST, STE 500       SAN DIEGO, CA 92131
10996363   PHAN, YENTRANG       11642 MIRO CIRCLE       SAN DIEGO, CA 92131
10996364   PIERI, ELIZABETH       1316 RANCHO LANE       THOUSAND OAKS, CA 91362
10996365   PITNEY BOWES GLOBAL FINANCIAL       P.O. BOX 371887       PITTSBURGH, PA 15250–7887
10996366   PODCASTONE SALES       335 NORTH MAPLE DRIVE       BEVERLY HILLS, CA 90210
10996367   POPOK, BILL       2087 ALBORADA DRIVE       CAMARILLO, CA 93010–9282
10996368   PREMIER ELECTRIC       P.O. BOX 2       YUCAIPA, CA 92373
10996369   PRN LLC       600 MONTGOMERY       SAN FRANCISCO, CA 94111
10996370   PRO FLAME INC.       P.O. BOX 1507       COLTON, CA 92324–0840
10996371   PUBLIC SPECIAL INC.       3147 PROGRESS CIRCLE       MIRA LOMA, CA 91752
10996372   PURCHASE POWER       P.O. BOX 371874       PITTSBURGH, PA 15250–7874
10996373   PURE FLO WATER       7737 MISSION GORGE ROAD       SANTEE, CA 92071–3306
10996374   PURE WATER PARTNERS       DEPT CH 19648       PALATINE, IL 60055–9648
10996375   PURE WATER TECHNOLOGY INC       1902 ORANGE TREE LANE       REDLANDS, CA 92374
```

| | | | | |
|---|---|---|---|---|
| 10996377 | PXM DESIGN INC | D/B/A PROJECT X MEDIA | 826 PARKMAN AVE | SOLANA BEACH, CA 92075 |
| 10996378 | QUESNEL, PAUL ALAIN | 100 PARK VISTA DRIVE | LAS VEGAS, NV 89138 | |
| 10996402 | R.R.DONNELLEY FINANCIAL INC | PO BOX 932721 | CLEVELAND, OH 44193 | |
| 10996379 | RAFFERTY, DAN | 5081 ASHBERRY ROAD | CARLSBAD, CA 92008 | |
| 10996380 | RAILSIMULATOR.COM LTD | TA DOVETAIL GAMES | CHATHAM, KENT ME4 4NT | UNITED KINGDOM |
| 10996381 | RAZER USA LTD | 9 PASTEUR | IRVINE, CA 92618 | |
| 10996382 | RC SIGN CLASSICS | 4234 BLACKTON DRIVE | LA MESA, CA 91941 | |
| 10996383 | REGENTS OF UNIV.OF CALIFORNIA | CONTINUING EDUCATION OF THE BAR | 2100 FRANKLIN ST., SUITE 500 | OAKLAND, CA 94612–3098 |
| 10996384 | REICHENBACH, MATT | 935 NORTH 13 STREET | SEBRING, OH 44672 | |
| 10996385 | REMX OFFICE | PO BOX 512007 | LOS ANGELES, CA 90051–0007 | |
| 10996386 | REPRO MAGIC | 8585 MIRAMAR PLACE | SAN DIEGO, CA 92121 | |
| 10996387 | RESEARCH DATA GROUP INC. | P.O. BOX 883213 | SAN FRANCISCO, CA 94188–3213 | |
| 10996388 | REYES, ROENTGEN | 10506 FROBISHER CIRCLE | SAN DIEGO, CA 92126 | |
| 10996389 | REYNOLDS, MIKE | 6439 TURNBERRY LANE SE | OLYMPIA, WA 98501 | |
| 10996390 | RICH LIMITED | 3809 OCEAN RANCH BLVD | OCEANSIDE, CA 92056 | |
| 10996391 | RICHARDSON, DARREN | 1780 KETTNER BLVD #708 | SAN DIEGO, CA 92101 | |
| 10996392 | RIMORIN, JONATHAN | 1658 POINT LOMA COURT | CHULA VISTA, CA 91911 | |
| 10996393 | RIMORIN, MONTY | 4722 33RD ST. #10 | SAN DIEGO, CA 92116 | |
| 10996394 | RKADIA SOLUTIONS INC. | 25 CREST ROAD | RAMSEY, NJ 07446 | |
