# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

MAD CATZ, INC.,[1]

Debtor.

Chapter 7

Case No. 17-10679 (KG)

# SCHEDULES OF ASSETS AND LIABILITIES

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel for the Debtor*

---

[1] The last four digits of the Debtor's federal tax identification number are (0365). The Debtor's address is 10680 Treena Street, Suite No. 500, San Diego, California 92131.

01:21757692.1

*These Global Notes regarding the Debtor's Schedules of Assets and Liabilities (the "__Schedules__") and Statement of Financial Affairs (the "__SOFA__") comprise an integral part of the Schedules and SOFA and should be referred to and considered in connection with any review of them.*

1. The debtor in the above-captioned case (the "__Debtor__") prepared these unaudited Schedules and SOFA pursuant to section 521 of title 11 of the United States Code (the "__Bankruptcy Code__") and Rule 1007 of the Federal Rules of Bankruptcy Procedure. Except where otherwise noted the information provided herein is presented as of the beginning of business on March 30, 2017 (the "__Petition Date__").

2. While the Debtor has made every reasonable effort to ensure that the Schedules and SOFA are accurate and complete, based upon information that was available to it at the time of preparation, inadvertent errors or omissions may exist and the subsequent receipt of information and/or further review and analysis of the Debtor's books and records may result in changes to financial data and other information contained in the Schedules and SOFA. Moreover, because the Schedules and SOFA contain unaudited information, which is subject to further review and potential adjustment, there can be no assurance that the Schedules and SOFA are complete or accurate.

3. In reviewing and signing the Schedules and SOFA, David McKeon, the duly authorized and designated representative of the Debtor (the "__Designated Representative__"), has necessarily relied upon the prior efforts, statements and representations of other personnel and professionals of the Debtor. The Designated Representative has not (and could not have) personally verified the accuracy of each such statement and representation that collectively provide the information presented in the Schedules and SOFA, including but not limited to, statements and representations concerning amounts owed to creditors and their addresses.

4. The Debtor reserves its rights to amend its Schedules and SOFA as may be necessary or appropriate in the Debtor's sole and absolute discretion, including, but not limited to, the right to assert offsets or defenses to (which rights are expressly preserved), or to dispute, any claim reflected on the Schedules as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated." These Global Notes will apply to all such amendments. Furthermore, nothing contained in the Schedules shall constitute a waiver of the Debtor's rights with respect to this chapter 7 case and specifically with respect to any issues involving substantive consolidation, equitable subordination and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers, or an admission relating to the same.

5. Any failure to designate a claim listed on the Debtor's Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated." Additionally, the dollar amounts of claims listed may be exclusive of contingent and additional unliquidated amounts. Further, the claims of individual creditors are listed as the amounts entered on the Debtor's books and records and may not reflect credits or allowances due from such creditors to the Debtor or setoffs applied by such creditors against amounts due by such creditors to the Debtor with respect to other transactions between them. The Debtor reserves all of its rights with respect to any such credits and allowances.

6. Some of the Debtor's scheduled assets and liabilities are unknown and/or unliquidated. In such cases, no amounts are listed or the amounts are listed as "undetermined," "unknown," "none calculated" or to similar effect. Accordingly, for this and other reasons the Schedules may not fully reflect the aggregate amount of the Debtor's assets and liabilities.

7.  At times, the preparation of the Schedules and the SOFA required the Debtor to make assumptions that may affect the reported amounts of assets and liabilities, the disclosures of contingent assets and liabilities, and/or other items. Actual results could differ from those estimates. Pursuant to Fed. R. Bankr. P. 1009, the Debtor may amend its Schedules as it deems necessary and appropriate to reflect material changes. In addition, the Debtor, for the benefit of its estate, reserves the right to dispute or to assert offsets or defenses to any claim listed on the Schedules.

8.  Given the differences between the information requested in the Schedules and the financial information utilized under generally accepted accounting principles in the United States ("GAAP"), the aggregate asset values and claim amounts set forth in the Schedules may not necessarily reflect the amounts that would be set forth in a balance sheet prepared in accordance with GAAP.

9.  With respect to Schedule A/B, questions 6-8, the retainer amounts paid by the Debtor to its bankruptcy counsel, Young Conway Stargatt & Taylor, LLP, on an earned upon receipt basis do not constitute an interest of the Debtor in property and are thus not listed in response to Schedule B, questions 6-8. These payments are listed in response to SOFA question 11.

10. With respect to Schedule A/B, question 7.1, the prepayments listed in response to this question marked "ATM Equity Offering," "McMillan LLP," and "KPMG" are expenses that were incurred for work actually performed to prepare an "at the market" secondary offering of Mad Catz Interactive, Inc. stock. No shares were actually issued under the offering, however, so these expenses were not recognized under U.S. GAAP, but remained a prepaid asset on the Debtor's books until such time as shares would be issued under the offering. The Debtor believes the amounts listed do not represent amounts that can be returned to the Debtor. Upon the issuance of shares by Mad Catz Interactive, Inc., the Debtor would be repaid these amounts incurred via cross-charge.

11. With respect to Schedule A/B, question 8.1, the Debtor made payment on the respective insurance policies listed even though it was not the primary insured under certain of the policies. In the ordinary course of its business, it would cross-charge its affiliates for these and other overhead charges, as well as other items, using arm's length transfer pricing.

12. With respect to Schedule A/B questions 10-12, the Debtor's listed accounts receivable are presented as of the opening of business on March 30, 2017 without deducting for customer allowances, such as those provided to certain customers as incentives to purchase additional product or those provided in lieu of the Debtor accepting returns. Additionally, the Debtor's accounts receivable also include receivables from a customer, U&I Entertainment LLC, that have not been recognized to revenue for U.S. GAAP reporting purposes due to extended payment terms offered in the agreement with U&I Entertainment LLC, which provide that this customer is obligated to pay for all product purchased but delay the obligation to pay until it is resold by the customer to a third party. At the Debtor's most recent month-end close, the deduction from such allowances represented a reduction of approximately 62% from gross accounts receivable, with such percentage exclusive of $3.4 million of receivables U&I Entertainment LLC that were excluded because of these payment terms.

13. With respect to Schedule A/B, questions 38-41, the Debtor has not verified the physical existence of all assets listed in response thereto; it is possible at least some assets may have been discarded, disposed of, or otherwise transferred or abandoned prior to the Petition Date.

14. With respect to Schedule A/B, question 55, the Debtor has historically carried a book value for leasehold improvements on its books and records, but does not carry a book value for leaseholds on its books and records. Additionally, with respect to the Debtor's Redlands lease, the Debtor wrote down the value of its leasehold improvements to zero when it vacated the premises in January 2017.

15. With respect to Schedule A/B, question 63, the Debtor acquired a customer list from TRITTON Technologies, a gaming audio headset firm, in 2010 as part of a broader acquisition of such entity's assets. The value of this list is being depreciated over the course of 96 months (8 years). Operationally, the customer list has been merged into the balance of the Debtor's customer list. Given its generally organic development, the Debtor has not ascribed a book value to the balance of the customer list. As such, the value shown is only that remaining value of the list acquired from TRITTON Technologies.

16. With respect to Schedule A/B, question 72, while the Debtor believes it possesses unused net operating losses, the amount of these unused net operating losses may depend on a variety of factors and the Debtor makes no warranty or representation that the amounts set forth in response to question 72 may be realized. These amounts derive from the Debtor's outside tax advisors, Scurio Consulting, Inc.

17. With respect to Schedule A/B, question 73, the Debtor was provided coverage under various insurance policies as of the Petition Date, but did not ascribe a book value to any of its insurance policies, only one of which was in the name of the Debtor.

18. With respect to Schedule A/B, questions 74 and 75, the Debtor has not listed any causes of action against third parties, although it is possible some such causes of action may exist. Among other things, the Debtor has not analyzed and listed any potential actions arising under chapter 5 of the Bankruptcy Code. The Debtor, on behalf of its estate, reserves all of its rights with respect to any causes of action it may have, whether or not listed as assets in the Schedules and SOFA, and neither these Global Notes nor the Schedules and SOFA shall be deemed a waiver of any such causes of action.

19. The Debtor has not determined whether, and to what extent, any of the creditors identified on Part 1 of Schedule E/F are actually entitled to priority under section 507 of the Bankruptcy Code. The Debtor reserves the right to assert that claims identified on Schedule E are not claims that are entitled to priority.

20. With respect to Schedule E/F, the Debtor has not included taxing authorities that might assert claims in currently unknown amounts. The Debtor has also excluded customers who paid for product that may or may not be delivered by the Debtor.

21. For the purposes of the Schedules, the Debtor has only scheduled claims and executory contracts for which the Debtor may be contractually and/or otherwise directly liable. No claims have been scheduled for which the Debtor may have benefited directly or indirectly from a contractual

relationship to which the Debtor was not a named party, such as that with a subsidiary, unless the Debtor believes it was otherwise directly liable on the claim. Without limiting the foregoing, the Debtor has excluded a number of insurance policies proving coverage to the Debtor as an additional insured because the primary insured is an affiliate of the Debtor.

22.   The Debtor, on behalf of its estate, hereby reserves all of its rights to dispute the validity, status or enforceability of any contract, agreement, lease or document set forth on Schedule G, including but not limited to those that may have expired or may have been modified, amended, and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments, and agreements which may not be listed on Schedule G. Any contract, agreement, lease or document listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth on Schedule G. Certain executory agreements may not have been memorialized in writing and could be subject to dispute. In addition, the Debtor may have entered into various other types of agreements in the ordinary course of its businesses, such as supplemental agreements, amendments/letter agreements, and/or confidentiality agreements. Such documents may not be set forth on Schedule G. The Debtor, on behalf of its estate, reserves all of its rights to dispute or challenge the characterization of the structure of any transaction, or any document or instrument related to a creditor's claim. In the ordinary course of business, the Debtor may have entered into agreements, written or oral, for the provision of certain services on a short-term or at-will basis. Such contracts may not be included on Schedule G. However, the Debtor, on behalf of its estate, reserves its right to assert that such agreements constitute executory contracts.

23.   Listing a contract, lease, agreement or other document on Schedule G does not constitute an admission that such contract, lease, agreement or other document is an executory contract or unexpired lease, and omitting any contract, lease, agreement or other document from Schedule G does not constitute an admission that such contract or agreement is not an executory contract or unexpired lease. On behalf of its estate, the Debtor reserves all rights to challenge whether any of the listed contracts, leases, agreements or other documents constitute an executory contract or unexpired lease, and to add additional contracts, leases, agreements or other documents to Schedule G. Any and all of the Debtor's rights, claims and causes of action with respect to the contracts and agreements listed on Schedule G are hereby reserved and preserved.

24.   For purposes of Schedule H, the Debtor has not listed its past insurers or its current insurers as co-debtors because the Debtor is unaware of any actual present liability on the part of these parties. The Debtor reserves its rights to assert that any of the various foregoing parties (or any other party not listed on Schedule H whom the Debtor later discovers to be liable in whole or part for any obligation of the Debtor) is a co-debtor with the Debtor, and neither these Global Notes nor the Schedules and SOFA shall be deemed a waiver of any rights of the Debtor to assert that any entity not listed in response to Schedule H is a co-debtor with respect to one or more of the Debtor's obligations.

25.   With respect to SOFA question 1, the Debtor's fiscal year has historically ended on March 31, 2017. For the current year, although the Debtor remained operational until March 30, 2017 as noted in response to question 1, gross revenue is presented through and including February 28,

2017, its most recent month-end close. Gross revenue is presented without netting for operating expenses.

26. With respect to SOFA question 3, payments for employee compensation are excluded, as are "cash sweeps" made by the Debtor's secured lenders.

27. With respect to SOFA question 4, wages and salary paid to employees are excluded. The salary paid to officers and directors of the Debtor within the past year is listed in response to SOFA question 30.

28. With respect to SOFA questions 4 and 30, the listing of any person or entity is not intended to be nor shall it be construed as a legal characterization of such party as an insider, and does not act as an admission of any fact, claim, right or defense, and all such rights, claims and defenses are hereby reserved by both the Debtor and such persons or entities.

29. With respect to SOFA question 6, in the ordinary course of business certain of the Debtor's creditors may have setoff all or part of amounts owed by the Debtor against security deposits, retainers or payables owed to the Debtor. The Debtor did not historically maintain a record of such setoffs, so they are not listed. Additionally, bank fees deducted from bank accounts of the Debtor are not listed in response to SOFA question 6.

30. With respect to SOFA question 9, the Debtor believes there have been no gifts or charitable contributions during the two years prior to the Petition Date, but the logistical challenge of identifying a *de minimis* gift has prevented the Debtor from verifying this belief prior to the filing of the SOFA.

31. With respect to SOFA question 11, although the Debtors consider such payment to be outside the scope of information requested by SOFA question 11, the Debtor notes it also provided compensation to McMillan LLP, the Canadian law firm arranging for certain of its affiliates' liquidation proceedings in Canada.

