## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| MAD CATZ, INC.,[1] | Case No. 17-10679 (KG) |
| Debtor. | |

## STATEMENT OF FINANCIAL AFFAIRS

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel for the Debtor*

---

[1] The last four digits of the Debtor's federal tax identification number are (0365). The Debtor's address is 10680 Treena Street, Suite No. 500, San Diego, California 92131.

01:21757572.1

*These Global Notes regarding the Debtor's Schedules of Assets and Liabilities (the "__Schedules__") and Statement of Financial Affairs (the "__SOFA__") comprise an integral part of the Schedules and SOFA and should be referred to and considered in connection with any review of them.*

1.  The debtor in the above-captioned case (the "__Debtor__") prepared these unaudited Schedules and SOFA pursuant to section 521 of title 11 of the United States Code (the "__Bankruptcy Code__") and Rule 1007 of the Federal Rules of Bankruptcy Procedure. Except where otherwise noted the information provided herein is presented as of the beginning of business on March 30, 2017 (the "__Petition Date__").

2.  While the Debtor has made every reasonable effort to ensure that the Schedules and SOFA are accurate and complete, based upon information that was available to it at the time of preparation, inadvertent errors or omissions may exist and the subsequent receipt of information and/or further review and analysis of the Debtor's books and records may result in changes to financial data and other information contained in the Schedules and SOFA. Moreover, because the Schedules and SOFA contain unaudited information, which is subject to further review and potential adjustment, there can be no assurance that the Schedules and SOFA are complete or accurate.

3.  In reviewing and signing the Schedules and SOFA, David McKeon, the duly authorized and designated representative of the Debtor (the "__Designated Representative__"), has necessarily relied upon the prior efforts, statements and representations of other personnel and professionals of the Debtor. The Designated Representative has not (and could not have) personally verified the accuracy of each such statement and representation that collectively provide the information presented in the Schedules and SOFA, including but not limited to, statements and representations concerning amounts owed to creditors and their addresses.

4.  The Debtor reserves its rights to amend its Schedules and SOFA as may be necessary or appropriate in the Debtor's sole and absolute discretion, including, but not limited to, the right to assert offsets or defenses to (which rights are expressly preserved), or to dispute, any claim reflected on the Schedules as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated." These Global Notes will apply to all such amendments. Furthermore, nothing contained in the Schedules shall constitute a waiver of the Debtor's rights with respect to this chapter 7 case and specifically with respect to any issues involving substantive consolidation, equitable subordination and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers, or an admission relating to the same.

5.  Any failure to designate a claim listed on the Debtor's Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated." Additionally, the dollar amounts of claims listed may be exclusive of contingent and additional unliquidated amounts. Further, the claims of individual creditors are listed as the amounts entered on the Debtor's books and records and may not reflect credits or allowances due from such creditors to the Debtor or setoffs applied by such creditors against amounts due by such creditors to the Debtor with respect to other transactions between them. The Debtor reserves all of its rights with respect to any such credits and allowances.

6.  Some of the Debtor's scheduled assets and liabilities are unknown and/or unliquidated. In such cases, no amounts are listed or the amounts are listed as "undetermined," "unknown," "none calculated" or to similar effect. Accordingly, for this and other reasons the Schedules may not fully reflect the aggregate amount of the Debtor's assets and liabilities.

7.  At times, the preparation of the Schedules and the SOFA required the Debtor to make assumptions that may affect the reported amounts of assets and liabilities, the disclosures of contingent assets and liabilities, and/or other items. Actual results could differ from those estimates. Pursuant to Fed. R. Bankr. P. 1009, the Debtor may amend its Schedules as it deems necessary and appropriate to reflect material changes. In addition, the Debtor, for the benefit of its estate, reserves the right to dispute or to assert offsets or defenses to any claim listed on the Schedules.

8.  Given the differences between the information requested in the Schedules and the financial information utilized under generally accepted accounting principles in the United States ("GAAP"), the aggregate asset values and claim amounts set forth in the Schedules may not necessarily reflect the amounts that would be set forth in a balance sheet prepared in accordance with GAAP.

9.  With respect to Schedule A/B, questions 6-8, the retainer amounts paid by the Debtor to its bankruptcy counsel, Young Conway Stargatt & Taylor, LLP, on an earned upon receipt basis do not constitute an interest of the Debtor in property and are thus not listed in response to Schedule B, questions 6-8. These payments are listed in response to SOFA question 11.

10. With respect to Schedule A/B, question 7.1, the prepayments listed in response to this question marked "ATM Equity Offering," "McMillan LLP," and "KPMG" are expenses that were incurred for work actually performed to prepare an "at the market" secondary offering of Mad Catz Interactive, Inc. stock. No shares were actually issued under the offering, however, so these expenses were not recognized under U.S. GAAP, but remained a prepaid asset on the Debtor's books until such time as shares would be issued under the offering. The Debtor believes the amounts listed do not represent amounts that can be returned to the Debtor. Upon the issuance of shares by Mad Catz Interactive, Inc., the Debtor would be repaid these amounts incurred via cross-charge.

11. With respect to Schedule A/B, question 8.1, the Debtor made payment on the respective insurance policies listed even though it was not the primary insured under certain of the policies. In the ordinary course of its business, it would cross-charge its affiliates for these and other overhead charges, as well as other items, using arm's length transfer pricing.

12. With respect to Schedule A/B questions 10-12, the Debtor's listed accounts receivable are presented as of the opening of business on March 30, 2017 without deducting for customer allowances, such as those provided to certain customers as incentives to purchase additional product or those provided in lieu of the Debtor accepting returns. Additionally, the Debtor's accounts receivable also include receivables from a customer, U&I Entertainment LLC, that have not been recognized to revenue for U.S. GAAP reporting purposes due to extended payment terms offered in the agreement with U&I Entertainment LLC, which provide that this customer is obligated to pay for all product purchased but delay the obligation to pay until it is resold by the customer to a third party. At the Debtor's most recent month-end close, the deduction from such allowances represented a reduction of approximately 62% from gross accounts receivable, with such percentage exclusive of $3.4 million of receivables U&I Entertainment LLC that were excluded because of these payment terms.

13. With respect to Schedule A/B, questions 38-41, the Debtor has not verified the physical existence of all assets listed in response thereto; it is possible at least some assets may have been discarded, disposed of, or otherwise transferred or abandoned prior to the Petition Date.

14. With respect to Schedule A/B, question 55, the Debtor has historically carried a book value for leasehold improvements on its books and records, but does not carry a book value for leaseholds on its books and records. Additionally, with respect to the Debtor's Redlands lease, the Debtor wrote down the value of its leasehold improvements to zero when it vacated the premises in January 2017.

15. With respect to Schedule A/B, question 63, the Debtor acquired a customer list from TRITTON Technologies, a gaming audio headset firm, in 2010 as part of a broader acquisition of such entity's assets. The value of this list is being depreciated over the course of 96 months (8 years). Operationally, the customer list has been merged into the balance of the Debtor's customer list. Given its generally organic development, the Debtor has not ascribed a book value to the balance of the customer list. As such, the value shown is only that remaining value of the list acquired from TRITTON Technologies.

16. With respect to Schedule A/B, question 72, while the Debtor believes it possesses unused net operating losses, the amount of these unused net operating losses may depend on a variety of factors and the Debtor makes no warranty or representation that the amounts set forth in response to question 72 may be realized. These amounts derive from the Debtor's outside tax advisors, Scurio Consulting, Inc.

17. With respect to Schedule A/B, question 73, the Debtor was provided coverage under various insurance policies as of the Petition Date, but did not ascribe a book value to any of its insurance policies, only one of which was in the name of the Debtor.

18. With respect to Schedule A/B, questions 74 and 75, the Debtor has not listed any causes of action against third parties, although it is possible some such causes of action may exist. Among other things, the Debtor has not analyzed and listed any potential actions arising under chapter 5 of the Bankruptcy Code. The Debtor, on behalf of its estate, reserves all of its rights with respect to any causes of action it may have, whether or not listed as assets in the Schedules and SOFA, and neither these Global Notes nor the Schedules and SOFA shall be deemed a waiver of any such causes of action.

19. The Debtor has not determined whether, and to what extent, any of the creditors identified on Part 1 of Schedule E/F are actually entitled to priority under section 507 of the Bankruptcy Code. The Debtor reserves the right to assert that claims identified on Schedule E are not claims that are entitled to priority.

20. With respect to Schedule E/F, the Debtor has not included taxing authorities that might assert claims in currently unknown amounts. The Debtor has also excluded customers who paid for product that may or may not be delivered by the Debtor.

21. For the purposes of the Schedules, the Debtor has only scheduled claims and executory contracts for which the Debtor may be contractually and/or otherwise directly liable. No claims have been scheduled for which the Debtor may have benefited directly or indirectly from a contractual

relationship to which the Debtor was not a named party, such as that with a subsidiary, unless the Debtor believes it was otherwise directly liable on the claim. Without limiting the foregoing, the Debtor has excluded a number of insurance policies proving coverage to the Debtor as an additional insured because the primary insured is an affiliate of the Debtor.

