IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| MAD CATZ, INC., | Case No. 17-10679 (KG) |
| Debtor. | Re: Dkt. No. 23 & 24 |

**ORDER GRANTING MOTION TO SHORTEN TIME FOR NOTICE AND RESPONSE TO MOTION OF DAVID W. CARICKHOFF, CHAPTER 7 TRUSTEE, FOR ENTRY OF AN ORDER: (A) ESTABLISHING BID PROCEDURES RELATING TO THE SALE OF THE DEBTOR'S ASSETS; (B) SCHEDULING A HEARING TO CONSIDER THE PROPOSED SALE AND APPROVING THE FORM AND MANNER OF NOTICE THEREOF; (C) ESTABLISHING PROCEDURES RELATING TO THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; (D) EXTENDING THE TIME TO ASSUME OR REJECT EXECUTORY CONTRACTS AND (E) GRANTING RELATED RELIEF**

Upon the motion (the "Motion to Shorten") of David W. Carickhoff, the Chapter 7 Trustee (the "Trustee") seeking an order to shorten notice of the hearing on, and deadline to respond to the *Motion for Entry of Orders (I) (A) Establishing Bid Procedures Relating to the Sale of the Debtor's Assets; (A) Scheduling a Hearing to Consider the Proposed Sale and Approving the Form and Manner of Notice Thereof; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (D) Extending the Time to Assume or Reject Executory Contracts; and (E) Granting Related Relief and (II) (A) Approving the Proposed Sale; (B) Approving the Assumption and Assignment of Executory Contracts and/or Unexpired Leases; and (C) Granting Related Relief* (the "Bidding Procedures Motion")[1]; and the Court having determined that the relief requested in the Motion to Shorten is appropriate; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore,

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion to Shorten or the Bidding Procedures Motion, as applicable.

IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is granted as set forth herein.

2. The Court shall hold a hearing on the Bidding Procedures Relief requested by the Trustee in the Bidding Procedures Motion on ~~May 31~~ JUNE 2, 2017 at ~~11:00~~ 10:00 a.m. (ET).*

3. Any objection or response to the Bidding Procedures Relief requested by the Trustee in the Bidding Procedures Motion shall be made no later than May **31**, 2017 at **4:00 PM** (ET).

4. A hearing on the Sale Related Relief shall be scheduled by separate order of the Court.

Dated: May **22**, 2017

_____
The Honorable Kevin Gross
United States Bankruptcy Judge

116122548v1

*The hearing scheduled for May 31, 2017, at 11:00 a.m. is moved to June 2, 2017 at 10:00 a.m.