# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| MAD CATZ, INC., | Case No. 17-10679 (KG) |
| Debtor. | |

## NOTICE OF CHANGE FROM NO ASSET TO ASSET CASE AND REQUEST TO THE CLERK TO FIX BAR DATE TO FILE CLAIMS AGAINST THE ESTATE

David W. Carickhoff, the chapter 7 trustee in the above-captioned matter, after due inquiry, having discovered assets, hereby gives notice that this is an asset case. The trustee also requests the clerk to fix a bar date to file claims against the estate.

Dated: May 22, 2017

By: /s/ *David W. Carickhoff*
David W. Carickhoff
Chapter 7 Panel Trustee
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Telephone: (302) 777-4350
Facsimile: (302) 777-4352

dcarickhoff@archerlaw.com

212622345v1