**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| MAD CATZ, INC., | Case No. 17-10679 (KG) |
| Debtor. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JUNE 2, 2017 AT 10:00 A.M.**

## UNCONTESTED MATTERS WITH CNO/COC:

1.  Application of the Chapter 7 Trustee for Order Authorizing Retention of Archer & Greiner, P.C. as Counsel to the Chapter 7 Trustee Nunc Pro Tunc to March 31, 2017 (Filed April 28, 2017)(Docket No. 15)

    Response Deadline:   May 19, 2017 at 4:00 pm

    Response Received:   None

    Related Documents:

    (a)   Certificate of No Objection (Filed May 30, 2017)(Docket No. 36)

    (b)   Proposed Order

    Status:  A Certificate of No Objection has been filed.

2.  Application of David W. Carickhoff, Chapter 7 Trustee, Pursuant to Bankruptcy Code Sections 327(a) and 328(a), Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1 for Authority to Employ and Retain Giuliano, Miller & Company, LLC as Accountants and Financial Advisors to the Chapter 7 Trustee Nunc Pro Tunc to April 8, 2017 (Filed May 2, 2017)(Docket No. 18)

    Response Deadline:   May 19, 2017 at 4:00 pm

    Response Received:   None

    Related Documents:

    (a)   Certificate of No Objection (Filed May 30, 2017)(Docket No. 37)

    (b)   Proposed Order

Status:  A Certificate of No Objection has been filed.

3. Motion of the David W. Carickhoff, Chapter 7 Trustee, for an Order Pursuant to 11 U.S.C. §§ 105, 363, and 721 (A) Authorizing the Chapter 7 Trustee to Operate the Debtor's Business on a Limited Basis Effective as of April 1, 2017; and (B) Granting Related Relief (Filed May 9, 2017)(Docket No. 21)

> Response Deadline:    May 24, 2017 at 4:00 pm
>
> Response Received:    None
>
> Related Documents:
>
> (a) Certificate of No Objection (Filed May 30, 2017)(Docket No. 38)
>
> (b) Proposed Order
>
> Status:  A Certificate of No Objection has been filed.

**MATTERS GOING FORWARD:**

4. Motion of David W. Carickhoff, Chapter 7 Trustee, for Entry of Orders: (I) (A) Establishing Bid Procedures Relating to the Sale of the Debtor's Assets; (B) Scheduling a Hearing to Consider the Proposed Sale and Approving the Form and Manner of Notice Thereof; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (D) Extending the Time to Assume or Reject Executory Contracts and (E) Granting Related Relief and (II) (A) Approving the Proposed Sale; (B) Approving the Assumption and Assignment of Executory Contracts and/or Unexpired Leases; and (C) Granting Related Relief (Filed May 19, 2017)(Docket No. 23)

> Response Deadline:    May 31, 2017 at 4:00 pm
>
> Response Received:    None to Date
>
> Related Documents:
>
> (a) Order Granting Motion to Shorten Time (Entered May 22, 2017)(Docket No. 27)
>
> (b) Proposed Order

Status:  This matter is going forward.

Dated:  May 30, 2017

By: /s/ Alan M. Root
Alan M. Root (No. 5427)
ARCHER & GREINER, P.C.
300 Delaware Ave., Suite 1100
Wilmington, DE  19801
(302) 777-4350
(302) 777-4352 (fax)
aroot@archerlaw.com
*Proposed Counsel to David W. Carickhoff, Ch. 7 Trustee*

212654308v1