# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MAD CATZ, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 17-10679 (KG) |

## NOTICE OF SALE HEARING

**PLEASE TAKE NOTICE THAT** on May 19, 2017, David W. Carickhoff, the chapter 7 trustee (the "Trustee") of the bankruptcy estate of Mad Catz, Inc. (the "Debtor"), filed the *Motion for Entry of Orders (I) (A) Establishing Bid Procedures Relating to the Sale of the Debtor's Assets; (B) ) Scheduling a Hearing to Consider the Proposed Sale and Approving the Form and Manner of Notice Thereof; (C) Establishing Procedures Relating to Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (D) Extending the Time to Assume or Reject Executory Contracts and (E) Granting Related Relief and (II) (A) Approving the Proposed Sale; (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (C) Granting Related Relief* (the "Sale Motion").[1]

**PLEASE TAKE FURTHER NOTICE** that, by the Sale Motion, the Trustee seeks, among other things, to sell substantially all of the Debtor's assets (the "Purchased Assets") free and clear of liens, claims, encumbrances and other interests pursuant to sections 363 and 365 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that the Purchased Assets consist of office furniture, office computer equipment, inventory and intellectual property and will be broken down into lots as follows:

| Hard Assets | Intellectual Property |
|---|---|
| • Refurbished inventory;<br>• Demos;<br>• Headsets;<br>• Mice;<br>• Keyboards;<br>• Fightsticks;<br>• Office furniture; and<br>• Office computer equipment | • Debtor owned patents, copyrights and trademarks; and<br>• Debtor owned domain names, social media, and other intellectual property rights. |

---

[1] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the Sale Motion or the Bidding Procedures (defined herein).

NY: 994865-3

Additionally, the Trustee will attempt to coordinate the sale of Non-Debtor Affiliate owned patents, copyrights, trademarks and other intellectual property with bidders and the relevant liquidators of the Non-Debtor Affiliates

**PLEASE TAKE FURTHER NOTICE that bidders may bid on one or more lots. If a bidder bids on multiple lots, the bidder must allocate the proposed purchase price per lot.**

**PLEASE TAKE FURTHER NOTICE** that on June 1, 2017, the Bankruptcy Court entered an Order (the "Bidding Procedures Order") approving the Bidding Procedures as set forth in the Sale Motion, which set the key dates and times related to the sale of the Assets. A copy of a form APA, the Bidding Procedures Order, and the Bidding Procedures can be obtained by contacting Archer & Greiner, P.C., Attn: Alan M. Root, Esq. (aroot@archerlaw.com), 300 Delaware Avenue, Suite 1100, Wilmington, DE 19801.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Bidding Procedures Order, Bids for the Purchased Assets shall be accepted until **June 12, 2017 at 5:00 p.m. (ET)** (the "Bid Deadline"). A Bid received from a Bidder on or before the Bid Deadline that meets the requirements of the Bidding Procedures shall constitute a "Qualified Bid"

**PLEASE TAKE FURTHER NOTICE** that if more than one Qualified Bid is received by the Bid Deadline, the Trustee will hold an auction on **June 19, 2017 at 10:00 a.m (ET)** at the offices of Archer & Greiner, P.C., 300 Delaware Avenue, Suite 1100, Wilmington, DE 19801. The auction may be held telephonically.

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held to approve the sale, transfer and assignment of the Purchased Assets to the Successful Bidder(s) (the "Sale Hearing") before the Honorable Kevin Gross, United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801, 6th Floor, on **June 21, 2017 at 10:00 a.m. (ET)**, or at such time thereafter as counsel may be heard or at such other time as the Bankruptcy Court may determine. The Sale Hearing may be adjourned from time to time without further notice to creditors or parties in interest other than by filing a notice on the Court's docket for this chapter 7 case.

**PLEASE TAKE FURTHER NOTICE** that objections to the Sale, if any, must: (i) be in writing; (ii) conform to the applicable provisions of the Bankruptcy Rules and the Local Rules for the United States Bankruptcy Court for the District of Delaware; (iii) state with particularity the legal and factual basis for the objection and the specific grounds therefor; and (iv) be filed with the Clerk of the Court at 824 Market Street, 3rd Floor, Wilmington, DE 19801 and served so as to be received no later than **June 14, 2017 at 4:00 p.m. (ET)** by : (a) the Trustee, David W. Carickhoff (dcarickhoff@archerlaw.com), Archer & Greiner, P.C., 300 Delaware Ave., Ste. 1100, Wilmington, DE 19801; (b) counsel for the Trustee, Archer & Greiner, P.C., 300 Delaware Avenue, Suite 1100, Wilmington, DE 19081, Attn: Alan M. Root, Esq. (aroot@archerlaw.com); (c) counsel for the Prepetition Agent, Attn: Dennis Meloro (melorod@gtlaw.com); and (d) Office of the United States Trustee, c/o Linda J. Casey (linda.casey@usdoj.gov), 844 King St., Ste. 2207, Wilmington, DE 19801.

**PLEASE TAKE FURTHER NOTICE** THAT ANY PARTY OR ENTITY WHO FAILS TO TIMELY FILE AND SERVE AN OBJECTION TO THE SALE ON OR BEFORE THE OBJECTION DEADLINE IN ACCORDANCE WITH THE BIDDING PROCEDURES ORDER MAY BE FOREVER BARRED AND ESTOPPED FROM ASSERTING ANY OBJECTION TO THE SALE, INCLUDING WITH RESPECT TO THE TRANSFER OF THE PURCHASED ASSETS FREE AND CLEAR OF LIENS CLAIMS, ENCUMBRANCES AND OTHER INTERESTS AFFECTED THEREUNDER.

**PLEASE TAKE FURTHER NOTICE that the Bidding Procedures Order contemplates a process to transfer, assume and assign contracts and leases. To the extent that the Trustee intends to transfer, assume and assign a contract or lease, such contract or lease counterparty will receive a separate notice consistent with any procedures approved by the Bankruptcy Court.**

**PLEASE TAKE FURTHER NOTICE** that this Notice of Sale Hearing is subject to the full terms and conditions of the Sale Motion, Bidding Procedures Order, and Bidding Procedures, which shall control in the event of any conflict and the Trustee encourages parties in interest to review such documents in their entirety. A copy of the Sale Motion may be obtained from Archer & Greiner, P.C., Attn: Alan M. Root, Esq. (aroot@archerlaw.com; (302) 356-6623), 300 Delaware Avenue, Suite 1100, Wilmington, DE 19801.

| | |
|---|---|
| Dated: June 2, 2017 | */s/ Alan M. Root* <br> Alan M. Root (No. 5427) <br> ARCHER & GREINER, P.C. <br> 300 Delaware Avenue, Suite 1100 <br> Wilmington, DE 19801 <br> Telephone: 302-777-4350 <br> Facsimile: 302-777-4352 <br> E-mail: aroot@archerlaw.com <br><br> *Counsel for the Chapter 7 Trustee* |

116052753v1