# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 7 |
|---|---|
| MAD CATZ, INC., | Case No. 17-10679 (KG) |
| Debtor. | Re: Docket No. 54 |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE     :
                      : SS.
NEW CASTLE COUNTY     :

Ann Jerominski, being duly sworn according to law, deposes and says that she is employed as a paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 15th day of June, she caused a copy of the following document to be served via email and via hand delivery upon the parties on the attached list:

- *Limited Objection of Logitech and its Affiliates to Trustee's Sale Motion*

Ann Jerominski, Paralegal
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 15th day of June, 2017.

Notary Public

[Notary Seal: BARBARA J. WITTERS, MY COMMISSION EXPIRES JANUARY 11, 2019, NOTARY PUBLIC, STATE OF DELAWARE]

RLF1 17711498v.1

## SERVICE LIST

*Via Email and Hand Delivery*

Alan M. Root
Archer & Greiner, P.C.
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
email: aroot@archerlaw.com

Dennis Meloro
Greenburg Traurig
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, DE 19801
email: melorod@gtlaw.com

Linda Casey
Office of the United States Trustee
District of Delaware
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
email:  linda.casey@usdoj.gov