**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| MAD CATZ, INC., | Case No. 17-10679 (KG) |
| Debtor. | |
| | Re: Dkt. No. 23 |

## NOTICE OF SUCCESSFUL BIDS AND BIDDERS

On May 19, 2017, David W. Carickhoff, the chapter 7 Trustee ( the "Trustee") of the estate of Mad Catz, Inc, (the "Debtor") filed the *Motion for Entry of Orders (I) (A) Establishing Bid Procedures Relating to the Sale of the Debtor's Assets; (B) ) Scheduling a Hearing to Consider the Proposed Sale and Approving the Form and Manner of Notice Thereof; (C) Establishing Procedures Relating to Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (D) Extending the Time to Assume or Reject Executory Contracts and (E) Granting Related Relief and (II) (A) Approving the Proposed Sale; (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (C) Granting Related Relief* [Dkt. No. 23] (the "Sale Motion").[1]

On June 1, 2017, the Bankruptcy Court entered an Order (the "Bidding Procedures Order") approving the Bidding Procedures (the "Bidding Procedures") as set forth in the Sale Motion, which set the key dates and times related to the Sale.

Pursuant to the Bid Procedures Order, on April 7, 2017, the Trustee held an auction (the "Auction") for the Purchased Assets. A true and correct copy of the transcript of the Auction Transcript is attached hereto as **Exhibit 1**.

---

[1] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the Sale Motion.

**SUCCESSFUL BIDS AND BIDDERS.** The Trustee, in consultation with his professionals, has exercised his reasonable business judgment and determined that the following bidders present the highest and best offers (the "Successful Bids") for the Purchased Assets:

- Click Entertainment Ltd.– with a bid of $2,700,000, for all of the Debtor's right, title and interest in inventory (the "Inventory Bid") as set forth more fully in the Asset Purchase Agreement attached hereto as **Exhibit 2**; and

- Device Expert Inc.– with a bid of $510,000, for all of the Debtor's right, title and interest in intellectual property (the "IP Bid") as set forth more fully in the Asset Purchase Agreement attached hereto as **Exhibit 3**.[2]

**BACK-UP BIDDERS**. The Trustee, in consultation with his professionals, has exercised his reasonable business judgment and determined that, pursuant to the terms of the Bidding Procedures (i) Nektova Group LLC shall be the back-up bidder with respect to the Inventory Bid and (ii) Fantasia Trading LLC shall be the back-up bidder with respect to the IP Bid.

**SALE HEARING.** The Sale Hearing shall occur on **June 21, 2017 at 10:00 a.m.** (prevailing Eastern Time) before the Honorable Kevin Gross at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801, 6th Floor. At the Sale Hearing, the Trustee will seek approval of the Successful Bids.

Dated: June 19, 2017

/s/ Alan M. Root
Alan M. Root (No. 5427)
ARCHER & GREINER, P.C.
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Telephone: 302-777-4350
Facsimile: 302-777-4352
E-mail: aroot@archerlaw.com

Counsel for the Chapter 7 Trustee

212763951v1

---

[2] The form of Asset Purchase Agreement attached is still in the process of being finalized and is subject to change based upon continuing buyer and seller review and comment.