IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| MAD CATZ, INC., | Case No. 17-10679 (KG) |
| Debtor. | **Re: Dkt. No. 71** |

## NOTICE OF AMENDMENT NO. 1 TO ASSET PURCHASE AGREEMENT WITH <u>CLICK ENTERTAINMENT LTD.</u>

**PLEASE TAKE NOTICE THAT**:

    1.    On June 21, 2017, the Bankruptcy Court entered the *Order (I) Approving the Sale of the Certain of the Debtor's Assets to Click Entertainment Ltd; (II)Authorizing Consummation of a Sale Transaction; and (III) Granting Related Relief* [Dkt. No. 71] (the "<u>Click Sale Order</u>").

    2.    Attached as <u>Exhibit 1</u> to the Click Sale Order was that certain Asset Purchase Agreement (the "<u>APA</u>") dated as of June 19, 2017, by and between David W. Carickhoff, as chapter 7 trustee for Mad Catz, Inc. (the "<u>Trustee</u>") and Click Entertainment Ltd. (the "<u>Buyer</u>").

    3.    The Trustee and the Buyer have amended the APA to incorporate certain changes thereto.  Attached hereto as <u>Exhibit A</u> is the Amendment No. 1 to Asset Purchase Agreement (the "<u>First Amendment</u>").  All references to the APA shall be deemed to be references to the APA as amended by the First Amendment.

Dated: July 6, 2017

By: /s/  Alan M. Root
    Alan M. Root (#5427)
    ARCHER & GREINER
    A Professional Corporation
    300 Delaware Avenue, Suite 1100
    Wilmington, DE   19801
    Telephone:  302-777-4350
    Facsimile:  302-777-4352
    Email: aroot@archerlaw.com

*Attorneys for the Chapter 7 Trustee*

212843761v1