UNITED STATES BANKRUPTCY COURT
DISTRICT OF Delaware

In re Mad Catz, Inc.                                Case No. 17-10679

MONTHLY OPERATING REPORT
*For the Period 6/01/2017 through 6/30/2017*

File with Court and submit copy to United States Trustee within 20 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Document Attached | Explanation Attached |
|---|---|---|
| Schedule of Cash Receipts and Disbursements | X | |
| Certificates of Insurance: | | |
|    Workers Compensation | | |
|    Property | | |
|    General Liability | | |
|    Vehicle | | |
|    Other: | | |
| Evidence of Debtor in Possession Bank Accounts | | |
|    Tax Escrow Account | | |
|    General Operating Account | | |
|    Other: Form 2 | X | |
|    Other: Bank Statements | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the documents attached are true and correct to the best of my knowledge and belief.

_____               7/20/17
David Carickhoff - Chapter 7 Trustee     Date

\*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM 1R
(9/99)

*Mad Catz, Inc.,*  Case No. 17-10679 (KG)

Narrative of monthly operations

On May 31, 2017, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered the *Order Pursuant to 11 U.S.C. §§ 105, 363 and 721 (A) Authorizing the Chapter 7 Trustee To Operate the Debtor's Business on Limited Basis Effective as of April 1, 2017, and (B) Granting Related Relief* [Docket No. 43] (the "Section 721 Order").

Pursuant to the Section 721 Order, the Chapter 7 Trustee retained as independent contractors Nathan Hill (former IT professional for Mad Catz, Inc.), Maia Waki Perez (former director of accounting and finance for Mad Catz, Inc.), and 4 Network Consulting (IT consultants) to assist the Trustee in, among other things, preserving and collecting data necessary to administer the Debtor's estate. A Monthly Staffing Report has been or will be filed with the Bankruptcy Court detailing the hours worked and the services provided by the independent contractors.

On June 19, 2017, the Chapter 7 Trustee conducted an auction for the Debtor's inventory and intellectual property. On June 21, 2017, the Chapter 7 Trustee sought approval of the highest and best offers for the inventory and the intellectual property. On the same date, the Bankruptcy Court entered two orders approving the sale of certain assets: (1) Docket No. 71 - approving the sale of the Debtor's inventory to Click Entertainment Ltd. (which sale closed on July 5, 2017); and (2) Docket No. 72 - approving the sale of the Debtor's intellectual property to Device Expert Inc. (which sale closed on June 28, 2017). The Chapter 7 Trustee also vacated the Debtor's headquarters in San Diego on June 27, 2017.

# Mad Catz, Inc.
## Cash Receipts and Disbursements
For the Period (06/01/17 - 06/30/2017)

| | |
|---|---:|
| Beginning Cash Balance | 28,941.97 |
| | |
| Wells Fargo - Turnover of Funds | 965,913.36 |
| Turnover of Funds - Other | - |
| Collection of Accounts Receivable | 2,926.81 |
| Miscellaneous Refunds | - |
| Sale of Assets | 510,000.00 |
| Non-Estate Funds (Bidder Escrowded Deposits) | 318,000.00 |
| Miscellaneous Cash Collections | 1,082.01 |
| | |
| **TOTAL CASH RECEIPTS** | 1,797,922.18 |
| | |
| Payments to Secured Creditor | - |
| Third Party Services Provided | (59,069.25) |
| Independent Contractors | (8,627.50) |
| Bank and Technology Service Fee | (463.80) |
| | |
| **TOTAL CASH DISBURSEMENTS** | (68,160.55) |
| | |
| Net activity for the month | 1,729,761.63 |
| | |
| Ending Cash Balance | 1,758,703.60 |

