**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MAD CATZ, INC.,<br><br>                     Debtor. | Chapter 7<br><br>Case No. 17-10679 (KG)<br><br>**Hearing Date: April 12, 2018 @ 2:00 pm**<br>**Objection Deadline March 27, 2018 @ 4:00 pm** |

**FIRST INTERIM FEE APPLICATION OF**
**ARCHER & GREINER, P.C., ATTORNEYS FOR DAVID W. CARICKHOFF,**
**CHAPTER 7 TRUSTEE FOR COMPENSATION AND REIMBURSEMENT OF**
**EXPENSES FOR THE PERIOD JULY 1, 2017 THROUGH DECEMBER 31, 2017**

| | |
|---|---|
| *Name of Applicant*: | Archer & Greiner, P.C. |
| *Authorized to Provide Professional Services to*: | David W. Carickhoff, Ch. 7 Trustee |
| *Date of Retention*: | May 31, 2017, *nunc pro tunc* to March 31, 2017 |
| *Period for which Compensation and Reimbursement is Sought*: | July 1, 2017 through December 31, 2017 |
| *Amount of Compensation Sought as Actual, Reasonable, and Necessary*: | $80,301.00[1] |
| *Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary*: | $1,948.80 |

This is a: \_\_\_\_\_ Monthly  ✓ Quarterly  \_\_\_\_\_ Final Application

The total time expended for fee application preparation is approximately 8.0 hours and the corresponding compensation requested is approximately $2,798.50.

---

[1] This request includes compensation in the amount of $1,972.00 for time spent by David Carickhoff performing legal work. In addition, this request, reflect a voluntary reduction of Archer & Greiner's fees, at the request of the Trustee, of $3,142.

| Prior Interim Applications | | Requested | | Allowed | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 7/28/17 | 3/31/17 – 6/30/17 | $89,886.50 | $8,617.13 | $89,886.50 | $8,617.13 |

# ATTACHMENT B
# TO FEE APPLICATION

| NAME OF PROFESSIONAL | POSITION, YEAR ASSUMED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Michelle N. Friedman | Paralegal. Joined the firm in 1998. | $235.00<br>$225.00 | 5.4<br>14.7 | $1,269.00<br>$3,307.50 |
| S. Alexander Faris | Associate in Bankruptcy and Restructuring Group. Admitted in Delaware in 2016. Joined firm in 2017. | $265.00<br>$250.00 | 52.4<br>24.5 | $13,886.00<br>$6,125.00 |
| Kate Sherlock | Associate in Commercial Litigation and Intellectual Property Groups. Admitted in New Jersey and Pennsylvania in 2012. Joined firm in 2012. | $280.00 | 1.0 | $280.00 |
| Alan M. Root | Associate in Bankruptcy and Restructuring Group. Admitted in Delaware in 2010. Joined firm in 2016 | $430.00<br>$415.00 | 41.0<br>77.1 | $17,630.00<br>$31,996.50 |
| Jerrold S. Kulback | Partner in Bankruptcy and Restructuring Group. Admitted in New Jersey and Pennsylvania in 1999. Joined firm in 2000. | $470.00<br>$450.00 | 2.1<br>4.1 | $987.00<br>$1,845.00 |
| David W. Carickhoff | Partner in Bankruptcy and Restructuring Group. Admitted in Delaware in Pennsylvania in 1998. Joined firm in 2013. | $555.00<br>$535.00 | 2.3<br>1.3 | $1,276.50<br>$695.50 |
| Stephen M. Packman | Shareholder and head of Bankruptcy and Restructuring Group. Admitted in New Jersey and Pennsylvania in 1989. Joined firm in 1992. | $590.00 | 1.7 | $1,003.00 |
|  |  |  | 227.6 hrs |  |
| **Grand Total**: |  |  |  | $80,301.00 |
|  | **Blended Rate** | $352.82 |  |  |

**COMPENSATION BY PROJECT CATEGORY**

|    | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|----|------------------|-------------|------------|
| 01 | Archer & Greiner Fee/Employment Application | 8.0 | $2,798.50 |
| 02 | Other Professionals' Fee Employment Issues | 2.3 | $916.50 |
| 03 | Executory Contracts and Unexpired Leases | 29.0 | $9,938.50 |
| 04 | Claims Analysis and Objections | 7.3 | $3,061.00 |
| 05 | Meetings | | |
| 06 | Case Administration | 54.3 | $18,545.50 |
| 07 | Debtor's Operations | 4.6 | $2,001.00 |
| 08 | Labor and Employment Issues | | |
| 09 | Financing Issues | | |
| 10 | Financing Issues (DIP Financing/Cash Collateral) | 1.4 | $581.00 |
| 11 | Real Estate and Environmental Issues | | |
| 12 | Sale of Assets | 17.4 | $7,156.50 |
| 13 | Stay Relief Issues | 3.9 | $1,678.50 |
| 14 | Secured Creditors / Equipment Lessor Issues (includes lien investigation) | 12.1 | $4,580.50 |
| 15 | Tax Issues | | |
| 16 | Recovery Actions (includes avoidance actions) | 78.6 | $25,235.50 |
| 17 | Hearings – Preparation and Attendance | | |
| 18 | Other Litigation | 8.7 | $3,808.00 |
| 19 | Non-Working Travel Time | | |
| 20 | Financing Issues (DIP Financing/Cash Collateral) | | |
| 21 | Regulatory Issues | | |

