

Exhibit "A"

**Giuliano Miller & Company, LLC**

140 Bradford Drive

Berlin Business Park

West Berlin, NJ  08091

Phone:  856-767-3000     Fax:  856-767-3500

Mad Catz, Inc.
c/o David W. Carickhoff, Jr.,
Archer & Greiner P.C.
300 Delaware Avenue, Suite 1100
Wilmington, DE  19801

*Invoice #:*    24491
*Date:*         12/31/2017
*Due Date:*     1/30/2018
*Client ID:*    29800

*Please return top portion with remittance.*     Amount Enclosed  $  _____

For professional service rendered as follows:

### 951  1    Case Background/Administration

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 8/31/17 | email from A Root re: order; reply | DMM | 0.10 | 47.50 |
| | Subtotal | | **0.10** | **$47.50** |

### 952  2    Insurance & Bank Account Analysis

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 7/31/17 | review schedules for possible payroll account (.1) and email to RLE re: account used (.1) | DMM | 0.20 | 95.00 |
| 7/31/17 | Correspondence w/ DMM & RLE re: debtor bank accounts | BTG | 0.10 | 29.50 |
| | Subtotal | | **0.30** | **$124.50** |

### 953  3    Claims Related

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 9/21/17 | Review GameStop proof of claim for valid offset | BTG | 0.50 | 147.50 |
| 9/21/17 | Correspondence w/ W Matthews of Klehr Harrison re: proof of claim filed | BTG | 0.20 | 59.00 |
| 9/22/17 | Correspondence w/ C Brennan of Klehr Harrison re: proof of claim filed | BTG | 0.20 | 59.00 |
| | Subtotal | | **0.90** | **$265.50** |

### 954  4    Employee Related Issues and W-2's

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 12/13/17 | Emails to/from Dana R. on preparation of W2's for 2017 | RLE | 0.20 | 95.00 |
| 12/13/17 | Email to Dave M. on W2's for 2017 and open year end issues. | RLE | 0.30 | 142.50 |
| 12/13/17 | Research for payments of W-2's | RLE | 0.20 | 95.00 |
| 12/13/17 | Email correspondence with RLE re: status of 2017 W-2 Forms | DMR | 0.20 | 75.00 |
| 12/13/17 | Correspondence w/ DMR & RLE re: 2017 W-2s | BTG | 0.10 | 29.50 |
| 12/13/17 | Correspondence w/ RLE & D McKeon formerly of Mad Catz re: 2017 W-2s | BTG | 0.10 | 29.50 |
| 12/14/17 | Research for payroll information for preparation of 2017 w-2's. | RLE | 1.20 | 570.00 |

Giuliano Miller & Company, LLC

|  |  |  | Invoice #: | 24491 |
|  |  |  | Client ID: | 29800 |

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 12/14/17 | Review debtor records for ADP payroll info | BTG | 0.50 | 147.50 |
| 12/14/17 | Correspondence w/ RLE re: 2017 W-2s | BTG | 0.10 | 29.50 |
| 12/14/17 | Correspondence w/ C Descampes formerly of Mad Catz re: ADP contact | BTG | 0.20 | 59.00 |
| 12/15/17 | Email correspondence with BTG and RLE re: status of 2017 W-2 Forms | DMR | 0.20 | 75.00 |
| 12/15/17 | Met with ATG re: status of 2017 W-2 Forms | DMR | 0.10 | 37.50 |
| 12/15/17 | Correspondence with Carolyn (ADP Central Region) and L. Visaya (ADP West Region) re: request for 2017 W-2 Forms, request for annual payroll tax return filings, and ADP change contact form | DMR | 1.30 | 487.50 |
| 12/15/17 | Update W-2 Form Summary Sheet re: initial call to ADP and contact information | DMR | 0.20 | 75.00 |
| 12/15/17 | Correspondence w/ DMR & RLE re: 2017 W-2s | BTG | 0.20 | 59.00 |
|  | Subtotal |  | **5.10** | **$2,006.50** |

### 955  5   Fee Applications

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 7/18/17 | emails w/ atty re: fee apps | ATG | 0.10 | 62.50 |
| 7/20/17 | invoice review | DMM | 1.00 | 475.00 |
| 7/25/17 | work on fee application | DMM | 3.00 | 1425.00 |
| 7/26/17 | work on fee application | DMM | 3.40 | 1615.00 |
| 7/31/17 | rev of GMCO invoice/ fee app | ATG | 0.50 | 312.50 |
| 8/1/17 | update 1st fee application per ATG review, execute, send to counsel | DMM | 1.50 | 712.50 |
|  | Subtotal |  | **9.50** | **$4,602.50** |

### 956  6   Litigation Support

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 7/5/17 | Email from/to Brad G. on Harmonix Subpoena and cut off date. | RLE | 0.20 | 95.00 |
| 7/5/17 | Review additional debtor records to produce response to PDP subpoena | BTG | 1.00 | 295.00 |
| 7/5/17 | Correspondence w/ A Root of Archer & Greiner re: response to PDP subpoena | BTG | 0.10 | 29.50 |
| 7/5/17 | Correspondence w/ M Perez formerly of Mad Catz re: PDP subpoena | BTG | 0.10 | 29.50 |
| 7/6/17 | Correspondence w/ M Perez formerly of Mad Catz re: PDP subpoena | BTG | 0.10 | 29.50 |
| 7/11/17 | Review additional debtor records to produce response to PDP subpoena | BTG | 0.50 | 147.50 |
| 7/11/17 | Correspondence w/ A Root of Archer & Greiner re: response to PDP subpoena | BTG | 0.20 | 59.00 |
| 7/12/17 | Review correspondence from J Kulback of Archer & Greiner re: response to PDP subpoena | BTG | 0.20 | 59.00 |
| 7/31/17 | Correspondence w/ A Root of Archer & Greiner re: response to PDP subpoena | BTG | 0.20 | 59.00 |
| 11/9/17 | Respond to question regarding Smith Cargo preference analysis per BTG / attorney Allan M. Root request | MSG | 0.40 | 118.00 |

