IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: )
                                 )     Bankruptcy Case No.
Mad Catz, Inc.                 )
                                 )     17-10679 (KG)
Debtor                          )

## NOTICE OF WITHDRAWAL OF CLAIM

The claim (#36) of U.S. Customs and Border Protection previously filed in this case is withdrawn in its entirety.

DATE: APR 2 4 2018

Jessica Vandemark
Section Chief, Debt Collection Section
Financial Operations, Office of Finance
U.S. Customs and Border Protection