# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) ) Chapter 7 |
| MAD CATZ, INC., | ) ) Case No. 17-10679 (KG) |
| Debtor. | ) ) ) |

## WITHDRAWAL OF PROOF OF CLAIM NUMBER 48

GameStopTexas Ltd. (the "Claimant") hereby withdraws its proof of claim number 48 (the "Proof of Claim") as filed on August 24, 2017 in the Mad Catz, Inc. bankruptcy case. This withdrawal refers only to the Proof of Claim referenced herein and attached hereto as Exhibit A and does not affect any other claim filings already made or that will be made by the same Claimant.

Dated: April 26, 2018
Wilmington, Delaware

**KLEHR HARRISON HARVEY BRANZBURG LLP**

*/s/ Sally E. Veghte*
Sally E. Veghte (DE Bar No 4762)
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: 302.552.5503
Facsimile: 302.426.9193
Email: sveghte@klehr.com

-and-

Corinne Samler Brennan, Esquire
**KLEHR HARRISON HARVEY BRANZBURG LLP**
1835 Market Street
Philadelphia, Pennsylvania 19103
Telephone: 215.569.3393
Facsimile: 215.568.6603
Email: cbrennan@klerh.com

*Counsel for GameStop Texas Ltd.*

PHIL1 6962098v.1