# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| MAD CATZ, INC., | Case No. 17-10679 (KG) |
| Debtor. | **Ref. Docket No. 129** |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that Sterling National Bank hereby withdraws its *Motion to Clarify and/or Amend Final Order (I) Authorizing the Trustee to Use Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, and (IV) Approving Sharing Arrangement* [Docket No. 129], that was filed on March 27, 2018.

Dated: Wilmington, Delaware
        May 12, 2018

GREENBERG TRAURIG, LLP

*/s/ Dennis A. Meloro*
Dennis A. Meloro (DE No. 4435)
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Tel: (302) 661-7000
melorod@gtlaw.com

Counsel for Sterling National Bank