# **EXHIBIT B**

# **(Proposed Order)**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MAD CATZ, INC.,<br><br>　　　　　　Debtor. | Chapter 7<br><br>Case No. 17-10679 (KG)<br><br><br>**Re: Dkt. No.** \_\_\_\_ |

**ORDER APPROVING SETTLEMENT AGREEMENT BY AND BETWEEN THE CHAPTER 7 TRUSTEE, ON BEHALF OF THE DEBTOR'S ESTATE, AND <u>FRY'S ELECTRONICS, INC.</u>**

Upon consideration of the *Motion of the Chapter 7 Trustee for Entry of an Order Approving Settlement Agreement By and Between the Chapter 7 Trustee, on Behalf of the Debtor's Estate, and Fry's Electronics, Inc.* (the "<u>Motion</u>"), and the Court having reviewed the Motion; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334; (b) notice of the Motion, and any hearing thereon, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Motion; and good and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Motion is granted.

2. The Settlement Agreement is approved and the Parties are authorized to execute and take all actions required to implement the terms of the Settlement Agreement.

2

3. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order and the Settlement Agreement.

Dated: _____

HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

214482336v2