# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MAD CATZ, INC.,<br><br>　　　　　　　Debtor. | Chapter 7<br><br>Case No. 17-10679 (KG)<br><br>**Docket Reference No. 91** |

## NOTICE OF FILING FULLY EXECUTED BILL OF SALE

**PLEASE TAKE NOTICE** that on August 7, 2017, the Court entered the *Order (I) Approving the Sale of the Certain of the Debtor's Assets to Fischer Auction Co. Inc. (II) Authorizing Consummation of a Sale Transaction and (III) Granting Related Relief* [Dkt. No. 91] (the "Fischer Sale Order").[1]

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Fischer Sale Order, the Trustee was authorized to sell to Fischer Auction Co. Inc. ("Fischer") all of the Debtor's right, title and interest in and to all of the personal property remaining at the Debtor's former leased premises at 10680 Treena Street, San Diego, California, with the exception of any copiers, postage meters and cable boxes (the "Acquired Assets").

**PLEASE TAKE FURTHER NOTICE** that a form bill of sale between the Trustee and Fischer with respect to the Acquired Assets was attached as Exhibit 1 to the Fischer Sale Order.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as <u>Exhibit A</u> is a fully executed bill of sale, which includes a non-exclusive list of the Acquired Assets.

Dated:  July 18, 2018

By:  */s/Alan M. Root*
Alan M. Root (No. 5427)
ARCHER & GREINER, P.C.
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Telephone (302) 777-4350
Email  aroot@archerlaw.com

*Attorneys for the Chapter 7 Trustee*

---

[1] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Fischer Sale Order.