UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DELAWARE
DELAWARE DIVISION

FILED

2019 JUL 23  AM 9: 02

Case number        17-10679-KG

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: MAD CATZ INC

Taxpayer number: X-XX-XXXX365-3

WITHDRAWAL OF

CLAIM # 53
ADMINISTRATIVE EXPENSE CLAIM

Name of Creditor: Texas Comptroller of Public Accounts
                  on behalf of the State of Texas
                  and local sales tax jurisdictions.

Send notices to:  Office of the Attorney General
                  Bankruptcy & Collections Division MC-008
                  P. O. Box 12548
                  Austin, TX 78711-2548
                  Phone:  512-463-2173

1.  DATE OF CLAIM AND REQUEST  : 07/01/2019

2.  TOTAL AMOUNT OF CLAIM AND REQUEST  : $12,828.80
    SALES AND USE TAX CH. 151,(321,322,323)

3.  DATE DEBT WAS INCURRED: 04/01/2017 to 09/30/2017

4.  THE CLAIM AND REQUEST REFERENCED ABOVE IS HEREBY WITHDRAWN

Date: 07/16/2019

Joshua Mitchell
Accounts Examiner        512-463-4510
Revenue Accounting Division
Texas Comptroller of Public Accounts

Penalty for presenting fraudulent claim: fine of up to $500,000 or imprisonment for up to 5 years,
or both. 18 U.S.C. secs. 152 and 3571.

Form 00-359 (Rev.9-15/6)



## TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

P.O. Box 13528  •  Austin, TX 78711-3528

July 16, 2019

2019 JUL 23 AM 9:02

Clerk
U.S. Bankruptcy Court
824 MARKET STREET, 3RD FL.
WILMINGTON, DE 19801-3024

Re:    Taxpayer #X-XX-XXXX365-3
       Bankruptcy Case # 17-10679-KG
       MAD CATZ INC

Enclosed is the state's notice of withdrawal in the above-captioned proceeding for a Post-petition Tax Claim.

Attached is an extra copy of the withdrawal.  Please stamp this copy with the date filed and return in the enclosed self-addressed envelope.  The Comptroller of Public Accounts is being represented in this proceeding by the Office of the Attorney General.  Please direct all notices and correspondence to:

            Office of the Attorney General
            Bankruptcy-Collections Division MC-008
            P.O. Box 12548, Capitol Station
            Austin, TX  78711-2548
            Phone:  512-463-2173

Thank you for your cooperation in this matter.

Respectfully yours,

Accounts Examiner
Revenue Accounting Division
P.O. Box 13528
Austin, TX  78711-3528

Enclosure

Form 00-360 (Rev.9-15/6)