**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| MAD CATZ, INC., | Case No. 17-10679 (KG) |
| Debtor. | **Re: Dkt. No. ___** |

**ORDER SUSTAINING THE FIRST OMNIBUS OBJECTION TO CLAIMS
(SUBSTANTIVE) OF THE CHAPTER 7 TRUSTEE [FORMER EMPLOYEE CLAIMS]**

Upon consideration of the *First Omnibus Objection to Claims (Substantive) of the Chapter 7 Trustee [Former Employee Claims]* (the "Objection")[1] of the chapter 7 trustee (the "Trustee") to the claims filed by certain former employees of the Debtor; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. § 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this case and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408; and the Court having found that the Trustee provided appropriate notice of the Objection and the opportunity to heard on the Objection; and the Court having considered the Objection and any responses thereto; and after due deliberation thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1.    The Objection is sustained as set forth herein.

2.    The Executive Claims are hereby reduced as set forth on **Exhibit 1** hereto.

3.    The Non-Executive Claims listed on **Exhibit 2** hereto are hereby disallowed in their entirety.

---

[1] Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Objection.

4.      This Order is without prejudice to the Trustee's, or any other party in interest's, right to object to any other claims filed against the Debtor.

5.      Consistent with Bankruptcy Rule 3007(f), this Order shall be deemed a separate Order with respect to each of the Former Employee Claims identified on **Exhibits 1 and 2** attached hereto.  Any stay of this Order pending appeal by any claimant whose claim(s) are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

6.      This Court shall retain jurisdiction to hear and determine any matter arising from or related to this Order, including its interpretation, enforcement or implementation.

Dated:  _____ _____, 2019

_____
Honorable Kevin Gross
United States Bankruptcy Judge

217488912v1

# **EXHIBIT 1**

## **EXECUTIVE CLAIMS**

| Name of Claimant | Claim No. | Claim Amount | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|
| Tyson Marshall | 6 | $452,428.48 | $226,214.24 | Amount exceeds cap set forth in Section 502(b)(7). |
| Karen K. McGinnis | 7 | $848,842.56 | $405,666.28 | Amount exceeds cap set forth in Section 502(b)(7). |
| Dave McKeon | 15 | $481,945.20 | $240,972.60 | Amount exceeds cap set forth in Section 502(b)(7). |

## **EXHIBIT 2**

## **NON-EXECUTIVE CLAIMS**

| Name of Claimant | Claim No. | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| Lee McKay | 14 | $123,445.30 | Supporting documentation to proof of claim does not provide a basis for a valid claim against the Debtor and no amount is due and owing in Debtor's Books and Records. |
| Mary Bush | 18 | $40,310.88 | Supporting documentation to proof of claim does not provide a basis for a valid claim against the Debtor and no amount is due and owing in Debtor's Books and Records. |
| Cheryl A. DesChamps | 22 | $49,515.00 | Supporting documentation to proof of claim does not provide a basis for a valid claim against the Debtor and no amount is due and owing in Debtor's Books and Records. |
| Angelina Johnson | 23 | $19,018.00 | Supporting documentation to proof of claim does not provide a basis for a valid claim against the Debtor and no amount is due and owing in Debtor's Books and Records. |
| Dalin Cienfuegos | 24 | $73,076.85 | Supporting documentation to proof of claim does not provide a basis for a valid claim against the Debtor and no amount is due and owing in Debtor's Books and Records. |
| Angelica Rodriguez | 27 | $12,903.24 | Supporting documentation to proof of claim does not provide a basis for a valid claim against the Debtor and no amount is due and owing in Debtor's Books and Records. |
| Eduardo Galvan | 29 | $35,945.00 | Supporting documentation to proof of claim does not provide a basis for a valid claim against the Debtor and no amount is due and owing in Debtor's Books and Records. |
| Aaron Levin | 40 | $23,076.92 | Supporting documentation to proof of claim does not provide a basis for a valid claim against the Debtor and no amount is due and owing in Debtor's Books and Records. |
| Sarai S. Cervantes | 49 | $21,325.00 | Supporting documentation to proof of claim does not provide a basis for a valid claim against the Debtor and no amount is due and owing in Debtor's Books and Records. |