# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| MAD CATZ, INC., | Case No. 17-10679 (KG) |
| Debtor. | **Re: Docket No. 245** |

## NOTICE OF FILING OF PROPOSED FORM OF ORDER SUSTAINING CHAPTER 7 TRUSTEE'S OBJECTION PURSUANT TO 11 U.S.C. § 502(b) AND FED R. BANKR. P. 3007 TO THE PROOF OF CLAIM FILED BY MAD CATZ INTERACTIVE ASIA LTD.

**PLEASE TAKE NOTICE THAT** On October 23, 2019, David W. Carickhoff, the chapter 7 trustee of the estate of Mad Catz Inc., filed the *Chapter 7 Trustee's Objection Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to the Proof of Claim Filed by Mad Catz Interactive Asia Ltd.* (the "Objection") [Docket No. 245] to Proof of Claim No. 43 filed by Mad Catz Interactive Asia Ltd.

**PLEASE TAKE FURTHER NOTICE THAT** the proposed order sustaining the Objection is attached hereto as **Exhibit 1**.

| | |
|---|---|
| Dated: October 23, 2019 | */s/ Alan M. Root* |
| | Alan M. Root (No. 5427) |
| | ARCHER & GREINER, P.C. |
| | 300 Delaware Avenue, Suite 1100 |
| | Wilmington, DE 19801 |
| | Telephone: 302-777-4350 |
| | E-mail: aroot@archerlaw.com |
| | |
| | *Counsel for Chapter 7 Trustee* |

217498552v1

# **<u>EXHIBIT 1</u>**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| MAD CATZ, INC., | Case No. 17-10679 (KG) |
| Debtor. | Re: Docket No. 245 |

### ORDER SUSTAINING CHAPTER 7 TRUSTEE'S OBJECTION PURSUANT TO 11 U.S.C. § 502(b) AND FED R. BANKR. P. 3007 TO THE PROOF OF CLAIM FILED BY MAD CATZ INTERACTIVE ASIA LTD.

Upon consideration of the *Chapter 7 Trustee's Objection Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to the Proof of Claim Filed by Mad Catz Interactive Asia Ltd.* (the "Objection")[1]; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. § 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this case and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408; and the Court having found that the Trustee provided appropriate notice of the Objection and the opportunity to be heard on the Objection; and the Court having considered the Objection and any responses thereto; and after due deliberation thereon; and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Objection is sustained as set forth herein.

2. Proof of Claim No. 43 filed by Mad Catz Interactive Asia Ltd. is hereby reduced to a non-priority general unsecured claim in the amount of $768,169.54, as set forth in the Objection and the exhibits attached thereto.

---

[1] Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Objection.

2

3. This Order is without prejudice to the Trustee's, or any other party in interest's, right to object to any other claims filed against the Debtor.

4. This Court shall retain jurisdiction to hear and determine any matter arising from or related to this Order, including its interpretation, enforcement or implementation.