# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| MAD CATZ, INC., | Case No. 17-10679 (KG) |
| Debtor. | |

**NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM NUMBERS 16-1 AND 17-1 FILED BY DEXIN CORPORATION**

**PLEASE TAKE NOTICE** that Dexin Corporation ("Dexin") filed proofs of claim numbers 16-1 and 17-1 on June 6, 2017 against Mad Catz, Inc. (the "Debtor"), each asserting a claim for $1,512,215.51.

**PLEASE TAKE FURTHER NOTICE** that Dexin hereby withdraws proof of claim numbers 16-1 and 17-1, and authorizes the Clerk of the Court, or its duly appointed claims agent, to reflect this withdrawal on the official claims register for the above-referenced matter.

**PLEASE TAKE FURTHER NOTICE** that Dexin is not withdrawing claim number 10-1 that it filed against the Debtor on May 31, 2017, which it continues to assert against the Debtors.

[Remainder of Page Intentionally Left Blank]

81582531v.1

      /s/ Aaron C. Smith
Aaron C. Smith
LOCKE LORD LLP
111 S. Wacker Drive
Chicago IL 60091
Telephone: (312) 443-0460
Email: asmith@lockelord.com

*Counsel to Dexin Corporation*

2

81582531v.1