# EXHIBIT 1

## EXECUTIVE CLAIMS

| Name of Claimant | Claim No. | Claim Amount | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|
| Tyson Marshall | 6 | $452,428.48 | $226,214.24 | Amount exceeds cap set forth in Section 502(b)(7). |
| Karen K. McGinnis | 7 | $848,842.56 | $405,666.28 | Amount exceeds cap set forth in Section 502(b)(7). |
| Dave McKeon | 15 | $481,945.20 | $240,972.60 | Amount exceeds cap set forth in Section 502(b)(7). |