# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MAD CATZ, INC.,<br><br>                          Debtor. | Chapter 7<br><br>Case No. 17-10679 (KG) |

### NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 9, 2019 AT 11:00 A.M.

> **THIS HEARING HAS BEEN CANCELLED AS NO MATTERS ARE GOING FORWARD**

### MATTERS ADJOURNED TO THE NEXT HEARING

1. Chapter 7 Trustee's Objection Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to the Proof of Claim Filed by Mad Catz Interactive Asia Ltd. (filed October 23, 2019) [Dkt. No. 245]

    Response Deadline:  November 19, 2019 (extended to December 19, 2019, for Mad Catz Interactive Asia Ltd.)

    Response Received:  The Trustee and Mad Catz Interactive Asia Ltd. have agreed to adjourn the hearing to the next omnibus hearing date.

    Related Documents:

    a.    None.

    Status: This matter has been adjourned to the next omnibus hearing date scheduled for January 6, 2020

### UNCONTESTED MATTERS FOR WHICH AN ORDER HAS BEEN ENTERED

2. First Omnibus Objection to Claims (Substantive) of the Chapter 7 Trustee [Former Employee Claims] (filed October 23, 2019) [Dkt. No. 244]

    Response Deadline:  November 19, 2019

Response Received: Informal comments from holders of the Non-Executive Employee Claims.

Related Documents:

a. Certification of Counsel Regarding Order Sustaining the First Omnibus Objection to Claims (Substantive) of the Chapter 7 Trustee (filed December 4, 2019) [Dkt. No. 250]

b. **Order Sustaining First Omnibus Objection to Claims (Substantive) of the Chapter 7 Trustee [Former Employee Claims] (entered December 5, 2019) [Dkt. No. 253]**

Status: The Claim Objection, as it relates to the Non-Executive Employee Claims, is adjourned to the next omnibus hearing date scheduled for January 6, 2020. **The Court has entered an Order sustaining the Trustee's omnibus objection with respect to the Executive Employee Claims. As such, no hearing is necessary.**

| | |
|---|---|
| Dated: December 5, 2019 | **ARCHER & GREINER, P.C.** |
| | /s/ *Kevin F. Shaw* |
| | Alan M. Root (No. 5427) |
| | Kevin F. Shaw (No. 6239) |
| | 300 Delaware Avenue, Suite 1100 |
| | Wilmington, DE 19801 |
| | Tel: (302) 777-4350 |
| | Fax: (302) 777-4352 |
| | E-mail: aroot@archerlaw.com |
| | kshaw@archerlaw.com |
| | |
| | *Counsel for the Chapter 7 Trustee* |

217705706v1