**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| MAD CATZ, INC., | Case No. 17-10679 (LSS) |
| Debtor. | **Hearing Date: August 19, 2021 @ 10:00 a.m. (ET)**<br>**Objection Deadline: August 6, 2021 @ 4:00 p.m. (ET)** |

**NOTICE OF SEVENTH INTERIM FEE APPLICATION OF**
**ARCHER & GREINER, P.C., ATTORNEYS FOR DAVID W. CARICKHOFF,**
**CHAPTER 7 TRUSTEE FOR COMPENSATION AND REIMBURSEMENT OF**
**EXPENSES FOR THE PERIOD APRIL 1, 2020 THROUGH JUNE 30, 2021**

PLEASE TAKE NOTICE that Archer & Greiner, P.C. ("*Archer*"), counsel to David W. Carickhoff, the Chapter 7 Trustee of the estate of the above captioned debtor (the "Trustee"), filed the **Seventh Interim Fee Application of Archer & Greiner, P.C., Attorneys for David W. Carickhoff, Chapter 7 Trustee, for Compensation and Reimbursement of Expenses for the Period April 1, 2020 through June 30, 2021** (the "*Application*"). By the Application, Archer seeks an interim allowance of fees in the amount of $55,518.00 and expenses in the amount of $54.00 for the period of April 1, 2020 through June 30, 2021.

PLEASE TAKE FURTHER NOTICE that any objections to the Application must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "*Bankruptcy Court*"), on or before **August 6, 2021 at 4:00 p.m.** (the "*Objection Deadline*"). At the same time, you must also serve a copy of the response upon the undersigned counsel to the Trustee so that the response is received on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that if an objection is timely filed, a hearing on the Application will be held on **August 19, 2021 at 10:00 a.m.** before the Honorable Laurie Selber Silverstein, Chief United States Bankruptcy Judge.

PLEASE TAKE FURTHER NOTICE that if no objection is timely filed in accordance with the procedures set forth above, the Bankruptcy Court may enter an order without further notice or hearing.

| | |
|---|---|
| Dated:  July 21, 2021 | By:  /s/ *Alan M. Root*<br>Alan M. Root (No. 5427)<br>ARCHER & GREINER, P.C.<br>300 Delaware Avenue, Suite 1100<br>Wilmington, DE 19801<br>Telephone (302) 777-4350<br>Email: aroot@archerlaw.com<br><br>*Attorneys for the Chapter 7 Trustee* |

221595175v1