# **<u>EXHIBIT A</u>**

# ARCHER & GREINER

### A PROFESSIONAL CORPORATION
### COUNSELLORS AT LAW
### ONE CENTENNIAL SQUARE
### HADDONFIELD, NEW JERSEY 08033-0968
### (856-795-2121)

DAVID W. CARICKHOFF
ARCHER & GREINER
300 DELAWARE AVE., SUITE 1100
WILMINGTON, DE 19801

Invoice Date:        07/30/21
Client Number:        CAR493

Matter Number: CAR493.00987

**For Professional Services Rendered Through  06/30/2021**

**Task Summary**

## Time Summary by Task

| Code | Description | Hours | Value |
|------|-------------|-------|-------|
| 1 | ARCHER GREINER FEE/EMPLOYMENT APPLICATIONS | 6.60 | 1,969.50 |
| 17 | HEARINGS - PREPARATION AND ATTENDANCE | 1.10 | 407.00 |
| 18 | OTHER LITIGATION | 0.60 | 399.00 |
| 2 | OTHER PROFESSIONALS' FEE/EMPLOYMENT ISSUES | 3.20 | 924.50 |
| 4 | CLAIMS ANALYIS AND OBJECTIONS | 112.80 | 49,473.00 |
| 6 | CASE ADMINISTRATION | 5.90 | 2,345.00 |
| | **TOTAL FEES** | **130.20** | **55,518.00** |

## Expense Summary by Task

| Code | Description | Expenses |
|------|-------------|----------|
| E107 | DELIVERY SERVICES/MESSENGERS | 28.00 |
| E108 | POSTAGE | 26.00 |
| | **TOTAL DISBURSEMENTS** | **54.00** |
| | **TOTAL INVOICE** | **55,572.00** |

CAR493            CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE            Invoice Number:

CAR493.00987        IN RE: MAD CATZ, INC.  -  CHAPTER 7 BANKRUPTCY            Page 2

| Date | Description | Task | Hours | Name | Fees |
|------|-------------|------|-------|------|------|
| 04/03/20 | work on A&G Fee application | 1 | 0.90 | A. M. Root | 427.50 |
| 04/03/20 | Begin drafting A&G Interim Fee Application #6. | 1 | 1.80 | C. E. Hansen | 387.00 |
| 04/17/20 | further work on A&G fee application | 1 | 0.60 | A. M. Root | 285.00 |
| 04/20/20 | review and revise draft fee application | 1 | 0.40 | A. M. Root | 190.00 |
| 04/20/20 | Continue drafting A&G Fee Application #6. | 1 | 1.30 | C. E. Hansen | 279.50 |
| 04/21/20 | Finalize and e-file A&G Fee Application #6 (.4) and serve same (.1). | 1 | 0.50 | C. E. Hansen | 107.50 |
| 05/11/20 | Prepare Certificate of No Objection re: A&G Fee Application and upload proposed order. | 1 | 0.60 | C. E. Hansen | 129.00 |
| 11/06/20 | Draft Supplement to A&G Retention Application (2020 Rate Changes). | 1 | 0.10 | C. E. Hansen | 22.00 |
| 12/21/20 | Finalize and e-file Supplemental Declaration in Support of A&G Retention Application (2020 Rate Changes). | 1 | 0.20 | C. E. Hansen | 44.00 |
| 12/21/20 | review and approve supplemental declaration for filing | 1 | 0.10 | A. M. Root | 49.00 |
| 03/03/21 | review and comment on supplemental declaration | 1 | 0.10 | A. M. Root | 49.00 |
| | **ARCHER GREINER FEE/EMPLOYMENT APPLICATIONS TOTAL** | | **6.60** | | **1,969.50** |

CAR493              CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE              Invoice Number:

CAR493.00987        IN RE: MAD CATZ, INC.  -  CHAPTER 7 BANKRUPTCY                    Page 3

| Date | Description | Task | Hours | Name | Fees |
|------|-------------|------|-------|------|------|
| 05/13/20 | Draft NOA for 5.21.20 hearing | 17 | 0.40 | K. F. Shaw | 148.00 |
| 05/13/20 | Emails with A. Root re NOA for 5.21.20 hearing | 17 | 0.30 | K. F. Shaw | 111.00 |
| 05/18/20 | Emails with A. Root re preparing amended agenda for 5.21.20 hearing | 17 | 0.10 | K. F. Shaw | 37.00 |
| 05/18/20 | Draft amended agenda for 5.21.20 hearing | 17 | 0.30 | K. F. Shaw | 111.00 |
| | **HEARINGS - PREPARATION AND ATTENDANCE TOTAL** | | **1.10** | | **407.00** |

CAR493          CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE          Invoice Number:

CAR493.00987     IN RE: MAD CATZ, INC.  -  CHAPTER 7 BANKRUPTCY                Page 4

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| 02/18/21 | communications with D. leney re: potential transfer pricing experts | 18 | 0.30 | S. M. Packman | 199.50 |
| 03/23/21 | followed up with Leney and conultant re: status of getting Deloitte on board | 18 | 0.30 | S. M. Packman | 199.50 |
| | **OTHER LITIGATION TOTAL** | | **0.60** | | **399.00** |

CAR493             CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE             Invoice Number:

