**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| MAD CATZ, INC., | Case No. 17-10679 (LSS) |
| Debtor. | |

**CERTIFICATE OF SERVICE**

I, Alan M. Root, hereby certify that on July 21, 2021, I caused to be served a copy of the *Notice of Seventh Interim Fee Application of Archer & Greiner, P.C., Attorneys for David W. Carickhoff, Chapter 7 Trustee, for Compensation and Reimbursement of Expenses for the Period April 1, 2020 through June 30, 2021* on all parties on the attached service list by electronic mail.

Dated: July 21, 2021

By: /s/ *Alan M. Root*
Alan M. Root (No. 5427)
ARCHER & GREINER, P.C.
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Telephone (302) 777-4350
Email aroot@archerlaw.com

*Attorneys for the Chapter 7 Trustee*

**SERVICE LIST**

| | |
|---|---|
| Matthew Barry Lunn, Esquire<br>Young, Conaway, Stargatt & Taylor LLP<br>1000 North King Street<br>Wilmington, DE 19801<br>302-571-6600<br>Email: bankfilings@ycst.com<br>Attorneys for Debtor | Linda J. Casey<br>Office of United States Trustee<br>844 King Street<br>Suite 2207<br>Wilmington, DE 19801<br>Email: Linda.Casey@usdoj.gov |
| Michael D. Breslauer , Esquire<br>Solomon Ward Seidenwurm & Smith<br>401 B Street, Suite 1200<br>San Diego, CA 92101<br>619-238-4804<br>619-615-7904 (fax)<br>mbreslauer@swsslaw.com<br>Attorneys for TPP 212 Scripps, LLC | Jason A. Starks<br>Assistant Attorney General<br>Bankruptcy & Collections Division MC 008<br>PO Box 12548<br>Austin, TX  78711-2548<br>Jason.starks@oag.texas.gov |
| Sally E. Veghte, Esquire<br>Klehr Harrison Harvey Branzburg LLP<br>919 Market Street, Suite 1000<br>Wilmington, DE  19801<br>302-552-5503<br>302-426-9193<br>sveghte@klehr.com<br>Attorneys for GameStop Texas Ltd. | Corinne Samler Brennan, Esquire<br>Klehr Harrison Harvey Branzburg LLP<br>1835 Market Street, Suite 1400<br>Philadelphia, PA  19103<br>215-569-3393<br>215-568-6603<br>cbrennan@klehr.com<br>Attorneys for GameStop Texas Ltd. |
| Jason A. Starks<br>Assistant Attorney General<br>Bankruptcy & Collections Division MC 008<br>PO Box 12548<br>Austin, TX  78711-2548<br>Jason.starks@oag.texas.gov | Aaron C. Smith, Esq.<br>Locke Lord LLP<br>111 S. Wacker Drive, Suite 4100<br>Chicago, IL 60606<br>312-443-0700<br>asmith@lockelord.com |
| Joesph H. Huston, Jr., Esq.<br>Stevens & Lee, P.C.<br>919 N. Market Street, Suite 1300<br>Wilmington, DE 19801<br>302-425-3310<br>610-371-7972 (fax)<br>jhh@stevenslee.com | Jason Daniel Angelo, Esq.<br>Stevens & Lee, P.C.<br>919 N. Market Street, Suite 1300<br>Wilmington, DE 19801<br>302-425-3311<br>610-371-7911 (fax)<br>jda@stevenslee.com |

| | |
|---|---|
| L. John Bird<br>Fox Rothschild LLP<br>919 North Market Street, Suite 300<br>Wilmington, DE 19801<br>302-654-7444<br>302-654-8920 (fax)<br>lbird@foxrothschild.com | Joseph E. Shickich, Jr., Esq.<br>Fox Rothschild LLP<br>1001 – 4th Avenue, Suite 4500<br>Seattle, WA 98154<br>206-624-3600<br>206-389-1708 (fax)<br>jshickich@foxrothschild.com |

221595743v1