**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| MAD CATZ, INC., | Case No. 17-10679 (KG) |
| Debtor. | **Re: Docket No. 274** |

**CERTIFICATE OF NO OBJECTION REGARDING**
**SEVENTH INTERIM FEE APPLICATION OF**
**ARCHER & GREINER, P.C., ATTORNEYS FOR DAVID W. CARICKHOFF,**
**CHAPTER 7 TRUSTEE FOR COMPENSATION AND REIMBURSEMENT OF**
**EXPENSES FOR THE PERIOD APRIL 1, 2020 THROUGH JUNE 30, 2021**

On July 21, 2021, Archer & Greiner, P.C. ("Archer") attorneys for David W. Carickhoff, the chapter 7 trustee of the above-captioned debtor, filed the *Seventh Interim Fee Application of Archer & Greiner, P.C., Attorneys for David W. Carickhoff, Chapter 7 Trustee, for Compensation and Reimbursement of Expenses for the Period April 1, 2020 through June 30, 2021* [Dkt. No. 274] (the "Application").

Pursuant to the notice filed with the Application, objections to the Application were to be filed and served no later than August 6, 2021 at 4:00 p.m. The undersigned hereby certifies that, as of the date hereof, he has received no written answer, objection or other responsive pleading to the Application. The undersigned further certifies that he has caused the review of the Court's docket in this case and no answer, objection, or other responsive pleading to the Application thereon.

2

WHEREFORE, Archer respectfully requests that the Court enter the proposed Order in the form attached to the Application.

Dated: August 10, 2021　　　　　　　　　　**ARCHER & GREINER, P.C.**

　　　　　　　　　　　　　　　　　　　　/s/ *Alan M. Root*
　　　　　　　　　　　　　　　　　　　　Alan M. Root (No. 5427)
　　　　　　　　　　　　　　　　　　　　300 Delaware Avenue, Suite 1100
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　Tel: (302) 777-4350
　　　　　　　　　　　　　　　　　　　　Fax: (302) 777-4352
　　　　　　　　　　　　　　　　　　　　E-mail: aroot@archerlaw.com

　　　　　　　　　　　　　　　　　　　　*Counsel for the Chapter 7 Trustee*

221807711v1