| 10996395 | ROBERT SPACE INDUSTRIES CORP | 9255 W. SUNSET BLVD | WEST HOLLYWOOD, CA 90069–3305 | |
| 10996396 | ROCKSTAD, SCOTT | 540 TRINITY LANE N. | ST PETERSBURG, FL 33716 | |
| 10996397 | RODRIGUEZ, ANGELICA | 10701 CEDER AVE. | SP. 161 | BLOOMINGTON, CA 92316 |
| 10996398 | ROMERO GUARDADO, MARIA DEL CARMEN | 548 E. G ST. | ONTARIO, CA 91764 | |
| 10996399 | ROONEY, RICHARD | 20780 SW 90TH AVENUE | TUALATIN, OR 97062 | |
| 10996400 | ROSS, MELANIE | 1815 LUCERNE CIRCLE | SAN MARCOS, CA 92078 | |
| 10996401 | RPX CORPORATION | ONE MARKET PLAZA | STEUART ST #800 | SAN FRANCISCO, CA 94105 |
| 10996403 | RUBALCABA, ANA MARIA | 145 N. MONTEREY AVE. | ONTARIO, CA 91764 | |
| 10996404 | RUIZ, RAFAELA | 10170 COLUMBINE AVE. | MONTCLAIR, CA 91763 | |
| 10996405 | RUIZ, RAYMOND A. | 968 W. 7TH STREET | APT 34 | UPLAND, CA 91786 |
| 10996406 | SAINT ISLAND INTL.PATENT OFFICES | P.O. BOX 81–974 | TAIPEI, TAIWAN | |
| 10996407 | SAINT LAWRENCE COMMUNICATIONS LLC | 17480 DALLAS PARKWAY | DALLAS, TX 75287 | |
| 10996408 | SAJAN INC. | 625 WHITETAIL BLVD | RIVER FALLS, WI 54022 | |
| 10996409 | SAME DAY EXPRESS | P.O. BOX 26333 | SAN DIEGO, CA 92196 | |
| 10996410 | SAMSUNG ELECTRONICS CO LTD | 129 SAMSUNG–RO | GYUNGGI–DO 443–742 | KOREA |
| 10996415 | SAN BERNARDINO COUNTY TAX COLLECTOR | 268 W. HOSPITALITY LANE | SAN BERNARDINO, CA 92415–0360 | |
| 10996411 | SAN DIEGO COUNTY TAX COLLECTOR | P.O. BOX 129009 | SAN DIEGO, CA 92112 | |
| 10996412 | SAN DIEGO GAS & ELECTRIC CO. | P.O. BOX 25111 | SANTA ANA, CA 92799–5111 | |
| 10996413 | SAN DIEGO PENSION CONSULTANTS INC. | 5628 COPLEY DRIVE | SAN DIEGO, CA 92111 | |
| 10996414 | SAN DIEGO SHRM | C/O THE GRASSLEY GROUP | 600 STATE STREET, SUITE A | CEDAR FALLS, IA 50613 |
| 10996416 | SANDS EXPO CONVENTION CTR INC | 201 SANDS AVENUE | LAS VEGAS, NV 89169 | |
| 10996417 | SANDS, TREVOR | 189 CLOVER LANE | PERKIOMENVILLE, PA 18074 | |
| 10996418 | SANSONE, FRANK | 2933 ARBORIDGE CT | FULLERTON, CA 92835 | |
| 10996419 | SCHMIDT, JOHN C. | 5185 35TH STREET | SAN DIEGO, CA 92116 | |
| 10996420 | SCURIO CONSULTING INC. | 7660 FAY AVENUE | LA JOLLA, CA 92037 | |
| 10996421 | SELECT EQUIPMENT SALES INC. | 6911 8TH STREET | BUENA PARK, CA 90620 | |
| 10996422 | SHENZHEN HORN AUDIO CO LTD | NO.6 4TH GUIHUA ROAD | SHENZHEN, CHINA 518118 | |
| 10996423 | SILICON IMAGE INC. | DEPT 33841 | SAN FRANCISCO, CA 94139 | |
| 10996424 | SILK SCREEN SHIRTS INC | 240 PAUMA PLACE | ESCONDIDO, CA 92029 | |
| 10996425 | SMITH TRANSPORTATION SERVICES INC. | 12717 WEST SUNRISE BLVD | SUNRISE, FL 33323–0902 | |
| 10996426 | SOCIETY HUMAN RESOURCE MANAGEMENT | P.O. BOX 791139 | BALTIMORE, MD 21279–1139 | |