32. With respect to SOFA question 13, other than the sale to Logitech Inc., the Debtor is treating all transfers made during the applicable period to be transferred in the ordinary course of its business or financial affairs, but this is not intended to be nor shall it be construed as a legal characterization of such transactions as ordinary course transactions or non-ordinary course transactions, and does not act as an admission of any fact, claim, right or defense, and all such rights, claims and defenses are hereby reserved by both the Debtor and such persons or entities who were a party to any other transactions.

33. With respect to SOFA questions 26(a) through 26(c), the Debtor has excluded rank and file accountants and bookkeepers in response to this question, instead listing those officers who supervised them, as well as the Debtor's external audit firm.

34. With respect to SOFA question 26(d), it was not the practice of the Debtor to maintain complete records of transmittal of financial statements, and as such the Debtor cannot provide an exhaustive list of all entities that have received one or more financial statements from the Debtor in response to SOFA question 19(d), or the dates of such transmittals. Moreover, the Debtor typically did not produce stand-alone financial statements, but instead was included on the consolidated financial

statements of its corporate parent Mad Catz Interactive, Inc. together with other affiliates, which consolidated financial statements were publicly filed on account of Mad Catz Interactive, Inc.'s status as a publicly traded entity. An exception to this practice was the provision to the Debtor's lenders of consolidating financial statements in early 2017, which included distinct financial information for the Debtor and other affiliates.

35. With respect to SOFA question 27, these represent the Debtor's most recent full physical inventories, which take place once a year; inventory sampling occurs on a more frequent basis.

36. With respect to SOFA question 28, all of the Debtor's officers and directors resigned from those positions effective shortly after the filing of the Debtor's bankruptcy case, but are listed herein to the extent still in those positions as of the filing of the Debtor's chapter 7 bankruptcy petition. Prior to its resignation, the board designated the Designated Representative to complete certain specified tasks related to this chapter 7 case notwithstanding such resignations, including completion of the Schedules and SOFA.

37. With respect to SOFA question 30, the amount of compensation paid to, and expense reimbursements made to, the officers and directors of the Debtor during the period stated therein is listed therein in aggregate form. More detailed information can be obtained from the Debtor's books and records.

38. The Debtor and its past or present officers, employees, attorneys, professionals and agents (including, but not limited to, the Designated Representative), do not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. The Debtor and its past or present officers, employees, attorneys, professionals and agents (including, but not limited to, the Designated Representative) expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised or re-categorized. In no event shall the Debtor or its past or present officers, employees, attorneys, professionals and/or agents (including, but not limited to, the Designated Representative) be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of any potential claim against the Debtor or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused arising from or related to any information provided herein or omitted herein.

Fill in this information to identify the case:

Debtor name  **Mad Catz, Inc.**

United States Bankruptcy Court for the: _____ District of **Delaware**
                                                                    (State)

Case number (If known):  **17-10679 (KG)**

☐ Check if this is an
   amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                    **12/15**

---

## Part 1:    Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B*................................................................  $ 0.00

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*..............................................................  $ 20,310,468.19

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*................................................................  $ 20,310,468.19

---

## Part 2:    Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*............................  $ 5,342,402.81

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................  $ 1,783,216.24

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................  + $ 7,306,828.69

4. **Total liabilities**....................................................................................................  $ 14,432,447.74
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name  Mad Catz, Inc.

United States Bankruptcy Court for the: _____ District of  Delaware
                                                                    (State)

Case number (If known):  17-10679 (KG)

☐ Check if this is
an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**2. Cash on hand**  

$ 63.94

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Wells Fargo | Operating Account | 7520 | $ 142,481.22 |
| 3.2. Wells Fargo | Sweep Account | 0201 | $ 93,069.77 |

**4. Other cash equivalents** *(Identify all)*

| 4.1. None | | $ |
| 4.2. | | $ |

**5. Total of Part 1**

$235,614.93

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:   Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

Current value of
debtor's interest

7. Deposits, including security deposits and utility deposits

Description, including name of holder of deposit

7.1. Deposits (see attached) .............................................................................. $ 129,893.32

7.2. Security Deposits (see attached) ................................................................. $ 91,105.27

8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

Description, including name of holder of prepayment

8.1. Prepaid Insurance (see attached) ............................................................... $ 225,764.63

8.2. Prepaid Other (see attached) ..................................................................... $ 534,449.44

8.3. Prepaid Royalties (see attached) ............................................................... $ 437,890.41

9. Total of Part 2.

Add lines 7 through 8. Copy the total to line 81. ........................................... $ 1,419,103.07

## Part 3:   Accounts Receivable

10. Does the debtor have any accounts receivable?

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

11. Accounts receivable

11a. 90 days old or less:   2,871,885.45       –   0                              = ....... Ī     $ 2,871,885.45
                          face amount          doubtful or uncollectible accounts

11b. Over 90 days old:     5,430,893.47       –   264,927.83                     = ....... Ī     $ 5,165,965.64
                          face amount          doubtful or uncollectible accounts

12. Total of Part 3

Current value on lines 11a + 11b = line 12. Copy the total to line 82.                          $ 8,037,851.09

## Part 4:   Investments

13. Does the debtor own any investments?

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. Mutual funds or publicly traded stocks not included in Part 1 | | |
| Name of fund or stock: | | |
| 14.1. _____ | _____ | $ _____ |
| 14.2. _____ | _____ | $ _____ |

15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| 15.1. Mad Catz Interactive Asia | 1 % | _____ | $ 0 |
| 15.2. _____ | _____% | _____ | $ _____ |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____    _____  $_____

16.2._____    _____  $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

$ 0 _____

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No. Go to Part 6.

    ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| Fightstick parts | 03/31/16 | $ 13,899.28 | LCM | $ 13,899.28 |
| | MM / DD / YYYY | | | |
| 20. **Work in progress** | | | | |
| | MM / DD / YYYY | $ | | $ |
| 21. **Finished goods, including goods held for resale** | | | | |
| Headsets, mice and keyboards | 03/31/16 | | LCM | $ 7,052,957.82 |
| | MM / DD / YYYY | $ 7,052,957.82 | | |
| 22. **Other inventory or supplies** | | | | |
| | MM / DD / YYYY | $ | | $ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.

    $ 7,066,857.10

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☑ Yes. Book value $41,250    Valuation method cost    Current value $41,250

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☐ No

    ☑ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No. Go to Part 7.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| | $ | | $ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| | $ | | $ |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| | $ | | $ |

32. **Other farming and fishing-related property not already listed in Part 6**

_____    $_____    _____    $_____

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ 0

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:     Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| Desks, chairs, and other items at headquarters and 3PL distribution center | $ 115,745 | cost less depreciation | $ 115,745 |
| 40. **Office fixtures** | | | |
| | $ | | $ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| See attached | $ 61,953 | cost less depreciation | $ 61,953 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | $ | | $ |
| 42.2 | $ | | $ |
| 42.3 | $ | | $ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 177,698

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.

    ☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| 49. **Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| See attached _____ | $ 71,367 | cost less depreciation | $ 71,367 |

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.

    $ 71,367

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☐ No

    ☒ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☒ No

    ☐ Yes

**Real property**

Does the debtor own or lease any real property?

☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Lease and leasehold improvements at 10680 Treena Street, Suite 500 San Diego, CA 92131 | Leased Property | $ 372,878.36 | Cost less depreciation | $ 0.00 |
| 55.2 Lease and leasehold improvements at 490 Nevada Street Redlands, CA 92373 | Leased Property | $ 0.00 | Written down | $ 0.00 |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. Total of Part 9.

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

57. Is a depreciation schedule available for any of the property listed in Part 9?

☐ No
☒ Yes

58. Has any of the property listed in Part 9 been appraised by a professional within the last year?

☒ No
☐ Yes

**Part 10:  Intangibles and intellectual property**

59. Does the debtor have any interests in intangibles or intellectual property?

☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets | | | |
| Defensive TradeMark | $ 52,667 | Cost less depreciation | $ 52,667 |
| Patent No. 7532200 and TWI269206B | $ 108,963 | Cost less depreciation | $ 108,963 |
| Tritton trademark and Trade name | $ 1,205,556 | Purchase price less depreciation | $ 1,205,556 |
| 61. Internet domain names and websites | | | |
| See attached schedule | $ | | $ |
| 62. Licenses, franchises, and royalties | | | |
| | $ | | $ |
| 63. Customer lists, mailing lists, or other compilations | | | |
| Tritton customer list | $ 131,250 | Purchase price less depreciation | $ 131,250 |
| 64. Other intangibles, or intellectual property | | | |
| | $ | | $ |

65. **Goodwill**

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 1,498,436

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☑ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 11:   All other assets**

---

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____  —  _____  = $ ⊥
Total face amount    doubtful or uncollectible amount

$ None _____

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

Federal

| | tax year | |
|---|---|---|
| | FY16 | $ 250,482 |
| | FY15 | $ 150,718 |
| | FY14 | $ 225,410 |
| | FY12 | $ 716,367 |
| | FY11 | $ 419,593 |
| | FY10 | $ 40,961 |

73. **Interests in insurance policies or annuities**

$ Undetermined _____

74. **Causes of action against third parties** (whether or not a lawsuit has been filed)

$ Undetermined _____

Nature of claim   _____

Amount requested   $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

$ Undetermined _____

Nature of claim   _____

Amount requested   $ _____

76. **Trusts, equitable or future interests in property**

$ None _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

$ Undetermined _____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$ 1,803,531 _____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 12:**    **Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 235,614.93 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 1,419,103.07 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 8,037,851.09 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 7,066,857.10 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 177,698 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 71,377 | |
| 88. **Real property.** *Copy line 56, Part 9.* . .................................................................... | | $ 0 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 1,498,436 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 1,803,531 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 20,310,468.19 | + 91b. $ 0 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. ................................................................ $ 20,310,468.19

**Question 7.1 Deposits**

| Date | Transaction Description | Amount |
|---|---|---|
| 10/31/2015 | 1174958 ATM Equity offering | 20,000.00 |
| 11/30/2015 | 1180166 ATM Equity offering | 60,000.00 |
| 12/31/2015 | 1189634 McMillan LLP | 16,819.83 |
| 12/31/2015 | 1189626 KPMG | 31,000.00 |
| 7/31/2016 | 1216462 Microsoft Capital Lease Deposit | 2,073.52 |
| | | 129,893.35 |

**Question 7.2 Security Deposits**

| Date | Transaction description | Amount |
|---|---|---|
| 3/19/2009 | Nevada Business Park (DC) | 33,697.66 |
| 7/15/2014 | TPP 212 Scripps LLC | 57,407.61 |
| | | 91,105.27 |

**Question 8.1 Prepaid Insurance**

| Vendor | Policy # | Policy Description | Term | Amount |
|---|---|---|---|---|
| Marsh & McLennan | 35818662 | Commercial Package | 11/1/16 - 11/1/17 | 4,264.17 |
| Marsh & McLennan | MCN000131161201 | Professional Liability Insurance | 11/1/16 - 11/1/17 | 23,955.47 |
| Marsh & McLennan | 71737418 | Workmans comp | 11/1/16 - 11/1/17 | 3,001.00 |
| Marsh & McLennan | 79835677 | Umbrella Excess | 11/1/16 - 11/1/17 | 2,352.33 |
| Marsh & McLennan | MC20495 | Cargo Coverage | 11/1/16 - 11/1/17 | 11,051.67 |
| Marsh & McLennan | 106197064 | Executive Risk Package | 11/1/16 - 11/1/17 | 3,002.01 |
| Marsh & McLennan | TUE0629621 | Commercial Umrella Excess | 11/1/16 - 11/1/17 | 6,733.33 |
| Marsh & McLennan | G24097778003 | Employment Practices Liab-Claims Made | 11/1/16 - 11/1/17 | 10,784.41 |
| Marsh & McLennan | ELU14722216 | XL D&O Tail Coverage | 11/14/16 - 03/31/23 | 97,500.00 |
| Marsh & McLennan | QPL0258761 | QBE D&O Excess DIC Side A Tail | 11/14/16 - 03/31/23 | 30,000.00 |
| Marsh & McLennan | AC1603135 | Employment Practices Liab | 11/14/16 - 03/31/20 | 22,647.24 |
| Marsh & McLennan | 106197064 | Fiduciary Tail Coverage | 11/14/16 - 03/31/20 | 1,473.00 |
| Marsh & McLennan | 1027325602016100000 | Huatai Intl Local Admitted D&O China | 11/14/16 - 03/31/23 | 9,000.00 |
| | | | | 225,764.63 |