22. The Debtor, on behalf of its estate, hereby reserves all of its rights to dispute the validity, status or enforceability of any contract, agreement, lease or document set forth on Schedule G, including but not limited to those that may have expired or may have been modified, amended, and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments, and agreements which may not be listed on Schedule G. Any contract, agreement, lease or document listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth on Schedule G. Certain executory agreements may not have been memorialized in writing and could be subject to dispute. In addition, the Debtor may have entered into various other types of agreements in the ordinary course of its businesses, such as supplemental agreements, amendments/letter agreements, and/or confidentiality agreements. Such documents may not be set forth on Schedule G. The Debtor, on behalf of its estate, reserves all of its rights to dispute or challenge the characterization of the structure of any transaction, or any document or instrument related to a creditor's claim. In the ordinary course of business, the Debtor may have entered into agreements, written or oral, for the provision of certain services on a short-term or at-will basis. Such contracts may not be included on Schedule G. However, the Debtor, on behalf of its estate, reserves its right to assert that such agreements constitute executory contracts.

23. Listing a contract, lease, agreement or other document on Schedule G does not constitute an admission that such contract, lease, agreement or other document is an executory contract or unexpired lease, and omitting any contract, lease, agreement or other document from Schedule G does not constitute an admission that such contract or agreement is not an executory contract or unexpired lease. On behalf of its estate, the Debtor reserves all rights to challenge whether any of the listed contracts, leases, agreements or other documents constitute an executory contract or unexpired lease, and to add additional contracts, leases, agreements or other documents to Schedule G. Any and all of the Debtor's rights, claims and causes of action with respect to the contracts and agreements listed on Schedule G are hereby reserved and preserved.

24. For purposes of Schedule H, the Debtor has not listed its past insurers or its current insurers as co-debtors because the Debtor is unaware of any actual present liability on the part of these parties. The Debtor reserves its rights to assert that any of the various foregoing parties (or any other party not listed on Schedule H whom the Debtor later discovers to be liable in whole or part for any obligation of the Debtor) is a co-debtor with the Debtor, and neither these Global Notes nor the Schedules and SOFA shall be deemed a waiver of any rights of the Debtor to assert that any entity not listed in response to Schedule H is a co-debtor with respect to one or more of the Debtor's obligations.

25. With respect to SOFA question 1, the Debtor's fiscal year has historically ended on March 31, 2017. For the current year, although the Debtor remained operational until March 30, 2017 as noted in response to question 1, gross revenue is presented through and including February 28,

2017, its most recent month-end close. Gross revenue is presented without netting for operating expenses.

26. With respect to SOFA question 3, payments for employee compensation are excluded, as are "cash sweeps" made by the Debtor's secured lenders.

27. With respect to SOFA question 4, wages and salary paid to employees are excluded. The salary paid to officers and directors of the Debtor within the past year is listed in response to SOFA question 30.

28. With respect to SOFA questions 4 and 30, the listing of any person or entity is not intended to be nor shall it be construed as a legal characterization of such party as an insider, and does not act as an admission of any fact, claim, right or defense, and all such rights, claims and defenses are hereby reserved by both the Debtor and such persons or entities.

29. With respect to SOFA question 6, in the ordinary course of business certain of the Debtor's creditors may have setoff all or part of amounts owed by the Debtor against security deposits, retainers or payables owed to the Debtor. The Debtor did not historically maintain a record of such setoffs, so they are not listed. Additionally, bank fees deducted from bank accounts of the Debtor are not listed in response to SOFA question 6.

30. With respect to SOFA question 9, the Debtor believes there have been no gifts or charitable contributions during the two years prior to the Petition Date, but the logistical challenge of identifying a *de minimis* gift has prevented the Debtor from verifying this belief prior to the filing of the SOFA.

31. With respect to SOFA question 11, although the Debtors consider such payment to be outside the scope of information requested by SOFA question 11, the Debtor notes it also provided compensation to McMillan LLP, the Canadian law firm arranging for certain of its affiliates' liquidation proceedings in Canada.

32. With respect to SOFA question 13, other than the sale to Logitech Inc., the Debtor is treating all transfers made during the applicable period to be transferred in the ordinary course of its business or financial affairs, but this is not intended to be nor shall it be construed as a legal characterization of such transactions as ordinary course transactions or non-ordinary course transactions, and does not act as an admission of any fact, claim, right or defense, and all such rights, claims and defenses are hereby reserved by both the Debtor and such persons or entities who were a party to any other transactions.

33. With respect to SOFA questions 26(a) through 26(c), the Debtor has excluded rank and file accountants and bookkeepers in response to this question, instead listing those officers who supervised them, as well as the Debtor's external audit firm.

34. With respect to SOFA question 26(d), it was not the practice of the Debtor to maintain complete records of transmittal of financial statements, and as such the Debtor cannot provide an exhaustive list of all entities that have received one or more financial statements from the Debtor in response to SOFA question 19(d), or the dates of such transmittals. Moreover, the Debtor typically did not produce stand-alone financial statements, but instead was included on the consolidated financial

statements of its corporate parent Mad Catz Interactive, Inc. together with other affiliates, which consolidated financial statements were publicly filed on account of Mad Catz Interactive, Inc.'s status as a publicly traded entity. An exception to this practice was the provision to the Debtor's lenders of consolidating financial statements in early 2017, which included distinct financial information for the Debtor and other affiliates.

35.  With respect to SOFA question 27, these represent the Debtor's most recent full physical inventories, which take place once a year; inventory sampling occurs on a more frequent basis.

36.  With respect to SOFA question 28, all of the Debtor's officers and directors resigned from those positions effective shortly after the filing of the Debtor's bankruptcy case, but are listed herein to the extent still in those positions as of the filing of the Debtor's chapter 7 bankruptcy petition. Prior to its resignation, the board designated the Designated Representative to complete certain specified tasks related to this chapter 7 case notwithstanding such resignations, including completion of the Schedules and SOFA.

37.  With respect to SOFA question 30, the amount of compensation paid to, and expense reimbursements made to, the officers and directors of the Debtor during the period stated therein is listed therein in aggregate form. More detailed information can be obtained from the Debtor's books and records.

38.  The Debtor and its past or present officers, employees, attorneys, professionals and agents (including, but not limited to, the Designated Representative), do not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. The Debtor and its past or present officers, employees, attorneys, professionals and agents (including, but not limited to, the Designated Representative) expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised or re-categorized. In no event shall the Debtor or its past or present officers, employees, attorneys, professionals and/or agents (including, but not limited to, the Designated Representative) be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of any potential claim against the Debtor or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused arising from or related to any information provided herein or omitted herein.

Fill in this information to identify the case:

Debtor name: Mad Catz, Inc.

United States Bankruptcy Court for the District of Delaware

Case number (if known):  17-10679 (KG)

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 4/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

### Part 1:    Income

1.  **Gross revenue from business**

    ☐   None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 04/01/2016 | to | 3/30/2017 | ☑ Operating a business<br>☐ Other | $41,834,769 |
| For prior year: | From 04/01/2015 | to | 03/31/2016 | ☑ Operating a business<br>☐ Other | $99,586,265 |
| For the year before that: | From 04/01/2014 | to | 03/31/2015 | ☑ Operating a business<br>☐ Other | $33,181,264 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☑   None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From Click here to enter a date.<br>MM/ DD /YYYY | to | Filing date | Click here to enter text. | $<br>Click here to enter text. |
| For prior year: | From Click here to enter a date.<br>MM/ DD /YYYY | to | Click here to enter a date.<br>MM/ DD /YYYY | Click here to enter text. | $<br>Click here to enter text. |
| For the year before that: | From Click here to enter a date.<br>MM/ DD /YYYY | to | Click here to enter a date.<br>MM/ DD /YYYY | Click here to enter text. | $<br>Click here to enter text. |

01:21754465.1

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None

| Creditor's name and address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1 See attached schedule<br>Creditors name<br>Click here to enter text.<br>Click here to enter text.<br>Street<br>Click here to enter text.<br>City          State          ZIP Code | Click here to enter a date.<br>Click here to enter a date.<br>Click here to enter a date. | $ Click here to enter text. | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.2 Click here to enter text.<br>Creditors name<br>Click here to enter text.<br>Click here to enter text.<br>Street<br>Click here to enter text.<br>City          State          ZIP Code | Click here to enter a date.<br>Click here to enter a date.<br>Click here to enter a date. | $ Click here to enter text. | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debtors owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None

| Insider's name and address | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1 See attached schedule<br>Insider's name<br>Click here to enter text.<br>Click here to enter text.<br>Street<br>Click here to enter text.<br>City          State          ZIP Code<br><br>**Relationship to debtor**<br>Click here to enter text. | Click here to enter a date.<br>Click here to enter a date.<br>Click here to enter a date. | $ Click here to enter text. | Click here to enter text. |
| 4.2 Click here to enter text.<br>Insider's name<br>Click here to enter text.<br>Click here to enter text.<br>Street<br>Click here to enter text.<br>City          State          ZIP Code<br><br>**Relationship to debtor**<br>Click here to enter text. | Click here to enter a date.<br>Click here to enter a date.<br>Click here to enter a date. | $ Click here to enter text. | Click here to enter text. |