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 17-10679 GK | | Trustee: | David Carickhoff |
|---|---|---|---|---|
| Case Name: | MAD CATZ, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******7766 - Checking Account |
| Taxpayer ID #: | **-***0365 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/30/17 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/28/17 | {23} | United Material Handling Inc | Reference UMH01272017 Dated 1/27/17 | 1229-000 | 16,952.04 | | 16,952.04 |
| 04/28/17 | {23} | Innex Inc | Invoice 833176  Dated 2/1/17 Amount $5457.40--Credit Amount to Reduce Payment -$329.89   CM235862 | 1229-000 | 5,127.51 | | 22,079.55 |
| 04/28/17 | {1} | D&H Distributing Co | Inv 831557  PO 1025925C Dated 1/6/17 | 1221-000 | 140.96 | | 22,220.51 |
| 04/28/17 | {1} | Petra | INV 832526 Dated 1/19/17 - $3605.70~INV 832584 Dated 1/20/17 - $3007.00 | 1221-000 | 6,612.70 | | 28,833.21 |
| 04/28/17 | {1} | SHOPKO | INV 831977 Dated 1/10/17 $82.28~INV 831978 Dated 1/10/17 $411.40~INV 831979 Dated 1/10/17 $1293.17~INV 832048 Dated 1/18/17 $2,274.68~INV 832049 Dated 1/18/17 $3761.83~INV 832525 Dated 1/19/17 $863.95~INV 832821 Dated 1/25/17 $981.71 | 1221-000 | 9,669.05 | | 38,502.26 |
| 04/28/17 | {1} | Kroger | INV 832550 Dated 1/20/17 $2039.00--Credit Memo  Dated 3/10/17 -$2,038.00~ | 1221-000 | 1.00 | | 38,503.26 |
| 05/03/17 | {24} | Mad Catz UK entity | Payment for IT services related to server access | 1229-000 | 1,974.00 | | 40,477.26 |
| 05/04/17 | | To Account #******7767 | Unliened receipt from Mad Catz UK entity for payment of IT services | 9999-000 | | 1,974.00 | 38,503.26 |
| 05/04/17 | 101 | Marsh & McLennan Agency LLC | Invoice 102438 -- Commercial Insurance - Federal Ins. Co. Policy No. 35818662 - payment for May, June and July | 2420-000 | | 6,396.25 | 32,107.01 |
| 05/04/17 | 102 | Marsh & McLennan Agency LLC | Invoice 102444 -- Commercial Insurance - Lloyd's Policy No. M20495 - Cargo -- payment for May, June and July | 2420-000 | | 14,077.50 | 18,029.51 |
| 05/04/17 | {1} | PETRA | STOP PAYMENT BY PAYOR | 1221-000 | -6,612.70 | | 11,416.81 |

Subtotals :  $33,864.56   $22,447.75

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 17-10679 GK | | Trustee: | David Carickhoff |
|---|---|---|---|---|
| Case Name: | MAD CATZ, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******7766 - Checking Account |
| Taxpayer ID #: | **-***0365 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/30/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Balance of Petty Cash at Company Office | 1129-000 | 88.95 | | 11,505.76 |
| 05/10/17 | {2} | Guiliano Miller & Co | | | | | |
| 05/10/17 | {1} | Kroger | Inv 833496 $2440.80~Inv 833946 $1307.34~Credit Inv 701-460149 ($20.77)~Credit Inv 701-463546 ($928.11)~Credit Inv 701-461834 ($1278.46) | 1221-000 | 1,520.00 | | 13,025.76 |
| 05/17/17 | {21} | ATTM Settlement Fund | Settlement Payment - AT&T Mobility Wireless Data Services Sales Tax Litigation (Class Action) | 1149-000 | 133.11 | | 13,158.87 |
| 05/17/17 | {1} | Innex Inc | Inv #834513 - $1679.20~Inv #834658 - $1259.40~ | 1221-000 | 2,938.60 | | 16,097.47 |
| 05/17/17 | {3} | Barney & Barney | Refund from Final Audit of Work Comp policy 2015-16~Policy No 71737418~ | 1129-000 | 8,180.00 | | 24,277.47 |
| 05/17/17 | {1} | Kroger | Deposit Adj to Correct Amount - Dep #100008-1 on 5/10/17 | 1221-000 | 0.80 | | 24,278.27 |
| 05/26/17 | {1} | MEIJER | Unknown - Remittance information available at meijervendornet.com | 1221-000 | 91.47 | | 24,369.74 |
| 05/26/17 | {3} | Sterling health Services | COBRA Remittance for April 2017 | 1129-000 | 1,029.68 | | 25,399.42 |
| 05/26/17 | {1} | Kroger | Inv 834575 dated 2/27/17 | 1221-000 | 1,605.12 | | 27,004.54 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.57 | 26,967.97 |
| 06/09/17 | {1} | Meijer | Unknown Invoice | 1121-000 | 452.04 | | 27,420.01 |
| 06/12/17 | {23} | County of San Diego | Notation on Check Stub: Payment issued as result of Court action - Case #SCD188034 - Acct No 256090 | 1249-000 | 52.33 | | 27,472.34 |
| 06/12/17 | {1} | Magnell Associates Inc | Inv 82587/ ($3419.70) with various adjustments | 1221-000 | 1,650.77 | | 29,123.11 |

| | Subtotals : | $17,742.87 | $36.57 | |
|---|---|---|---|---|

{} Asset reference(s)

Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 17-10679 GK | | Trustee: | David Carickhoff |
|---|---|---|---|---|
| Case Name: | MAD CATZ, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******7766 - Checking Account |
| Taxpayer ID #: | **-***0365 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/30/17 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/12/17 | | Nektova Group LLC | Bidder Deposit | 1290-000 | 50,000.00 | | 79,123.11 |
| 06/12/17 | {1} | Krooger | 5/30/17 Deposit Error - Dep 100014-1 | 1221-000 | 200.00 | | 79,323.11 |
| 06/12/17 | | Nektova Group LLC | Reversed Deposit 100018 1 Bidder Deposit - Wrong Acct - Moved to Acct xxx68 | 1290-000 | -50,000.00 | | 29,323.11 |
| 06/23/17 | {4} | Wells Fargo | Transfer of funds in Debtor's pre-petition bank accounts (includes A/R collected post-petition -- $815,402.46 from acct xx0201 and $150,510.90 from account xx7520) | 1129-000 | 965,913.36 | | 995,236.47 |
| 06/23/17 | 103 | 4 Network Consulting | Invoice 2406 - IT Services -- See Dkt No 43 | 2420-000 | | 675.00 | 994,561.47 |
| 06/23/17 | 104 | Nathan Hill | IT Services ($65/hr at 100.5 hours through April, May and June 23) and expenses of $85 for hard drive -- See Dkt No. 43 | 2420-000 | | 6,617.50 | 987,943.97 |
| 06/26/17 | {17} | Device Expert Inc | Balance of Winning Bid - IP Purchase | 1129-000 | 495,900.00 | | 1,483,843.97 |
| 06/27/17 | {1} | Meijer | Unknown - No Description | 1221-000 | 624.00 | | 1,484,467.97 |
| 06/28/17 | {23} | Sterling Health Services Inc | COBRA Remittance for March 2017-Plans: MES Vision & UHC Signature | 1249-000 | 1,029.68 | | 1,485,497.65 |
| 06/28/17 | | From Account #******7768 | Device Expert Inc's deposit in connection with purchase of IP (purchase price was $510,000) | 9999-000 | 14,100.00 | | 1,499,597.65 |
| 06/28/17 | 105 | California Cross Dock Inc. | Invoices MC0024ST, MC0025ST, MC0026ST, MC0027 - April, May and June storage, plus out charges) | 2410-000 | | 58,394.25 | 1,441,203.40 |
| 06/29/17 | 106 | Nathan Hill | IT Services ($65/hr at 6 hours - after June 23) - See Dkt No. 43 | 2420-000 | | 390.00 | 1,440,813.40 |
| 06/29/17 | 107 | Maia Waki Perez | Consulting re Accounts Receivable and related financial issues (18 hours at $90/hr) - See Dkt | 3731-000 | | 1,620.00 | 1,439,193.40 |

{} Asset reference(s)

Subtotals : $1,477,767.04  $67,696.75

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 17-10679 GK |
| Case Name: | MAD CATZ, INC. |
| Taxpayer ID #: | **-***0365 |
| Period Ending: | 06/30/17 |

| | |
|---|---|
| Trustee: | David Carickhoff |
| Bank Name: | Rabobank, N.A. |
| Account: | ******7766 - Checking Account |
| Blanket Bond: | $5,000,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/30/17 | | Rabobank, N.A. | No. 43 Bank and Technology Services Fee | 2600-000 | | 463.80 | 1,438,729.60 |
| | | | ACCOUNT TOTALS | | 1,529,374.47 | 90,644.87 | $1,438,729.60 |
| | | | Less: Bank Transfers | | 14,100.00 | 1,974.00 | |
| | | | Subtotal | | 1,515,274.47 | 88,670.87 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $1,515,274.47 | $88,670.87 | |

Page: 5

# Form 2
## Cash Receipts And Disbursements Record

Case Number: 17-10679 GK
Case Name: MAD CATZ, INC.
Taxpayer ID #: **-***0365
Period Ending: 06/30/17