**Total Fees:**                                                                        **$80,301.00**

**EXPENSE SUMMARY**

| EXPENSE CATEGORY | SERVICE PROVIDER | TOTAL EXPENSES |
|---|---|---|
| In-House Photocopying | | $237.80 |
| Outside Copying Services | DLS Discovery | $82.50 |
| Postage | | $336.96 |
| Delivery Service / Messengers | Federal Express | $364.53 |
| Legal Research | Lexis | $86.01 |
| Court Reporter Service | Wilcox & Fetzer, Ltd | $841.00 |
| **TOTAL** | | **$1,948.80** |

213876400v2

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> MAD CATZ, INC., <br><br>                              Debtor. | Chapter 7 <br><br> Case No. 17-10679 (KG) <br><br> **Hearing Date: April 12, 2018 @ 2:00 pm** <br> **Objection Deadline March 27, 2018 @ 4:00 pm** |

**SECOND INTERIM FEE APPLICATION OF**
**ARCHER & GREINER, P.C., ATTORNEYS FOR DAVID W. CARICKHOFF,**
**CHAPTER 7 TRUSTEE FOR COMPENSATION AND REIMBURSEMENT OF**
**EXPENSES FOR THE PERIOD JULY 1, 2017 THROUGH DECEMBER 31, 2017**

Pursuant to sections 330 and 331 of title 11 of the United States Code (the *"Bankruptcy Code"*), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the *"Bankruptcy Rules"*), and Local Rule 2016-2, Archer & Greiner, P.C. (*"Archer & Greiner"*), counsel to David W. Carickhoff, the Chapter 7 Trustee (the *"Trustee"*), hereby submits its Second Interim Fee Application for Compensation and Reimbursement of Expenses for the Period of July 1, 2017 through December 31, 2017 (*"Fee Application"*).

By this Fee Application, Archer & Greiner seeks interim allowance of compensation in the amount of $80,301.00 and actual and necessary expenses in the amount of $1,948.80 for a total of $82,249.80, and payment of the unpaid amount of such fees and expenses, for the period of July 1, 2017 through December 31, 2017 (the *"Application Period"*).

1

## JURISDICTION

1. The Court has jurisdiction over this matter under 28 U.S.C. § 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of this chapter 7 case in this district is proper under 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

2. On March 30, 2017 (the "*Petition Date*"), the Debtor filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code.

3. On March 31, 2017, the Trustee was appointed as chapter 7 trustee of the Debtor's estate pursuant to section 701(a) of the Bankruptcy Code.

4. The section 341(a) meeting of creditors was held and concluded on May 10, 2017.

5. On April 28, 2017, the Application to Employ Archer & Greiner, PC as Counsel to David W. Carickhoff, the Chapter 7 Trustee Nunc Pro Tunc to March 31, 2017 [Docket No. 15] was filed with the Court. The Court approved the employment of Archer & Greiner, nunc pro tunc as of March 31, 2017, by order entered May 31, 2017 [Docket No. 45].

6. by Order entered on August 31, 2017 [Docket No. 100], Archer & Greiner was granted a first interim allowance of fees in the amount of $89,886.50 and expenses in the amount of $8,617.13 for the period of March 31, 2017 through June 30, 2017.

7. Archer & Greiner is a nationally recognized law firm with extensive experience and expertise in bankruptcy and reorganization proceedings, particularly with respect to the representation of debtors, creditors' committees, and chapter 7 trustees.

## IDENTITY OF PROFESSIONALS

8. The attorneys and paraprofessionals of Archer & Greiner who have rendered professional services in these cases during the application period are identified in the Attachment "B" which form is included directly behind the cover sheet of this Application.

9. Archer & Greiner, through the above named persons, has advised the Trustee with respect to legal matters in connection with the stabilization and administration of the Debtor's estate and the Trustee's duties and responsibilities under the Bankruptcy Code. Among other things, Archer & Greiner has prepared and/or assisted in the preparation of various motions, applications and orders, had meetings with certain creditors and other interested parties, and has appeared in court on behalf of the Trustee. Archer & Greiner has performed all necessary and appropriate professional services as described and narrated in detailed and on Exhibit "A" attached hereto.