Giuliano Miller & Company, LLC

| | | Invoice #: | 24491 |
|---|---|---|---|
| | | Client ID: | 29800 |

| | | | Subtotal | | 3.00 | $921.00 |

### 957  7   Preference & Fraudulent Transfers Analyses

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 7/26/17 | meet w/ MSG on status of preference report | DMM | 0.10 | 47.50 |
| 7/26/17 | Meet with DM on preference analysis status | MSG | 0.10 | 29.50 |
| 7/27/17 | Review with Donna M. preference summary sheet and items to be removed. | RLE | 0.20 | 95.00 |
| 7/27/17 | Email to Maia P. requesting explanation on payment made in January 2017 to various individuals. | RLE | 0.30 | 142.50 |
| 7/27/17 | review preference analysis prepared by MSG including a review of SOFA, available records | DMM | 2.50 | 1187.50 |
| 7/27/17 | meet w/ RLE re: payments to individuals as possible preferences | DMM | 0.20 | 95.00 |
| 7/27/17 | review payroll listing from BTG to determine if individuals receiving payments were employees | DMM | 0.20 | 95.00 |
| 7/28/17 | Review correspondence from RLE & M Perez formerly of Mad Catz re: 90 day transfers | BTG | 0.10 | 29.50 |
| 7/31/17 | rev of pref analysis, email to DC | ATG | 0.50 | 312.50 |
| 7/31/17 | Email to/from Donna M. on preference analysis and related questions on payments to individuals. | RLE | 0.20 | 95.00 |
| 7/31/17 | Review preference analysis support with DM | MSG | 0.40 | 118.00 |
| 7/31/17 | update preference summary with comments, review invoices, sort | DMM | 1.00 | 475.00 |
| 7/31/17 | meet with MSG re: bank accounts and invoices for preferences | DMM | 0.40 | 190.00 |
| 7/31/17 | email to trustee with preference analysis (schedules/summary) | DMM | 0.30 | 142.50 |
| 8/1/17 | response from RLE forward to trustee with comments re: payments to individuals (not preferences) | DMM | 0.10 | 47.50 |
| 11/9/17 | Email to/from Marc G. on Smith cargo preference analysis. | RLE | 0.20 | 95.00 |
| 11/9/17 | Email to from Alan R, on Smith Cargo Preference. | RLE | 0.20 | 95.00 |
| 11/9/17 | Email from Brad G. on Smith Cargo preference | RLE | 0.20 | 95.00 |
| 11/9/17 | Correspondence w/ MSG, RLE & A Root of Archer & Greiner re: Smith Cargo pref analysis | BTG | 0.20 | 59.00 |
| 11/9/17 | Prepare summary analysis of Smith Cargo pref transfers | BTG | 0.50 | 147.50 |
| 11/17/17 | Respond to BTG re:  preference analysis. Revise schedule for 1 vendor. | MSG | 0.20 | 59.00 |
| | Subtotal | | **8.10** | **$3,652.50** |

### 958  8   Accounting

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 7/7/17 | Review of Inventory sale allocation provided by click in order to determine royalty obligation. | RLE | 0.40 | 190.00 |
| 7/10/17 | Review of revised royalty calc provided by Maia P. | RLE | 0.50 | 237.50 |
| 7/10/17 | Email to from Maia P on changes to royalty calc's. | RLE | 0.20 | 95.00 |

Giuliano Miller & Company, LLC

|  |  |  | Invoice #: | 24491 |
|---|---|---|---|---|
|  |  |  | Client ID: | 29800 |

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 7/10/17 | Correspondence w/ RLE & M Perez formerly of Mad Catz re: royalty obligations on inventory sold | BTG | 0.30 | 88.50 |
| 7/10/17 | Correspondence w/ D Carickhoff of Archer & Greiner re: royalty obligations on inventory sold | BTG | 0.10 | 29.50 |
| 7/10/17 | Conf call w/ RLE & M Perez formerly of Mad Catz re: prepaid royalties & royalty obligations on inventory sold | BTG | 0.40 | 118.00 |
| 7/10/17 | Review schedule of prepaid royalties | BTG | 0.40 | 118.00 |
| 7/11/17 | Meet with Brad G on royalty obligation | RLE | 0.20 | 95.00 |
| 7/11/17 | Prepare analysis of royalty obligations on inventory sold | BTG | 3.00 | 885.00 |
| 7/11/17 | Meeting & correspondence w/ RLE re: royalty obligation analysis | BTG | 0.20 | 59.00 |
| 7/11/17 | Correspondence w/ M Perez formerly of Mad Catz re: royalty obligation analysis | BTG | 0.20 | 59.00 |
| 7/11/17 | Review correspondence from J Wright of Click-Entertainment re: inventory received | BTG | 0.20 | 59.00 |
| 7/13/17 | Call with Maia P. on royalty calc for set aside of sale proceeds. | RLE | 0.40 | 190.00 |
| 7/13/17 | Review royalty calc's for accrued amounts for sale process. | RLE | 0.60 | 285.00 |
| 7/13/17 | Email to/from Dave C. on royalty calc and additional work to finalize. | RLE | 0.30 | 142.50 |
| 7/13/17 | Review of document provided by Jerry K. on U&I AR balance and activity. | RLE | 0.70 | 332.50 |
| 7/13/17 | Email to Jerry K and provided buy out calc prepared by Karen M. | RLE | 0.20 | 95.00 |
| 7/13/17 | Review of buy out calc from Karen M and compared to U&I balance info as provided by U&I | RLE | 0.40 | 190.00 |
| 7/13/17 | Review updated U&I Entertainment sales report thru May 2017 | BTG | 0.50 | 147.50 |
| 7/13/17 | Correspondence w/ RLE & J Kulback of Archer & Greiner re: U&I Entertainment | BTG | 0.10 | 29.50 |
| 7/13/17 | Meeting w/ RLE re: U&I Entertainment balance | BTG | 0.20 | 59.00 |
| 7/13/17 | Prepare rollforward of U&I outstanding AR | BTG | 2.00 | 590.00 |
| 7/13/17 | Correspondence w/ D Carickhoff of Archer & Greiner re: royalty obligations on inventory sold | BTG | 0.20 | 59.00 |
| 7/13/17 | Conf call w/ RLE & M Perez formerly of Mad Catz re: prepaid royalties & royalty obligations on inventory sold | BTG | 0.20 | 59.00 |
| 7/14/17 | Correspondence w/ M Perez formerly of Mad Catz re: Apple royalty obligations | BTG | 0.10 | 29.50 |
| 7/17/17 | Review of royalty calc for Mad Catz on IP licenses for various products and companies. | RLE | 1.70 | 807.50 |
| 7/17/17 | Emails to/from Brad G. on royalty calc's. | RLE | 0.30 | 142.50 |
| 7/17/17 | Correspondence w/ M Perez formerly of Mad Catz re: royalty obligations on inventory sold | BTG | 0.10 | 29.50 |
| 7/17/17 | Prep for conf call w/ RLE & J Kulback re: U&I Entertainment | BTG | 0.20 | 59.00 |
| 7/17/17 | Conf call w/ RLE & J Kulback of Archer & Greiner re: U&I Entertainment | BTG | 0.20 | 59.00 |
| 7/17/17 | Reconcile & prepare final royalty obligations schedule | BTG | 1.50 | 442.50 |
| 7/17/17 | T/c & correspondence w/ D Carickhoff of Archer & Greiner re: royalty | BTG | 0.20 | 59.00 |