CAR493.00987       IN RE: MAD CATZ, INC.  -  CHAPTER 7 BANKRUPTCY             Page 5

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| 04/27/20 | Review and comment on GMCO interim fee application; finalize for filing | 2 | 0.80 | A. M. Root | 380.00 |
| 04/27/20 | Finalize and e-file GMCO Fee Application #6 (.7) and serve same (.2). | 2 | 0.90 | C. E. Hansen | 193.50 |
| 04/27/20 | Draft and e-file Amended Notice of Hearing on GMCO Fee Application. | 2 | 0.40 | C. E. Hansen | 86.00 |
| 05/13/20 | Draft and e-file Certificate of No Objection re: GMCO Fee Application and upload proposed order. | 2 | 0.50 | C. E. Hansen | 107.50 |
| 05/18/20 | emails with Trustee and GMCO re entered GMCO fee order | 2 | 0.10 | A. M. Root | 47.50 |
| 01/06/21 | Prepare GMC Rate Change Declaration. | 2 | 0.20 | C. E. Hansen | 44.00 |
| 03/03/21 | Finalize and efile Supplemental Declaration to GMC Retention Application (2021 rate changes). | 2 | 0.30 | C. E. Hansen | 66.00 |

|  | **OTHER PROFESSIONALS' FEE/EMPLOYMENT ISSUES TOTAL** |  | **3.20** |  | **924.50** |

CAR493             CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE             Invoice Number:

CAR493.00987        IN RE: MAD CATZ, INC.  -  CHAPTER 7 BANKRUPTCY                    Page 6

| Date | Description | Task | Hours | Name | Fees |
|------|-------------|------|-------|------|------|
| 04/01/20 | Communications with Rob Edwards re: MCIA claim and further discussions (0.5); telephone conference with Rob Edwards re: same (0.3); review COGS adjustments on all supporting docs provided by MCIA (0.9) | 4 | 1.70 | D. G. Leney | 705.50 |
| 04/06/20 | Legal research re: UCC / wavier / course of dealing issues in repsonse to MCIA claim theories (1.1); telephone conference with Stephen M. Packman re: transfer pricing theories re: same (0.3); research re: Hong Kong tax law as pertaining to business profits for MCIA (0.6); various e-mails with Rob Edwards re: thoughts on same (0.5) | 4 | 2.50 | D. G. Leney | 1,037.50 |
| 04/06/20 | review lengthy email from d. leney to the Trustee's FA re: MCIA litigation matter (.3); discuss the substance of the email with d. leney prior to call with FA (.3) | 4 | 0.60 | S. M. Packman | 399.00 |
| 04/07/20 | Legal research and review statutes/cases re: potential areas of objection to MCIA transfer pricing claim (1.3); telephone conference with Stephen M. Packman and Rob Edwards re: thoughts on same (0.5); follow-up e-mails (0.3) | 4 | 2.10 | D. G. Leney | 871.50 |
| 04/07/20 | emails and phone conf with FA about transfer pricing issues and litigation with subsidiary | 4 | 0.50 | S. M. Packman | 332.50 |
| 04/07/20 | review support documents on pricing issue from D. Leney | 4 | 0.30 | S. M. Packman | 199.50 |
| 04/15/20 | review D. Leney email and attachments re MCIA claim objection and outstanding issues | 4 | 0.20 | A. M. Root | 95.00 |
| 04/15/20 | Receive and review communications from HK Liquidators for MCIA re: claim basis and review alleged supporting documents, spreadsheets, and draft response re: same | 4 | 1.10 | D. G. Leney | 456.50 |
| 04/15/20 | communications with FA and with HK counsel and attachments re: MCIA matter | 4 | 0.30 | S. M. Packman | 199.50 |
| 04/15/20 | communications FA, D. Leney and HK counsel re: MCIA matter | 4 | 0.20 | S. M. Packman | 133.00 |
| 04/16/20 | Communications with Liquidators for MCIA estate (0.3); internal communications with Rob Edwards re: research into historical books/records and set up call with former CFO (0.3) | 4 | 0.60 | D. G. Leney | 249.00 |
| 04/16/20 | E-mails with Rob Edwards and Dave McKeon re: scheduling time to discuss MCIA claim and | 4 | 0.40 | D. G. Leney | 166.00 |

CAR493          CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE          Invoice Number:

CAR493.00987     IN RE: MAD CATZ, INC.  -  CHAPTER 7 BANKRUPTCY          Page 7

| Date | Description | Task | Hours | Name | Fees |
|------|-------------|------|-------|------|------|
| | transfer pricing issues in further detail | | | | |
| 04/17/20 | Telephone conference with former CFO (McKeon) re: how transfer pricing adjustments were historically made (0.5); follow-up communications with Rob Edwards re: same (0.5); detailed review of KPMG papers from 2015 relative to MCIA functions/risks/allocations (1.6) | 4 | 2.60 | D. G. Leney | 1,079.00 |
| 04/18/20 | Communications with Hong Kong liquidators re: scheduling call to discuss position on claim (0.2); communications with Trustee and with Rob Edwards re: thoughts on same (0.2) | 4 | 0.40 | D. G. Leney | 166.00 |
| 04/20/20 | Review numerous documents/reports in prep for call with PwC Hong Kong re: MCIA claim adjudication, continued settlement discussions (1.8); conference call with HK liquidators re: same (0.6) | 4 | 2.40 | D. G. Leney | 996.00 |
| 04/21/20 | Telephone conference with LitSupport re: extraction of docs from external drives re: sourcing/MCIA claims (0.2); e-mails re: same (0.2) | 4 | 0.40 | D. G. Leney | 166.00 |
| 04/21/20 | review communications re Mad Catz Asia claims | 4 | 0.20 | A. M. Root | 95.00 |
| 04/21/20 | continued review of potential additional claim objections based on Trustee claim analysis | 4 | 2.00 | A. M. Root | 950.00 |
| 04/21/20 | (MCIA Claim) - Additional legal research re: issue re: theories asserted by MCIA in support of claim including transfer pricing adjustments vs book entries, standing issues, taxing authority issues, and waiver claims | 4 | 1.90 | D. G. Leney | 788.50 |
| 04/21/20 | Draft detailed status update to Trustee re: MCIA claim situation and latest discussions with former personnel and HK liquidators (0.4); follow-up discussions with Trustee and FA re: same (0.5) | 4 | 0.90 | D. G. Leney | 373.50 |
| 04/21/20 | review call summary email from HK counsel | 4 | 0.20 | S. M. Packman | 133.00 |
| 04/22/20 | (MCIA Claim) - Communications with Giuliano Miller re: data/documents on electronic drives and in hard copy storage (0.4); communications internally with LitSupport re: copying the data and uploading to searchable database for document investigation and review into post-2015 transfer pricing issues (0.5) | 4 | 0.90 | D. G. Leney | 373.50 |
| 04/23/20 | Communications with LitSupport re: procedure and parameters for eDiscovery database of | 4 | 0.50 | D. G. Leney | 207.50 |