| 10996427 | SONY COMPUTER ENTERTAINMENT | C/O BANK OF AMERICA | LB55274 | LOS ANGELES, CA 90012 |
| 10996428 | SONY DADC US INC | FILE #99460 | LOS ANGELES, CA 90074–9460 | |
| 10996429 | SONY INTERACTIVE ENTERTAINMENT AMERICA LLC | 2207 BRIDGEPOINTE PARKWAY | SAN MATEO, CA 94404–5060 | |
| 10996430 | SOUTH COAST COPY SYSTEMS | 6625 NANCY RIDGE DR. | SAN DIEGO, CA 92121 | |
| 10996431 | SOUTHWEST TOYOTALIFT | P.O. BOX 1070 | MIRA LOMA, CA 91752 | |
| 10996432 | SPS COMMERCE | P.O. BOX 205782 | DALLAS, TX 75320–5782 | |
| 10996433 | SRKX PRODUCTIONS LLC | 1604 LARKIN AVENUE | SAN JOSE, CA 95129 | |
| 10996434 | STAFF HOLDINGS INC. | PO BOX 202056 | DALLAS, TX 75320–2056 | |
| 10996435 | STAFFMARK | ATTN: US BANK | PO BOX 952386 | ST. LOUIS, MO 63195 |
| 10996436 | STAPLES | P.O. BOX 689020 | DES MOINES, IA 50368–9020 | |
| 10996437 | STAPLES ADVANTAGE | DEPT. LA | PO BOX 83689 | CHICAGO, IL 60696–3689 |
| 10996438 | STATE BOARD OF EQUALIZATION | PO BOX 942879 | SACRAMENTO, CA 94279–3535 | |
| 10996439 | STATE COMPTROLLER | TEXAS COMPTROLLER PUBLIC ACCTS | LYNDON B. JOHNSON STATE OFFICE BUILDING | 111 EAST 17TH STREET    AUSTIN, TX 78774–0100 |

| | | |
|---|---|---|
| 10996440 | STATE OF DELAWARE | DEPARTMENT OF CORPORATIONS    TOWNSEND BUILDING    401 FEDERAL ST #4    DOVER, DE 19903 |
| 10996441 | STATE OF MICHIGAN | MICHIGAN DEPT OF TREASURY    LANSING, MI 48909–8274 |
| 10996442 | STEPHEN GOULD CORPORATION | 35 SOUTH JEFFERSON ROAD    WHIPPANY, NJ 07981 |
| 10996443 | STERLING NATIONAL BANK | 8401 N. CENTRAL EXPRESSWAY    SUITE 600    DALLAS, TX 75225 |
| 10996444 | STOESSER, JARED | 9145 SHARON WAY    LA HABRA, CA 90631 |
| 10996445 | STOUT RISIUS ROSS INC. | P.O. BOX 71770    CHICAGO, IL 60694–7177 |
| 10996446 | SWANSON, LYNN | NYLA CONSULTING    LOS ANGELES, CA 90066–9998 |
| 10997619 | State of Delaware | Division of Revenue    820 N. French Street, 8th Floor    Wilmington, DE 19801–0820 |
| 10996447 | TACHOVSKY, DEREK | 1857 STATE SPUR 76D    WILBER, NE 68465 |
| 10996448 | TANG, LEO | 3311 ASPEN GROVE    IRVINE, CA 92618 |
| 10996449 | TAURUS DISPLAY CORP. | 1249 GLEN AVENUE    MOORESTOWN, NJ 08057 |
| 10996450 | TECHNICOLOR HOME ENT. SERVICES | DEPT. NO. 7658    LOS ANGELES, CA 90088–7658 |
| 10996451 | TEKLYNX AMERICAS | 409 E. SILVER SPRING DRIVE    WHITEFISH BAY, WI 53217 |
| 10996452 | TEN/O LLC | CHRISTOPHER CEGLIA    1734 GREAT HWY    SAN FRANCISCO, CA 94122 |
| 10996453 | TERMINIX | TERMINIX PROCESSING CENTER    PO BOX 742592    CINCINNATI, OH 45274–2592 |
| 10996454 | TESSCO INCORPORATED | PO BOX 102885    ATLANTA, GA 30368–2885 |
| 10996112 | THE BYU STORE | P.O. BOX 27904    PROVO, UT 84602–7904 |