**Question 8.2 Prepaid Other**

| Vendor | Description | End Date | Balance |
|---|---|---|---|
| Ansarada PTY | Magellan Project | 01/25/17-04/25/17 | 2,003.16 |
| CDW (CDW00) | Meraki Wireless Support | 6/12/16-6/12/17 | 535.96 |
| City of Redlands (CIT08) | 2017 Business Certificate Renewal | 43100 | 2,032.53 |
| Creditsafe USA | Premier V2 | 42825 | 416.66 |
| Dell (DEL07) | Warranty storage renewal | 7/31/2017 | 1,621.67 |
| Digital Content Protection LLC | HDCP Adopter fee (annual) | 8/31/16 - 7/31/17 | 6,250.00 |
| Edgenet (Via WFBCC) | Walmart | 12/16-12/17 | 2,026.08 |
| FMT (FMT00) | Company Data Archive | 43009 | 3,933.33 |
| FMT (FMT00) | Business Ready | 43008 | 14,038.03 |

| | | | |
|---|---|---|---:|
| Go Daddy Digit | Digital Security Certificate SD Server | 01/16 - 12/18 | 534.75 |
| Performance Designed Products | Universal listening station - Gamestop | 42704 | 133,809.26 |
| RPX Corporation (RPX00) | Membership / License Fee | 42887 | 5,270.50 |
| San Bernardino County Tax Collector (SBCO1) | DC Property Tax (billed every July) | 42916 | 724.81 |
| San Diego County Tax Collector (SAN06) | SD Property Taxes | 42916 | 2,270.97 |
| San Diego County Tax Collector (SAN06) | Unsec Pers Prop Tax | Jul16-Jun17 | 168.31 |
| Softcat Limited (IC fr MCE) | Cloud Enduser (3 yrs) | 43009 | 4,378.78 |
| SysAid Tech | IT Help | 9/15 - 9/17 | 1,217.22 |
| True Commerce (TRU01) | EDI Maintenance | 43039 | 4,195.67 |
| USB Implementers Forum | 4/4/16-4/4/17 membership | 42829 | 333.33 |
| Thomson CompuMark | WorldWide Watch Mad Catz | 5/16-4/17 | 76.67 |
| Voyetra TurtleBeach | Walmart Headset Kiosk | 11/01/2016-11/01/2017 | 310,597.61 |
| Pricewaterhouse Coopers | C$50k per Feb17 engmnt letter | | 38,014.15 |
| Total details of account: | | | 534,449.44 |

**Question 8.3 Prepaid Royalties**

| Royalty | 3/31 Balance |
|---|---:|
| Bandai Namco EI | 10,000.00 |
| DTS | 12,608.41 |
| HDMI | 5,000.00 |
| XONE wired & wireless chip purchases | 410,282.00 |
| | 437,890.41 |

**SCHEDULE A/B QUESTION 41**

| Asset Index | Asset ID | Suf | Asset Description | Book ID | Place in Service Date | Cost Basis | LTD Depreciation Amount | Net Book Value | Asset Class ID | Original Life Years | Asset Acct # | A/D Acct # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 134 | 0134 | 1 | ADO 10PK Font Folio P/N 470650099 | FINANCIAL | 2/1/2006 | $ 5,199.80 | $ 5,199.80 | $ | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 137 | 0137 | 1 | Upgrades to SD Network gear | FINANCIAL | 3/6/2006 | $ 3,859.67 | $ 3,859.67 | $ | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 143 | 0143 | 1 | SonicWall GMS Software | FINANCIAL | 7/17/2006 | $ 23,019.90 | $ 23,019.90 | $ | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 159 | 0159 | 1 | BusReady License Upgrade | FINANCIAL | 7/31/2007 | $ 36,859.77 | $ 36,859.77 | $ | COMP HW & SW | 1 | 1510-000- | 1560-000- |
| 281 | 0281 | 1 | Rocket XL Inc. - Website (Balance of Ass | FINANCIAL | 9/3/2007 | $ 10,000.00 | $ 10,000.00 | $ | COMP HW & SW | 1 | 1510-000- | 1560-000- |
| 315 | 0307 | 1 | Laptops;2 Citrix servers | FINANCIAL | 5/13/2008 | $ 3,229.44 | $ 3,229.44 | $ | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 316 | 0308 | 1 | Laptops;2 Citrix servers | FINANCIAL | 5/13/2008 | $ 6,008.16 | $ 6,008.16 | $ | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 323 | 0315 | 1 | Netwrk Prfsn Srvcs 8/28/08 | FINANCIAL | 8/28/2008 | $ 7,549.09 | $ 7,549.09 | $ | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 325 | 0317 | 1 | WEB Servers - E5430, PE2950III, 2X6MB | FINANCIAL | 10/13/2008 | $ 24,930.57 | $ 24,930.57 | $ | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 328 | 0320 | 1 | Great Plains Server | FINANCIAL | 2/13/2009 | $ 3,868.54 | $ 3,868.54 | $ | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 329 | 0321 | 1 | SQL Server Upgrade | FINANCIAL | 3/3/2009 | $ 16,424.47 | $ 16,424.47 | $ | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 330 | 0322 | 1 | Disaster Recovery Software 4 Web Servers | FINANCIAL | 3/18/2009 | $ 3,379.11 | $ 3,379.11 | $ | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 336 | 0327 | 1 | DataAgent SQL Server | FINANCIAL | 5/13/2009 | $ 1,600.09 | $ 1,600.09 | $ | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 340 | 0330 | 1 | GameShark Website | FINANCIAL | 5/31/2009 | $ 4,422.91 | $ 4,422.91 | $ | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 347 | 0334 | 1 | Network Switch 7/9/09 | FINANCIAL | 7/9/2009 | $ 1,348.24 | $ 1,348.24 | $ | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 367 | 0352 | 1 | Desktop for Flight 3sim Games | FINANCIAL | 10/13/2009 | $ 1,803.62 | $ 1,803.62 | $ | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 369 | 0354 | 1 | Great Plains 10 Upgrade | FINANCIAL | 10/1/2009 | $ 32,986.96 | $ 32,986.96 | $ | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 374 | 0359 | 1 | GP10 Upgrade + Additional FMT charges | FINANCIAL | 10/31/2009 | $ 20,703.01 | $ 20,703.01 | $ | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 375 | 0360 | 1 | Microsoft(SQL Servers (x2) | FINANCIAL | 11/13/2009 | $ 6,155.12 | $ 6,155.12 | $ | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 378 | 0363 | 1 | GP10 Upgrade (Add'l costs) | FINANCIAL | 12/15/2009 | $ 2,743.50 | $ 2,743.50 | $ | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 380 | 0365 | 1 | 2 PCs for Web Team Studio XPS 8000 | FINANCIAL | 1/6/2010 | $ 2,615.43 | $ 2,615.43 | $ | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 381 | 0366 | 1 | Sharepoint/TechDB Server 1/14 | FINANCIAL | 1/21/2010 | $ 2,173.98 | $ 2,173.98 | $ | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 385 | 0368 | 1 | Dell Precision T3500 (Qty. 3) | FINANCIAL | 3/16/2010 | $ 4,111.40 | $ 4,111.40 | $ | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 386 | 0369 | 1 | Data Agent SQL Server (Qty 2) | FINANCIAL | 4/1/2010 | $ 3,229.87 | $ 3,229.87 | $ | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 387 | 0370 | 1 | Univ Client Access Licenses | FINANCIAL | 4/1/2010 | $ 4,268.44 | $ 4,268.44 | $ | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 388 | 0371 | 1 | 6 Add'l Users in GP  4/22/10 | FINANCIAL | 4/22/2010 | $ 20,274.26 | $ 20,274.26 | $ | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 389 | 0372 | 1 | Dell Precision M4400 Notebook | FINANCIAL | 4/26/2010 | $ 1,759.60 | $ 1,759.60 | $ | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 390 | 0373 | 1 | CS Mac Server (Qty 1) | FINANCIAL | 6/21/2010 | $ 3,579.79 | $ 3,579.79 | $ | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 391 | 0374 | 1 | CS Mac (Qty 2) 27" | FINANCIAL | 6/22/2010 | $ 4,265.75 | $ 4,265.75 | $ | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 392 | 0375 | 1 | CS iMac (Qty 1) 27" | FINANCIAL | 6/22/2010 | $ 2,132.87 | $ 2,132.87 | $ | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 393 | 0376 | 1 | CS iMac (Qty 2) 27" | FINANCIAL | 6/21/2010 | $ 4,265.75 | $ 4,265.75 | $ | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 394 | 0377 | 1 | Fontagent Pro 4.0 - FAPM4WE20 | FINANCIAL | 6/29/2010 | $ 2,381.61 | $ 2,381.61 | $ | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 395 | 0378 | 1 | Office 2008 for Creative Services Qty 20 | FINANCIAL | 6/10/2010 | $ 6,589.20 | $ 6,589.20 | $ | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 396 | 0379 | 1 | CS5 Mac Upgrades Creative Services | FINANCIAL | 6/11/2010 | $ 14,520.00 | $ 14,520.00 | $ | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 397 | 0380 | 1 | APSs for Xserve-AE & APP for iMAC | FINANCIAL | 6/18/2010 | $ 1,615.50 | $ 1,615.50 | $ | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 398 | 0381 | 1 | 4 Desktop Computers 7/7/2010 | FINANCIAL | 7/11/2010 | $ 3,050.76 | $ 3,050.76 | $ | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 399 | 0382 | 1 | Back Up Tape Array 6/28/2010 | FINANCIAL | 7/2/2010 | $ 2,592.53 | $ 2,592.53 | $ | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 400 | 0384 | 1 | Tape Array Library 7/21/10 | FINANCIAL | 7/21/2010 | $ 18,137.08 | $ 18,137.08 | $ | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 401 | 0385 | 1 | Laptops x2 (NRepeming/Miuiie) | FINANCIAL | 7/16/2010 | $ 4,367.69 | $ 4,367.69 | $ | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 402 | 0386 | 1 | Dell Latitude E6410 | FINANCIAL | 6/14/2010 | $ 1,500.14 | $ 1,500.14 | $ | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 404 | 0388 | 1 | Backup SQL Server 5/13/2010 | FINANCIAL | 5/16/2010 | $ 1,028.41 | $ 1,028.41 | $ | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 405 | 0389 | 1 | Back-up Hardware for Creative Services | FINANCIAL | 6/16/2010 | $ 1,669.40 | $ 1,669.40 | $ | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 408 | 0392 | 1 | Backup Hardrives for Creative Services | FINANCIAL | 6/16/2010 | $ 1,713.13 | $ 1,713.13 | $ | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 462 | 0446 | 1 | TRI Dell Studio XPS | FINANCIAL | 5/28/2010 | $ 900.00 | $ 900.00 | $ | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 465 | 0449 | 1 | TRI Computer LXPJ02007943044832501 | FINANCIAL | 5/28/2010 | $ 1,300.00 | $ 1,300.00 | $ | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 492 | 0476 | 1 | TRI 2.67 GHZ CPU 3 GB RAM 688 GB HD | FINANCIAL | 10/19/2010 | $ 350.00 | $ 350.00 | $ | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 654 | 0562 | 1 | 3x Port Expansion Module 10/19 | FINANCIAL | 12/2/2010 | $ 3,925.61 | $ 3,925.61 | $ | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 659 | 0567 | 1 | New Mail Exchange Server 11/29 | FINANCIAL | 12/11/2010 | $ 5,070.73 | $ 5,070.73 | $ | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 660 | 0568 | 1 | Macbook Pro: IT&ProdDev Depts. | FINANCIAL | 12/10/2010 | $ 2,442.82 | $ 2,442.82 | $ | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 661 | 0569 | 1 | Tech Support CPUs (first) 12/10 | FINANCIAL | 12/15/2010 | $ 4,423.44 | $ 4,423.44 | $ | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 664 | 0571 | 1 | New Servers (x4) PE R610 with Chassis | FINANCIAL | 1/13/2011 | $ 19,808.06 | $ 19,808.06 | $ | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 667 | 0573 | 1 | City 10 Desktop Computers 1/7 | FINANCIAL | 12/15/2010 | $ 8,092.25 | $ 8,092.25 | $ | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 668 | 0574 | 1 | Laptops (Qty 11)  1/7/2011 | FINANCIAL | 1/16/2011 | $ 13,795.44 | $ 13,795.44 | $ | COMP HW & SW | 3 | 1510-000- | 1560-000- |