01:21754465.1

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure stale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1 | Click here to enter text.<br>Insider's name<br>Click here to enter text.<br>Click here to enter text.<br>Street<br>Click here to enter text.<br>City        State        ZIP Code | Click here to enter text. | Click here to enter a date. | $ Click here to enter text. |
| 5.2 | Click here to enter text.<br>Insider's name<br>Click here to enter text.<br>Click here to enter text.<br>Street<br>Click here to enter text.<br>City        State        ZIP Code | Click here to enter text. | Click here to enter a date. | $ Click here to enter text. |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Click here to enter text.<br>Insider's name<br>Click here to enter text.<br>Click here to enter text.<br>Street<br>Click here to enter text.<br>City        State        ZIP Code | Click here to enter text.<br><br>Last 4 digits of account number: XXX-Click here to enter text. | Click here to enter a date. | $ Click here to enter text. |

## Part 3:    Legal Actions or Assignments

7. **Legal Actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of Case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1 | Performance Designed Products LLC v. Mad Catz, Inc. | Design Patent Infringement | United States District Court, Southern District of California<br>221 West Broadway<br>San Diego        CA        92101 | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| | **Case number**<br>16-CV-0629-GPC-RBB | | | |

| | Case title | Nature of Case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2 | In the Matter of Certain Graphics Processing Chips, Systems on a Chip, and Products Containing the Same. | Patent Infringement | United States International Trade Commission<br>500 E. Street, S.W.<br>Washington  DC        20436 | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| | **Case number**<br>Investigation No. 337-TA-941. | | | |

| | Case title | Nature of Case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3 | Texas Sales Tax Audit | Sales tax audit | Cinthia Villafuerte<br>Comptroller of Public Accounts<br>P.O. Box 149355<br>Austin, TX  78714 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>Investigation No. 18704703653. | | | |

01:21754465.1

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Click here to enter text.<br>Custodian's name<br>Click here to enter text.<br>Street<br>Click here to enter text.<br>City          State          ZIP Code | Click here to enter text. | $  Click here to enter text. |
| | **Case title** | **Court name and address** |
| | Click here to enter text. | Click here to enter text.<br>Insider's name |
| | **Case number** | Click here to enter text.<br>Street |
| | Click here to enter text. | Click here to enter text.<br>City          State          ZIP Code |
| | **Date of order or assignment** | |
| | Click here to enter a date. | |

## Part 4:     Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1 | Click here to enter text.<br>Recipient's s name<br>Click here to enter text.<br>Street<br>Click here to enter text.<br>City          State          ZIP Code | Click here to enter text. | Click here to enter a date. | $ Click here to enter text. |
| | **Recipient's relationship to debtor** | | | |
| | Click here to enter text. | | | |
| 9.2 | Click here to enter text.<br>Recipient's s name<br>Click here to enter text.<br>Street<br>Click here to enter text.<br>City          State          ZIP Code | Click here to enter text. | Click here to enter a date. | $ Click here to enter text. |
| | **Recipient's relationship to debtor** | | | |
| | Click here to enter text. | | | |

## Part 5:     Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value or property lost |
|---|---|---|---|---|
| 1 | Click here to enter text. | Click here to enter text. | Click here to enter a date. | $ Click here to enter text. |

**Part 6:**     **Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1 Young Conaway Stargatt & Taylor, LLP | | 3/8/17 & 3/24/17 | $ 80,000 |

**Address**

1000 North King Street
Wilmington, Delaware 19801

**Email or website address**

Click here to enter text.

**Who made the payment, if not debtor?**

Click here to enter text.

| Who was paid or who received the transfer | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2 Click here to enter text. | Click here to enter text. | Click here to enter a date. | $ Click here to enter text. |

**Address**

Click here to enter text.
Click here to enter text.
Street
Click here to enter text.
City          State          ZIP Code

**Email or website address**

Click here to enter text.

**Who made the payment, if not debtor?**

Click here to enter text.

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Described any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| Click here to enter text. | Click here to enter text. | Click here to enter a date. | $ Click here to enter text. |

**Trustee**

Click here to enter text.

**13.** **Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐   None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1   Logitech Inc. | Trademarks, equipment and tooling, and inventory previously marketed under the Company's "Saitek" brand. | 9/15/2016 | $           13,000,000.00 |
| **Address** | | | |
| EPFL – Quartier de l'Innovation Daniel Borel Innovation Center _Street_ | | | |
| 1015 Lausanne, Switzerland _City         State         ZIP Code_ | | | |
| **Relationship to debtor** | | | |
| Third party | | | |

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.2 | Click here to enter text. | Click here to enter a date. | $ Click here to enter text. |
| **Address** | | | |
| Click here to enter text. Click here to enter text. _Street_ | | | |
| Click here to enter text. _City         State         ZIP Code_ | | | |
| **Relationship to debtor** | | | |
| Click here to enter text. | | | |

## Part 7:    Previous Locations

**14.** **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐   Does not apply

| Address | Dates of occupancy | | | |
|---|---|---|---|---|
| 14.1   7480 Mission Valley Road Ste. 101 _Street_ San Diego, CA 92108. _City         State         ZIP Code_ | From | 9/1/2008 | To | 9/26/14 |
| 14.2   490 Nevada Street _Street_ Redlands, CA 92373 _City         State         ZIP Code_ | From | 3/10/2009 | To | 1/17/2017 |

**Part 8:**    **Health Care Bankruptcies**

15.  **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
– diagnosing or treating injury, deformity, or disease, or
-- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1 | Click here to enter text. <br> Facility name | Click here to enter text. | Click here to enter text. |
| | Click here to enter text. <br> Click here to enter text. <br> Street | **Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.** | **How are records kept?** |
| | Click here to enter text. <br> City        State        ZIP Code | Click here to enter text. | ☐ Electronically <br> ☐ Paper |
| | **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
| 15.2 | Click here to enter text. <br> Facility name | Click here to enter text. | Click here to enter text. |
| | Click here to enter text. <br> Click here to enter text. <br> Street | **Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.** | **How are records kept?** |
| | Click here to enter text. <br> City        State        ZIP Code | Click here to enter text. | ☐ Electronically <br> ☐ Paper |

**Part 9:**    **Personally Identifiable Information**

16.  **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.  Names, addresses, phone numbers, email addresses

Does the debtor have a privacy policy about that information?

☐ No
☑ Yes

17.  **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

☑ No. Go to Part 10.
☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Mad Catz, Inc. 401k Plan | EIN: 87-0470365 |

Hase the plan been terminated?
☑ No.
☐ Yes:

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1 | Click here to enter text. _Name_<br>Click here to enter text.<br>Click here to enter text. _Street_<br>Click here to enter text.<br>_City   State   ZIP Code_ | XXXX-Click here to enter text. | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other Click here to enter text. | Click here to enter text. | $ Click here to enter text. |
| 18.2 | Click here to enter text. _Name_<br>Click here to enter text.<br>Click here to enter text. _Street_<br>Click here to enter text.<br>_City   State   ZIP Code_ | XXXX-Click here to enter text. | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other Click here to enter text. | Click here to enter text. | $ Click here to enter text. |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Click here to enter text. _Name_<br>Click here to enter text.<br>Click here to enter text. _Street_<br>Click here to enter text.<br>_City   State   ZIP Code_ | Click here to enter text.<br><br>**Address**<br>Click here to enter text.<br>Click here to enter text. _Street_<br>Click here to enter text. _City_ | Click here to enter text. | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Corodata Records Management _Name_<br>12375 Kerran Street<br>_Street_<br>Poway, CA 92064<br>_City   State   ZIP Code_ | David McKeon<br><br>**Address**<br><br>_Street_<br><br>_City_ | Accounting records | ☐ No<br>☑ Yes |
| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |

| California Cross Dock | David McKeon | Inventory | ☐ No |
| Name | | | ☑ Yes |
| 401 Palmyrita Avenue | | | |
| Street | **Address** | | |
| Riverside, CA 92507 | | | |
| City      State      ZIP Code | Street | | |
| | City | | |

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Amazon FBA locations | David McKeon | Inventory | ☐ No |
| Name | | | ☑ Yes |
| Multiple locations | | | |
| Street | **Address** | | |
| City      State      ZIP Code | Street | | |
| | City | | |

# Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21.  **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐  None

| Owner's name and address | Location of the property | Description of the property | Value | |
|---|---|---|---|---|
| FedEx | 10680 Treena Street, Suite 500 | Fed Ex shipping scale and computer | $ | 0 |
| Name | San Diego, CA 92131 | | | |
| 7900 Legacy Drive | | | | |
| Street | | | | |
| Plano, TX 75024 | | | | |
| City      State      ZIP Code | | | | |

| Owner's name and address | Location of the property | Description of the property | Value | |
|---|---|---|---|---|
| A&O Reed & Co. | 10680 Treena Street, Suite 500 | Server Room Portable AC | $ | 0 |
| Name | San Diego, CA 92131 | | | |
| 4777 Ruffner St. | | | | |
| Street | | | | |
| San Diego, CA 92131 | | | | |
| City      State      ZIP Code | | | | |

| Owner's name and address | Location of the property | Description of the property | Value | |
|---|---|---|---|---|
| Monster Energy Corporation | 10680 Treena Street, Suite 500 | Refrigerator | $ | 0 |
| Name | San Diego, CA 92131 | | | |
| 1 Monster Way | | | | |
| Street | | | | |
| Corona, CA 92879 | | | | |
| City      State      ZIP Code | | | | |