Trustee: David Carickhoff
Bank Name: Rabobank, N.A.
Account: ******7767 - Unliened Receipts Account
Blanket Bond: $5,000,000.00 (per case limit)
Separate Bond: N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/04/17 | | From Account #******7766 | Unliened receipt from Mad Catz UK entity for payment of IT services | 9999-000 | 1,974.00 | | 1,974.00 |
| | | | **ACCOUNT TOTALS** | | 1,974.00 | 0.00 | $1,974.00 |
| | | | Less: Bank Transfers | | 1,974.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 17-10679 GK |
|---|---|
| Case Name: | MAD CATZ, INC. |
| Taxpayer ID #: | **-***0365 |
| Period Ending: | 06/30/17 |

| Trustee: | David Carickhoff |
|---|---|
| Bank Name: | Rabobank, N.A. |
| Account: | ******7768 - Bidder Deposit Account |
| Blanket Bond: | $5,000,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/08/17 | | RTV Solutions | Bidder Deposit | 1280-002 | 2,223.00 | | 2,223.00 |
| 06/08/17 | | World International Trading / Mercantil Commerce | Bidder Deposit | 1280-002 | 7,652.30 | | 9,875.30 |
| 06/12/17 | | Nektova Group LLC | Bidder Deposit | 1280-002 | 50,000.00 | | 59,875.30 |
| 06/12/17 | | Logitech Inc / Bank of America NYC | Bidder Deposit | 1280-002 | 1,100.00 | | 60,975.30 |
| 06/12/17 | | Performance Designed Products LLC | Bidder Deposit | 1280-002 | 2,490.00 | | 63,465.30 |
| 06/12/17 | {17} | Device Expert Inc / Wells Fargo | Device Expert - Deposit for purchase of IP | 1129-000 | 14,100.00 | | 77,565.30 |
| 06/12/17 | | Anker Tech Co Ltd / Fantasia Trading | Bidder Deposit | 1280-002 | 30,000.00 | | 107,565.30 |
| 06/12/17 | | Nasouri Bros Inc / Wells Fargo | Bidder Deposit | 1280-002 | 43,782.90 | | 151,348.20 |
| 06/12/17 | | Hyper Microsystems Inc / BMO Harris | Bidder Deposit | 1280-002 | 50,000.00 | | 201,348.20 |
| 06/12/17 | {12} | Click Entertainment Limited / Barclays | Bidder Deposit | 1129-000 | 238,000.00 | | 439,348.20 |
| 06/21/17 | 900 | RTV Solutions | Refund Bidder Deposit - Received 6/8/17 (See Dep Adj #1) | 1280-002 | -2,223.00 | | 437,125.20 |
| 06/21/17 | 901 | World International Trading LLC | Refund Bidder Deposit - Received 6/8/17 (See Dep Adj #2) | 1280-002 | -7,652.30 | | 429,472.90 |
| 06/21/17 | 902 | Performance Designed Products LLC | Refund Bidder Deposit - Received 6/12/17 (See Dep Adj #4) | 1280-002 | -2,490.00 | | 426,982.90 |
| 06/21/17 | 903 | Nasouri Bros Inc | Refund Bidder Deposit - Received 6/12/17 (See Dep Adj #7) | 1280-002 | -43,782.90 | | 383,200.00 |
| 06/21/17 | 904 | Hyper Microsystems Inc | Refund Bidder Deposit - Received 6/12/17 (See Dep Adj #8) | 1280-002 | -50,000.00 | | 333,200.00 |
| | | | | Subtotals : | $333,200.00 | $0.00 | 333,200.00 |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 17-10679 GK | Trustee: | David Carickhoff |
| --- | --- | --- | --- |
| Case Name: | MAD CATZ, INC. | Bank Name: | Rabobank, N.A. |
| | | Account: | ******7768 - Bidder Deposit Account |
| Taxpayer ID #: | **-***0365 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/30/17 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

|  |  |  |
| --- | --- | --- |
| Net Receipts : | 1,847,374.47 | |
| Less Other Noncompensable Items : | 80,000.00 | |
| Net Estate : | $1,767,374.47 | |

### TOTAL - ALL ACCOUNTS

| | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| Checking # ******7766 | 1,515,274.47 | 88,670.87 | 1,438,729.60 |
| Checking # ******7767 | 0.00 | 0.00 | 1,974.00 |
| Checking # ******7768 | 332,100.00 | 0.00 | 318,000.00 |
| | $1,847,374.47 | $88,670.87 | $1,758,703.60 |