10. The rates charged are Archer & Greiner's normal hourly rates for work of this nature. The reasonable value of the services rendered by Archer & Greiner to the Trustee in connection with this matter during the application period is $80,301.00.[1] **The fees requested by this Application, reflect a voluntary reduction, at the request of the Trustee, of $3,142.**

## SUMMARY OF SERVICES BY PROJECT

(a)    1: Archer & Greiner Fee/Employment Applications

   Fees: $2,798.50         Total Time: 8.0

This category relates to time spent on the fee applications of Archer & Greiner as opposed to fee applications of other professional in this proceeding. During the Application Period, Archer & Greiner prepared, filed and prosecuted its first interim fee application.

---

[1] This request includes compensation in the amount of $1,972.00 for time spent by David Carickhoff, an experienced bankruptcy and restructuring attorney, performing legal work in this case, which legal services were beneficial to the estate and creditors.

3

    (b)    <u>3:  Executory Contracts and Unexpired Leases</u>

        Fees:  $9,938.50        Total Time:  29.0

This category deals with tasks relating to the analysis, termination and/or rejection of executory contracts and unexpired leases.  During the Application Period, Archer & Greiner performed an in depth review of the Debtor's executory contracts and unexpired leases in order to assist the Trustee's analysis as to whether to reject such contracts and leases.  Similarly, in connection therewith, Archer & Greiner drafted motions (i) to reject a warehouse services agreement and (ii) extend the deadline to assume or reject certain specified contracts and leases.  In addition, Archer & Greiner spent time communicating with various contract and lease counterparties regarding treatment of the agreements and/or property subject to such agreements.

    (c)    <u>4:  Claims Analysis and Objections</u>

        Fees:  $3,061.00        Total Time: 7.3

During the Application Period, among other things, Archer & Greiner addressed issues regarding intercompany claims involving the Debtor's foreign affiliates.

    (d)    <u>6:  Case Administration</u>

        Fees:  $18,545.50        Total Time: 54.3

This category includes tasks related to case management, monitoring docket updates, electronic filing, inquiries by creditors and parties in interest, various status reports, research and general matters of administration.  During the Application Period, Archer & Greiner addressed various matters necessary to properly administrate this chapter 7 case.  In addition to typical case administration matters, Archer & Greiner addressed various issues regarding escrows related to

the Debtor's pre-petition sale of assets to Logitech. Archer & Greiner also spent time communicating with creditors and other parties in interest regarding case issues.

    (e)    <u>12: Sale of Assets</u>

        Fees: $7,156.50        Total Time: 17.4

This category relates to tasks dealing with the liquidation and sale of assets of the estate by way of auction and negotiated sale and ongoing tasks relating to such issues. In particular, during the Application Period, Archer & Greiner assisted the Trustee with closing and addressing post-closing issues with respect to the Court approved sale of inventory to Click Entertainment. Archer & Greiner also addressed certain post-closing issues related to the Court approved sale of intellectual property to Device Expert. Finally, Archer & Greiner sought and obtained approval of a sale of FF&E to a liquidator.

    (f)    <u>14: Secured Creditor Issues</u>

        Fees: $4,580.50        Total Time: 12.1

This category deals with matters relating to investigating liens against the assets of the estate as well as secured claims asserted against the assets of the estate, negotiations with such creditors and resolution of the secured claim issues. During the Application Period, Archer & Greiner completed an investigation into any challenges against the Debtor's pre-petition secured lenders. In addition, Archer & Greiner spent time communicating with the secured lenders regarding the results of such investigation and other important case issues.

    (g)    <u>16: Recovery Actions</u>

        Fees: $25,235.50       Total Time: 78.6

This category deals with matters relating to pending or contemplated adversary proceedings, including avoidance actions, and litigation to be instituted by or on behalf of the

Debtor. During the Application Period, Archer & Greiner assisted the Trustee with his efforts to recover amounts owed to the Debtor on unpaid accounts receivable. Among other things, Archer & Greiner assisted the Trustee with the analysis of various accounts receivable issues and negotiations with multiple account debtors regarding unpaid invoices. Archer & Greiner was successful in obtaining multiple payments on outstanding accounts receivable. In particular, Archer & Greiner negotiated a settlement with GameStop, which resulted in a payment of over $800,000 to the Estate. In total, during the Application Period, account debtors remitted over $1 million to the Estate on account of unpaid accounts receivable.

(h)     18: Other Litigation

    Fees: $3,808.00      Total Time: 8.7

This category deals with litigation investigations by the Trustee, pre-petition litigation issues, and other litigation matters. Among other things, during the Application Period, Archer & Greiner assisted the Trustee with responding to third party subpoenas. In addition, Archer & Greiner addressed potential claims relating to the Logitech escrows and a pre-petition logistics provider.