Giuliano Miller & Company, LLC

|  |  |  | Invoice #: | 24491 |
|---|---|---|---|---|
|  |  |  | Client ID: | 29800 |

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
|  | obligations on inventory sold |  |  |  |
| 7/18/17 | Correspondence w/ A Faris & A Root of Archer & Greiner re: Mad Catz Canada intercompany balance due | BTG | 0.20 | 59.00 |
| 7/20/17 | Review Mad Catz Canada intercompany schedules | BTG | 0.20 | 59.00 |
| 7/26/17 | Emails to/from Steve L of U and I on amount due Mad Catz for AR and held inventory. | RLE | 0.40 | 190.00 |
| 7/26/17 | Review of inventory report and AR provided by U&I. | RLE | 1.60 | 760.00 |
| 7/31/17 | Email to/from Dave M. on payments made to individuals and if taxes were paid and bank account used for payroll. | RLE | 0.20 | 95.00 |
| 7/31/17 | Email to Donna M. re: bank accounts and how payroll was processed. | RLE | 0.20 | 95.00 |
| 7/31/17 | Email to/from Pat K. and Dave C. on copier return. | RLE | 0.20 | 95.00 |
| 7/31/17 | Email to/from Donna M. on accounting for payroll and accounts disbursed from. | RLE | 0.20 | 95.00 |
| 8/2/17 | Correspondence w/ A Faris of Archer & Greiner re: Fred Meyer address to be used for AR demand | BTG | 0.20 | 59.00 |
| 8/2/17 | Review debtor records for Fred Meyer billing address | BTG | 0.20 | 59.00 |
| 8/3/17 | email to from Jerry K. on U&I accounts receivable and inventory value. | RLE | 0.20 | 95.00 |
| 8/3/17 | Call with Jerry K. on follow up with Steve L. on U&I inventory balance. | RLE | 0.20 | 95.00 |
| 8/3/17 | Review of U&I inventory work sheet. | RLE | 0.50 | 237.50 |
| 8/4/17 | Emails from/to Jerry K. on Steve L. and inventory status at U&I. | RLE | 0.20 | 95.00 |
| 8/7/17 | Review of U&I inventory and AR report thru June 17. | RLE | 0.30 | 142.50 |
| 8/7/17 | Call with Jerry K and Steve L. of U&I review of AR and Inventory held at U&I. | RLE | 0.40 | 190.00 |
| 8/8/17 | Review AR demand letters sent for AR tracking schedule | BTG | 0.50 | 147.50 |
| 8/8/17 | Correspondence w/ A Faris of Archer & Greiner re: demand letters sent | BTG | 0.10 | 29.50 |
| 8/8/17 | Review correspondence & supporting schedules re: Mad Catz Canada intercompany balance due | BTG | 0.40 | 118.00 |
| 8/8/17 | Correspondence w/ A Faris of Archer & Greiner re: outstanding AR to be collected | BTG | 0.40 | 118.00 |
| 8/8/17 | Prepare AR tracking schedule | BTG | 0.50 | 147.50 |
| 8/9/17 | Correspondence w/ M Perez formerly of Mad Catz re: intercompany balances | BTG | 0.10 | 29.50 |
| 8/10/17 | meet w/BTG re: o/s issues | ATG | 0.30 | 187.50 |
| 8/10/17 | Review invoicing for Click. | RLE | 0.20 | 95.00 |
| 8/10/17 | Email to/from Dave C. on request for invoice from Click. | RLE | 0.20 | 95.00 |
| 8/10/17 | Meet with ATG on accounting issues | BTG | 0.30 | 88.50 |
| 8/10/17 | Review correspondence from RLE & D Carickhoff of Archer & Greiner re: invoice to be prepared for Click-Entertainment | BTG | 0.10 | 29.50 |
| 8/16/17 | Emails to/from Alan R. and Brad G. on intercompany claims and balance due. | RLE | 0.40 | 190.00 |
| 8/16/17 | T/c w/ M Perez formerly of Mad Catz re: intercompany balances | BTG | 0.10 | 29.50 |