CAR493           CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE           Invoice Number:

CAR493.00987       IN RE: MAD CATZ, INC.  -  CHAPTER 7 BANKRUPTCY           Page 8

| Date | Description | Task | Hours | Name | Fees |
|------|-------------|------|-------|------|------|
| | documents potentially relevant to MCIA claim | | | | |
| 04/23/20 | Assist case team with electronic discovery tasks; ingest new data into ediscovery processing database; prepare data for attorney review; import into database; perform QC check and update log | 4 | 2.50 | M. D. Reeve | 400.00 |
| 04/24/20 | Communications with LitSupport re: eDiscovery database, updates on same | 4 | 0.50 | D. G. Leney | 207.50 |
| 04/26/20 | Communications with LitSupport re: electronic database of documents for MCIA claim review | 4 | 0.20 | D. G. Leney | 83.00 |
| 04/27/20 | Electronic database / document review of Debtor's ESI re: documents potentially relevant to dispute with MCIA regarding afiliate claim issue (review and code documents) (3.0); draft brief update to Trustee on progress thus far (0.2) | 4 | 3.20 | D. G. Leney | 1,328.00 |
| 04/27/20 | review communications from D. Leney re update on status of MCIA claim reconciliation | 4 | 0.20 | A. M. Root | 95.00 |
| 04/28/20 | Continue review/coding potentially responsive documents for MCIA claim objection | 4 | 1.00 | D. G. Leney | 415.00 |
| 04/29/20 | Communications with Giuliano Miller re: review of electronic documents in furtherance of MCIA claim objection | 4 | 0.40 | D. G. Leney | 166.00 |
| 04/30/20 | further review of potential claim objections based on Trustee analysis | 4 | 2.80 | A. M. Root | 1,330.00 |
| 04/30/20 | Communications with Rob Edwards, Brad Giuliano re: status on document review of MCI/MCIA sourcing documents | 4 | 0.30 | D. G. Leney | 124.50 |
| 05/04/20 | Export documents tagged as relevant from the discovery document database; Prepare documents for use at meeting by case team. | 4 | 0.40 | R. A. Crockett | 42.00 |
| 05/04/20 | overview additional agreements and documents relevant to MCIA claim | 4 | 0.60 | A. M. Root | 285.00 |
| 05/04/20 | Finish initial review and coding of ESI / documents on external drive provided by Giuliano Miller in support of position on transfer pricing and objection to MCIA claim | 4 | 2.80 | D. G. Leney | 1,162.00 |
| 05/07/20 | Finish review of electronic documents on Giuliano external drive and coordinate exporting relevant coded documents with LitSupport (1.7); communications with Brad Giuliano and Rob Edwards re: thoughts/strategy on position re: transfer pricing (0.7); receive and review | 4 | 2.90 | D. G. Leney | 1,203.50 |

CAR493             CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE             Invoice Number:

CAR493.00987      IN RE: MAD CATZ, INC.  -  CHAPTER 7 BANKRUPTCY             Page 9

| Date | Description | Task | Hours | Name | Fees |
|------|-------------|------|-------|------|------|
| | documents/spreadsheets from Rob Edwards re: change in TP procedures and book entries of entities (0.3); receive and review correspondence from MCIA HK liquidators re: status (0.2) | | | | |
| 05/07/20 | review memo/report from D. Leney re documents reviewed relevant to MCIA claim objection | 4 | 0.60 | A. M. Root | 285.00 |
| 05/07/20 | review 2016 10-k re transfer pricing issues relevant to MCIA claim objection | 4 | 0.20 | A. M. Root | 95.00 |
| 05/08/20 | Telephone conference with Rob Edwards re: walk through recently-discovered documents and discuss strategy for response to MCIA claimant re: position on claim value | 4 | 0.50 | D. G. Leney | 207.50 |
| 05/08/20 | review additional records and financials supporting MCIA claim objection | 4 | 0.30 | A. M. Root | 142.50 |
| 05/08/20 | Draft spreadsheet identifying/annotating relevant documents to objection to MCIA claim (0.9); e-mails with Brad Giuliano and Rob Edwards re: advance of call later to discuss newfound documents supporting TP position (0.7) | 4 | 1.60 | D. G. Leney | 664.00 |
| 05/11/20 | Draft settlement position letter to MCIA HK liquidators and forward to Rob Edwards for feedback/revision (0.7); follow-up communications with Rob Edwards re: same (0.3) | 4 | 1.00 | D. G. Leney | 415.00 |
| 05/12/20 | Review D. Leney further analysis/memo re MCIA claim reconciliation | 4 | 0.50 | A. M. Root | 237.50 |
| 05/12/20 | Draft proposed position letter to HK MCIA liquidators re: transfer pricing issues, newly discovered documents supporting same, related issues, and settlement offer and forward to Trustee and FA for review/comment (0.8); follow-up e-mails with Trustee and FA re: same (0.2) | 4 | 1.00 | D. G. Leney | 415.00 |
| 05/13/20 | Receive and review communications from Trustee and FA re: projected available cash for distribution and remaining expenses (0.2); follow-up with Rob Edwards re: thoughts on potential spread for distribution to MCIA at various claim levels (0.3) | 4 | 0.50 | D. G. Leney | 207.50 |
| 05/14/20 | Communications with counsel for HK Liquidators re: response to latest position and potential distribution questions (MCIA claim) | 4 | 0.30 | D. G. Leney | 124.50 |
| 05/15/20 | Telephone conference with Trustee re: thoughts | 4 | 0.60 | D. G. Leney | 249.00 |