| 10996243 | THE HARTFORD | PO BOX 783690    PHILADELPHIA, PA 19178–3690 |
| 10996369 | THE PRINT BUTTON | 1050 PIONEER WAY    EL CAJON, CA 92020 |
| 10996455 | THERMAL LABEL WAREHOUSE LLC | DRAWER 1706    TROY, MI 48007–5935 |
| 10996459 | THOMPSON, JOSHUA | 14169 PLUMAS COURT    FONTANA, CA 92336 |
| 10996456 | THOMSON COMPUMARK | P.O. BOX 71892    CHICAGO, IL 60694–1892 |
| 10996457 | THOMSON LICENSING | INTELLECTUAL PROPERTY/LICENSING    92443 ISSY–LES–MOULINEAUX    FRANCE |
| 10996458 | THOMSON REUTERS – WEST | PAYMENT CENTER    CAROL STREAM, IL 60197–6292 |
| 10996460 | TIME WARNER CABLE | SPECTRUM BUSINESS    PO BOX60074    CITY OF INDUSTRY, CA 91716–0074 |
| 10996461 | TNJ CONSULTING SERVICES | 24 MOROCCO DRIVE    ROGERS, AR 72756 |
| 10996462 | TOBIAS, RYAN | 22 HALLMARK COURT    AMERICAN CANYON, CA 94503 |
| 10996463 | TORRES, SAUL | 1110 24TH STREET    SAN DIEGO, CA 92102 |
| 10996464 | TOYOTA INDUSTRIES COMMERCIAL FINANCE | DEPT 2431    CAROL STREAM, IL 60132–2431 |
| 10996465 | TPP 212 SCRIPPS LLC | C/O CUSHMAN & WAKEFIELD    PO BOX 511335    LOS ANGELES, CA 90051–7890 |
| 10996466 | TRAIN SIMULATOR LIMITED | MARKET HOUSE 12A CROSS ROAD    TADWORTH, SURREY KT20 5SR    ENGLAND |
| 10996467 | TREND RESULTS | 2608 POWDERHORN DRIVE    PLANO, TX 75025 |
| 10996468 | TRUE COMMERCE INC. | NW 6199    PO BOX 1450    MINNEAPOLIS, MN 55485–6199 |
| 10996469 | TRUE COURSE SIMULATIONS | 115 WEST DELANO AVENUE    PRESCOTT, AZ 86301 |
| 10996470 | TWITCH INTERACTIVE INC. | 225 BUSH STREET    SAN FRANCISCO, CA 94104 |
| 10996471 | TYCO INTEGRATED SECURITY LLC | P.O. BOX 371967    PITTSBURGH, PA 15250–7967 |
| 10996481 | U.S. BANK EQUIPMENT FINANCE INC | P.O. BOX 790448    ST. LOUIS, MO 63179–0448 |
| 10996472 | UBERSTRATEGIST | 306 ROUTE 515    STOCKHOLM, NJ 07460 |
| 10996473 | UBISOFT INC. | 625 THIRD STREET    SAN FRANCISCO, CA 94107–1907 |
| 10996474 | ULINE | P.O. BOX 88741    CHICAGO, IL 60680–1741 |
| 10996475 | UNITED CONCORDIA COMPANIES | P.O. BOX 827377    PHILADELPHIA, PA 19182–7377 |
| 10996476 | UNITED HEALTHCARE INSURANCE CO | PO BOX 843118    LOS ANGELES, CA 90084–3118 |
| 10996477 | UNITED HEALTHCARE OF CA | PO BOX 841346    LOS ANGELES, CA 90084–1346 |
| 10996478 | UNITED PARCEL SERVICE | DEPT. 894820    LOS ANGELES, CA 90189–4820 |
| 10996479 | UNITED RENTALS INC. | FILE 51122    LOS ANGELES, CA 90074–1122 |
| 10996483 | UNITED STATES CUSTOM SERVICE | P.O. BOX 530071    ATLANTA, GA 30353–0071 |
| 10996480 | UPS SUPPLY CHAIN SOLUTIONS INC. | 28013 NETWORK PLACE    CHICAGO, IL 60673–1280 |
| 10996482 | USB IMPLEMENTERS FORUM | 3855 SW 153RD DRIVE    BEAVERTON, OR 97003 |
| 10996484 | UTC VENTURE LLC | PO BOX 55976    LOS ANGELES, CA 90074–5976 |