| Asset Index | Asset ID | Suf | Asset Description | Book ID | Place in Service Date | LTD Depreciation Amount | Cost Basis | Net Book Value | Asset Class ID | Original Life Years | Asset Acct # | A/D Acct # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 670 | 0576 | 1 | Ram (Qty 7) 1/12/2011 | FINANCIAL | 1/25/2011 | 1,690.53 | 1,690.53 | | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 671 | 0575 | 1 | Qty 3 Laptops -1/7/11 | FINANCIAL | 1/17/2011 | 5,458.45 | 5,458.45 | | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 673 | 0578 | 1 | Smartfill Licenses for GP | FINANCIAL | 2/4/2011 | 6,480.00 | 6,480.00 | | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 674 | 0579 | 1 | Foresight Software 1/2 Deposit | FINANCIAL | 3/3/2011 | 130,800.00 | 130,800.00 | | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 676 | 0581 | 1 | SiteCatalyst Analytics 3/1/11 | FINANCIAL | 3/1/2011 | 7,800.00 | 7,800.00 | | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 678 | 0583 | 1 | Office Pro Plus (Qty 10)  3/9 | FINANCIAL | 3/13/2011 | 4,571.30 | 4,571.30 | | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 679 | 0584 | 1 | Windows 7 Software Upgrade x10 | FINANCIAL | 5/11/2011 | 1,829.72 | 1,829.72 | | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 681 | 0586 | 1 | Dell laptop M4600 | FINANCIAL | 7/6/2011 | 2,126.41 | 2,126.41 | | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 682 | 0587 | 1 | Laptop Purchase for Mike Horn | FINANCIAL | 7/18/2011 | 1,282.49 | 1,282.49 | | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 683 | 0588 | 1 | Computer Thunderhawk Workstation | FINANCIAL | 9/30/2011 | 1,368.92 | 1,368.92 | | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 689 | 0592 | 1 | 3PCs for DigitArtist&Pgramer | FINANCIAL | 12/15/2011 | 3,949.41 | 3,949.41 | | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 690 | 0593 | 1 | Database srvr for Sharepoint | FINANCIAL | 9/15/2011 | 3,639.45 | 3,639.45 | | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 691 | 0594 | 1 | Visual studio for Thunderhawk | FINANCIAL | 11/10/2011 | 5,022.51 | 5,022.51 | | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 692 | 0594 | 2 | Adobe SW for Thunderhawk | FINANCIAL | 12/16/2011 | 2,332.85 | 2,332.85 | | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 693 | 0594 | 3 | Pen Tablet for Thunderhawk | FINANCIAL | 12/12/2011 | 386.19 | 386.19 | | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 694 | 0594 | 4 | Development SW for Thunderhawk | FINANCIAL | 12/13/2011 | 991.74 | 991.74 | | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 708 | 0606 | 1 | Office365 Plan 121312-011213 | FINANCIAL | 12/13/2012 | 4,930.00 | 4,930.00 | | COMP HW & SW | 0 | 1510-000- | 1560-000- |
| 707 | 0607 | 1 | Office365 Plan 011313-012213 | FINANCIAL | 1/14/2013 | 4,930.00 | 4,930.00 | | COMP HW & SW | 0 | 1510-000- | 1560-000- |
| 2879 | 0634 | 1 | Dell Latitude 14 5000 Series | FINANCIAL | 9/15/2014 | 1,186.88 | 1,424.31 | 237.43 | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 729 | 0626 | 1 | Mad Catz Website (Netsuite) | FINANCIAL | 9/9/2013 | 184,664.83 | 184,664.83 | | COMP HW&SW 450 | 3 | 1510-000- | 1560-000- |
| 3039 | 0554 | 1 | PC for tech sqrt,misc exp | FINANCIAL | 2/2/2015 | 768.95 | 1,107.23 | 338.28 | COMP HW&SW DC | 3 | 1511-000- | 1561-000- |
| 3117 | 0670 | 1 | Dell Latitude E7450 | FINANCIAL | 12/3/2015 | 768.01 | 1,843.30 | 1,075.29 | COMP HW/SW 350 | 3 | 1510-000- | 1560-000- |
| 3118 | 0671 | 1 | Dell Latitude E450 | FINANCIAL | 12/3/2015 | 768.01 | 1,843.31 | 1,075.30 | COMP HW/SW 350 | 3 | 1510-000- | 1560-000- |
| 3032 | 0649 | 1 | Streaming Laptop | FINANCIAL | 1/8/2015 | 1,096.69 | 1,518.52 | 421.83 | COMP HW/SW 500 | 3 | 1510-000- | 1560-000- |
| 3033 | 0650 | 1 | Laptop for Brad Carraway | FINANCIAL | 12/28/2014 | 1,385.29 | 1,918.10 | 532.81 | COMP HW/SW 500 | 3 | 1510-000- | 1560-000- |
| 3100 | 0655 | 1 | Microsoft Surface Tablet | FINANCIAL | 8/14/2014 | 1,405.93 | 1,600.24 | 195.31 | COMP HW/SW 500 | 3 | 1510-000- | 1560-000- |
| 3104 | 0659 | 1 | Replacement Laptop for M. Julio | FINANCIAL | 5/22/2015 | 1,160.38 | 1,990.08 | 829.20 | COMP HW/SW 500 | 3 | 1510-000- | 1560-000- |
| 3107 | 0662 | 1 | Laptop for Dalin C 7/21/15 | FINANCIAL | 7/21/2015 | 969.00 | 1,836.00 | 867.00 | COMP HW/SW 500 | 3 | 1510-000- | 1560-000- |
| 700 | 0599 | 1 | MAC purchase/Kayako Mar12,etc | FINANCIAL | 3/28/2012 | 5,842.19 | 5,842.19 | | COMP HW/SW 550 | 3 | 1510-000- | 1560-000- |
| 2873 | 0628 | 1 | MACBOOK Pro | FINANCIAL | 7/21/2014 | 2,741.64 | 3,183.84 | 442.20 | COMP HW/SW 550 | 3 | 1510-000- | 1560-000- |
| 2874 | 0629 | 1 | iMAC 27 | FINANCIAL | 7/21/2014 | 1,783.95 | 2,071.62 | 287.67 | COMP HW/SW 550 | 3 | 1510-000- | 1560-000- |
| 2875 | 0630 | 1 | iMAC 27 | FINANCIAL | 7/21/2014 | 1,783.95 | 2,071.62 | 287.67 | COMP HW/SW 550 | 3 | 1510-000- | 1560-000- |
| 2877 | 0632 | 1 | Rplmt laptop for BDimick | FINANCIAL | 8/8/2014 | 1,002.85 | 1,164.61 | 161.76 | COMP HW/SW 600 | 3 | 1510-000- | 1560-000- |
| 3108 | 0663 | 1 | Laptop from Xotic PC | FINANCIAL | 7/30/2015 | 558.79 | 1,058.74 | 499.95 | COMP HW/SW 600 | 3 | 1510-000- | 1560-000- |
| 3119 | 0672 | 1 | 01/2016 LAPTOP JIM MAIA | FINANCIAL | 1/8/2016 | 716.81 | 1,843.31 | 1,126.50 | COMP HW/SW 600 | 3 | 1510-000- | 1560-000- |
| 727 | 0624 | 1 | Laptop for Karen McGinnis | FINANCIAL | 8/26/2013 | 1,364.96 | 1,364.96 | | COMP HW/SW 700 | 3 | 1510-000- | 1560-000- |
| 728 | 0625 | 1 | Laptop upgrades Maia/Amber 9/9 | FINANCIAL | 9/16/2013 | 3,611.21 | 3,611.21 | | COMP HW/SW 700 | 3 | 1510-000- | 1560-000- |
| 2878 | 0633 | 1 | Laptop for DMcKeon | FINANCIAL | 8/6/2014 | 2,152.40 | 2,152.40 | | COMP HW/SW 700 | 3 | 1510-000- | 1560-000- |
| 2984 | 0637 | 1 | Server Room (Treena) | FINANCIAL | 12/2/2014 | 18,609.12 | 18,609.12 | 298.93 | COMP HW/SW 700 | 6 | 1510-000- | 1560-000- |
| 2985 | 0638 | 1 | 69 Monitors (Corp Office) Treena | FINANCIAL | 12/2/2014 | 24,059.48 | 24,059.48 | 11,630.70 | COMP HW/SW 700 | 4 | 1510-000- | 1560-000- |
| 697 | 0596 | 1 | Software for Thunderhawk | FINANCIAL | 2/1/2012 | 4,470.65 | 4,470.65 | 13,533.47 | COMP HW/SW 700 | 3 | 1510-000- | 1560-000- |
| 699 | 0598 | 1 | Server 2008 Licenses | FINANCIAL | 3/19/2012 | 12,872.16 | 12,872.16 | 10,526.01 | COMP HW/SW 750 | 3 | 1510-000- | 1560-000- |
| 703 | 0601 | 1 | BarracudaLinkScor330 | FINANCIAL | 4/17/2012 | 2,408.10 | 2,408.10 | | COMP HW/SW 750 | 3 | 1510-000- | 1560-000- |
| 707 | 0605 | 1 | Global Data Synchronization network | FINANCIAL | 11/28/2012 | 1,889.28 | 1,889.28 | | COMP HW/SW 750 | 3 | 1510-000- | 1560-000- |
| 717 | 0615 | 1 | CDW AccessPoints/Firewalls | FINANCIAL | 3/27/2013 | 10,930.72 | 10,930.72 | | COMP HW/SW 750 | 8 | 1510-000- | 1560-000- |
| 724 | 0621 | 1 | Software addin for Video Editor | FINANCIAL | 6/10/2013 | 1,618.20 | 1,618.20 | | COMP HW/SW 750 | 3 | 1510-000- | 1560-000- |
| 725 | 0622 | 1 | Video backup solution IT | FINANCIAL | 6/10/2013 | 3,384.06 | 3,384.06 | | COMP HW/SW 750 | 3 | 1510-000- | 1560-000- |
| 726 | 0623 | 1 | KeyShotPro,RAM,SW | FINANCIAL | 6/3/2013 | 1,585.50 | 1,585.50 | | COMP HW/SW 750 | 3 | 1510-000- | 1560-000- |
| 3109 | 0664 | 1 | Laptop from Xotic | FINANCIAL | 7/30/2015 | 1,038.73 | 1,038.73 | 499.95 | COMP HW/SW 750 | 3 | 1510-000- | 1560-000- |
| 3113 | 0667 | 1 | SQL Server 2008 Enterprise (Qty. 4) | FINANCIAL | 4/1/2014 | 49,772.92 | 49,772.92 | 558.78 | COMP HW/SW 750 | 3 | 1510-000- | 1560-000- |
| 3114 | 0668 | 1 | Windows Server 2012 R2 (Qty.14) | FINANCIAL | 4/1/2014 | 10,948.70 | 38,733.45 | 38,733.45 | COMP HW/SW 750 | 3 | 1510-000- | 1560-000- |
| 3115 | 0669 | 1 | Windows Server User Calcs (Qty.221) | FINANCIAL | 1/1/2014 | 6,627.79 | 10,948.70 | 3,650.44 | COMP HW/SW 750 | 8 | 1510-000- | 1560-000- |
| 3121 | 0674 | 1 | 01/2016 MS SURFACE PRO | FINANCIAL | 1/6/2016 | 530.33 | 6,627.79 | 7,298.26 | COMP HW/SW 750 | 9 | 1510-000- | 1560-000- |
| 3120 | 0673 | 1 | Firewall 01/2016 | FINANCIAL | 1/1/2016 | 566.01 | 1,455.31 | 4,295.77 | COMP HW/SW 750 | 9 | 1510-000- | 1560-000- |

| Asset Index | Asset ID | Suf | Asset Description | Book ID | Place in Service Date | Cost Basis | LTD Depreciation Amount | Net Book Value | Asset Class ID | Original Life Years | Asset Acct # | A/D Acct # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3122 | 0675 | 1 | 2/16 2 PowerEdge R230 Server | FINANCIAL | 2/9/2016 | $ 5,508.40 | $ 1,989.13 | $ 3,519.27 | COMP HW/SW 750 | 3 | 1510-000- | 1560-000- |
| 3123 | 0676 | 1 | Dell Latitude E7470 BTX | FINANCIAL | 9/19/2016 | $ 1,568.57 | $ 217.85 | $ 1,350.72 | COMP HW/SW 700 | 3 | 1510-000- | 1560-000- |
| 3124 | 0677 | 1 | Dell Latitude E7470 BTX | FINANCIAL | 10/18/2016 | $ 1,568.57 | $ 174.28 | $ 1,394.29 | COMP HW & SW | 3 | 1510-000- | 1560-000- |
| 685 | 0590 | 1 | 3 PCsMonitors-New DC employees | FINANCIAL | 10/12/2011 | $ 1,590.01 | $ 1,590.01 | $ - | COMP HW&SW DC | 3 | 1511-000- | 1561-000- |
| 686 | 0590 | 2 | 3 Monitors-New DC Employees | FINANCIAL | 10/12/2011 | $ 461.03 | $ 461.03 | $ - | COMP HW&SW DC | 3 | 1511-000- | 1561-000- |
| 722 | 0619 | 1 | SCervantes laptop replacement | FINANCIAL | 4/28/2013 | $ 991.97 | $ 991.97 | $ - | COMP HW&SW DC | 3 | 1511-000- | 1561-000- |
| | | | | | | | | $ 61,954.37 | | | | |