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | Click here to enter text.<br>Name | Click here to enter text. | ☐ Pending |
| Case number | Click here to enter text.<br>Click here to enter text.<br>Street | | ☐ On appeal |
| | Click here to enter text.<br>City    State    ZIP Code | | ☐ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Click here to enter text.<br>Name | Click here to enter text.<br>Name | Click here to enter text. | Click here to enter a date. |
| Click here to enter text.<br>Click here to enter text.<br>Street | Click here to enter text.<br>Click here to enter text.<br>Street | | |
| Click here to enter text.<br>City    State    ZIP Code | Click here to enter text.<br>City    State    ZIP Code | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Click here to enter text.<br>Name<br>Click here to enter text.<br>Street<br>Click here to enter text.<br>City    State    ZIP Code | Click here to enter text.<br>Name<br>Click here to enter text.<br>Street<br>Click here to enter text.<br>City    State    ZIP Code | Click here to enter text. | Click here to enter a date. |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer identification number<br>Do not include Social Security number or ITIN. | |
|---|---|---|---|
| | | EIN:  798220 | |
| 25.1  Mad Catz Interactive Asia Ltd.<br>Name<br>Unit 19-20, 15/F, Tower 2, Grand Central Plaza<br>138 Shatin Rural Committee Road<br>Street<br>New Territories, Hong Kong<br>City        State        ZIP Code | Inventory procurement | **Dates business existed**<br>From     8/31/1999     To     present | |

| Business name and address | Describe the nature of the business | Employer identification number<br>Do not include Social Security number or ITIN. | |
|---|---|---|---|
| | | EIN:  Click here to enter text. | |
| 25.2  Click here to enter text.<br>Name<br>Click here to enter text.<br>Click here to enter text<br>Street<br>Click here to enter text.<br>City        State        ZIP Code | Click here to enter text. | **Dates business existed**<br>From     Click here to enter a date.     To     Click here to enter a date. | |

| Business name and address | Describe the nature of the business | Employer identification number<br>Do not include Social Security number or ITIN. | |
|---|---|---|---|
| | | EIN:  Click here to enter text. | |
| 25.3<br>Click here to enter text.<br>Name<br>Click here to enter text.<br>Click here to enter text.<br>Street<br>Click here to enter text.<br>City        State        ZIP Code | Click here to enter text. | **Dates business existed**<br>From     Click here to enter a date.     To     Click here to enter a date. | |

**26.** **Books, records, and financial statements**

26a   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐   None

| Name and address | | Dates of service | | | |
|---|---|---|---|---|---|
| 26a.1 | David McKeon<br>Name<br>P.O. Box 15041<br>Street<br>San Diego, CA 92175<br>City          State          ZIP Code | From | 8/25/2014 | To | present |

| Name and address | | Dates of service | | | |
|---|---|---|---|---|---|
| 26a.2 | Karen McGinnis<br>Name<br>P.O. Box 502216<br>Street<br>San Diego, CA 92150<br>City          State          ZIP Code | From | 6/2013 | To | present |

26b   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐   None

| Name and address | | Dates of service | | | |
|---|---|---|---|---|---|
| 26b.1 | KPMG LLP<br>Name<br>4747 executive Drive<br>Suite 600<br>Street<br>San Diego, CA 92121<br>City          State          ZIP Code | From | 06/2005 | To | 3/30/2017 |
| 26b.2 | Hilco Global<br>Name<br>980 Washington Street<br>Street<br>Dedham, MA 02026<br>City          State          ZIP Code | From | 6/30/2015 | To | 3/30/2017 |
| 26b.3 | Bluewater LLC, Transaction Advisors<br>Name<br>29205 Ryan Road<br>Street<br>Warren, Michigan 48092<br>City          State          ZIP Code | From | 4/1/2016 | To | 3/30/2017 |

26c   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐   None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1 | David McKeon<br>Name<br>P.O. Box 15041<br>Street<br>San Diego, CA 92175<br>City          State          ZIP Code | Click here to enter text. |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2 KPMG LLP<br>Name<br>4747 Executive Drive<br>Ste 600<br>Street<br>San Diego, CA 92121<br>City        State        ZIP Code | Click here to enter text. |

26d  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1 Click here to enter text.<br>Name<br>Click here to enter text.<br>Click here to enter text.<br>Street<br>Click here to enter text.<br>City        State        ZIP Code |

| Name and address |
|---|
| 26d.2 Click here to enter text.<br>Name<br>Click here to enter text.<br>Click here to enter text.<br>Street<br>Click here to enter text.<br>City        State        ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories

| Name and address who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Lee McKay | 3/31/16 | $                 17,849,874.37 |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1 David McKeon<br>Name<br><br>Street<br><br>City        State        ZIP Code |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Lee McKay | 2/2017 | $                 report not yet received |

| Name and address of the person who has possession of inventory records |
|---|
| 27.2 Hilco Global<br>Name<br>980 Washington Street<br><br>Street<br>Dedham, MA 02026<br>City        State        ZIP Code |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Karen McGinnis | P.O. Box 502216<br>San Diego, CA 92150 | President and Chief Executive Officer | None |
| David McKeon | P.O. Box 15041<br>San Diego, CA 92175 | Chief Financial Officer | None |
| Tyson Marshall | 7385 Via Cresta<br>San Diego, CA 92129 | General Counsel and Corporate Secretary | None |
| Click here to enter text. | Click here to enter text. | Click here to enter text. | Click here to enter text. |
| Click here to enter text. | Click here to enter text. | Click here to enter text. | Click here to enter text. |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held | | | |
|---|---|---|---|---|---|---|
| Click here to enter text. | Click here to enter text. | Click here to enter text. | From | Click here to enter a date. | To | Click here to enter a date. |
| Click here to enter text. | Click here to enter text. | Click here to enter text. | From | Click here to enter a date. | To | Click here to enter a date. |
| Click here to enter text. | Click here to enter text. | Click here to enter text. | From | Click here to enter a date. | To | Click here to enter a date. |
| Click here to enter text. | Click here to enter text. | Click here to enter text. | From | Click here to enter a date. | To | Click here to enter a date. |

30. **Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?**

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | See attached schedule<br>Name<br>Click here to enter text.<br>Click here to enter text.<br>Street<br>Click here to enter text.<br>City   State   ZIP Code | Click here to enter text. | | |
| | **Relationship to debtor** | | | |
| | Click here to enter text. | | | |

| Name and address of recipient | |
|---|---|
| 30.2 | Click here to enter text. **Name**<br>Click here to enter text.<br>**Street**<br>Click here to enter text.<br>**City        State        ZIP Code** | Click here to enter text. |
| **Relationship to debtor** | |
| Click here to enter text. | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer identification number of the parent corporation |
|---|---|
| | EIN:  Click here to enter text. |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer identification number of the pension fund |
|---|---|
| | EIN:  Click here to enter text. |

**Part 14:    Signature and Declaration**

**WARNING** — Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4/6/2017
MM / DD / YYYY

X _____    Printed name David McKeon
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  Designated Representative