**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com

Rabobank   Return Service Requested


Rabobank, N.A
Member FDIC
LENDER  NMLS #649477

Period Covered:
June 01, 2017 - June 30, 2017
Page 1 of 8

David W. Carickhoff
300 Delaware Ave
Suite 1100
Wilmington DE 19801

| | | |
|---|---|---|
| Case Number | | 17-10679 |
| Case Name | | MAD CATZ, INC. Debtor |
| Trustee Number | | |
| Trustee Name | | David W. Carickhoff Trustee |

**Questions**
(800) 634-7734
banking@bmsadvantage.com
**www.bmsadvantage.com**

## CONSOLIDATED BALANCE SUMMARY

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | 7766 | $27,167.97 | $1,441,414.60 |
| TRUSTEE CHECKING | 7767 | $1,974.00 | $1,974.00 |
| TRUSTEE CHECKING | 7768 | $0.00 | $368,000.00 |
| **Total** | | **$29,141.97** | **$1,811,388.60** |

### Notable Information For You...

*To protect your banking security, we recommend you conduct periodic audits to make sure challenge questions are complete and banking permissions are up to date for all staff members using the CaseLink and TrustWorks software systems. Challenge questions have been put in place to confirm your identity to the BMS Banking Center and the Rabobank banking team, and allow only authorized staff members to access your bank information. Knowing your challenge questions and answers will help you avoid any banking transaction delays. If you have any questions, please contact the BMS Banking Center by email or by phone at 800-634-7734.*

**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com

Rabobank  *Return Service Requested*



Rabobank, N.A.
Member FDIC
LENDER  NMLS #649477

Period Covered:
June 01, 2017 - June 30, 2017
Page 2 of 8

David W. Carickhoff
300 Delaware Ave
Suite 1100
Wilmington DE 19801

Case Number   17-10679
Case Name     MAD CATZ. INC. Debtor
Trustee Number
Trustee Name   David W. Carickhoff Trustee

**Questions**
(800) 634-7734
banking@bmsadvantage.com
www.bmsadvantage.com

## TRUSTEE CHECKING                    Account Number: 7766

| | | | |
|---|---|---|---|
| Enclosures | 7 | Beginning Balance | $27,167.97 |
| Avg Collected Balance | $367,584.00 | + Total Additions | $1,479,722.18 |
| | | - Total Subtractions | $65,475.55 |
| | | Ending Balance | $1,441,414.60 |

### Checks

\* Indicates a Skip in Check Number(s)
"E" Indicates an Electronic Check

| Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|
| 104 | 06-28 | 6,617.50 | 105 | 06-30 | 58,394.25 |

### Debits

| Date | Description | Subtractions |
|---|---|---|
| 06-30 | BANK & TECH FEE | 463.80 |

### Credits

| Date | Description | Additions |
|---|---|---|
| 06-12 | DEPOSIT 100015 | 452.04 |
| 06-13 | DEPOSIT 100016 | 52.33 |
| 06-13 | DEPOSIT 100017 | 1,650.77 |
| 06-23 | WIRE TRANSFER-IN CRG WIP COMMERCIAL 20170623I1B7032R01 4731 | 965,913.36 |
| 06-26 | WIRE TRANSFER-IN FAST TRACK GLOBAL 20170626B1QGC01C00 3553 | 495,900.00 |
| 06-28 | INTERNET/PHONE TRSFR TRANSFER FROM DEPOSIT SYSTEM ACCOUNT \*\*\*\*\*\*7768 | 14,100.00 |
| 06-28 | DEPOSIT 100019 | 624.00 |
| 06-29 | DEPOSIT 100020 | 1,029.68 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 05-31 | 27,167.97 | 06-23 | 995,236.47 | 06-29 | 1,500,272.65 |
| 06-12 | 27,620.01 | 06-26 | 1,491,136.47 | 06-30 | 1,441,414.60 |
| 06-13 | 29,323.11 | 06-28 | 1,499,242.97 | | |