## VALUATION OF SERVICES

11.     Attorneys and paralegals of Archer & Greiner have expended a total of 227.6 hours in connection with this matter during the application period as follows:

| ATTORNEY/PARALEGALS | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Michelle N. Friedman | $235.00 | 5.4 | $1,269.00 |
|  | $225.00 | 14.7 | $3,307.50 |
| S. Alexander Faris | $265.00 | 52.4 | $13,886.00 |
|  | $250.00 | 24.5 | $6,125.00 |
| Kate Sherlock | $280.00 | 1.0 | $280.00 |
| Alan M. Root | $430.00 | 41.0 | $17,630.00 |
|  | $415.00 | 77.1 | $31,996.50 |

| | | | |
|---|---|---|---|
| Jerrold S. Kulback | $470.00 | 2.1 | $987.00 |
| | $450.00 | 4.1 | $1,845.00 |
| David W. Carickhoff | $555.00 | 2.3 | $1,276.50 |
| | $535.00 | 1.3 | $695.50 |
| Stephen M. Packman | $590.00 | 1.7 | $1,003.00 |

12.     The professional background of the persons who have performed work in this matter is summarized in Attachment "B" which form is included directly behind the cover sheet of this Application.

### ACTUAL AND NECESSARY EXPENSES

13.     A summary of actual and necessary expenses incurred by Archer & Greiner for the application period is attached hereto as Exhibit "A."  Archer & Greiner charges $.10 per page for photocopying.  In addition, Archer & Greiner uses outside copier services for high volume projects, and this application seeks recovery of those costs, if applicable.  Archer & Greiner also charges clients $.95 per page for outgoing facsimile transactions and does not charge for incoming facsimile transactions.  Online legal research (Lexis and Westlaw) is charged at Archer & Greiner's discounted cost, which is computed each month based upon the negotiated discount charge to Archer & Greiner and the allocations of the savings realized during each month.

14.     Archer & Greiner believes the foregoing rates are market rates that the majority of law firms charge clients for such services.  The reasonable value of the expenses incurred by Archer & Greiner to the Trustee in connection with this matter during the Application Period is $1,948.80.

### RELIEF REQUESTED

15.     Pursuant to this Fee Application, Archer & Greiner requests allowance of compensation for actual and necessary professional services rendered in the amount of $80,301.00 for the Application Period, and reimbursement of reasonable and necessary out-of-pocket expenses in the amount of $1,948.80 for the Application Period.

7

16. At all relevant times, Archer & Greiner has been a disinterested person as that term is defined in section 101(14) of the Bankruptcy Code and has not represented or held an interest adverse to the interest of the Trustee.

17. All services for which compensation is requested by Archer & Greiner were performed for or on behalf of the Trustee.

18. Archer & Greiner has received no payment and no promises for payment from any source other than the estate for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Fee Application. No agreement or understanding exists between Archer & Greiner and any other entity for the sharing of compensation received or to be received for services rendered in or in connection with this case. Archer & Greiner has received no retainer in this matter.

19. The professional services and related expenses for which Archer & Greiner requests interim allowance were rendered and incurred in connection with this case and the discharge of Archer & Greiner's professional responsibilities as attorneys for the Trustee. Archer & Greiner's services have been necessary and beneficial to the Trustee, the estate, creditors and other parties in interest.

20. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount of fees requested by Archer & Greiner is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

21. The undersigned hereby certifies that this Fee Application complies with Del. Bankr. LR 2016-2.

**NOTICE**

22. As required by the Bankruptcy Rules, a copy of this Fee Application has been served upon counsel to the Debtor, the Office of the United States Trustee, and all parties requesting notice pursuant to Bankruptcy Rule 2002.

**WHEREFORE**, Archer & Greiner respectfully requests that the Court enter an order, in the form attached hereto (i) approving this Fee Application, (ii) providing that an interim allowance be made to Archer & Greiner in the sum of $80,301.00 as compensation for reasonable and necessary professional services rendered to the Trustee and in the sum of $1,948.80 for reimbursement of actual and necessary costs and expenses incurred, for a total of $82,249.80, (iii) authorizing the Trustee to pay Archer & Greiner the outstanding amount of such sums, and (iv) for such other and further relief as the Court deems proper and just.

Dated:  March 6, 2018               By: /s/ *Alan M. Root*
                                    Alan M. Root (No. 5427)
                                    ARCHER & GREINER, P.C.
                                    300 Delaware Avenue, Suite 1100
                                    Wilmington, DE 19801
                                    Telephone (302) 777-4350
                                    Facsimile (302) 777-4352
                                    Email aroot@archerlaw.com

                                    *Attorneys for the Chapter 7 Trustee*

213876400v2