Giuliano Miller & Company, LLC

|  |  | Invoice #: | 24491 |
|---|---|---|---|
|  |  | Client ID: | 29800 |

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 8/16/17 | Correspondence w/ A Faris & A Root of Archer & Greiner re: intercompany balances | BTG | 0.20 | 59.00 |
| 8/16/17 | work on royalties calculation | BTG | 0.50 | 147.50 |
| 8/16/17 | Correspondence w/ D Carickhoff of Archer & Greiner re: adjusted inventory sales prices | BTG | 0.10 | 29.50 |
| 8/16/17 | Correspondence w/ A Root of Archer & Greiner re: additional contracts & leases to be reviewed | BTG | 0.20 | 59.00 |
| 8/17/17 | Prepare revised royalty calculation based on adjusted inventory purchase price | BTG | 1.10 | 324.50 |
| 8/17/17 | Correspondence w/ D Carickhoff of Archer & Greiner re: adjusted royalty obligations | BTG | 0.10 | 29.50 |
| 8/18/17 | Continue to work on revised royalty calculation based on adjusted inventory purchase price | BTG | 0.90 | 265.50 |
| 8/18/17 | Correspondence w/ J Wright of Click Entertainment re: adjusted purchase price | BTG | 0.40 | 118.00 |
| 8/21/17 | Email to/from Brad on royalties due per adjusted sale price. | RLE | 0.20 | 95.00 |
| 8/21/17 | Prepare correspondence for D Carickhoff of Archer & Greiner re: revised royalty analysis & obligations | BTG | 0.80 | 236.00 |
| 8/21/17 | Review correspondence & supporting schedules re: U&I Entertainment inventory levels & AR offer | BTG | 0.50 | 147.50 |
| 8/22/17 | t/cw/ DC re: status, IP gain | ATG | 0.20 | 125.00 |
| 8/22/17 | T/c w/ A Farris of Archer & Greiner re: collectable AR to be pursued | BTG | 0.20 | 59.00 |
| 8/22/17 | Correspondence w/ D Carickhoff of Archer & Greiner re: adjusted royalty obligations | BTG | 0.10 | 29.50 |
| 8/22/17 | Correspondence w/ M Perez formerly of Mad Catz | BTG | 0.10 | 29.50 |
| 8/24/17 | T/c w/ M Perez formerly of Mad Catz re: royalty reporting | BTG | 0.10 | 29.50 |
| 8/24/17 | T/c w/ M Perez formerly of Mad Catz re: intercompany balances | BTG | 0.10 | 29.50 |
| 8/25/17 | Review correspondence from J Wright of Click-Entertainment re: invoice to be prepared | BTG | 0.20 | 59.00 |
| 8/25/17 | Correspondence w/ D Carickhoff of Archer & Greiner re: invoice to be prepared for Click-Entertainment | BTG | 0.20 | 59.00 |
| 8/25/17 | Correspondence from A Faris of Archer & Greiner re: Amazon AR dispute | BTG | 0.20 | 59.00 |
| 8/28/17 | Review Amazon AR dispute | BTG | 0.40 | 118.00 |
| 8/28/17 | Reconcile Amazon debit memos | BTG | 0.90 | 265.50 |
| 8/28/17 | Review 12/31/16 intercompany rec as prepared by the debtor | BTG | 1.20 | 354.00 |
| 8/28/17 | Correspondence w/ A Faris & A Root of Archer & Greiner re: intercompany balances | BTG | 0.20 | 59.00 |
| 8/28/17 | T/c w/ A Farris of Archer & Greiner re: outstanding AR | BTG | 0.20 | 59.00 |
| 8/29/17 | Email from/to Alan R., Dave AC. and Brad G. on closing requirements and documents. | RLE | 0.30 | 142.50 |
| 8/29/17 | Prepare pro-forma invoice for Click-Entertainment | BTG | 1.20 | 354.00 |

Giuliano Miller & Company, LLC

|  |  |  | Invoice #: | 24491 |
|  |  |  | Client ID: | 29800 |

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 8/29/17 | Correspondence w/ D Carickhoff of Archer & Greiner re: Click-Entertainment pro-forma invoice | BTG | 0.10 | 29.50 |
| 8/29/17 | Correspondence w/ J Wright of Click-Entertainment re: pro-forma invoice | BTG | 0.10 | 29.50 |
| 8/30/17 | Prepare royalty report template for D Carickhoff | BTG | 1.80 | 531.00 |
| 8/30/17 | Prepare correspondence for D Carickhoff of Archer & Greiner re: royalties due | BTG | 0.40 | 118.00 |
| 8/31/17 | Correspondence w/ M Perez formerly of Mad Catz re: royalty obligations | BTG | 0.10 | 29.50 |
| 9/1/17 | Correspondence w/ M Perez formerly of Mad Catz re: inventory revenue & expenses to be transferred to other debtors | BTG | 0.10 | 29.50 |
| 9/1/17 | Correspondence w/ D Carickhoff of Archer & Greiner re: inventory revenue & expenses to be transferred | BTG | 0.20 | 59.00 |
| 9/1/17 | Review correspondence from A Faris of Archer & Greiner re: Amazon AR dispute | BTG | 0.20 | 59.00 |
| 9/5/17 | Prepare correspondence for A Faris of Archer & Greiner re: Amazon AR dispute | BTG | 0.20 | 59.00 |
| 9/5/17 | Review Amazon AR dispute | BTG | 0.40 | 118.00 |
| 9/5/17 | Prepare correspondence for D Moore formerly of Mad Catz re: Amazon AR dispute | BTG | 0.40 | 118.00 |
| 9/5/17 | Review debtor records for proof of delivery re: Ingram Entertainment AR dispute | BTG | 0.40 | 118.00 |
| 9/5/17 | Correspondence w/ A Faris of Archer & Greiner re: Ingram Entertainment AR dispute | BTG | 0.20 | 59.00 |
| 9/8/17 | Emails to/from Jake W. on pro forma invoices needed for export. | RLE | 0.20 | 95.00 |
| 9/8/17 | Correspondence w/ A Faris of Archer & Greiner re: Amazon AR dispute | BTG | 0.10 | 29.50 |
| 9/8/17 | Correspondence w/ A Faris of Archer & Greiner re: Ingram Entertainment AR dispute | BTG | 0.30 | 88.50 |
| 9/8/17 | Review response from Gamestop re: outstanding AR due | BTG | 0.50 | 147.50 |
| 9/8/17 | Correspondence w/ A Faris of Archer & Greiner re: Gamestop AR dispute | BTG | 0.10 | 29.50 |
| 9/8/17 | Review correspondence from J Wright of Click Entertainment re: inventory sold | BTG | 0.10 | 29.50 |
| 9/11/17 | Email to from Dave C. on information of goods for export. | RLE | 0.20 | 95.00 |
| 9/11/17 | Email to/from Jake W. on export of goods to UK., | RLE | 0.20 | 95.00 |
| 9/11/17 | Review correspondence from D Carickhoff of Archer & Greiner re: inventory sold to Click-Entertainment | BTG | 0.10 | 29.50 |
| 9/11/17 | T/c w/ A Faris of Archer & Greiner re: Gamestop & Walmart outstanding AR | BTG | 0.30 | 88.50 |
| 9/11/17 | Update AR tracking schedule | BTG | 1.10 | 324.50 |
| 9/11/17 | Correspondence w/ A Faris of Archer & Greiner re: Walmart outstanding AR | BTG | 0.30 | 88.50 |
| 9/12/17 | Correspondence w/ A Faris of Archer & Greiner re: Amazon outstanding AR | BTG | 0.20 | 59.00 |
| 9/13/17 | T/c & correspondence w/ D Moore formerly of Mad Catz re: Amazon AR dispute | BTG | 0.20 | 59.00 |
| 9/14/17 | Correspondence w/ A Faris of Archer & Greiner re: Walmart outstanding AR | BTG | 0.10 | 29.50 |