CAR493            CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE            Invoice Number:

CAR493.00987      IN RE: MAD CATZ, INC.  -  CHAPTER 7 BANKRUPTCY            Page 10

| Date | Description | Task | Hours | Name | Fees |
|------|-------------|------|-------|------|------|
| | on draft settlement correspondence to MCIA Liquidators (0.3); follow-up e-mails with Trustee re: same (0.3) | | | | |
| 05/18/20 | Draft/revise detailed position letter to HK Liquidators of MCIA with updated numbers on anticipated distribution and Trustee's settlement offer and send to HK Liquidators / counsel (0.9); follow-up communications with Rob Edwards re: same (0.4) | 4 | 1.30 | D. G. Leney | 539.50 |
| 05/21/20 | Communications with US counsel for MCIA estate re: request for extension to consider settlement proposal on claim (0.3); communications with Trustee re: same (0.3) | 4 | 0.60 | D. G. Leney | 249.00 |
| 06/02/20 | Communications with US counsel for MCIA re: potential settlement | 4 | 0.20 | D. G. Leney | 83.00 |
| 06/03/20 | Review claims pool and related numbers relative to HK liquidators' inquiries as to MCIA claim (0.4); correspondence with Trustee re: same (0.1) | 4 | 0.50 | D. G. Leney | 207.50 |
| 06/05/20 | communications with D. Leney and Trustee re MCIA claim objection and potential settlement | 4 | 0.30 | A. M. Root | 142.50 |
| 06/05/20 | (MCIA Claim) - communications with US counsel for MCIA (0.2); communications with Trustee and Alan M. Root re: numbers requested by MCIA counsel relative to pending settlement offer (0.3) | 4 | 0.50 | D. G. Leney | 207.50 |
| 06/06/20 | further communications re MCIA claim and potential settlement | 4 | 0.20 | A. M. Root | 95.00 |
| 06/08/20 | analysis of claims pool metrics and potential distribution scenarios in connection with analysis of potential MCIA settlement | 4 | 1.00 | A. M. Root | 475.00 |
| 06/08/20 | Receive and review supplemental data from Alan M. Root re: various estate metrics requested by MCIA in connection with contemplation of settlement offer and draft detailed correspondence to Eric Horn for MCIA in furtherance of potential settlement | 4 | 0.70 | D. G. Leney | 290.50 |
| 06/17/20 | Communications with counsel for MCIA and Trustee re: HK liquidators' request for additional time to consider settlement offer | 4 | 0.30 | D. G. Leney | 124.50 |
| 06/18/20 | telephone call with D. Leney to discuss status of MCIA claim objection and next steps | 4 | 0.20 | A. M. Root | 95.00 |

CAR493              CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE              Invoice Number:

CAR493.00987        IN RE: MAD CATZ, INC.  -  CHAPTER 7 BANKRUPTCY                    Page 11

| Date | Description | Task | Hours | Name | Fees |
|------|-------------|------|-------|------|------|
| 06/18/20 | Brief telephone conference with Alan M. Root re: MCIA claim, estate numbers, related issues | 4 | 0.20 | D. G. Leney | 83.00 |
| 07/08/20 | Communications with counsel for MCIA Liquidators re: settlement position status (0.3); e-mails with Alan M. Root re: update (0.2) | 4 | 0.50 | D. G. Leney | 207.50 |
| 07/10/20 | communications with D. Leney re MCIA claim objection status | 4 | 0.10 | A. M. Root | 47.50 |
| 07/10/20 | Communications with Alan M. Root re: status update on MCIA claim negotiations | 4 | 0.10 | D. G. Leney | 41.50 |
| 07/15/20 | Telephone conference with Alan M. Root re: settlement issues with MCIA (0.2); telephone conference with counsel for MCIA (0.3); legal research on issues considered by Nortel court in connection with unwinding parties' transfer pricing agreements (1.4) | 4 | 1.90 | D. G. Leney | 788.50 |
| 07/15/20 | E-mails with Eric Horn re: settlement call (MCIA Claim) | 4 | 0.40 | D. G. Leney | 166.00 |
| 07/16/20 | Telephone conference with Rob Edwards re: MCIA response to settlement offer, strategy | 4 | 0.20 | D. G. Leney | 83.00 |
| 07/16/20 | review email from D. Leney re status of claim negotiations with MCIA | 4 | 0.10 | A. M. Root | 47.50 |
| 07/16/20 | Draft summary of call with MCIA counsel, legal position to Trustee and Rob Edwards (0.2); follow-up communications with Trustee's professionals re: same (0.3) | 4 | 0.50 | D. G. Leney | 207.50 |
| 07/17/20 | Legal research re: MCIA claim position, transfer pricing adjustments upon insolvency and related issues re: upcoming dispute with MCIA | 4 | 3.30 | D. G. Leney | 1,369.50 |
| 07/17/20 | Communications with Trustee, counsel for MCIA re: scheduling, positions, documents requested | 4 | 0.50 | D. G. Leney | 207.50 |
| 07/17/20 | E-mails with Alan M. Root and David W. Carickhoff re: MCIA schedules/claims | 4 | 0.20 | D. G. Leney | 83.00 |
| 07/20/20 | Communications with counsel for MCIA re: scheduling, documents | 4 | 0.30 | D. G. Leney | 124.50 |
| 07/20/20 | Continue research re: MCIA position on transfer pricing and review cases/treatises dealing with similar post-petition issues | 4 | 2.50 | D. G. Leney | 1,037.50 |
| 07/27/20 | further analysis of potential claim objections based on Trustee analysis | 4 | 1.20 | A. M. Root | 570.00 |
| 07/29/20 | Communications with and review documents | 4 | 0.30 | D. G. Leney | 124.50 |