| 10996485 | VALLEJOS, MARISSA | 9861 GENESEE AVENUE    SAN DIEGO, CA 92121 |
| 10996486 | VAR RESOURCES INC. | PO BOX 10306    DES MOINES, IA 50306–0306 |
| 10996487 | VE INTERACTIVE LLC | 580 HARRISON AVENUE    BOSTON, MA 02118 |
| 10996488 | VERCELLI, DONALD J. | 13340 PORTOFINO DR.    DEL MAR, CA 92014 |
| 10996489 | VERIZON | P.O. BOX 920041    DALLAS, TX 75392–0041 |
| 10996490 | VERIZON BUSINESS | P.O. BOX 15043    ALBANY, NY 12212–5043 |
| 10996491 | VERIZON BUSINESS | P.O. BOX 660794    DALLAS, TX 75266–0794 |
| 10996492 | VERIZON FLORIDA LLC | PO BOX 920041    DALLAS, TX 75392–0041 |
| 10996493 | VIA LICENSING CORPORATION | 1275 MARKET STREET    SAN FRANCISCO, CA 94103 |
| 10996494 | VIDANA, DAVID | 4859 DODD ST.    MIRA LOMA, CA 91752 |
| 10996495 | VIZCAINO, MARIA JOSE | 6630 CAMINO MAQUILADORA    SAN DIEGO, CA 92154 |
| 10996496 | VOICE AGE CORPORATION | 750 CHEMIN LUCERNE    MONTREAL, QUEBEC H3R 2H6    CANADA |
| 10996497 | VON HUBEN, CHRISTOPHER | 6829 CORTE LANGOSTA    CARLSBAD, CA 92009 |
| 10996498 | VOYETRA TURTLE BEACH INC. | 100 SUMMIT LAKE DRIVE    VALHALLA, NY 10595 |
| 10996499 | WALL STREET TRANSCRIPT | 622 THIRD AVENUE    NEW YORK, NY 10017 |
| 10996500 | WARREN PACKAGING | 1722 E. GREVILLE COURT    ONTARIO, CA 91761 |
| 10996501 | WAYMAN PILOT SUPPLIES | 14351 NW 41ST AVENUE    OPA LOCKA, FL 33054 |
| 10996502 | WEAVER, GLENN A. | 24942 GATEWOOD ST    MORENO VALLEY, CA 92551 |

| | | | |
|---|---|---|---|
| 10996503 | WEDBUSH SECURITIES INC. | 2 EMBARCADERO CENTER | SAN FRANCISCO, CA 94111 |
| 10996504 | WELLS FARGO BUSINESS CREDIT | 1ST CHOICE STAFFING INC. | DALLAS, TX 75320–2056 |
| 10996505 | WELLS FARGO CARD SERVICES | P.O. BOX 6426 | CAROL STREAM, IL 60197–6426 |
| 10996506 | WEST COAST CABLE, INC. | 5535 DANIELS STREET | CHINO, CA 91710 |
| 10996507 | WESTVIEW INDUSTRIES INC. | 270 SYLVAN AVENUE | ENGLEWOOD, NJ 07632–2522 |
| 10996508 | WILLIAMS DATA MANAGEMENT | 1925 E. VERNON AVENUE | LOS ANGELES, CA 90058–1685 |
| 10996509 | WILLIAMS, NANCY | 5070 FOX RIDGE DRIVE | NORTH CANTON, OH 44720 |
| 10996510 | WILLIAMS, PERRY | 13868 KERRY LANE | SAN DIEGO, CA 92130 |
| 10996511 | WISCONSIN DEPT OF REVENUE | PO BOX 930208 | MILWAUKEE, WI 53293–0208 |
| 10996512 | WRIGHT GIFT COMPANY II LLC | 6180 HAAS STREET | LA MESA, CA 91942–4311 |
| 10996513 | WYMAN, CAROLE | 13186 KELLAM COURT | SAN DIEGO, CA 92130 |
| 10996514 | XIMCO CORPORATION | 1/F SUITE 02 | HAPPY VALLEY, HONG KONG   CHINA |
| 10996515 | XOTICPC | 4000 LOWELL CIRCLE | LINCOLN, NE 68502 |
| 10996516 | XTREME PALLETS | P.O. BOX 191 | MIRA LOMA, CA 91752 |
| 10996517 | YRC FREIGHT | PO BOX 100129 | PASADENA, CA 91189–0003 |

TOTAL: 471