**SCHEDULE A/B QUESTION 50**

| Asset Index | Asset ID | Suf | Asset Description | Book ID | Place in Service Date | Cost Basis | LTD Depreciation Amount | Net Book Value | Asset Class ID | Original Life Years | Asset Acct # | A/D Acct # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 199 | 0199 | 1 | Compliance Analyzer | FINANCIAL | 1/18/2006 | $ 37,653.23 | $ 37,653.23 | $ - | OFFICE EQUIP | 5 | 1520-000- | 1570-000- |
| 200 | 0200 | 1 | RSA Server H/W (SOX) and AT&T Phone Sys | FINANCIAL | 1/15/2006 | $ 66,705.07 | $ 66,705.07 | $ - | OFFICE EQUIP | 5 | 1520-000- | 1570-000- |
| 205 | 0205 | 1 | Flavia Brewer S350 | FINANCIAL | 10/31/2006 | $ 2,316.63 | $ 2,316.63 | $ - | OFFICE EQUIP | 5 | 1520-000- | 1570-000- |
| 206 | 0206 | 1 | Avaya Phone Systems for SD & ML | FINANCIAL | 3/31/2007 | $ 20,790.00 | $ 20,790.00 | $ - | OFFICE EQUIP | 5 | 1520-000- | 1570-000- |
| 317 | 0309 | 1 | 15 handheld scanners DC | FINANCIAL | 6/4/2008 | $ 40,649.97 | $ 40,649.97 | $ - | OFFICE EQUIP | 5 | 1520-000- | 1570-000- |
| 333 | 0325 | 1 | Check scanner AcctsRec | FINANCIAL | 5/6/2009 | $ 1,290.99 | $ 1,290.99 | $ - | OFFICE EQUIP | 5 | 1520-000- | 1570-000- |
| 368 | 0353 | 1 | AV Equipment Board Room (Panasonic) | FINANCIAL | 10/1/2009 | $ 118,085.65 | $ 118,085.65 | $ - | OFFICE EQUIP | 5 | 1520-000- | 1570-000- |
| 507 | 0491 | 1 | TRI Linux Asterisk Phone Server 2.2 DC | FINANCIAL | 5/28/2010 | $ 250.00 | $ 250.00 | $ - | OFFICE EQUIP | 5 | 1520-000- | 1570-000- |
| 655 | 0563 | 1 | Avaya Phone Upgrade | FINANCIAL | 9/30/2010 | $ 3,983.86 | $ 3,983.86 | $ - | OFFICE EQUIP | 5 | 1520-000- | 1570-000- |
| 662 | 0570 | 1 | Install/Purchase New Phones | FINANCIAL | 12/21/2010 | $ 3,398.22 | $ 3,398.22 | $ - | OFFICE EQUIP | 5 | 1520-000- | 1570-000- |
| 710 | 0608 | 1 | 80" LCD HDTV | FINANCIAL | 2/8/2013 | $ 7,513.98 | $ 6,136.40 | $ 1,377.58 | OFFICE EQUIP | 5 | 1520-000- | 1570-000- |
| 2982 | 0635 | 1 | 2 Refrigerator (Corp office) | FINANCIAL | 12/8/2014 | $ 3,853.42 | $ 1,733.99 | $ 2,119.43 | OFFICE EQUIP | 6 | 1520-000- | 1570-000- |
| 2986 | 0639 | 1 | Access Control System | FINANCIAL | 12/2/2014 | $ 13,275.12 | $ 4,978.21 | $ 8,296.91 | OFFICE EQUIP | 6 | 1520-000- | 1570-000- |
| 2987 | 0640 | 1 | Structured Cabling (Treena) | FINANCIAL | 12/2/2014 | $ 23,549.41 | $ 8,831.08 | $ 14,718.33 | OFFICE EQUIP | 6 | 1520-000- | 1570-000- |
| 2992 | 0645 | 1 | AV System - Huddle Rooms (Treena) | FINANCIAL | 12/15/2014 | $ 13,162.80 | $ 5,923.26 | $ 7,239.54 | OFFICE EQUIP | 5 | 1520-000- | 1570-000- |
| 2993 | 0646 | 1 | AV System - Break Room (Treena) | FINANCIAL | 12/15/2014 | $ 6,139.60 | $ 2,762.86 | $ 3,376.74 | OFFICE EQUIP | 5 | 1520-000- | 1570-000- |
| 3034 | 0651 | 1 | AV System - VTC Room | FINANCIAL | 1/15/2015 | $ 22,243.60 | $ 9,638.93 | $ 12,604.67 | OFFICE EQUIP | 5 | 1520-000- | 1570-000- |
| 3035 | 0652 | 1 | AV Systems - Board Room | FINANCIAL | 1/15/2015 | $ 22,811.92 | $ 9,885.18 | $ 12,926.74 | OFFICE EQUIP | 5 | 1520-000- | 1570-000- |
| 3036 | 0640 | 2 | Structured Cabling 2 (Treena) | FINANCIAL | 12/19/2014 | $ 4,294.69 | $ 1,550.88 | $ 2,743.81 | OFFICE EQUIP | 6 | 1520-000- | 1570-000- |
| 3037 | 0645 | 2 | AV Systems 2 Huddle Room | FINANCIAL | 12/19/2014 | $ 3,582.43 | $ 1,552.42 | $ 2,030.01 | OFFICE EQUIP | 5 | 1520-000- | 1570-000- |
| 406 | 0390 | 1 | TV for Trade Show | FINANCIAL | 8/23/2010 | $ 1,285.41 | $ 1,285.41 | $ - | OFFICE EQUIP500 | 5 | 1520-000- | 1570-000- |
| 702 | 0600 | 1 | Tradeshow Booth | FINANCIAL | 4/9/2012 | $ 52,326.63 | $ 52,326.63 | $ - | OFFICE EQUIP500 | 5 | 1520-000- | 1570-000- |
| 713 | 0611 | 1 | Road cases for 2x 80" LED TVs | FINANCIAL | 2/21/2013 | $ 2,218.05 | $ 2,218.05 | $ - | OFFICE EQUIP500 | 5 | 1520-000- | 1570-000- |
| 715 | 0613 | 1 | Audio for Tradeshow Booths | FINANCIAL | 2/21/2013 | $ 1,405.06 | $ 1,405.06 | $ - | OFFICE EQUIP500 | 5 | 1520-000- | 1570-000- |
| 716 | 0614 | 1 | Guitar Center - Audio booth | FINANCIAL | 3/25/2013 | $ 2,681.56 | $ 2,681.56 | $ - | OFFICE EQUIP500 | 5 | 1520-000- | 1570-000- |
| 720 | 0617 | 1 | Travel Show Booth | FINANCIAL | 3/31/2013 | $ 68,731.21 | $ 68,731.21 | $ - | OFFICE EQUIP500 | 5 | 1520-000- | 1570-000- |
| 723 | 0620 | 1 | D81 Dev Kit, Sensor, controller & entitl | FINANCIAL | 5/8/2013 | $ 10,000.00 | $ 7,666.70 | $ 2,333.30 | OFFICE EQUIP500 | 5 | 1520-000- | 1570-000- |
| 2876 | 0531 | 1 | Full Pro Flight Simulator Cockpit | FINANCIAL | 8/26/2014 | $ 1,323.99 | $ 1,323.99 | $ - | OFFICE EQUIP500 | 1 | 1520-000- | 1570-000- |
| 3101 | 0656 | 1 | Full Proflight Simulator Cockpit | FINANCIAL | 3/1/2014 | $ 1,329.89 | $ 1,329.89 | $ - | OFFICE EQUIP500 | 1 | 1520-000- | 1570-000- |
| 3102 | 0657 | 1 | SCEA Test Kits (Qty. 2 PS4 testing kits) | FINANCIAL | 4/8/2015 | $ 2,592.00 | $ 993.60 | $ 1,598.40 | OFFICE EQUIP500 | 5 | 1520-000- | 1570-000- |
| | | | | | | | | $71,365.46 | | | | |

**SCHEDULE A/B QUESTION 61**

| Domain | Registrant | Country | Entity | Status |
|---|---|---|---|---|
| Madcatz.asia | Marcaria | Hong Kong | MCI | Owned |
| Madcatz.hk | Marcaria | Hong Kong | MCI | Owned |
| Madcatz.sg | Marcaria | Singapore | MCI | Owned |
| Madcatz.co.in | Marcaria | India | MCI | Owned |
| Madcatz.com.au | Marcaria | Austrailia | MCI | Owned |
| Tritton.cn | Marcaria | China | MCI | Owned |
| Tritton.com.cn | Marcaria | China | MCI | Owned |
| Tritton.jp | Marcaria | Japan | MCI | Owned |
| TrittonAudio.cn | Marcaria | China | MCI | Owned |
| Trittonaudio.com.cn | Marcaria | China | MCI | Owned |
| TrittonAudio.jp | Marcaria | Japan | MCI | Owned |
| TrittonAudio.sg | Marcaria | Singapore | MCI | Owned |
| TrittonAudio.tw | Marcaria | Taiwan | MCI | owned |

**Fill in this information to identify the case:**

Debtor name   Mad Catz, Inc.

United States Bankruptcy Court for the: _____ District of  Delaware
                                                                        (State)

Case number (If known):   17-10679 (KG)

☐ Check if this is an
   amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property        12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
| --- | --- | --- |

**2.1** Creditor's name
Sterling National Bank

Creditor's mailing address

8401 N. Central Expressway Suite 600
Dallas, TX 75225

Creditor's email address, if known
ggentry@snb.com

Date debt was incurred   June 2015
Last 4 digits of account
number   __ __ __ __

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor, and its relative priority.

Describe debtor's property that is subject to a lien
Substantially all assets                $ 4,806,483.08        $ unknown

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name
FGI Finance

Creditor's mailing address
80 Borad Street, 22nd Floor
New York, NY 10004

Creditor's email address, if known

Date debt was incurred
Last 4 digits of account
number   __ __ __ __

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Have you already specified the relative priority?
   ■ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien
Substantially all assets                $ 535,919.73        $ unknown

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.        $ 5,342,402.81

Debtor   Mad Catz, Inc.
         _____        Case number (if known)  17-10679 (KG)
         Name

---

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

---

| Fill in this information to identify the case: |
|---|

Debtor    Mad Catz, Inc.

United States Bankruptcy Court for the: _____ District of Delaware
                                                   (State)

Case number   17-10679 (KG)
(If known)

☐ Check if this is
an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

Karen McGinnis
Redacted

As of the petition filing date, the claim is:   $ 848,842.56     $ 12,850
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
3/30/17

Basis for the claim:
severance

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**2.2** Priority creditor's name and mailing address

David McKeon
Redacted

As of the petition filing date, the claim is:   $ 481,945.20     $ 12,850
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
3/30/17

Basis for the claim:
severance

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**2.3** Priority creditor's name and mailing address

Tyson Marshall
Redacted

As of the petition filing date, the claim is:   $ 452,428.48     $ 12,850
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
3/30/17

Basis for the claim:
severance

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**Part 1.** Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| Total claim | Priority amount |

**2._** Priority creditor's name and mailing address

$_____    $_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

---

**2._** Priority creditor's name and mailing address

$_____    $_____

As of the petition filing date, the claim is:
*Check all that apply.*
Contingent
Unliquidated
Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

---

**2._** Priority creditor's name and mailing address

$_____    $_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

---

**2._** Priority creditor's name and mailing address

$_____    $_____

As of the petition filing date, the claim is:
*Check all that apply.*
Contingent
Unliquidated
Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

| Debtor | Mad Catz, Inc. | Case number (if known) | 17-10679(KG) |
|---|---|---|---|
| | Name | | |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address
1080 Partners LLC

113 Wild Horse Valley Drive

Novato, CA 94947-3615

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 6,333.98

Date or dates debt was incurred    1/31/2017
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address
Acosta Sales & Marketing

6600 Corporate Center Parkway

Jacksonville, FL 32216-0973

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    trade

$ 18,698.70

Date or dates debt was incurred    1/25/2017
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address
ADP

P.O. Box 31001-1874

Pasadena, CA 91110-1874

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    trade

$ 199.56

Date or dates debt was incurred    3/24/2017
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address
ADP, LLC

P.O. Box 31001-1874

Pasadena, CA 91110-1874

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    trade

$ 458.42

Date or dates debt was incurred    3/17/2017
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address
Automatic Data Processing Inc.