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes

**SOFA QUESTION 3**

| Number | Date | Type | Check | Paid To/Rcvd From | Payment | Address 1 | Address 2 | City | State | Zip | Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 056121ACHDEBIT | 3/29/2017 | WDL | | Aaron Levin | $315.78 | 5386 Red Leaf Ct. | | Oviedo | FL | 32765 | Other |
| 055868ACHDEBIT | 1/5/2017 | WDL | | Aaron Levin | $7,449.95 | 5386 Red Leaf Ct. | | Oviedo | FL | 32765 | Other |
| 51919 | 2/7/2017 | CHK | | Aaron Levin | $1,208.58 | 5386 Red Leaf Ct. | | Oviedo | FL | 32765 | Other |
| 51972 | 3/1/2017 | CHK | | Aaron Levin | $587.73 | 5386 Red Leaf Ct. | | Oviedo | FL | 32765 | Other |
| DA000024753 | 1/6/2017 | DAI | | ADP Canada - CS49965.72 | $38,412.71 | P.O. Box 31001-18' | | Pasadena | CA | 91110-1874 | Suppliers or vendors |
| 51796 | 1/4/2017 | CHK | | AT&T | $85.57 | P.O. Box 5080 | | Carol Stream | IL | 60197-5080 | Suppliers or vendors |
| 51831 | 1/10/2017 | CHK | | AT&T | $6,404.65 | P.O. Box 5080 | | Carol Stream | IL | 60197-5080 | Suppliers or vendors |
| 51869 | 1/18/2017 | CHK | | AT&T | $1,510.17 | P.O. Box 5080 | | Carol Stream | IL | 60197-5080 | Suppliers or vendors |
| 51895 | 2/1/2017 | CHK | | AT&T | $85.54 | P.O. Box 5080 | | Carol Stream | IL | 60197-5080 | Suppliers or vendors |
| 51912 | 2/7/2017 | CHK | | AT&T | $5,867.93 | P.O. Box 5080 | | Carol Stream | IL | 60197-5080 | Suppliers or vendors |
| 51995 | 3/8/2017 | CHK | | AT&T | $85.57 | P.O. Box 5080 | | Carol Stream | IL | 60197-5080 | Suppliers or vendors |
| 055968ACHDEBIT | 1/24/2017 | WDL | | AUTOMATIC DATA PROCESSING IN | $8,258.59 | P.O. Box 31001-18' | | Pasadena | CA | 91110-1874 | Suppliers or vendors |
| 056023ACHDEBIT | 2/10/2017 | WDL | | AUTOMATIC DATA PROCESSING IN | $182.00 | P.O. Box 31001-18' | | Pasadena | CA | 91110-1874 | Suppliers or vendors |
| 51795 | 1/4/2017 | CHK | | AUTOMATIC DATA PROCESSING IN | $268.91 | P.O. Box 31001-18' | | Pasadena | CA | 91110-1874 | Suppliers or vendors |
| 51829 | 1/10/2017 | CHK | | AUTOMATIC DATA PROCESSING IN | $329.39 | P.O. Box 31001-18' | | Pasadena | CA | 91110-1874 | Suppliers or vendors |
| 51868 | 1/18/2017 | CHK | | AUTOMATIC DATA PROCESSING IN | $468.47 | P.O. Box 31001-18' | | Pasadena | CA | 91110-1874 | Suppliers or vendors |
| 51911 | 2/7/2017 | CHK | | AUTOMATIC DATA PROCESSING IN | $268.91 | P.O. Box 31001-18' | | Pasadena | CA | 91110-1874 | Suppliers or vendors |
| 51933 | 2/14/2017 | CHK | | AUTOMATIC DATA PROCESSING IN | $311.98 | P.O. Box 31001-18' | | Pasadena | CA | 91110-1874 | Suppliers or vendors |
| 51959 | 3/1/2017 | CHK | | AUTOMATIC DATA PROCESSING IN | $484.36 | P.O. Box 31001-18' | | Pasadena | CA | 91110-1874 | Suppliers or vendors |
| 51994 | 3/8/2017 | CHK | | AUTOMATIC DATA PROCESSING IN | $239.88 | P.O. Box 31001-18' | | Pasadena | CA | 91110-1874 | Suppliers or vendors |
| 51896 | 2/1/2017 | CHK | | California Cross Dock Inc. | $10,782.00 | 401 Palmyrita Avenue | | Riverside | CA | 92507 | Suppliers or vendors |
| 51996 | 3/8/2017 | CHK | | California Cross Dock Inc. | $18,529.11 | 401 Palmyrita Avenue | | Riverside | CA | 92507 | Suppliers or vendors |
| 056097WT | 3/10/2017 | WDL | | Deacons | $10,000.00 | 5th Floor Alexandra House, 18 Chater Rd | | Central | Hong Kong | | Suppliers or vendors |
| 055863WT | 1/4/2017 | WDL | | Dexin Corporation | $101,299.67 | 14F-8 No 258 Lian Cheung Road | | Taipei Hsien | Taiwan | | Suppliers or vendors |
| 055913WT | 1/11/2017 | WDL | | Dexin Corporation | $74,957.36 | 14F-8 No 258 Lian Cheung Road | | Taipei Hsien | Taiwan | | Suppliers or vendors |
| 52016 | 3/14/2017 | CHK | | Eduardo Galvan | $1,029.54 | 17886 Ivy Ave. | | Fontana | CA | 92335 | Other |
| 51801 | 1/4/2017 | CHK | | FMT Consultants LLC | $5,020.88 | 2310 Camino Vida Roble | | Carlsbad | CA | 92011 | Suppliers or vendors |
| 51839 | 1/10/2017 | CHK | | FMT Consultants LLC | $3,642.50 | 2310 Camino Vida Roble | | Carlsbad | CA | 92011 | Suppliers or vendors |
| 51940 | 2/14/2017 | CHK | | FMT Consultants LLC | $3,514.69 | 2310 Camino Vida Roble | | Carlsbad | CA | 92011 | Suppliers or vendors |
| 51967 | 3/1/2017 | CHK | | FMT Consultants LLC | $3,566.26 | 2310 Camino Vida Roble | | Carlsbad | CA | 92011 | Suppliers or vendors |
| 51874 | 1/18/2017 | CHK | | GXS Inc. | $8,500.00 | P.O. Box 640371 | | Pittsburgh | PA | 15264-0371 | Suppliers or vendors |
| 51941 | 2/14/2017 | CHK | | GXS Inc. | $8,500.00 | P.O. Box 640371 | | Pittsburgh | PA | 15264-0371 | Suppliers or vendors |
| DA000024827 | 2/14/2017 | DAI | | Igoe Admin | $208.46 | 15090 Avenue of Science | | San Diego | CA | 92128 | Other |
| DA000024856 | 3/1/2017 | DAI | | Igoe Admin | $100.00 | 15090 Avenue of Science | | San Diego | CA | 92128 | Other |
| DA000024857 | 3/6/2017 | DAI | | Igoe Admin | $51.21 | 15090 Avenue of Science | | San Diego | CA | 92128 | Other |
| DA000024858 | 3/8/2017 | DAI | | Igoe Admin | $3,932.34 | 15090 Avenue of Science | | San Diego | CA | 92128 | Other |
| DA000024859 | 3/9/2017 | DAI | | Igoe Admin | $208.00 | 15090 Avenue of Science | | San Diego | CA | 92128 | Other |
| DA000024860 | 3/10/2017 | DAI | | Igoe Admin | $37.49 | 15090 Avenue of Science | | San Diego | CA | 92128 | Other |
| DA000024861 | 3/10/2017 | DAI | | Igoe Admin | $51.68 | 15090 Avenue of Science | | San Diego | CA | 92128 | Other |
| DA000024862 | 3/15/2017 | DAI | | Igoe Admin | $50.00 | 15090 Avenue of Science | | San Diego | CA | 92128 | Other |
| DA000024863 | 3/16/2017 | DAI | | Igoe Admin | $15.00 | 15090 Avenue of Science | | San Diego | CA | 92128 | Other |
| DA000024864 | 3/17/2017 | DAI | | Igoe Admin | $311.99 | 15090 Avenue of Science | | San Diego | CA | 92128 | Other |
| DA000024865 | 3/20/2017 | DAI | | Igoe Admin | $192.31 | 15090 Avenue of Science | | San Diego | CA | 92128 | Other |
| DA000024866 | 3/20/2017 | DAI | | Igoe Admin | $180.00 | 15090 Avenue of Science | | San Diego | CA | 92128 | Other |
| DA000024867 | 3/24/2017 | DAI | | Igoe Admin | $391.75 | 15090 Avenue of Science | | San Diego | CA | 92128 | Other |