Page 3
Redacted



**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com

Rabobank   Return Service Requested



Rabobank, N.A.
Member FDIC
EQUAL HOUSING LENDER   NMLS #649477

Period Covered:
June 01, 2017 - June 30, 2017
Page 4 of 8

David W. Carickhoff
300 Delaware Ave
Suite 1100
Wilmington DE 19801

Case Number
Case Name
Trustee Number
Trustee Name

17-10679
MAD CATZ, INC. Debtor

David W. Carickhoff Trustee

☎ **Questions**
(800) 634-7734
banking@bmsadvantage.com
**www.bmsadvantage.com**

## TRUSTEE CHECKING

Account Number: 7767

| Enclosures | 0 | Beginning Balance | $1,974.00 |
|---|---|---|---|
| Avg Collected Balance | $1,974.00 | + Total Additions | $0.00 |
| | | - Total Subtractions | $0.00 |
| | | **Ending Balance** | **$1,974.00** |

**\*\*No activity this statement period\*\***

280150 788

Rabobank, N.A.
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com
Rabobank  Return Service Requested


Rabobank, N.A.
Member FDIC
LENDER  NMLS #649477

Period Covered:
June 01, 2017 - June 30, 2017
Page 5 of 8

| | |
|---|---|
| David W. Carickhoff | Case Number: 17-10679 |
| 300 Delaware Ave | Case Name: MAD CATZ. INC. Debtor |
| Suite 1100 | Trustee Number: |
| Wilmington DE 19801 | Trustee Name: David W. Carickhoff Trustee |

**Questions**
(800) 634-7734
banking@bmsadvantage.com
www.bmsadvantage.com

## TRUSTEE CHECKING                         Account Nun :7768

| | | | |
|---|---|---|---|
| Enclosures | 6 | Beginning Balance | $0.00 |
| Avg Collected Balance | $319,375.00 | + Total Additions | $439,348.20 |
| | | - Total Subtractions | $71,348.20 |
| | | Ending Balance | $368,000.00 |

### Checks

\* Indicates a Skip in Check Number(s)
"E" Indicates an Electronic Check

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 900 | 06-27 | 2,223.00 | 902 | 06-28 | 2,490.00 | 905 * | 06-29 | 1,100.00 |
| 901 | 06-28 | 7,652.30 | 903 | 06-26 | 43,782.90 | | | |

### Debits

| Date | Description | Subtractions |
|---|---|---|
| 06-28 | TRANSFER DEBIT TRANSFER TO DEPOSIT SYSTEM ACCOUNT ******7766 | 14,100.00 |

### Credits

| Date | Description | Additions |
|---|---|---|
| 06-08 | WIRE TRANSFER-IN EDUARDO P GALVAN 20170608QMGFT00600 0824 | 2,223.00 |
| 06-08 | WIRE TRANSFER-IN WORLD INTERNATIONA 20170608F6B7042C00 0315 | 7,652.30 |
| 06-12 | WIRE TRANSFER-IN LOGITECH INCBANK O 20170612B6B7HU1R01 0664 | 1,100.00 |
| 06-12 | WIRE TRANSFER-IN PERFORMANCE DESIGN 20170612B1Q9282C00 4762 | 2,490.00 |
| 06-12 | WIRE TRANSFER-IN 1/DEVICE EXPERT IN 20170612B6B7001C00 3321 | 14,100.00 |
| 06-12 | WIRE TRANSFER-IN ANKER TECH CO LTDD 20170612B1Q8021C00 7743 | 30,000.00 |
| 06-12 | WIRE TRANSFER-IN NASOURI BROS INCRE 20170612I1B7031R00 9021 | 43,782.90 |
| 06-12 | WIRE TRANSFER-IN HYPER MICROSYSTEMS 20170612G1QG750C00 4822 | 50,000.00 |
| 06-12 | WIRE TRANSFER-IN CLICK ENTERTAINMEN 20170612MMQFMPEC00 3125 | 238,000.00 |
| 06-13 | DEPOSIT 100001 | 50,000.00 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 06-08 | 9,875.30 | 06-13 | 439,348.20 | 06-27 | 393,342.30 |
| 06-12 | 389,348.20 | 06-26 | 395,565.30 | 06-28 | 369,100.00 |

**Rabobank**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com
Return Service Requested

Rabobank, N.A.
Member FDIC
NMLS #649477

Account Number    7768
Period Covered:
June 01, 2017 - June 30, 2017
Page 6 of 8

## Daily Balances (Continued)

| Date  | Amount     |
|-------|------------|
| 06-29 | 368,000.00 |

Page 7
Redacted

Page 8
Redacted