Giuliano Miller & Company, LLC

|  |  | Invoice #: | 24491 |
|  |  | Client ID: | 29800 |

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 9/18/17 | Review correspondence & schedules re: royalty obligations | BTG | 0.40 | 118.00 |
| 9/18/17 | Correspondence w/ D Carickhoff of Archer & Greiner re: prepaid royalties & royalty obligations | BTG | 0.10 | 29.50 |
| 9/19/17 | Prepare schedule of deposits / prepayments to be accounted for | BTG | 0.50 | 147.50 |
| 9/21/17 | T/c & correspondence w/ A Faris of Archer & Greiner re: GameStop outstanding AR | BTG | 0.30 | 88.50 |
| 9/21/17 | Correspondence w/ D Moore formerly of Mad Catz re: GameStop outstanding AR | BTG | 0.20 | 59.00 |
| 9/21/17 | Correspondence w/ A Faris of Archer & Greiner re: Amazon AR dispute | BTG | 0.20 | 59.00 |
| 9/21/17 | Correspondence w/ A Faris of Archer & Greiner re: Ingram Entertainment AR settlement | BTG | 0.10 | 29.50 |
| 9/22/17 | Review GameStop AR dispute & prepare response | BTG | 1.50 | 442.50 |
| 9/22/17 | T/c w/ A Faris of Archer & Greiner re: GameStop outstanding AR | BTG | 0.10 | 29.50 |
| 9/27/17 | T/c & correspondence w/ A Faris of Archer & Greiner re: GameStop outstanding AR | BTG | 0.20 | 59.00 |
| 9/27/17 | T/c w/ A Faris of Archer & Greiner re: intercompany claim to be filed against Mad Catz Canada | BTG | 0.20 | 59.00 |
| 9/27/17 | Correspondence w/ RLE & M Perez formerly of Mad Catz re: GameStop outstanding AR | BTG | 0.20 | 59.00 |
| 9/27/17 | Correspondence w/ RLE & A Faris of Archer & Greiner re: GameStop outstanding AR | BTG | 0.20 | 59.00 |
| 9/28/17 | Emails from Maia P. on AR for Game Stop. | RLE | 0.20 | 95.00 |
| 9/29/17 | Emails to/from Steve L of U&I on AR current balance and Inventory amounts held. | RLE | 0.40 | 190.00 |
| 9/29/17 | Emails to Jerry K. on next steps to recovery AR and Inventory held by U&I. | RLE | 0.30 | 142.50 |
| 10/6/17 | Emails to/from Jerry K. and Dave C. on U&I payments. | RLE | 0.30 | 142.50 |
| 10/6/17 | Emails to/from Steve L of U&I on balance inventory. | RLE | 0.30 | 142.50 |
| 10/9/17 | Follow up call with Steve L. of U&I on AR and Inventory status. | RLE | 0.70 | 332.50 |
| 10/24/17 | Update AR tracking schedule | BTG | 0.60 | 177.00 |
| 10/24/17 | T/c w/ A Faris of Archer & Greiner re: GameStop AR settlement | BTG | 0.10 | 29.50 |
| 10/24/17 | Correspondence w/ A Faris of Archer & Greiner re: Amazon outstanding AR | BTG | 0.10 | 29.50 |
| 10/26/17 | Correspondence w/ A Faris of Archer & Greiner re: claims filed against Canadian debtors | BTG | 0.10 | 29.50 |
| 10/26/17 | Review claims filed against Canadian debtors for intercompany balances due | BTG | 0.20 | 59.00 |
| 10/27/17 | Email to/from Jerry K. on U&I amounts due estate. | RLE | 0.30 | 142.50 |
| 10/30/17 | Prepare summary schedule of royalty obligations outstanding | BTG | 0.50 | 147.50 |
| 10/30/17 | Correspondence w/ M Perez formerly of Mad Catz re: Microsoft prepaid royalties | BTG | 0.10 | 29.50 |
| 10/30/17 | Prepare summary schedule of deposits & prepayments | BTG | 0.50 | 147.50 |
| 10/31/17 | Email to from Jerry K. on amounts due U&I for AR and Inventory. | RLE | 0.40 | 190.00 |