CAR493                CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE            Invoice Number:

CAR493.00987        IN RE: MAD CATZ, INC.  -  CHAPTER 7 BANKRUPTCY              Page 12

| Date | Description | Task | Hours | Name | Fees |
|------|-------------|------|-------|------|------|
| | from counsel for MCIA | | | | |
| 08/13/20 | Emails x2 with A. Root and Christopher Murphy re Texas state tax claims | 4 | 0.10 | K. F. Shaw | 37.00 |
| 09/02/20 | review MCIA response to claim objection; communications with D. Leney re same | 4 | 0.60 | A. M. Root | 285.00 |
| 09/02/20 | Receive and review MCIA opposition to claims objection (0.4); communications with MCIA's counsel and internally with Alan M. Root re: same (0.4) | 4 | 0.80 | D. G. Leney | 332.00 |
| 09/03/20 | Review docket re: MCIA opposition filed and applicable deadlines (0.1); correspondence to Trustee and Alan M. Root re: same (0.1) | 4 | 0.20 | D. G. Leney | 83.00 |
| 09/08/20 | communications with D. Leney re MCIA claim | 4 | 0.30 | A. M. Root | 142.50 |
| 09/08/20 | Communications with Trustee, Alan M. Root, and counsel for MCIA re: scheduling call to discuss timing/scheduling/next steps on claim dispute (0.5); telephone conference with Alan M. Root re: procedural issues regarding claim dispute and strategy (0.3); receive and review communications with counsel for creditor re: potential secured claims by debtor in MCIA proceeding (0.2) | 4 | 1.00 | D. G. Leney | 415.00 |
| 09/09/20 | telephone call with counsel for MCIA (.3); follow up with D. Leney (.3) | 4 | 0.60 | A. M. Root | 285.00 |
| 09/09/20 | Conference call with counsel for MCIA, et al. re: potential settlement discussions (0.3); follow-up with Alan M. Root re: telephone/e-mail re: same (0.3); brief legal research re: some of the issues raised by MCIA counsel during call (0.9) | 4 | 1.50 | D. G. Leney | 622.50 |
| 09/09/20 | Review/markup of opposition papers filed by MCIA in advance of call with counsel re: same | 4 | 0.30 | D. G. Leney | 124.50 |
| 09/14/20 | Telephone conference with Rob Edwards re: MCIA claim issue (0.2); e-mail correspondence with Trustee re: same (0.1) | 4 | 0.30 | D. G. Leney | 124.50 |
| 09/24/20 | Communications with Trustee re: MCIA claim discussion | 4 | 0.20 | D. G. Leney | 83.00 |
| 09/28/20 | Forward MCIA response to Dave McKeon with thoughts on same (0.2); review MCIA filing (0.3) and communications internally re: scheduling call to discuss further with former employee (0.2) | 4 | 0.70 | D. G. Leney | 290.50 |
| 09/29/20 | Communications with Dave McKeon, Alan M. | 4 | 0.40 | D. G. Leney | 166.00 |

CAR493                  CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE                Invoice Number:

CAR493.00987            IN RE: MAD CATZ, INC.  -  CHAPTER 7 BANKRUPTCY                      Page 13

| Date | Description | Task | Hours | Name | Fees |
|------|-------------|------|-------|------|------|
| | Root, Rob Edwards re: scheduling conference call to discuss MCIA response filed to claims objections | | | | |
| 09/30/20 | Communications with former employee and Rob Edwards re: call to discuss MCIA claim objection opposition | 4 | 0.60 | D. G. Leney | 249.00 |
| 10/02/20 | Prep for call with Dave McKeon re: MCIA position in opposition (0.5); telephone conference with Dave McKeon and Rob Edwards re: same (0.5); follow-up call with Rob Edwards (0.2); review reports and OECD standards relating to same (0.9) | 4 | 2.10 | D. G. Leney | 924.00 |
| 10/02/20 | E-mails with Trustee, Alan M. Root re: MCIA, McKeon call | 4 | 0.30 | D. G. Leney | 132.00 |
| 10/08/20 | (MCIA) - eDiscovery review and coding of historical corporate documents re: certain issues raised by MCIA in its opposition to claim objection (1.6); e-mails with LitSupport team re: exporting tagged documents for production (0.3) | 4 | 1.90 | D. G. Leney | 836.00 |
| 10/21/20 | Communications with Alan M. Root re: MCIA negotiations status, scheduling time for next call | 4 | 0.20 | D. G. Leney | 88.00 |
| 10/22/20 | telephone call with D. Leney to discuss status of MCIA claim objection and next steps | 4 | 0.30 | A. M. Root | 147.00 |
| 10/22/20 | Telephone conference with Alan M. Root re: status, next steps re: MCIA claim | 4 | 0.30 | D. G. Leney | 132.00 |
| 10/22/20 | (MCIA Claim) - Telephone conference with Alan M. Root re: status/thoughts on next steps (0.3); review where parties left off and draft correspondence to Eric Horn re: soliciting counteroffer (0.3) | 4 | 0.60 | D. G. Leney | 264.00 |
| 10/30/20 | Communications with Alan M. Root re: MCIA discussions status | 4 | 0.20 | D. G. Leney | 88.00 |
| 11/10/20 | Communications with counsel for MCIA, creditor party re: MCIA claim offer / status | 4 | 0.30 | D. G. Leney | 132.00 |
| 11/30/20 | Communications with Alan M. Root re: status of MCIA claim dispute | 4 | 0.20 | D. G. Leney | 88.00 |
| 12/07/20 | communications with D. Leney and MCIA counsel re pending claim objection | 4 | 0.20 | A. M. Root | 98.00 |
| 12/07/20 | Telephone conference with Alan M. Root re: any word from MCIA side re: settlement (0.2); e-mails with Alan M. Root and US counsel for | 4 | 0.50 | D. G. Leney | 220.00 |