P.O. Box 31001-1874

Pasadena, CA 91110-1874

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    trade

$ 2,196.46

Date or dates debt was incurred    2/10/2017 – 3/3/2017
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address
Am 3D A/S

Riihimakivej 6

DK-9200 Aalborg

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    trade

$ 2,284.80

Date or dates debt was incurred    12/31/2016
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    Mad Catz, Inc.
          Name                                                    Case number (if known)  17-10679 (KG)

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    Amount of claim

---

**3.7** Nonpriority creditor's name and mailing address

AmeriGas

P.O. Box 7155

Pasadena, CA 91109-7155

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  trade

$ 193.64

Date or dates debt was incurred    1/25/2017
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

ANATIP PTE. LTD

Level 10, 55 Market Street

Singapore 048941

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  trade

$ 15,000.00

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address

AT&T

Payment Center

Sacramento, CA 95887-0001

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  trade

$ 10,804.23

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address

AT&T Mobility

P.O. Box 6463

Carol Stream, IL 60197-6463

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  trade

$ 986.18

Date or dates debt was incurred    3/11/2017
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address

Bandai Namco Entertainment

5-37-8 Shiba

Tokyo 108-0014

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  trade

$ 10,000.00

Date or dates debt was incurred    2/7/2017
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F            Schedule E/F: Creditors Who Have Unsecured Claims            page 4 of 23

| Debtor | Mad Catz, Inc. | Case number (if known) | 17-10679 (KG) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.12** Nonpriority creditor's name and mailing address

Brask Enterprises Inc.

P.O. Box 55287

Houston, TX 77255-5287

Date or dates debt was incurred    1/1/2017-2/24/2017

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   trade

Is the claim subject to offset?
■ No
☐ Yes

$ 1,659.01

---

**3.13** Nonpriority creditor's name and mailing address

California Packaging

845 N. Euclid Avenue

Ontario, CA 91762

Date or dates debt was incurred    12/28/2016

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   trade

Is the claim subject to offset?
■ No
☐ Yes

$ 1,137.84

---

**3.14** Nonpriority creditor's name and mailing address

California Cross Dock

401 Palmyrita Avenue

Riverside, CA 92507

Date or dates debt was incurred    2/6/17-3/20/17

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   trade

Is the claim subject to offset?
■ No
☐ Yes

$ 54,298.39

---

**3.15** Nonpriority creditor's name and mailing address

Capcom USA Inc.

185 Berry Street

San Francisco, CA 94107

Date or dates debt was incurred    12/31/2016

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   trade

Is the claim subject to offset?
■ No
☐ Yes

$ 68,188.74

---

**3.16** Nonpriority creditor's name and mailing address

Meryem Choubaili

20683 Cutwater Place

Sterling, CA 20165

Date or dates debt was incurred    4/20/2016

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   trade

Is the claim subject to offset?
■ No
☐ Yes

$ 199.99

---

17-10679 (KG)

| Debtor | Mad Catz, Inc. | Case number *(if known)* | 17-10679 (KG) |
|---|---|---|---|
| | Name | | |

**Part 2:   Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.17** Nonpriority creditor's name and mailing address

Coffee Ambassador, Inc.

11578 Sorrento Valley Road

San Diego, CA 92121

Date or dates debt was incurred   2/9/2017

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   tax

Is the claim subject to offset?
■ No
☐ Yes

$ 207.20

---

**3.18** Nonpriority creditor's name and mailing address

Commonwealth of Virginia

Tax office of Customer Services, P.O. Box 1115

Richmond, VA 23218-1115

Date or dates debt was incurred   10/1/16-3/28/17

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   tax

Is the claim subject to offset?
■ No
☐ Yes

$ 10/1/16-3/28/17

---

**3.19** Nonpriority creditor's name and mailing address

Complete Office

Tax office of Customer Services, P.O. Box 1115

Richmond, VA 23218-1115

Date or dates debt was incurred   2/28/2017

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   trade

Is the claim subject to offset?
■ No
☐ Yes

$ 79.05

---

**3.20** Nonpriority creditor's name and mailing address

Corodata Records Management Inc.

P.O. Box 842638

Los Angeles, CA 90084-2638

Date or dates debt was incurred   2/6/2017-3/20/2017

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   trade

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,873.53

---

**3.21** Nonpriority creditor's name and mailing address

Corodata Shredding Inc.

P.O. Box 846137

Los Angeles, CA 90084-6137

Date or dates debt was incurred   1/31/2017 & 2/28/20

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   trade

Is the claim subject to offset?
■ No
☐ Yes

$ 98.00

---

| Debtor | Mad Catz, Inc. | Case number (if known) | 17-10679 (KG) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.22**  Nonpriority creditor's name and mailing address

Department of Revenue

500 Deaderick St.

Nashville, Tennessee 37242-1099

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim:   tax

Date or dates debt was incurred   10/1/2016-3/28/2017

Last 4 digits of account number   _ _ _ _

Is the claim subject to offset?
- ■ No
- ☐ Yes

$ 2,756.78

---

**3.23**  Nonpriority creditor's name and mailing address

Dexin Corporation

14F-B No. 258 Lian Cheung Road

Taipei Hsien, Taiwan

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   trade

Date or dates debt was incurred   10/31/2016-2/28/2017

Last 4 digits of account number   _ _ _ _

Is the claim subject to offset?
- ■ No
- ☐ Yes

$ 1,510,293

---

**3.24**  Nonpriority creditor's name and mailing address

Dolby Laboratories Licensing Corp

100 Potrero Avenue

San Francisco, CA 94103

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   trade

Date or dates debt was incurred   12/31/2016

Last 4 digits of account number   _ _ _ _

Is the claim subject to offset?
- ■ No
- ☐ Yes

$ 38,623.53

---

**3.25**  Nonpriority creditor's name and mailing address

Donnelley Financial Solutions

P.O. Box 842282

Boston, MA 02284-2282

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   trade

Date or dates debt was incurred   12/20/2016-2/28/2017

Last 4 digits of account number   _ _ _ _

Is the claim subject to offset?
- ■ No
- ☐ Yes

$ 9,600.00

---

**3.26**  Nonpriority creditor's name and mailing address

DTS Licensing Limited

5220 Las Virgenes Road

Calabasas, CA 91302

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   trade

Date or dates debt was incurred   12/31/2016

Last 4 digits of account number   _ _ _ _

Is the claim subject to offset?
- ■ No
- ☐ Yes

$ 7,774.80

---

Debtor    Mad Catz, Inc.
_____
Name

Case number (if known)    17-10679 (KG)
_____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.27** Nonpriority creditor's name and mailing address
Durham Jones & Pinegar

192 East 200 N., 3 Floor

St. George, UT 84770

Date or dates debt was incurred    2/16/2017-3/9/2017

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:    trade

Is the claim subject to offset?
■ No
☐ Yes

$ 5,063.00

---

**3.28** Nonpriority creditor's name and mailing address
EDI Specialists Inc.

62997 Collection Center Drive

Chicago, IL 60693-0629

Date or dates debt was incurred    2/4/2017

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    trade

Is the claim subject to offset?
■ No
☐ Yes

$ 280.00

---

**3.29** Nonpriority creditor's name and mailing address
Federal Express Corporation

P.O. Box 7221

Pasadena, CA 91109-7321

Date or dates debt was incurred    1/31/2017 & 2/28/2017

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    trade

Is the claim subject to offset?
■ No
☐ Yes

$ 780.74

---

**3.30** Nonpriority creditor's name and mailing address
Florida Department of Revenue

5050 West Tennessee Street

Tallahassee, FL 32399-0120

Date or dates debt was incurred    3/31/2017

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    tax

Is the claim subject to offset?
■ No
☐ Yes

$ 1,715.41

---

**3.31** Nonpriority creditor's name and mailing address
FMT Consultants LLC

2310 Camino Vida Roble

Carlsbad, CA 92011

Date or dates debt was incurred    12/21/2016 – 3/15/2017

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    trade

Is the claim subject to offset?
■ No
☐ Yes

$ 70,224.91

Debtor  Mad Catz, Inc.
_____
Name

Case number (if known)  17-10679 (KG)
_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.32** Nonpriority creditor's name and mailing address

Franchise Tax Board

State of California

Sacramento, CA 94257-0531

Date or dates debt was incurred  2/27/2017

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:  $ 1,265.20
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  trade

Is the claim subject to offset?
■ No
☐ Yes

---

**3.33** Nonpriority creditor's name and mailing address

Freeform

8375 Camino Santa Fe

San Diego, CA 92121

Date or dates debt was incurred  1/30/2017

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:  $ 2,264.63
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  trade

Is the claim subject to offset?
■ No
☐ Yes

---

**3.34** Nonpriority creditor's name and mailing address

GetGo Inc.

P.O. Box 50264

Los Angeles, CA 90074-0264

Date or dates debt was incurred  2/18/2017 & 3/18/2017

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:  $ 1,208.15
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  trade

Is the claim subject to offset?
■ No
☐ Yes

---

**3.35** Nonpriority creditor's name and mailing address

GMI Building Services Inc.

8001 Vickers Street

San Diego, CA 92111

Date or dates debt was incurred  1/10/2017

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:  $ 1,470.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  trade

Is the claim subject to offset?
■ No
☐ Yes

---

**3.36** Nonpriority creditor's name and mailing address

Google Inc.

Department 33654

San Francisco, CA 94139

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:  $ 12,175.61
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  trade

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    Mad Catz, Inc.
Name

Case number (if known)    17-10679 (KG)

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.37** Nonpriority creditor's name and mailing address
GXS Inc.

P.O. Box 640371
Pittsburgh, PA 15264-0371

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: trade

Date or dates debt was incurred    2/28/2017
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
■ No
☐ Yes

$ 8,500.00

**3.38** Nonpriority creditor's name and mailing address
HDMI Licensing LLC

2115 O'Nel Drive
San Jose, CA 95131

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: trade

Date or dates debt was incurred    12/31/2016
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
■ No
☐ Yes

$ 250.12

**3.39** Nonpriority creditor's name and mailing address
Kmart

c/o Lavante Inc.
San Jose, CA 95160

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: trade

Date or dates debt was incurred    6/23/2015
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
■ No
☐ Yes

$ 9,891.55

**3.40** Nonpriority creditor's name and mailing address
KPMG LLP

Dept. 0922
Dallas, TX 75312-09222

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: trade

Date or dates debt was incurred    12/12/2016 - 2/13/2017
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
■ No
☐ Yes

$ 205,500.00

**3.41** Nonpriority creditor's name and mailing address
Lei Customs Brokers Inc.

456 Humber Place
New Westminster, BC V3M 6A5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: trade

Date or dates debt was incurred    2/9/2017 - 3/14/2017
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
■ No
☐ Yes

$ 5,203.26

Debtor   Mad Catz, Inc.
_____
Name

Case number (if known)   17-10679 (KG)
_____

| Part 2: | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.42**   **Nonpriority creditor's name and mailing address**

Mad Catz Interactive Asia Ltd
_____

Unit 19-20, 15/F, Tower 2, Grand Central Plaza, 138 Shatin Rural Comm Rd

New Territories, Hong Kong
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:**   trade

$ 768,169.54

Date or dates debt was incurred   5/9/2016 – 3/16/2017

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

**3.43**   **Nonpriority creditor's name and mailing address**

Mad Catz Europe

1 & 2 Shenley Pavilions, Chalkdell Drive

Milton Keynes, Buckinghamshire MK5 6LB

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   trade

$ 1,990,676

Date or dates debt was incurred   1/21/2016 - 1/31/2017

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

**3.44**   **Nonpriority creditor's name and mailing address**

Mad Catz Japan

Sakura Building, 3rd Floor

Tokyo, Japan 158-0097

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   trade

$ 158,319.83

Date or dates debt was incurred   11/16/2016 - 1/20/2017

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

**3.45**   **Nonpriority creditor's name and mailing address**

INTENTIONALLY LEFT BLANK

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   trade

$ 0.00

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

**3.46**   **Nonpriority creditor's name and mailing address**

MHL, LLC

2115 O'Nel Drive

San Jose, CA 95131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   trade

$ 1,587.08

Date or dates debt was incurred   9/30/2016 & 12/31/2016

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

| Debtor | Mad Catz, Inc. | Case number (if known) | 17-10679 (KG) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.47** Nonpriority creditor's name and mailing addre

Microsoft Corporation

P.O. Box 842103

Dallas, TX 75282-2103

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** trade

Date or dates debt was incurred    3/14/2017

Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 2,816.07

---

**3.48** Nonpriority creditor's name and mailing address

Microsoft Licensing GP

6100 Neil Road

Reno, NV 89511-1132

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** trade

Date or dates debt was incurred    12/31/2016

Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 819,490.56

---

**3.49** Nonpriority creditor's name and mailing address

MIQ Global LLC

32344 Collection Center Drive

Chicago, IL 60693-0323

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** trade

Date or dates debt was incurred    4/13/2016 - 7/26/2016

Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 28,158.11

---

**3.50** Nonpriority creditor's name and mailing address

Mode Transportation LLC

P.O. Box 71188

Chicago, IL 60694-1188

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** trade

Date or dates debt was incurred    12/16/2016 - 3/24/2017

Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 228,603.15

---

**3.51** Nonpriority creditor's name and mailing address

Nevada Dept of Revenue

c/o Rossmore Enterprises

Aspen, CO 81611

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** tax

Date or dates debt was incurred    1/1/2017 - 3/31/2017

Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 174.40

---

| Debtor | Mad Catz, Inc. | Case number *(if known)* | 17-10679 (KG) |
| | Name | | |