| Number | Date | Type | Paid To/Rcvd From | Payment | Address 1 | Address 2 | City | State | Zip | Reason |
|---|---|---|---|---|---|---|---|---|---|---|
| DA000024763 | 1/3/2017 | DAU | Igoe Admin/Wealthcare | $40.00 | 15090 Avenue of Science | | San Diego | CA | 92128 | Other |
| DA000024764 | 1/3/2017 | DAU | Igoe Admin/Wealthcare | $35.50 | 15090 Avenue of Science | | San Diego | CA | 92128 | Other |
| DA000024765 | 1/3/2017 | DAU | Igoe Admin/Wealthcare | $133.00 | 15090 Avenue of Science | | San Diego | CA | 92128 | Other |
| DA000024766 | 1/4/2017 | DAU | Igoe Admin/Wealthcare | $700.00 | 15090 Avenue of Science | | San Diego | CA | 92128 | Other |
| DA000024767 | 1/6/2017 | DAU | Igoe Admin/Wealthcare | $30.00 | 15090 Avenue of Science | | San Diego | CA | 92128 | Other |
| DA000024768 | 1/9/2017 | DAU | Igoe Admin/Wealthcare | $292.79 | 15090 Avenue of Science | | San Diego | CA | 92128 | Other |
| DA000024769 | 1/9/2017 | DAU | Igoe Admin/Wealthcare | $55.00 | 15090 Avenue of Science | | San Diego | CA | 92128 | Other |
| DA000024770 | 1/10/2017 | DAU | Igoe Admin/Wealthcare | $1,268.47 | 15090 Avenue of Science | | San Diego | CA | 92128 | Other |
| DA000024771 | 1/12/2017 | DAU | Igoe Admin/Wealthcare | $73.50 | 15090 Avenue of Science | | San Diego | CA | 92128 | Other |
| DA000024772 | 1/17/2017 | DAU | Igoe Admin/Wealthcare | $750.00 | 15090 Avenue of Science | | San Diego | CA | 92128 | Other |
| DA000024773 | 1/17/2017 | DAU | Igoe Admin/Wealthcare | $608.51 | 15090 Avenue of Science | | San Diego | CA | 92128 | Other |
| DA000024774 | 1/18/2017 | DAU | Igoe Admin/Wealthcare | $50.00 | 15090 Avenue of Science | | San Diego | CA | 92128 | Other |
| DA000024775 | 1/20/2017 | DAU | Igoe Admin/Wealthcare | $27.49 | 15090 Avenue of Science | | San Diego | CA | 92128 | Other |
| DA000024776 | 1/23/2017 | DAU | Igoe Admin/Wealthcare | $340.00 | 15090 Avenue of Science | | San Diego | CA | 92128 | Other |
| DA000024777 | 1/23/2017 | DAU | Igoe Admin/Wealthcare | $374.17 | 15090 Avenue of Science | | San Diego | CA | 92128 | Other |
| DA000024778 | 1/27/2017 | DAU | Igoe Admin/Wealthcare | $133.00 | 15090 Avenue of Science | | San Diego | CA | 92128 | Other |
| DA000024779 | 1/30/2017 | DAU | Igoe Admin/Wealthcare | $50.00 | 15090 Avenue of Science | | San Diego | CA | 92128 | Other |
| DA000024780 | 1/30/2017 | DAU | Igoe Admin/Wealthcare | $424.96 | 15090 Avenue of Science | | San Diego | CA | 92128 | Other |
| DA000024781 | 1/31/2017 | DAU | Igoe Admin/Wealthcare | $50.00 | 15090 Avenue of Science | | San Diego | CA | 92128 | Other |
| DA000024819 | 2/1/2017 | DAU | Igoe Admin/Wealthcare | $20.00 | 15090 Avenue of Science | | San Diego | CA | 92128 | Other |
| DA000024820 | 2/1/2017 | DAU | Igoe Admin/Wealthcare | $50.20 | 15090 Avenue of Science | | San Diego | CA | 92128 | Other |
| DA000024821 | 2/3/2017 | DAU | Igoe Admin/Wealthcare | $15.00 | 15090 Avenue of Science | | San Diego | CA | 92128 | Other |
| DA000024822 | 2/3/2017 | DAU | Igoe Admin/Wealthcare | $197.00 | 15090 Avenue of Science | | San Diego | CA | 92128 | Other |
| DA000024823 | 2/6/2017 | DAU | Igoe Admin/Wealthcare | $45.00 | 15090 Avenue of Science | | San Diego | CA | 92128 | Other |
| DA000024824 | 2/8/2017 | DAU | Igoe Admin/Wealthcare | $50.92 | 15090 Avenue of Science | | San Diego | CA | 92128 | Other |
| DA000024825 | 2/9/2017 | DAU | Igoe Admin/Wealthcare | $15.00 | 15090 Avenue of Science | | San Diego | CA | 92128 | Other |
| DA000024826 | 2/10/2017 | DAU | Igoe Admin/Wealthcare | $41.40 | 15090 Avenue of Science | | San Diego | CA | 92128 | Other |
| DA000024827 | 2/13/2017 | DAU | Igoe Admin/Wealthcare | $62.82 | 15090 Avenue of Science | | San Diego | CA | 92128 | Other |
| DA000024828 | 2/14/2017 | DAU | Igoe Admin/Wealthcare | $15.00 | 15090 Avenue of Science | | San Diego | CA | 92128 | Other |
| DA000024829 | 2/15/2017 | DAU | Igoe Admin/Wealthcare | $33.92 | 15090 Avenue of Science | | San Diego | CA | 92128 | Other |
| DA000024830 | 2/21/2017 | DAU | Igoe Admin/Wealthcare | $45.56 | 15090 Avenue of Science | | San Diego | CA | 92128 | Other |
| DA000024831 | 2/23/2017 | DAU | Igoe Admin/Wealthcare | $105.67 | 15090 Avenue of Science | | San Diego | CA | 92128 | Other |
| DA000024832 | 2/24/2017 | DAU | Igoe Admin/Wealthcare | $111.02 | 15090 Avenue of Science | | San Diego | CA | 92128 | Other |
| DA000024833 | 2/27/2017 | DAU | Igoe Admin/Wealthcare | $47.16 | 15090 Avenue of Science | | San Diego | CA | 92128 | Other |
| DA000024834 | 2/27/2017 | DAU | Igoe Admin/Wealthcare | $15.00 | 15090 Avenue of Science | | San Diego | CA | 92128 | Other |
| DA000024835 | 2/28/2017 | DAU | Igoe Admin/Wealthcare | $25.42 | 15090 Avenue of Science | | San Diego | CA | 92128 | Other |
| 51803 | 1/4/2017 | CHK | JCIR | $5,566.20 | 116 East 16th Street | | New York | NY | 10003 | Services |
| 51910 | 2/1/2017 | CHK | JCIR | $6,689.24 | 116 East 16th Street | | New York | NY | 10003 | Services |
| 51969 | 3/1/2017 | CHK | JCIR | $6,539.19 | 116 East 16th Street | | New York | NY | 10003 | Services |
| 055866ACHDEBIT | 1/5/2017 | WDL | John Hancock Life Insurance | $12,813.75 | P.O. Box 600 | | Buffalo | NY | 14201-0600 | Other |
| 055934ACHDEBIT | 1/19/2017 | WDL | John Hancock Life Insurance | $19,420.52 | P.O. Box 600 | | Buffalo | NY | 14201-0600 | Other |
| 055969ACHDEBIT | 2/2/2017 | WDL | John Hancock Life Insurance | $11,070.60 | P.O. Box 600 | | Buffalo | NY | 14201-0600 | Other |
| 056019ACHDEBIT | 2/14/2017 | WDL | John Hancock Life Insurance | $11,055.68 | P.O. Box 600 | | Buffalo | NY | 14201-0600 | Other |
| 056067ACHDEBIT | 3/1/2017 | WDL | John Hancock Life Insurance | $10,971.43 | P.O. Box 600 | | Buffalo | NY | 14201-0600 | Other |
| 056101ACHDEBIT | 3/14/2017 | WDL | John Hancock Life Insurance | $10,972.38 | P.O. Box 600 | | Buffalo | NY | 14201-0600 | Other |
| 51804 | 1/4/2017 | CHK | Kaiser Permanente | $14,532.68 | File 5915 | | Los Angeles | CA | 90074-5915 | Other |
| 51899 | 2/1/2017 | CHK | Kaiser Permanente | $3,936.51 | File 5915 | | Los Angeles | CA | 90074-5915 | Other |
| 51970 | 3/1/2017 | CHK | Kaiser Permanente | $5,424.22 | File 5915 | | Los Angeles | CA | 90074-5915 | Other |
| 52021 | 3/23/2017 | CHK | Kaiser Permanente | $4,149.04 | File 5915 | | Los Angeles | CA | 90074-5915 | Other |