Giuliano Miller & Company, LLC

|  |  |  | Invoice #: | 24491 |
|---|---|---|---|---|
|  |  |  | Client ID: | 29800 |
| 11/2/17 | Emaills to/from U&I on liquidation of held inventory. | RLE | 0.20 | 95.00 |
| 11/2/17 | Review correspondence from A Faris of Archer & Greiner re: Target AR dispute | BTG | 0.50 | 147.50 |
| 11/2/17 | Correspondence w/ A Faris of Archer & Greiner re: Target AR dispute | BTG | 0.10 | 29.50 |
| 11/2/17 | Correspondence w/ D Moore formerly of Mad Catz re: Target AR dispute | BTG | 0.10 | 29.50 |
| 11/3/17 | Email to/from Jerry K. on meeting with U&I next week. | RLE | 0.20 | 95.00 |
| 11/3/17 | T/c w/ A Faris of Archer & Greiner re: intercompany claim filed against Canadian debtors | BTG | 0.20 | 59.00 |
| 11/6/17 | Review of inventory reports form U&I | RLE | 0.50 | 237.50 |
| 11/6/17 | Call with Jerry K. and U&I and review liquidatio  plan for remaining inventory, | RLE | 0.30 | 142.50 |
| 11/6/17 | Emails to/from Steve L. of U&I on amounts for AR due currently | RLE | 0.30 | 142.50 |
| 11/6/17 | Call with Steve L. review of options on remaining inventory to move by the end of 2017. | RLE | 0.30 | 142.50 |
| 11/6/17 | Correspondence w/ A Faris of Archer & Greiner re: intercompany claim filed against Canadian debtors | BTG | 0.40 | 118.00 |
| 11/8/17 | Review debtor records for supporting documentation re: intercompany claim filed against Canadian debtors | BTG | 2.50 | 737.50 |
| 11/8/17 | Correspondence w/ A Faris of Archer & Greiner re: intercompany claim filed against Canadian debtors | BTG | 0.10 | 29.50 |
| 11/8/17 | Correspondence w/ M Perez formerly of Mad Catz re: intercompany claim filed against Canadian debtors | BTG | 0.40 | 118.00 |
| 11/9/17 | Correspondence w/ M Perez formerly of Mad Catz re: intercompany claim filed against Canadian debtors | BTG | 0.20 | 59.00 |
| 11/9/17 | Review additional debtor records for supporting documentation re: intercompany claim filed against Canadian debtors | BTG | 0.50 | 147.50 |
| 11/9/17 | Correspondence w/ A Faris of Archer & Greiner re: intercompany claim filed against Canadian debtors | BTG | 0.40 | 118.00 |
| 11/13/17 | Correspondence w/ A Faris of Archer & Greiner re: intercompany claim filed against Canadian debtors | BTG | 0.40 | 118.00 |
| 11/13/17 | Prep for conf call re: intercompany claim filed against Canadian debtors | BTG | 0.60 | 177.00 |
| 11/13/17 | Correspondence w/ D Carickhoff of Archer & Greiner re: royalty payments to be made | BTG | 0.10 | 29.50 |
| 11/13/17 | Conf call w/ A Faris & A Root of Archer & Greiner re: support for intercompany claim | BTG | 0.20 | 59.00 |
| 11/13/17 | Correspondence w/ D Carickhoff of Archer & Greiner re: royalty obligations | BTG | 0.20 | 59.00 |
| 11/13/17 | Review correspondence re: royalty obligations & pre-paid royalties | BTG | 0.20 | 59.00 |
| 11/14/17 | Review of U&I  sales information for liquidation of Rock Band inventory. | RLE | 0.40 | 190.00 |
| 11/14/17 | Correspondence w/ A Faris of Archer & Greiner re: intercompany claim filed against Canadian debtors | BTG | 0.20 | 59.00 |
| 11/16/17 | Correspondence w/ D Moore formerly of Mad Catz re: Target AR dispute | BTG | 0.20 | 59.00 |
| 11/16/17 | Correspondence w/ A Faris of Archer & Greiner re: Target AR dispute | BTG | 0.20 | 59.00 |

Giuliano Miller & Company, LLC

|  |  |  | Invoice #: | 24491 |
|  |  |  | Client ID: | 29800 |

| Date | Description | | Hours | Amount |
|---|---|---|---|---|
| 11/16/17 | Correspondence w/ A Faris of Archer & Greiner re: intercompany claim filed against Canadian debtors | BTG | 0.10 | 29.50 |
| 11/16/17 | Review correspondence from H Tenney of Locke Lord re: of domain names requiring passwords | BTG | 0.10 | 29.50 |
| 11/16/17 | Correspondence w/ A Root of Archer & Greiner re: domain names requiring passwords | BTG | 0.10 | 29.50 |
| 11/16/17 | Correspondence w/ A Faris of Archer & Greiner re: Wal-Mart outstanding AR | BTG | 0.10 | 29.50 |
| 11/17/17 | Correspondence w/ A Faris of Archer & Greiner re: Wal-Mart outstanding AR | BTG | 0.10 | 29.50 |
| 11/17/17 | Review Wal-Mart AR dispute & supporting documentation | BTG | 2.90 | 855.50 |
| 11/17/17 | T/c w/ A Faris of Archer & Greiner re: Wal-Mart AR dispute | BTG | 0.30 | 88.50 |
| 11/20/17 | Prepare correspondence for A Faris of Archer & Greiner re: Walmart AR dispute | BTG | 1.10 | 324.50 |
| 11/21/17 | T/c w/ A Faris of Archer & Greiner re: Walmart AR dispute | BTG | 0.20 | 59.00 |
| 11/22/17 | Update & review AR tracking schedule | BTG | 0.20 | 59.00 |
| 12/4/17 | Review of sales information and recovery from U&I | RLE | 0.70 | 332.50 |
| 12/7/17 | Call with Dave C, review of amounts still due from U&I receivables. | RLE | 0.20 | 95.00 |
| 12/7/17 | Emails from/to Steve L of U&I on sales for Christmas sales Cycle and pricing options. | RLE | 0.30 | 142.50 |
| 12/7/17 | email to Dave C, and Jerry K. on pricing option for inventory at U&I | RLE | 0.20 | 95.00 |
| 12/7/17 | Correspondence w/ A Faris of Archer & Greiner re: Amazon AR dispute | BTG | 0.10 | 29.50 |
| 12/7/17 | Correspondence w/ D Moore formerly of Mad Catz re: Target AR dispute | BTG | 0.10 | 29.50 |
| 12/8/17 | Correspondence w/ A Faris of Archer & Greiner re: intercompany claim filed against Canadian debtors | BTG | 0.20 | 59.00 |
| 12/8/17 | Correspondence w/ A Faris of Archer & Greiner re: Walmart AR dispute | BTG | 0.10 | 29.50 |
| 12/8/17 | Review correspondence from D Moore formerly of Mad Catz re: Target AR dispute | BTG | 0.20 | 59.00 |
| 12/8/17 | Review AR tracking report re: outstanding AR | BTG | 0.50 | 147.50 |
| 12/8/17 | Prepare correspondence for A Faris of Archer & Greiner re: Target AR | BTG | 0.20 | 59.00 |
| 12/12/17 | Emails from Jerry K and Dave C. on payment receipt from U&I. | RLE | 0.20 | 95.00 |
| 12/12/17 | Correspondence w/ A Faris of Archer & Greiner re: Walmart AR dispute | BTG | 0.20 | 59.00 |
| 12/13/17 | Review Wal-Mart AR dispute & additional supporting documentation | BTG | 1.90 | 560.50 |
| 12/13/17 | T/c & correspondence w/ A Faris of Archer & Greiner re: Walmart AR dispute | BTG | 0.40 | 118.00 |
| 12/18/17 | T/c & correspondence w/ A Faris of Archer & Greiner re: Walmart AR dispute | BTG | 0.20 | 59.00 |
| 12/18/17 | Review Wal-Mart AR dispute & additional supporting documentation | BTG | 0.20 | 59.00 |
| 12/19/17 | Correspondence w/ A Faris of Archer & Greiner re: Walmart AR | BTG | 0.40 | 118.00 |
| 12/20/17 | T/c w/ A Faris & A Root of Archer & Greiner re: Amazon AR dispute | BTG | 0.40 | 118.00 |