CAR493             CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE          Invoice Number:

CAR493.00987        IN RE: MAD CATZ, INC.  -  CHAPTER 7 BANKRUPTCY                Page 14

| Date | Description | Task | Hours | Name | Fees |
|------|-------------|------|-------|------|------|
| | liquidators re: same (0.3) | | | | |
| 12/24/20 | Communications with Alan M. Root re: MCIA claim, strategy | 4 | 0.20 | D. G. Leney | 88.00 |
| 12/24/20 | communications with D. Leney re MCIA claim objection and next steps | 4 | 0.20 | A. M. Root | 98.00 |
| 12/28/20 | (MCIA) - review most recent communications among counsel re: settlement positions (0.20); telephone conference with Alan M. Root re: strategy and next steps (0.2) | 4 | 0.40 | D. G. Leney | 176.00 |
| 12/28/20 | discuss MCIA claim objection with D. Leney (.2); follow up with Trustee (.3) | 4 | 0.50 | A. M. Root | 245.00 |
| 12/28/20 | draft email to MCIA counsel | 4 | 0.20 | A. M. Root | 98.00 |
| 12/29/20 | Telephone conference with Alan M. Root re: MCIA claim strategy and potential expert issues (0.3); follow-up call with Alan M. Root re: approach in dealing with MCIA liquidators (0.2) | 4 | 0.50 | D. G. Leney | 220.00 |
| 01/11/21 | (MCIA) - communications with Alan M. Root re: settlement status | 4 | 0.10 | D. G. Leney | 44.00 |
| 01/11/21 | Discuss MCIA claim issues with D. Leney | 4 | 0.10 | A. M. Root | 49.00 |
| 01/13/21 | field creditor inquiry; follow up with Trustee and D. Leney re MCIA claims | 4 | 0.30 | A. M. Root | 147.00 |
| 01/27/21 | (MCIA) - communications with Alan M. Root and Eric Horn re: status, scheduling settlement call | 4 | 0.50 | D. G. Leney | 220.00 |
| 01/27/21 | settlement negotiations with MCIA (.3); follow up with D. Leney (.2); discuss with Trustee (.3); due diligence re potential settlement scenarios (1.1) | 4 | 1.90 | A. M. Root | 931.00 |
| 01/28/21 | (MCIA) - Review prior settlement dialogue in advance of call with MCIA counsel (0.2); conference call with MCIA counsel and Alan M. Root re: settlement (0.2); follow-up with Alan M. Root (0.1) | 4 | 0.50 | D. G. Leney | 220.00 |
| 01/28/21 | Communications with Trustee and Alan M. Root re: current monies/claims in estate relative to MCIA settlement considerations (0.4); communications with Alan M. Root re: follow-up to conversations with MCIA counsel today and items to discuss during next scheduled call (0.4) | 4 | 0.80 | D. G. Leney | 352.00 |
| 01/28/21 | telephone calls with MCIA and D. Leney re | 4 | 0.30 | A. M. Root | 147.00 |

CAR493                 CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE              Invoice Number:

CAR493.00987        IN RE: MAD CATZ, INC.  -  CHAPTER 7 BANKRUPTCY                    Page 15

| Date | Description | Task | Hours | Name | Fees |
|------|-------------|------|-------|------|------|
| | MCIA claim objection | | | | |
| 01/28/21 | further analysis of potential settlement constructs with MCIA | 4 | 2.00 | A. M. Root | 980.00 |
| 01/29/21 | (MCIA) - communications with Alan M. Root re: status call | 4 | 0.20 | D. G. Leney | 88.00 |
| 02/05/21 | Communications with Alan M. Root re: MCIA claim settlement negotiation status, TP issues | 4 | 0.30 | D. G. Leney | 132.00 |
| 02/07/21 | E-mails with Alan M. Root re: MCIA claim settlement status, scheduling call to discuss | 4 | 0.30 | D. G. Leney | 132.00 |
| 02/08/21 | Communications with Alan M. Root and Trustee re: MCIA claim | 4 | 0.50 | D. G. Leney | 220.00 |
| 02/08/21 | telephone call with Trustee and D. Leney re MCIA claim objection; follow up research re same | 4 | 2.50 | A. M. Root | 1,225.00 |
| 02/18/21 | Communications with Stephen M. Packman, Alan M. Root re: Transfer Pricing expert needs for MCIA claim litigation/resolution (0.6); brief research update on cases addressing similar situations of "unwinding" adjustments post-petition (0.8) | 4 | 1.40 | D. G. Leney | 616.00 |
| 02/22/21 | (MCIA) - telephone conference with Alan M. Root re: experts (0.2); follow-up with Stephen M. Packman re: same (0.32; review current professional status of potential expert witnesses for TP issues (0.5) | 4 | 0.90 | D. G. Leney | 396.00 |
| 02/22/21 | communications with D. Leney re MCIA claim objection issues | 4 | 0.20 | A. M. Root | 98.00 |
| 03/08/21 | communicated with leney re: transfer pricing consultant and looked back at internal documents re: expert for contact | 4 | 0.80 | S. M. Packman | 532.00 |
| 03/08/21 | communicated with transfer pricing expert and followed up with D. Leney on next steps with potential consultant/expert | 4 | 0.50 | S. M. Packman | 332.50 |
| 03/08/21 | Communications with Stephen M. Packman and potential transfer pricing expert re: facts/conflicts surrounding MCIA claim issue | 4 | 0.50 | D. G. Leney | 220.00 |
| 03/08/21 | (MCIA) - Follow-up communications with potential TP expert re: underlying factual issues | 4 | 0.30 | D. G. Leney | 132.00 |
| 03/09/21 | call with potential expert and follow up | 4 | 1.00 | S. M. Packman | 665.00 |
| 03/09/21 | (MCIA) - Review documents/KPMG report in | 4 | 1.30 | D. G. Leney | 572.00 |