**Part 2:     Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.52** Nonpriority creditor's name and mailing addre

Nevada Business Park LLC

c/o Rossmore Enterprises, 605 E. Main Street, Ste 7

Aspen, CO 81611

Date or dates debt was incurred     2/1/2017 & 3/1/2017

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:     trade

Is the claim subject to offset?
■ No
☐ Yes

$ 56,034.56

---

**3.53** Nonpriority creditor's name and mailing address

P&T Law APC

1645 Emerald Street

San Diego, CA 92109

Date or dates debt was incurred     2/7/17 & 3/1/17

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:     trade

Is the claim subject to offset?
■ No
☐ Yes

$ 930.00

---

**3.54** Nonpriority creditor's name and mailing address

Pegasus Logistics Group Inc

306 Airline Drive

Coppell, TX 75019

Date or dates debt was incurred     12/16/2016 - 2/28/2017

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:     trade

Is the claim subject to offset?
■ No
☐ Yes

$ 355,367.22

---

**3.55** Nonpriority creditor's name and mailing address

Elizabeth Pieri

1316 Rancho Lane

Thousand Oaks, CA 91362

Date or dates debt was incurred     _____

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:     trade

Is the claim subject to offset?
■ No
☐ Yes

$ 1,725.00

---

**3.56** Nonpriority creditor's name and mailing address

Pitney Bowes

2225 American Drive

Neenah, WI 54956-1005

Date or dates debt was incurred     3/16/17

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:     trade

Is the claim subject to offset?
■ No
☐ Yes

$ 100.00

---

Debtor   Mad Catz, Inc.
_____
Name

Case number (if known) 17-10679 (KG)
_____

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.57** Nonpriority creditor's name and mailing addres

Public Special Inc.
_____

3147 Progress Circle
_____
Mira Loma, CA 91752
_____

Date or dates debt was incurred    1/23/2017 - 3/14/2017

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:    trade

Is the claim subject to offset?
■ No
☐ Yes

$ 6,109.84

---

**3.58** Nonpriority creditor's name and mailing address

Pure Flo Water
_____

7737 Mission Gorge Road
_____
Santee, CA 92071-3306
_____

Date or dates debt was incurred    2/28/2017

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    trade

Is the claim subject to offset?
■ No
☐ Yes

$ 52.22

---

**3.59** Nonpriority creditor's name and mailing address

Pure Water Partners
_____

Dept CH 19648
_____
Palatine, IL 60055-9648
_____

Date or dates debt was incurred    3/8/2017

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    trade

Is the claim subject to offset?
■ No
☐ Yes

$ 148.70

---

**3.60** Nonpriority creditor's name and mailing address

Railsimulator.com Limited (Dovetail Games)
_____

The Observatory, Chatham Maritime
_____
ME4 4NT United Kingdom
_____

Date or dates debt was incurred    10/31/2016

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    trade

Is the claim subject to offset?
■ No
☐ Yes

$ 1,377.00

---

**3.61** Nonpriority creditor's name and mailing address

Samsung Electronics Co Ltd
_____

129 Samsung-ro
_____
Gyunggi-do 443-742 Korea
_____

Date or dates debt was incurred    12/31/2016

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    trade

Is the claim subject to offset?
■ No
☐ Yes

$ 3,024.59

---

| Debtor | Mad Catz, Inc. | Case number (if known) | 17-10679 (KG) |
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | Amount of claim |
| --- | --- | --- |

**3.62** Nonpriority creditor's name and mailing address

SDGE

P.O. Box 25111

Santa Ana, CA 92799-5111

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim:    trade

$ 2,881.22

Date or dates debt was incurred    3/30/2017

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**3.63** Nonpriority creditor's name and mailing address

Shenzhen Horn Audio Co Ltd

No. 6 4th Guihua Road

ShenZhen, China 518118

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:    trade

$ 96,953.14

Date or dates debt was incurred    8/17/2016-8/31/2016

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**3.64** Nonpriority creditor's name and mailing address

Smith Transportation Services Inc.

12717 West Sunrise Blvd

Sunrise, FL 33323-0902

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:    trade

$ 179,469.78

Date or dates debt was incurred    12/2/2016 - 3/3/2017

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**3.65** Nonpriority creditor's name and mailing address

Sony Interactive Entertainment America LLC

2207 Bridgepointe Parkway

San Mateo, CA 94404-5060

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:    trade

$ 42,015.68

Date or dates debt was incurred    12/31/2016

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**3.66** Nonpriority creditor's name and mailing address

SPS Commerce

P.O. Box 205782

Dallas, TX 75320-5782

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:    trade

$ 634.00

Date or dates debt was incurred    2/17/2017 & 3/17/2017

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

Debtor   Mad Catz, Inc.
_____
         Name

Case number (if known)   17-10679 (KG)
_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.67** Nonpriority creditor's name and mailing addre

Staff Holdings Inc.

P.O. Box 202056

Dallas, TX 75320-2056

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim:   trade

Date or dates debt was incurred   1/1/2017-1/22/2017

Last 4 digits of account number   _ _ _ _

Is the claim subject to offset?
- ■ No
- ☐ Yes

$ 6,911.28

---

**3.68** Nonpriority creditor's name and mailing address

Staples Advantage

Dept. LA

Chicago, IL 60696-3689

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   trade

Date or dates debt was incurred   1/27/2017 - 2/10/2017

Last 4 digits of account number   _ _ _ _

Is the claim subject to offset?
- ■ No
- ☐ Yes

$ 349.11

---

**3.69** Nonpriority creditor's name and mailing address

State Board of Equalization

P.O. Box 942879

Sacramento, CA 94279-3535

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   tax

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

Is the claim subject to offset?
- ■ No
- ☐ Yes

$ 2,189.77

---

**3.70** Nonpriority creditor's name and mailing address

State Comptroller

Texas Comptroller Public Accts, 111 East 17th Street

Austin, TX 78774-0100

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   tax

Date or dates debt was incurred   3/2017

Last 4 digits of account number   _ _ _ _

Is the claim subject to offset?
- ■ No
- ☐ Yes

$ 67,796.48

---

**3.71** Nonpriority creditor's name and mailing address

Terminix

Terminix Processing Center

Cincinnati, OH 45274-2592

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   trade

Date or dates debt was incurred   12/15/2016

Last 4 digits of account number   _ _ _ _

Is the claim subject to offset?
- ■ No
- ☐ Yes

$ 90.00

---

| Debtor | Mad Catz, Inc. | |
|---|---|---|
| | Name | |

Case number (if known)  17-10679 (KG)

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.72** Nonpriority creditor's name and mailing address

Thomson Reuters - West

Payment Center

Carol Stream, IL 60197-6292

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   trade

Date or dates debt was incurred   2/1/2017 & 3/1/2017

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
■ No
☐ Yes

$ 1,000.00

---

**3.73** Nonpriority creditor's name and mailing address

THQ Inc.

29903 Agoura Road

Agoura Hills, CA 91301-2513

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   trade

Date or dates debt was incurred   10/15/2012 & 1/25/2013

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
■ No
☐ Yes

$ 8,837.90

---

**3.74** Nonpriority creditor's name and mailing address

Toyota Industries Commercial Finance

Dept 2431

Carol Stream, IL 60132-2431

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   trade

Date or dates debt was incurred   2/6/2017

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
■ No
☐ Yes

$ 677.03

---

**3.75** Nonpriority creditor's name and mailing address

TPP 212 Scripps LLC

c/o Cushman & Wakefield

Los Angeles, CA 90051-7890

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   trade

Date or dates debt was incurred   3/1/2017

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
■ No
☐ Yes

$ 123.35

---

**3.76** Nonpriority creditor's name and mailing address

Twitch Interactive Inc.

225 Bush Street

San Francisco, CA 94104

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   trade

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
■ No
☐ Yes

$ 200,000.00

---

| Debtor | Mad Catz, Inc. | Case number *(if known)* | 17-10679 (KG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.77** Nonpriority creditor's name and mailing addre

Tyco Integrated Security LLC

P.O. Box  371967

Pittsburgh, PA 15250-7967

Date or dates debt was incurred        2/15/2017

Last 4 digits of account number        _ _ _ _

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   trade

Is the claim subject to offset?
■ No
☐ Yes

$ 2,150.47

---

**3.78** Nonpriority creditor's name and mailing address

U.S. Bank Equipment Finance Inc.

P.O. Box 790448

St. Louis, MO 63179-0448

Date or dates debt was incurred        3/22/2017

Last 4 digits of account number        _ _ _ _

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   trade

Is the claim subject to offset?
■ No
☐ Yes

$ 2,798.20

---

**3.79** Nonpriority creditor's name and mailing address

United Healthcare Insurance Co

PO Box 843118

Los Angeles, CA 90084

Date or dates debt was incurred        5/1/2017 - 2/28/2018

Last 4 digits of account number        _ _ _ _

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   trade

Is the claim subject to offset?
■ No
☐ Yes

$ 62,362.28

---

**3.80** Nonpriority creditor's name and mailing address

Verizon Business

P.O. Box 15043

Albany, NY 12212-5043

Date or dates debt was incurred        3/8/2017

Last 4 digits of account number        _ _ _ _

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   trade

Is the claim subject to offset?
■ No
☐ Yes

$ 2,843.89

---

**3.81** Nonpriority creditor's name and mailing address

VIA Licensing Corporation

1275 Market Street

San Francisco, CA 94103

Date or dates debt was incurred        10/15/2016 & 12/31/2016

Last 4 digits of account number        _ _ _ _

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   trade

Is the claim subject to offset?
■ No
☐ Yes

$ 1,626.30

---

| Part 2: | Additional Page |
|---------|-----------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.82** **Nonpriority creditor's name and mailing address**

Voice Age Corporation

750 Chemin Lucerne

Montreal, Quebec H3R 2H6

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** trade

$ 4,561.25

Date or dates debt was incurred    1/19/2017

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**3.83** **Nonpriority creditor's name and mailing address**

Voyetra Turtle Beach, Inc.

100 Summit Lake Drive

Valhalla, NY 10595

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** trade

$ 55,440.00

Date or dates debt was incurred    3/13/2017

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**3.84** **Nonpriority creditor's name and mailing address**

Wright Gift Company II LLC

6180 Haas Street

La Mesa, CA 91942-4311

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** trade

$ 23.99

Date or dates debt was incurred    12/31/2016

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**3.85** **Nonpriority creditor's name and mailing address**

Warren Packaging

1722 E. Grevillea Ct

Ontario, CA 91761

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** trade

$ 904.81

Date or dates debt was incurred    3/7/2017

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**3.86** **Nonpriority creditor's name and mailing address**

Darren Richardson

1780 Kettner Blvd #708

San Diego, CA 92101

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** tax

$ 21,066.30

Date or dates debt was incurred    2/5/16

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | Mad Catz, Inc. | Case number (if known) 17-10679 (KG) |
|---|---|---|
| | Name | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.87** Nonpriority creditor's name and mailing address

Whitney Peterson

7724 Roan Road

San Diego, CA 92129

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  tax

$ 30,329.30

Date or dates debt was incurred    2/5/16

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4.2. | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4.3. | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4.4. | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 41. | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4.5. | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4.6. | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4.7. | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4.8. | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4.9. | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4.10. | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4.11. | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |

Debtor    Mad Catz, Inc.
          _____
          Name

Case number (if known)    17-10679 (KG)

---

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor    Mad Catz, Inc.
         Name

Case number (if known) 17-10679 (KG)

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

5a. **Total claims from Part 1**

5a.    $ 1,783,216.24

5b. **Total claims from Part 2**

5b.  +  $ 7,306,828.69

5c. **Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.    $ 9,090,044.93

| Fill in this information to identify the case: |
|---|

Debtor name __Mad Catz, Inc.__

United States Bankruptcy Court for the: _____  District of __Delaware__
_____(State)

Case number (If known): __17-10679 (KG)__        Chapter __7__

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**       State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | AM3D AS | AM3D A/S |
|---|---|---|---|
| | | AM3D bluecore 7 software | Riihimakivej 6, KD-9200 Aalborg |
| | | | Denmark |
| | State the term remaining | 1/30/2018 | Attn: Jacob N. Anderson |
| | List the contract number of any government contract | | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Errors and Omissions Insurance | Axis Surplus Insurance Company |
|---|---|---|---|
| | | | 111 S. Wacker Drive, Suite 3500 |
| | | | Chicago, Illinois 60606 |
| | State the term remaining | 11/1/2017 | |
| | List the contract number of any government contract | | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Warehouse Service Agreement | California Cross Dock, Inc. |
|---|---|---|---|
| | | 3PL Services | 401 Palmyrita Avenue |
| | | | Riverside, CA 92507 |
| | State the term remaining | January 1, 2018 | Attn: Patrick Kelly |
| | List the contract number of any government contract | | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Capcom Merchandise Licensing Agreement | Capcom USA, Inc. |
|---|---|---|---|
| | | Royalties for Street Fighter V | 800 Concar Drive, Suite 175 |
| | | | San Mateo, CA 94402 |
| | State the term remaining | March 1, 2018 | |
| | List the contract number of any government contract | | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Coffee Machine Rental & Warranty | Coffee Ambassador |
|---|---|---|---|
| | | | 11578 Sorrento Valley Road, Suite 30 |
| | | | San Diego, CA 92121 |
| | State the term remaining | 7 Months | |
| | List the contract number of any government contract | | |