| Number | Date | Type | Paid To/Rcvd From | Payment | Address 1 | Address 2 | City | State | Zip | Reason |
|---|---|---|---|---|---|---|---|---|---|---|
| 51805 | 1/4/2017 | CHK | Lei Customs Brokers Inc. | $1,246.17 | 456 Humber Place | | New Westminster | BC | V3M 6A5 | Suppliers or vendors |
| 51943 | 2/14/2017 | CHK | Lei Customs Brokers Inc. | $3,152.46 | 456 Humber Place | | New Westminster | BC | V3M 6A5 | Suppliers or vendors |
| 51971 | 3/1/2017 | CHK | Lei Customs Brokers Inc. | $2,116.49 | 456 Humber Place | | New Westminster | BC | V3M 6A5 | Suppliers or vendors |
| 52003 | 3/8/2017 | CHK | Lei Customs Brokers Inc. | $364.72 | 456 Humber Place | | New Westminster | BC | V3M 6A5 | Suppliers or vendors |
| 056098WT | 3/10/2017 | WDL | McMillan LLP | $40,316.80 | 181 Bay Street | | Toronto | Ontario | M5J 2T3 | Services |
| 056113WT | 3/24/2017 | WDL | McMillan LLP | $45,459.42 | 181 Bay Street | | Toronto | Ontario | M5J 2T3 | Services |
| 51810 | 1/4/2017 | CHK | Microsoft Corporation | $2,831.16 | P.O. Box 842103 | | Dallas | TX | 75282-2103 | Suppliers or vendors |
| 51921 | 2/7/2017 | CHK | Microsoft Corporation | $3,051.50 | P.O. Box 842103 | | Dallas | TX | 75282-2103 | Suppliers or vendors |
| 52004 | 3/8/2017 | CHK | Microsoft Corporation | $2,814.60 | P.O. Box 842103 | | Dallas | TX | 75282-2103 | Suppliers or vendors |
| 055870ACHDEBIT | 1/5/2017 | WDL | Mode Transportation LLC | $50,407.44 | P.O. Box 71188 | | Chicago | IL | 60694-1188 | Suppliers or vendors |
| 055916ACHDEBIT | 1/11/2017 | WDL | Mode Transportation LLC | $22,498.24 | P.O. Box 71188 | | Chicago | IL | 60694-1188 | Suppliers or vendors |
| 055988ACHDEBIT | 2/7/2017 | WDL | Mode Transportation LLC | $19,281.37 | P.O. Box 71188 | | Chicago | IL | 60694-1188 | Suppliers or vendors |
| 056024ACHDEBIT | 2/24/2017 | WDL | Mode Transportation LLC | $22,293.35 | P.O. Box 71188 | | Chicago | IL | 60694-1188 | Suppliers or vendors |
| 056065ACHDEBIT | 2/28/2017 | WDL | Mode Transportation LLC | $22,293.34 | P.O. Box 71188 | | Chicago | IL | 60694-1188 | Suppliers or vendors |
| 51974 | 3/1/2017 | CHK | NASDAQ Corp Solutions LLC | $8,750.00 | LBX 11700 | | Philadelphia | PA | 19178-0700 | Services |
| 056093WT | 3/8/2017 | WDL | Needle Partners Limited | $10,000.00 | Grove House, Mansion Gate Drive | | Leeds | | LS7 FDN | Services |
| 055865ACHDEBIT | 1/5/2017 | WDL | Nevada Business Park LLC | $26,482.50 | c/o Rossmore Enterprises | | Aspen | CO | 81611 | Suppliers or vendors |
| 51812 | 3/1/2017 | CHK | Nevada Business Park LLC | $2,798.12 | c/o Rossmore Enterprises | | Aspen | CO | 81611 | Suppliers or vendors |
| 51975 | 3/1/2017 | CHK | Nevada Business Park LLC | $4,362.65 | c/o Rossmore Enterprises | | Aspen | CO | 81611 | Suppliers or vendors |
| 055871ACHDEBIT | 1/5/2017 | WDL | Pegasus Logistics Group Inc | $61,048.85 | 306 Airline Drive | | Coppell | TX | 75019 | Suppliers or vendors |
| 055915ACHDEBIT | 1/11/2017 | WDL | Pegasus Logistics Group Inc | $49,824.11 | 306 Airline Drive | | Coppell | TX | 75019 | Suppliers or vendors |
| 055989ACHDEBIT | 2/7/2017 | WDL | Pegasus Logistics Group Inc | $30,848.66 | 306 Airline Drive | | Coppell | TX | 75019 | Suppliers or vendors |
| 056020ACHDEBIT | 2/14/2017 | WDL | Pegasus Logistics Group Inc | $36,427.64 | 306 Airline Drive | | Coppell | TX | 75019 | Suppliers or vendors |
| 056066ACHDEBIT | 2/28/2017 | WDL | Pegasus Logistics Group Inc | $6,078.00 | 306 Airline Drive | | Coppell | TX | 75019 | Suppliers or vendors |
| 056095ACHDEBIT | 3/9/2017 | WDL | Pegasus Logistics Group Inc | $7,500.00 | 306 Airline Drive | | Coppell | TX | 75019 | Suppliers or vendors |
| DAA000024853 | 3/15/2017 | DAJ | PriceWaterhouse Coopers - 2nd pymt | $37,670.05 | 18 York Street | Suite 2600 | Toronto | Ontario | M5J 0B2 | Services |
| DAA000024848 | 3/1/2017 | DAJ | PricewaterhouseCoopers | $38,014.15 | 18 York Street | Suite 2600 | Toronto | Ontario | M5J 0B2 | Services |
| 51814 | 1/4/2017 | CHK | Public Special Inc. | $1,675.00 | 3147 Progress Circle | | Mira Loma | CA | 91752 | Suppliers or vendors |
| 51842 | 1/10/2017 | CHK | Public Special Inc. | $871.36 | 3147 Progress Circle | | Mira Loma | CA | 91752 | Suppliers or vendors |
| 51902 | 2/1/2017 | CHK | Public Special Inc. | $1,901.72 | 3147 Progress Circle | | Mira Loma | CA | 91752 | Suppliers or vendors |
| 51949 | 2/14/2017 | CHK | Public Special Inc. | $1,715.00 | 3147 Progress Circle | | Mira Loma | CA | 91752 | Suppliers or vendors |
| 51978 | 3/1/2017 | CHK | Public Special Inc. | $2,026.36 | 3147 Progress Circle | | Mira Loma | CA | 91752 | Suppliers or vendors |
| 51818 | 1/4/2017 | CHK | San Diego Gas & Electric Co. | $2,424.51 | P.O. Box 25111 | | Santa Ana | CA | 92799-5111 | Suppliers or vendors |
| 51924 | 2/7/2017 | CHK | San Diego Gas & Electric Co. | $2,452.57 | P.O. Box 25111 | | Santa Ana | CA | 92799-5111 | Suppliers or vendors |
| 52008 | 3/8/2017 | CHK | San Diego Gas & Electric Co. | $2,629.36 | P.O. Box 25111 | | Santa Ana | CA | 92799-5111 | Suppliers or vendors |
| 055911ACHDEBIT | 1/9/2017 | WDL | Scott Guthrie | $12,500.00 | 26237 Fairside Road | | Malibu | CA | 90265 | Other |
| 056068ACHDEBIT | 3/1/2017 | WDL | Scott Guthrie | $174.50 | 26237 Fairside Road | | Malibu | CA | 90265 | Other |
| 055864WT | 1/4/2017 | WDL | Shenzhen Horn Audio Co Ltd | $25,000.00 | No.6 4th Guihua Road | | ShenZhen | CHINA | 518118 | Suppliers or vendors |
| 055914WT | 1/11/2017 | WDL | Shenzhen Horn Audio Co Ltd | $25,000.00 | No.6 4th Guihua Road | | ShenZhen | CHINA | 518118 | Suppliers or vendors |
| 055950WT | 1/26/2017 | WDL | Shenzhen Horn Audio Co Ltd | $20,000.00 | No.6 4th Guihua Road | | ShenZhen | CHINA | 518118 | Suppliers or vendors |
| 51819 | 1/4/2017 | CHK | Smith Transportation Service | $52,607.41 | 12717 West Sunrise Suite 420 | | Sunrise | FL | 33323-0902 | Suppliers or vendors |
| 51847 | 1/10/2017 | CHK | Smith Transportation Service | $29,939.65 | 12717 West Sunrise Suite 420 | | Sunrise | FL | 33323-0902 | Suppliers or vendors |
| 51904 | 2/1/2017 | CHK | Smith Transportation Service | $61,511.37 | 12717 West Sunrise Suite 420 | | Sunrise | FL | 33323-0902 | Suppliers or vendors |
| 51950 | 2/14/2017 | CHK | Smith Transportation Service | $13,108.96 | 12717 West Sunrise Suite 420 | | Sunrise | FL | 33323-0902 | Suppliers or vendors |
| 51957 | 2/28/2017 | CHK | Smith Transportation Service | $21,600.00 | 12717 West Sunrise Suite 420 | | Sunrise | FL | 33323-0902 | Suppliers or vendors |
| 52009 | 3/8/2017 | CHK | Smith Transportation Service | $7,500.00 | 12717 West Sunrise Suite 420 | | Sunrise | FL | 33323-0902 | Suppliers or vendors |
| 51821 | 1/4/2017 | CHK | Staff Holdings Inc. | $3,780.00 | PO Box 202056 | | Dallas | TX | 75320-2056 | Suppliers or vendors |
| 51845 | 1/10/2017 | CHK | Staff Holdings Inc. | $3,300.75 | PO Box 202056 | | Dallas | TX | 75320-2056 | Suppliers or vendors |