Giuliano Miller & Company, LLC

| | | | Invoice #: | 24491 |
|---|---|---|---|---|
| | | | Client ID: | 29800 |

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 12/20/17 | Review correspondence & supporting documentation re: Amazon AR dispute | BTG | 0.50 | 147.50 |
| 12/20/17 | Update AR tracking schedule per Amazon responses | BTG | 0.20 | 59.00 |
| 12/20/17 | Review debtor records for additional supporting documentation for Amazon AR dispute | BTG | 1.50 | 442.50 |
| 12/20/17 | Correspondence w/ A Faris & A Root of Archer & Greiner re: Amazon AR | BTG | 0.40 | 118.00 |
| 12/21/17 | Continue to review debtor records for additional supporting documentation for Amazon AR dispute | BTG | 1.00 | 295.00 |
| 12/21/17 | Correspondence w/ M Perez formerly of Mad Catz re: Amazon FBA relationship | BTG | 0.20 | 59.00 |
| | Subtotal | | 79.50 | $27,055.50 |

### 959  9    Cash Collateral/Budget

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 4/28/17 | t/c/w DC re: budget for secured creditor (not previously billed) | ATG | 0.20 | 125.00 |
| | Subtotal | | 0.20 | $125.00 |

### 961  11    Records - Inventory and Access

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 7/7/17 | Email to Pat K. on shipment to be picked up | RLE | 0.20 | 95.00 |
| 7/7/17 | Email from Pat K. on shipping records and freight assistance needed. | RLE | 0.20 | 95.00 |
| 7/7/17 | Email from Dave C. on employee records location. | RLE | 0.20 | 95.00 |
| 7/7/17 | Email to Paul D, on pickup of records at Cross Dock. | RLE | 0.20 | 95.00 |
| 7/7/17 | Email from Pat Kelly on pallet of records to be returned or disposed of. | RLE | 0.20 | 95.00 |
| 7/10/17 | Email to from Paul D. on records for Mad Catz info from Warehouse in Ca. | RLE | 0.20 | 95.00 |
| 7/10/17 | Email to from Brad G. on information logging in debtor records inventory. | RLE | 0.20 | 95.00 |
| 7/10/17 | Emails from/to Paul D, on pickup of records from Riverside warehouse. | RLE | 0.20 | 95.00 |
| 7/10/17 | Review debtor records for certain employee records for Trustee | BTG | 0.60 | 177.00 |
| 7/10/17 | Correspondence w/ D Carickhoff of Archer & Greiner re: debtor records | BTG | 0.10 | 29.50 |
| 7/10/17 | Correspondence w/ B Long  re: debtor records | BTG | 0.20 | 59.00 |
| 7/13/17 | Correspondence w/ D Carickhoff of Archer & Greiner re: debtor records | BTG | 0.10 | 29.50 |
| 7/13/17 | Review debtor records for certain employee records for Trustee | BTG | 0.20 | 59.00 |
| 7/14/17 | Review debtor records for copy of Apple royalty report | BTG | 0.20 | 59.00 |
| 7/18/17 | Review debtor records for intercompany schedules | BTG | 0.40 | 118.00 |
| 7/26/17 | Review debtor records for copies of executory contracts | BTG | 0.90 | 265.50 |
| 8/2/17 | Continue to review debtor records for copies of executory contracts & prepare shared drive for A Root | BTG | 3.10 | 914.50 |
| 8/16/17 | Continue to review debtor records for intercompany schedules | BTG | 0.90 | 265.50 |
| 9/12/17 | Review debtor records for copies of Amazon pricing analysis | BTG | 1.10 | 324.50 |

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 9/13/17 | Review debtor records for copies of additional detail re: Amazon outstanding AR support | BTG | 1.10 | 324.50 |
| 9/21/17 | Review debtor records for copies of Amazon pricing analysis | BTG | 0.50 | 147.50 |
| 9/21/17 | Review debtor records for bills of lading re: Ingram Entertainment | BTG | 0.30 | 88.50 |
| 9/21/17 | Correspondence w/ M Perez formerly of Mad Catz re: Amazon outstanding AR | BTG | 0.10 | 29.50 |
| 9/27/17 | Review debtor records for copy of GameStop agreement | BTG | 0.60 | 177.00 |
| 11/6/17 | Review debtor records for intercompany ledgers | BTG | 1.50 | 442.50 |
| 11/9/17 | Correspondence w/ N Hill formerly of Mad Catz re: Great Plains server | BTG | 0.20 | 59.00 |
| 11/13/17 | Review debtor records for Great Plains server | BTG | 0.20 | 59.00 |
| 11/13/17 | Correspondence w/ N Hill formerly of Mad Catz re: Great Plains server | BTG | 0.20 | 59.00 |
| 11/13/17 | Correspondence w/ MSG re: access to Great Plains server | BTG | 0.40 | 118.00 |
| 11/14/17 | Meet with Brad on Great Plains access | MSG | 0.20 | 59.00 |
| 11/14/17 | Meeting w/ MSG re: access to Great Plains server | BTG | 0.20 | 59.00 |
| 11/16/17 | Review debtor records for Target AR reconciliation | BTG | 0.90 | 265.50 |
| 11/17/17 | Review debtor records for list of domain name passwords | BTG | 0.50 | 147.50 |
| 12/1/17 | Organize Electronic Files. | RLE | 0.80 | 380.00 |
| | Subtotal | | **17.10** | **$5,476.50** |