CAR493                CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE          Invoice Number:

CAR493.00987        IN RE: MAD CATZ, INC.  -  CHAPTER 7 BANKRUPTCY                    Page 16

| Date | Description | Task | Hours | Name | Fees |
|------|-------------|------|-------|------|------|
| | advance of call with potential expert witness (0.6); telephone conference with potential transfer pricing expert (0.5); follow-up call with Stephen M. Packman to debrief same (0.2) | | | | |
| 03/12/21 | Follow-up communications with Stephen M. Packman and potential transfer pricing expert re: facts/conflicts surrounding MCIA claim issue and engagement | 4 | 0.50 | D. G. Leney | 220.00 |
| 03/23/21 | (MCIA) - communications with Alan M. Root re: status on expert discussions/retention (0.2); follow-up communications with potential transfer pricing expert witness re: same (0.3) | 4 | 0.50 | D. G. Leney | 220.00 |
| 03/29/21 | (MCIA Claim / Transfer Pricing) - Telephone conference with potential expert witness on TPA issues (0.4); draft proposal re: engagement of same with required information (0.5); internal communications with Alan M. Root (0.2); e-mails with potential expert (0.3) | 4 | 1.40 | D. G. Leney | 616.00 |
| 03/29/21 | Review D. Leney summary to potential expert on MCIA claim issues | 4 | 0.10 | A. M. Root | 49.00 |
| 03/30/21 | (MCIA Claim) - Communications with potential transfer pricing expert; internally re: same | 4 | 0.30 | D. G. Leney | 132.00 |
| 04/07/21 | Receive and review correspondence from Eric Horn re: MCIA claim (0.1); review prior settlement back-and-forth re: status (0.2) | 4 | 0.30 | D. G. Leney | 132.00 |
| 04/12/21 | communications with D. Leney re MCIA claims litigation | 4 | 0.30 | A. M. Root | 147.00 |
| 04/13/21 | Telephone conference with Alan M. Root re: MCIA claim status, inquiries from HK liquidators | 4 | 0.30 | D. G. Leney | 132.00 |
| 04/13/21 | (MCIA Claims) - communications with proposed expert (0.2) and Alan M. Root (0.2) re: MCIA claim issues; receive and review correspondence from counsel for HK LIquidators (0.1) | 4 | 0.50 | D. G. Leney | 220.00 |
| 04/13/21 | telephone call with D. Leney to discuss MCIA claim objection litigation (.2); follow up with Trustee re same (.3) | 4 | 0.50 | A. M. Root | 245.00 |
| 04/20/21 | (MCIA) - Communications with proposed expert (0.3); telephone conference and e-mails with Alan M. Root and Trustee re: thoughts on one more settlement offer before embracing claim litigation path (0.4); communications with counsel for MCIA re: settlement (0.2) | 4 | 0.90 | D. G. Leney | 396.00 |

CAR493              CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE              Invoice Number:

CAR493.00987         IN RE: MAD CATZ, INC.  -  CHAPTER 7 BANKRUPTCY                  Page 17

| Date | Description | Task | Hours | Name | Fees |
|------|-------------|------|-------|------|------|
| 04/20/21 | communications with Trustee and D. Leney re settlement offer to MCIA (.4); due diligence re same (1.0); draft settlement communication to MCIA (.3) | 4 | 1.70 | A. M. Root | 833.00 |
| 05/03/21 | Communications with proposed TP expert re: retention | 4 | 0.20 | D. G. Leney | 88.00 |
| 05/10/21 | (MCIA) - communications with Alan M. Root, Eric Horn re: settlement status | 4 | 0.20 | D. G. Leney | 88.00 |
| 05/11/21 | Telephone conference with Alan M. Root re: transfer pricing expert issues re: MCIA claim | 4 | 0.20 | D. G. Leney | 88.00 |
| 05/11/21 | (MCIA) - telephone conference with Stephen M. Packman re: thoughts on other potential TP experts (0.2); e-mails with potential candidates from Getzler Henrich | 4 | 0.60 | D. G. Leney | 264.00 |
| 05/11/21 | communications with D. Leney (.2) and Trustee (.4) re MCIA claim objection litigation | 4 | 0.60 | A. M. Root | 294.00 |
| 05/12/21 | MCIA - Telephone conference with Stephen M. Packman re: transfer pricing expert help | 4 | 0.20 | D. G. Leney | 88.00 |
| 05/12/21 | Telephone conference with potential TP expert re: MCIA claim | 4 | 0.60 | D. G. Leney | 264.00 |
| 05/12/21 | (MCIA) - e-mails with potential expert & Alan M. Root | 4 | 0.50 | D. G. Leney | 220.00 |
| 05/13/21 | Telephone conference with Alan M. Root re: thoughts on potential expert for MCIA transfer pricing dispute | 4 | 0.20 | D. G. Leney | 88.00 |
| 05/13/21 | communications with D. Leney re MCIA litigation & potential expert | 4 | 0.20 | A. M. Root | 98.00 |
| 05/28/21 | (MCIA) - e-mails with potential expert, Eric Horn, Alan M. Root re: transfer pricing issues, MCIA claim settlement offer | 4 | 0.50 | D. G. Leney | 220.00 |
| 05/28/21 | communications with counsel to MCIA | 4 | 0.10 | A. M. Root | 49.00 |
| 06/15/21 | (MCIA) - E-mails with Alan M. Root re: potential TP experts | 4 | 0.20 | D. G. Leney | 88.00 |
| 06/22/21 | (MCIA) - correspondence with Alan M. Root, Eric Horn re: status of settlement offer | 4 | 0.20 | D. G. Leney | 88.00 |
| 06/23/21 | outline litigation strategy on MCIA claim | 4 | 1.20 | A. M. Root | 588.00 |