Debtor    Mad Catz, Inc.
_____
          Name

Case number (if known)  17-10679 (KG)
_____

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | Corodata | Corodata San Diego |
| | | | 12375 Kerran Street |
| | | | Poway, CA 92064 |
| | State the term remaining | Renews for 30 day periods | |
| | List the contract number of any government contract | | |
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest | DTS Licensing Limited - DTS audio technology royalty | DTS, Inc. |
| | | | 5220 Las Virgenes Road |
| | | | Calabasas, CA 91302 |
| | State the term remaining | April 1, 2020 | |
| | List the contract number of any government contract | | |
| **2.8** | State what the contract or lease is for and the nature of the debtor's interest | Dolby Labs Licensing Corp - Dolby Pro Logic 2 audio technology royalty | Dolby Laboratories Licensing Corporation |
| | | | 100 Potrero Corporation |
| | | | San Francisco, CA 94103-4813 |
| | State the term remaining | Perpetual based on sales or affirmative | |
| | List the contract number of any government contract | termination | |
| **2.9** | State what the contract or lease is for and the nature of the debtor's interest | RailSimulator.com Limited FSX Steam Edition | Dovetail Games |
| | | | The Observatory, Chatham Maritime |
| | | | Chatham, Kent ME4 4NT |
| | State the term remaining | Automatically extends for a rolling 3 months | |
| | List the contract number of any government contract | unless terminated | |
| **2.10** | State what the contract or lease is for and the nature of the debtor's interest | FMT Consultants Hosting Service | FMT Consultants |
| | | | 2310 Camino Vida Roble, Suite 101 |
| | | | Carlsbad, CA 92011 |
| | State the term remaining | 9/30/2017 | |
| | List the contract number of any government contract | | |
| **2.11** | State what the contract or lease is for and the nature of the debtor's interest | Frontier Developments PLC Elite Dangerous PC S/W code | Frontier Developments PLC |
| | | | 306 Science Park |
| | | | Milton Road, Cambridge CB4 0WG |
| | State the term remaining | Until 2000 codes are used | |
| | List the contract number of any government contract | | |
| **2.12** | State what the contract or lease is for and the nature of the debtor's interest | High-Definition Multimedia Interface (HDMI) Cable, Component, Connector, Repeater | HDMI Licensing, LLC |
| | | | 1140 E. Arques Avenue, Suite 100 |
| | | | Sunnyvale, CA 94085-4602 |
| | State the term remaining | Automatic renewals for 5 year terms | |
| | List the contract number of any government contract | | |

| Debtor | Mad Catz, Inc. | | Case number (if known) | 17-10679 (KG) |
|---|---|---|---|---|
| | Name | | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.13** | State what the contract or lease is for and the nature of the debtor's interest | Asset Purchase Agreement | Logitech Europe S.A. |
| | | Logitech Purchase of Saitek Line | EPFL - Quartier de L'Innovation |
| | State the term remaining | Escrow Outstanding (Escrow Agreement) 9/15/2017 | Daniel Borel Innovation Center |
| | List the contract number of any government contract | | 1015 Lausanne, Switzerland |
| | | | Attn: Francios Stettler, AGC |
| **2.14** | State what the contract or lease is for and the nature of the debtor's interest | MHL, LLC | MHL, LLC |
| | | Cable | 2115 O'Nel Drive, Suite 202 |
| | State the term remaining | Undetermined | San Jose, CA 95131 |
| | List the contract number of any government contract | | |
| **2.15** | State what the contract or lease is for and the nature of the debtor's interest | Executive Employment Agreement | Marshall, Tyson |
| | | Tyson Marshall | |
| | State the term remaining | Effective until Termination | |
| | List the contract number of any government contract | | |
| **2.16** | State what the contract or lease is for and the nature of the debtor's interest | Executive Employment Agreement | McGinnis, Karen |
| | | Karen McGinnis | |
| | State the term remaining | Effective until Termination | |
| | List the contract number of any government contract | | |
| **2.17** | State what the contract or lease is for and the nature of the debtor's interest | Executive Employment Agreement | McKeon, David |
| | | David McKeon | |
| | State the term remaining | Effective until Termination | |
| | List the contract number of any government contract | | |
| **2.18** | State what the contract or lease is for and the nature of the debtor's interest | Microsoft (Xbox One) Accessory License | Microsoft Corporation |
| | | Agreement - Xbox Royalty | One Microsoft Way, Redmond, Washington 98052 |
| | State the term remaining | Continuous renewal (every year) | Attn: Xbox Hardware & Technology Group, Director of 3rd Party |
| | List the contract number of any government contract | | Accessories Licensing |
| **2.19** | State what the contract or lease is for and the nature of the debtor's interest | Microsoft Mouse Technology License | Microsoft Licensing GP |
| | | Microsoft patent related to computer mice | 6100 Neil Road, Suite 210 |
| | State the term remaining | Patent expiration | Reno, Nevada 89511-1137 |
| | List the contract number of any government contract | | Dept 551, Volume Licensing |

Debtor    Mad Catz, Inc.
_____
          Name

Case number (if known) 07-10679 (KG)

---

## ▊ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| **2.20** | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement for warehousing space located at 490 Nevada Street, Redlands, CA 92373 | Nevada Business Park, LLC |
| | | | c/o Philip Sirianni, Jr. |
| | State the term remaining | June 30, 2019 | 120 Vantis, Suite 530 |
| | List the contract number of any government contract | | Aliso Viejo, CA 92656 |
| **2.21** | State what the contract or lease is for and the nature of the debtor's interest | Postal Meter | Pitney Bowes |
| | | | Inside Sales Group |
| | | | 27 Waterview Drive |
| | State the term remaining | 32 Months | Shelton, CT 06484 |
| | List the contract number of any government contract | | Attn: Keith McIntosh |
| **2.22** | State what the contract or lease is for and the nature of the debtor's interest | Samsung | Samsung Electronics Co., Ltd. |
| | | Samsung Mobile Devices | 129 Samsung-ro. Yeongtong-gu |
| | | | Suwon-si, Gyeonggi-do 443-742 Korea |
| | State the term remaining | Automatically extends for 2 years | |
| | List the contract number of any government contract | | |
| **2.23** | State what the contract or lease is for and the nature of the debtor's interest | Peripheral License Agreement - Sony PS4 | Sony Computer Entertainment America LLC |
| | | Royalty | 2207 Bridgepoint Parkway |
| | | | San Mateo, CA 94404 |
| | State the term remaining | Undetermined | Attn: Jon Regala |
| | List the contract number of any government contract | | |
| **2.24** | State what the contract or lease is for and the nature of the debtor's interest | Sony Interactive Entertainment America, LLC | Sony Interactive Entertainment America, LLC |
| | | Fightstick Royalty Agreement | 2207 Bridgepointe Parkway |
| | | | San Mateo, CA 94404 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.25** | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement for Cannon Printer located at San Diego Office | South Coast Copy Systems, Inc. |
| | | | 6625 Nancy Ridge Drive |
| | | | San Diego, CA 92121 |
| | State the term remaining | 36 Months | |
| | List the contract number of any government contract | | |
| **2.26** | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement for office space located at 10680 Treena Street, San Diego, CA | TPP 212 Scripps, LLC |
| | | | c/o Cypress Asset Management, Inc. |
| | State the term remaining | November 15, 2020 | 10650 Treena Street, Suite 109 |
| | | | San Diego, CA 92131 |
| | List the contract number of any government contract | | Attn: Ron Lack |

Debtor    Mad Catz, Inc.                                    Case number (if known) 17-10679 (KG)
          Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | U&I Entertainment, LLC |
| | | Distribution of Rock Band 4 Products | 5850 Opus Parkway, Suite 250 |
| | | | Minnetonka, MN 55343 |
| | State the term remaining | Until Sold through | Attn: CEO |
| | List the contract number of any government contract | | |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Agreement | U&I Entertainment, LLC |
| | | Rock Band 4 Inventory Purchase | 5850 Opus Parkway, Suite 250 |
| | | | Minnetonka, MN 55343 |
| | State the term remaining | Until Product Sold | Attn: CEO |
| | List the contract number of any government contract | | |
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | Microsoft Software Lease | VAR Resources, Inc. |
| | | Sequel Compliances | 2330 Interstate 30 |
| | | | Mesquite, TX 75150 |
| | State the term remaining | June 15, 2018 | |
| | List the contract number of any government contract | | |
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | Via Licensing | Via Licensing Corporation |
| | | AAC Patent License Agreement | 475 Brannan Street, Suite 320 |
| | | | San Francisco, CA 94107 |
| | State the term remaining | 3/17/2018 | Attn: AAC License Administrator |
| | List the contract number of any government contract | | |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | VoiceAge Corporation | VoiceAge Corporation |
| | | Wi-Fi Device | 750 Chemin Lucerne, Suite 250 |
| | | | Montreal, Quebed |
| | State the term remaining | Undetermined | Canada H3R 2H6 |
| | List the contract number of any government contract | | |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | Wright Gift Company II LLC | Wright Gift Company II LLC |
| | | In Air IP | 6180 Haas Street |
| | | | La Mesa, CA 91942-4311 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2._ | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name     Mad Catz, Inc.

United States Bankruptcy Court for the:_____ District of   Delaware
                                                                       (State)

Case number (If known):     17-10679 (KG)

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ■ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1  Mad Catz Interactive, Inc. | 181 Bay Street, Suite 4400 <br> *Street* <br><br> Toronto,  Ontario          M5J 2T3 <br> *City*           *State*          *ZIP Code* | Sterling National Bank | ■ D <br> ☐ E/F <br> ☐ G |
| 2.2  132815 Ont | 5560 Explorer Drive <br> *Street* <br><br> Mississauga ON          L4W 5M3 <br> *City*           *State*          *ZIP Code* | Sterling National Bank | ■ D <br> ☐ E/F <br> ☐ G |
| 2.3  Mad Catz Int. Asia, Ltd | 138 Sha Tin Rural Committee Road <br> *Street* <br> Unit 1717-19, 17F <br> Shatin  NT,  Hong Kong <br> *City*           *State*          *ZIP Code* | Sterling National Bank | ■ D <br> ☐ E/F <br> ☐ G |
| 2.4  Mad Catz Europe Ltd. | 1-2 Shenley Pavillions Chalkdell Drive <br> *Street* <br><br> Shenley Wood Milton Keynes      MK5 6LB <br> *City*           *State*          *ZIP Code* | Fannus Group International, Inc. | ■ D <br> ☐ E/F <br> ☐ G |
| 2.5  Mad Catz Interactive, Inc. | 181 Bay Street <br> *Street* <br> Suite 4400 <br> Toronto          ON          M5J 2T3 <br> *City*           *State*          *ZIP Code* | Fannus Group International, Inc. | ■ D <br> ☐ E/F <br> ☐ G |
| 2.6  1328158 Ontario Inc. | 5560 Explorer Drive <br> *Street* <br><br> Mississauga          ON          L4W 5M3 <br> *City*           *State*          *ZIP Code* | Fannus Group International, Inc. | ■ D <br> ☐ E/F <br> ☐ G |

Debtor  Mad Catz, Inc.
      Name

Case number (if known) 17-10679 (KG)

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.7  Mad Catz Interactive Asia Ltd. | 138 Sha Tin Rural Committee Road<br>Street<br>Unit 1717-19 17F<br><br>Shatin Nt        Hong Kong<br>City    State    ZIP Code | Fannus Group International, Inc. | ☑ D<br>☐ E/F<br>☐ G |
| 2.8  Mad Catz GmbH | Landsberger Strasse 400<br>Street<br><br>Munich    Germany    81241<br>City    State    ZIP Code | Fannus Group International, Inc. | ☑ D<br>☐ E/F<br>☐ G |
| 2.9  Mad Catz SAS | 13 Rue Camille Desmoulins<br>Street<br><br>Issy Les Moulineaux Cedex    92441<br>City    State    ZIP Code | Fannus Group International, Inc. | ☑ D<br>☐ E/F<br>☐ G |
| 2.___ | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

Fill in this information to identify the case and this filing:

Debtor Name:  In re: Mad Catz, Inc.

United States Bankruptcy Court for the District of Delaware

(State)

Case number (if known):  17-10679 (KG)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒  *Schedule H: Codebtors* (Official Form 206H)

☒  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule* ____

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4/6/2017

MM / DD / YYYY                                   Signature of individual signing on behalf of debtor

David McKeon
Designated Representative