| | First | Last | Type | Check | | | | | | |
| Number | Date | Type | Paid To/Rcvd From | Payment | Address 1 | Address 2 | City | State | Zip | Reason |
|---|---|---|---|---|---|---|---|---|---|---|
| 055951ACHDEBIT | 1/18/2017 | CHK | Staff Holdings Inc. | $2,106.00 | PO Box 202056 | | Dallas | TX | 75320-2056 | Suppliers or vendors |
| 51952 | 2/14/2017 | CHK | Staff Holdings Inc. | $7,330.50 | PO Box 202056 | | Dallas | TX | 75320-2056 | Suppliers or vendors |
| 51985 | 3/1/2017 | CHK | Staff Holdings Inc. | $4,036.50 | PO Box 202056 | | Dallas | TX | 75320-2056 | Suppliers or vendors |
| 056027ACHDEBIT | 1/26/2017 | WDL | State Board of Equalization | $2,262.00 | PO Box 942879 | | Sacramento | CA | 94279-3535 | Other |
| 056104ACHDEBIT | 2/22/2017 | WDL | State Board of Equalization | $1,624.00 | PO Box 942879 | | Sacramento | CA | 94279-3535 | Other |
| | 3/21/2017 | WDL | State Board of Equalization | $12,124.00 | PO Box 942879 | | Sacramento | CA | 94279-3535 | Other |
| 51929 | 2/10/2017 | CHK | State of Michigan | $3,995.00 | Michigan Dept of Treasury | | Lansing | MI | 48909-8274 | Other |
| 51930 | 2/10/2017 | CHK | State of Michigan | $5,084.00 | Michigan Dept of Treasury | | Lansing | MI | 48909-8274 | Other |
| DA/000024752 | 1/4/2017 | DAJ | Sterling Natl Bank | $71,716.84 | NewStar Financial I | 500 Boylston Street Boston | Boston | MA | 02116 | Secured debt |
| DA/000024802 | 2/1/2017 | DAJ | Sterling Natl Bank | $52,625.11 | NewStar Financial I | 500 Boylston Street Boston | Boston | MA | 02116 | Secured debt |
| DA/000024849 | 3/1/2017 | DAJ | Sterling Natl Bank | $79,774.35 | NewStar Financial I | 500 Boylston Street Boston | Boston | MA | 02116 | Secured debt |
| DA/000024850 | 3/14/2017 | DAJ | Sterling Natl Bank | $39,065.38 | NewStar Financial I | 500 Boylston Street Boston | Boston | MA | 02116 | Secured debt |
| DA/000024855 | 3/21/2017 | DAJ | Sterling Natl Bank | $34,196.15 | NewStar Financial I | 500 Boylston Street Boston | Boston | MA | 02116 | Secured debt |
| 51822 | 1/4/2017 | CHK | Taurus Display Corp. | $39,396.70 | 1249 Glen Avenue | | Moorestown | NJ | 08057 | Suppliers or vendors |
| 51823 | 1/4/2017 | CHK | TPP 212 Scripps LLC | $30,503.82 | c/o Cushman & Wakefield | | Los Angeles | CA | 90051-7890 | Suppliers or vendors |
| 51906 | 2/1/2017 | CHK | TPP 212 Scripps LLC | $30,503.82 | c/o Cushman & Wakefield | | Los Angeles | CA | 90051-7890 | Suppliers or vendors |
| 51988 | 3/1/2017 | CHK | TPP 212 Scripps LLC | $30,503.82 | c/o Cushman & Wakefield | | Los Angeles | CA | 90051-7890 | Suppliers or vendors |
| 52014 | 3/8/2017 | CHK | TPP 212 Scripps LLC | $246.70 | c/o Cushman & Wakefield | | Los Angeles | CA | 90051-7890 | Suppliers or vendors |
| 51825 | 1/4/2017 | CHK | United Concordia Companies | $4,375.98 | P.O. Box 827377 | | Philadelphia | PA | 19182-7377 | Other |
| 51908 | 2/1/2017 | CHK | United Concordia Companies | $4,435.68 | P.O. Box 827377 | | Philadelphia | PA | 19182-7377 | Other |
| 51990 | 3/1/2017 | CHK | United Concordia Companies | $2,044.39 | P.O. Box 827377 | | Philadelphia | PA | 19182-7377 | Other |
| 52018 | 3/23/2017 | CHK | United Concordia Companies | $3,180.55 | P.O. Box 827377 | | Philadelphia | PA | 19182-7377 | Other |
| 056119ACHDEBIT | 3/28/2017 | WDL | United Healthcare Insurance | $3,180.55 | PO Box 843118 | | Los Angeles | CA | 90084-3118 | Other |
| 51824 | 1/4/2017 | CHK | United Healthcare Insurance | $39,004.64 | PO Box 843118 | | Los Angeles | CA | 90084-3118 | Other |
| 51907 | 2/1/2017 | CHK | United Healthcare Insurance | $39,004.64 | PO Box 843118 | | Los Angeles | CA | 90084-3118 | Other |
| 51989 | 3/1/2017 | CHK | United Healthcare Insurance | $33,503.31 | PO Box 843118 | | Los Angeles | CA | 90084-3118 | Other |
| 056124ACHDEBIT | 3/27/2017 | WDL | United Healthcare Insurance | $29,578.17 | PO Box 843118 | | Los Angeles | CA | 90084-3118 | Other |
| 056125ACHDEBIT | 3/29/2017 | WDL | United Healthcare Insurance | $3,118.52 | PO Box 843118 | | Los Angeles | CA | 90084-3118 | Other |
| 51826 | 1/4/2017 | CHK | VAR Resources Inc. | $2,073.52 | PO Box 10306 | | Des Moines | IA | 50306-0306 | Other |
| 51954 | 2/14/2017 | CHK | VAR Resources Inc. | $2,073.52 | PO Box 10306 | | Des Moines | IA | 50306-0306 | Other |
| 51991 | 3/1/2017 | CHK | VAR Resources Inc. | $2,280.87 | PO Box 10306 | | Des Moines | IA | 50306-0306 | Other |
| | 1/4/2017 | CHK | Verizon Business | $2,851.67 | P.O. Box 15043 | | Albany | NY | 12212-5043 | Other |
| 51827 | 1/18/2017 | CHK | Verizon Business | $5.48 | P.O. Box 15043 | | Albany | NY | 12212-5043 | Other |
| 51881 | 2/1/2017 | CHK | Verizon Business | $2,843.89 | P.O. Box 15043 | | Albany | NY | 12212-5043 | Other |
| 51909 | 2/1/2017 | CHK | Verizon Business | $2,843.89 | P.O. Box 15043 | | Albany | NY | 12212-5043 | Other |
| 51992 | 3/1/2017 | CHK | Verizon Business | $2,843.89 | P.O. Box 15043 | | Albany | NY | 12212-5043 | Other |
| DA/000024755 | 1/11/2017 | DAJ | Wells Fargo Bank | $4,033.48 | 1st Choice Staffing | PO Box 202056 | Dallas | TX | 75320-2056 | Services |
| DA/000024803 | 2/13/2017 | DAJ | Wells Fargo Bank | $3,900.08 | 1st Choice Staffing | PO Box 202056 | Dallas | TX | 75320-2056 | Services |
| DA/000024851 | 3/13/2017 | DAJ | Wells Fargo Bank | $3,420.73 | 1st Choice Staffing | PO Box 202056 | Dallas | TX | 75320-2056 | Services |
| 51892 | 1/24/2017 | CHK | Wells Fargo Card Services | $10,596.26 | P.O. Box 6426 | | Carol Stream | IL | 60197-6426 | Services |
| 51958 | 2/28/2017 | CHK | Wells Fargo Card Services | $4,192.30 | P.O. Box 6426 | | Carol Stream | IL | 60197-6426 | Services |
| 52017 | 3/22/2017 | CHK | Wells Fargo Card Services | $2,719.57 | P.O. Box 6426 | | Carol Stream | IL | 60197-6426 | Services |
| 055117WT | 3/28/2017 | WDL | Wells Fargo Card Services | $2,102.47 | P.O. Box 6426 | | Carol Stream | IL | 60197-6426 | Services |
| 056094WT | 3/8/2017 | WDL | Young Conaway Stargatt Taylo | $25,000.00 | Rodney Square Nor | 1000 North King Str | Wilmington | DE | 19801 | Services |
| 056112WT | 3/24/2017 | WDL | Young Conaway Stargatt Taylo | $55,000.00 | Rodney Square Nor | 1000 North King Str | Wilmington | DE | 19801 | Services |
| 056114WT | 3/28/2017 | WDL | Pricewaterhouse Coopers LLP | $77,500.00 | 18 York Street | Suite 2600 | Toronto | Ontario | M5J 0B2 | Services |
| 056115WT | 3/28/2017 | WDL | Marsh & McLennan Agency LLC | $160,620.24 | Barney & Barney | | Los Angeles | CA | 90074 | Other |
| 056116WT | 3/28/2017 | WDL | John Hancock Life Insurance | $10,972.98 | P.O. Box 600 | | Buffalo | NY | 14201-0800 | Other |
| | | | **Grand Total** | **$2,290,525.21** | | | | | | |

**SOFA QUESTION 4**

| Name and Address | Payment Date | Amount | Comments |
|---|---|---|---|
| Mad Catz Interactive Asia Ltd | 4/5/2016 | $150,000.00 | Interco wire transfer |
| 138 Shatin Rural Committee Road | 4/25/2016 | $200,000.00 | Interco wire transfer |
| Unit 1717-19, 17/F, Grand Central | 4/26/2016 | $350,000.00 | Interco wire transfer |
| Shatin New Territories | 5/3/2016 | $250,000.00 | Interco wire transfer |
| Hong Kong | 5/10/2016 | $150,000.00 | Interco wire transfer |
| | 7/6/2016 | $100,000.00 | Interco wire transfer |
| | 7/12/2016 | $300,000.00 | Interco wire transfer |
| | 7/19/2016 | $200,000.00 | Interco wire transfer |
| | 7/26/2016 | $100,000.00 | Interco wire transfer |
| | 8/2/2016 | $200,000.00 | Interco wire transfer |
| | 8/9/2016 | $350,000.00 | Interco wire transfer |
| | 8/16/2016 | $60,000.00 | Interco wire transfer |
| | 8/17/2016 | $150,000.00 | Interco wire transfer |
| | 8/23/2016 | $200,000.00 | Interco wire transfer |
| | 9/13/2016 | $220,000.00 | Interco wire transfer |
| | 10/4/2016 | $100,000.00 | Interco wire transfer |
| | 10/12/2016 | $200,000.00 | Interco wire transfer |
| | 10/25/2016 | $125,000.00 | Interco wire transfer |
| | 11/1/2016 | $300,000.00 | Interco wire transfer |
| | 11/8/2016 | $200,000.00 | Interco wire transfer |
| | 11/15/2016 | $500,000.00 | Interco wire transfer |
| | 11/22/2016 | $315,000.00 | Interco wire transfer |
| | 12/6/2016 | $425,000.00 | Interco wire transfer |
| | 12/13/2016 | $400,000.00 | Interco wire transfer |
| | 12/20/2016 | $100,000.00 | Interco wire transfer |
| | 12/29/2016 | $475,000.00 | Interco wire transfer |
| | 1/4/2017 | $125,000.00 | Interco wire transfer |
| | 1/10/2017 | $150,000.00 | Interco wire transfer |
| | 2/7/2017 | $75,000.00 | Interco wire transfer |
| | | | |
| Mad Catz Japan | 11/16/2016 | $23,127.50 | Interco wire transfer |
| Sakura Building, 3rd Floor | | | |
| Tokyo, Japan 158-0097 | | | |

**SOFA QUESTION 30**

| Name and Address | Title/Date | Salary (3/31/2016-3/30/2017) | PTO (3/31/2016-3/30/2017) | Severance (3/31/2016-3/30/2017) | Expense Reimbursement (3/31/2016-3/30/2017) |
|---|---|---|---|---|---|
| Karen McGinnis | President & Chief Executive Officer - 2/5/16-3/30/17 Chief Financial Officer - 06/2013-2/5/16 | 396,634.70 | 20,900.85 | | 30,052.31 |
| Dave McKeon | Chief Financial Officer - 2/5/16-3/30/17 | 237,890.87 | 19,144.48 | | 6,185.37 |
| Tyson Marshall | Generally Counsel & Corporate Secretary 2/5/16-3/30/17 | 211,538.53 | 29,050.98 | | 9,840.40 |
| Whitney Peterson | Senior Vice President, Business Affairs, Generally Counsel & Corporate Secretary 4/2/04-3/30/17 | | | 349,304.78 | |
| Darren Richardson | President & Chief Executive Officer - 4/2/04 - 2/5/16 | | | 716,345.52 | |