### 962  12   Tax Preparation and Services

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 11/7/17 | Review debtor records for status of last tax return prepared | BTG | 0.40 | 118.00 |
| | Subtotal | | **0.40** | **$118.00** |

### 965  15   Monthly Operating Reports

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 7/13/17 | Email from/to Dave C. on completion of MOR for March | RLE | 0.20 | 95.00 |
| 7/13/17 | Review with Brad G. MOR to be completed for June 2017 | RLE | 0.20 | 95.00 |
| 7/18/17 | Review of form 2 information and MOR for the month. | RLE | 0.60 | 285.00 |
| 7/18/17 | Correspondence w/ RLE & D Carickhoff of Archer & Greiner re: MOR to be prepared | BTG | 0.10 | 29.50 |
| 7/18/17 | Review form 2 in connection w/ MOR to be prepared | BTG | 0.20 | 59.00 |
| 7/19/17 | Prepare MOR for April 1 - June 30 | BTG | 1.10 | 324.50 |
| 7/20/17 | Continue to work on MOR for April 1 - June 30 | BTG | 1.80 | 531.00 |
| 7/20/17 | Correspondence w/ RLE & D Carickhoff of Archer & Greiner re: initial MOR to be filed | BTG | 0.50 | 147.50 |
| | Subtotal | | **4.70** | **$1,566.50** |

Giuliano Miller & Company, LLC

|  |  | Invoice #: | *24491* |
|---|---|---:|---:|
|  |  | Client ID: | *29800* |

### 966  16    Asset Recovery & Analysis

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 7/7/17 | Email from Pat K. on lease copier in Cross Dock office. | RLE | 0.20 | 95.00 |
| 8/29/17 | Review correspondence from D Carickhoff & A Root of Archer & Greiner re: inventory selling restrictions | BTG | 0.20 | 59.00 |
| 8/30/17 | Correspondence w/ RLE, A Root & D Carickhoff & A Root of Archer & Greiner re: inventory selling restrictions | BTG | 0.20 | 59.00 |
| 11/3/17 | Review of inventory reports and U&I and options concerning bundling products. | RLE | 0.90 | 427.50 |
| 11/8/17 | Review correspondence from F Birot of Go Sense re: interest in debtor assets | BTG | 0.20 | 59.00 |
| 11/17/17 | Correspondence w/ N Hill formerly of Mad Catz re: domain names requiring passwords | BTG | 0.20 | 59.00 |
| 11/17/17 | Correspondence w/ RLE & A Root of Archer & Greiner re: domain names requiring passwords | BTG | 0.10 | 29.50 |
| 11/20/17 | Email to/from Jerry K. on U&I bundling | RLE | 0.20 | 95.00 |
| 11/20/17 | Email to Steve L. follow up on inventory liquidation. | RLE | 0.20 | 95.00 |
| 11/22/17 | Correspondence w/ N Hill formerly of Mad Catz re: domain names requiring passwords | BTG | 0.20 | 59.00 |
| 11/27/17 | Prepare correspondence for A Root of Archer & Greiner re: domain names sold to Device Expert | BTG | 0.50 | 147.50 |
| 11/27/17 | Correspondence w/ N Hill formerly of Mad Catz re: domain names requiring passwords | BTG | 0.10 | 29.50 |
| 12/8/17 | Emails to/from Steve L. review of proposed price change for U&I inventory. | RLE | 0.20 | 95.00 |
| 12/8/17 | Emails to/from Dave C. on price changes as proposed by U&I. | RLE | 0.20 | 95.00 |
|  | Subtotal |  | **3.60** | **$1,404.00** |

### 969  19    Lease Analysis

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 7/24/17 | Review schedule of contracts to be assumed or rejected | BTG | 1.10 | 324.50 |
| 7/24/17 | T/c w/ A Root of Archer & Greiner re: contracts to be assumed or rejected | BTG | 0.10 | 29.50 |
| 8/2/17 | Correspondence w/ A Root of Archer & Greiner re: contracts & leases to be reviewed | BTG | 0.20 | 59.00 |
| 8/11/17 | Correspondence w/ A Root of Archer & Greiner re: additional contracts & leases to be reviewed | BTG | 0.10 | 29.50 |
| 10/25/17 | Correspondence w/ A Faris of Archer & Greiner re: contracts & leases to be reviewed | BTG | 0.10 | 29.50 |
|  | Subtotal |  | **1.60** | **$472.00** |

### 972  22    Retirement Plans

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 7/14/17 | Email correspondence with A. Root (Archer & Greiner) and review letter | DMR | 0.30 | 112.50 |

Giuliano Miller & Company, LLC

|  |  | Invoice #: | 24491 |
|---|---|---|---|
|  |  | Client ID: | 29800 |

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
|  | from John Hancock re: 401k plan liquidation and contract discontinuance |  |  |  |
| 12/15/17 | Email correspondence with L. Visaya (ADP) re: Chapter 7 bankruptcy notice and ADP change contact form | DMR | 0.20 | 75.00 |
|  | Subtotal |  | **0.50** | **$187.50** |
|  | FEES  TOTAL |  | 134.60 | $48,025.00 |

### 7011  Copies

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 7/31/17 | 1,083 copies @ .10 each | ALL |  | 108.30 |
| 8/31/17 | 475 copies @ .10 each | ALL |  | 47.50 |
| 9/30/17 | 304 copies @ .10 each | ALL |  | 30.40 |
| 10/31/17 | 342 copies @ .10 each | ALL |  | 34.20 |
| 12/31/17 | 323 copies @ .10 each | ALL |  | 32.30 |
|  | Subtotal |  |  | **$252.70** |

### 7071  Data Storage Fees

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 7/7/17 | Box.com storage fees to host data room | BTG |  | 10.00 |
|  | Subtotal |  |  | **$10.00** |
|  | EXPENSES  TOTAL |  |  | $262.70 |

|  |  |
|---|---|
| Invoice Total | **$48,287.70** |