**CLAIMS ANALYIS AND OBJECTIONS TOTAL**              **112.80**              **49,473.00**

CAR493            CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE            Invoice Number:

CAR493.00987        IN RE: MAD CATZ, INC.  -  CHAPTER 7 BANKRUPTCY            Page 18

| Date | Description | Task | Hours | Name | Fees |
|------|-------------|------|-------|------|------|
| 04/09/20 | field creditor inquiry | 6 | 0.20 | A. M. Root | 95.00 |
| 04/21/20 | field creditor inquiry | 6 | 0.30 | A. M. Root | 142.50 |
| 05/08/20 | field creditor inquiry | 6 | 0.20 | A. M. Root | 95.00 |
| 05/11/20 | review and revise draft CNO | 6 | 0.20 | A. M. Root | 95.00 |
| 05/13/20 | guidance to K. Shaw and C. Hansen re CNO to be filed and fee binder | 6 | 0.30 | A. M. Root | 142.50 |
| 05/13/20 | review and comment on CNO | 6 | 0.20 | A. M. Root | 95.00 |
| 05/13/20 | review draft agenda | 6 | 0.20 | A. M. Root | 95.00 |
| 05/14/20 | guidance to K. Shaw re hearing agenda and fee binder | 6 | 0.20 | A. M. Root | 95.00 |
| 05/14/20 | Prepare and email Archer and GMCO 6th Interim Fee Apps to Court | 6 | 0.30 | K. F. Shaw | 111.00 |
| 05/14/20 | Telephone call with A. Root re Archer 6th Interim Fee App binder | 6 | 0.20 | K. F. Shaw | 74.00 |
| 05/15/20 | review and circulate entered fee order | 6 | 0.10 | A. M. Root | 47.50 |
| 05/18/20 | communications with Chambers and K. Shaw re upcoming hearing | 6 | 0.20 | A. M. Root | 95.00 |
| 05/18/20 | review draft amended agenda | 6 | 0.10 | A. M. Root | 47.50 |
| 07/07/20 | field creditor inquiry | 6 | 0.10 | A. M. Root | 47.50 |
| 08/12/20 | Field creditor inquiry re: Texas tax claim | 6 | 0.10 | A. M. Root | 47.50 |
| 09/03/20 | field creditor inquiry | 6 | 0.10 | A. M. Root | 47.50 |
| 10/05/20 | field creditor inquiry | 6 | 0.20 | A. M. Root | 98.00 |
| 10/08/20 | Communication with D. Leney regarding coding of documents; review of database for same; prepare and export documents for attorney's review. | 6 | 1.30 | M. L. Kling | 188.50 |
| 11/12/20 | field creditor inquiry | 6 | 0.20 | A. M. Root | 98.00 |
| 12/14/20 | field creditor inquiry | 6 | 0.20 | A. M. Root | 98.00 |
| 01/12/21 | field creditor inquiry | 6 | 0.10 | A. M. Root | 49.00 |
| 02/10/21 | field creditor inquiry | 6 | 0.20 | A. M. Root | 98.00 |
| 02/22/21 | field creditor inquiry | 6 | 0.10 | A. M. Root | 49.00 |
| 03/02/21 | field creditor inquiry | 6 | 0.10 | A. M. Root | 49.00 |
| 05/01/21 | field creditor inquiry | 6 | 0.20 | A. M. Root | 98.00 |
| 05/13/21 | field creditor inquiry | 6 | 0.10 | A. M. Root | 49.00 |
| 05/18/21 | field creditor inquiry | 6 | 0.10 | A. M. Root | 49.00 |

CAR493            CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE            Invoice Number:

CAR493.00987      IN RE: MAD CATZ, INC.  -  CHAPTER 7 BANKRUPTCY                    Page 19

| Date | Description | Task | Hours | Name | Fees |
|------|-------------|------|-------|------|------|
| 06/22/21 | field creditor inquiry | 6 | 0.10 | A. M. Root | 49.00 |
| | **CASE ADMINISTRATION TOTAL** | | **5.90** | | **2,345.00** |

CAR493            CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE            Invoice Number:

CAR493.00987      IN RE: MAD CATZ, INC.  -  CHAPTER 7 BANKRUPTCY            Page 20

**For Charges and Disbursements**

| Date | Type | Description | Amount |
|------|------|-------------|--------|
| 04/21/20 | | POSTAGE 4/21/20 CEH - SERVICE REQUEST MAILING - SERVICE OF FEE APP ON UST | $1.60 |
| 04/21/20 | | POSTAGE 4/21/20 CEH - SERVICE REQUEST MAILING - SERVICE OF NOTICE OF FEE APP | $2.50 |
| 02/18/21 | | POSTAGE 2/18/21 DWC - TAX RETURNS | $21.90 |
| | | **ETOTAL\* POSTAGE** | **$26.00** |
| 04/22/20 | | VENDOR: JAMES MOLINEAUX; INVOICE#: 040420; DATE: 4/22/2020  MDR DELIVERY TO E. EVESHAM ROAD-VOORHEES | $28.00 |
| | | **ETOTAL\* DELIVERY SERVICE** | **$28.00** |
| | | **TOTAL DISBURSEMENTS\*** | **$54.00** |