**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| MAD CATZ, INC., | Case No. 17-10679 (LSS) |
| Debtor. | |

**CERTIFICATION OF COUNSEL REGARDING STIPULATION RESOLVING PROOF OF CLAIM NO. 46 FILED BY TPP 212 SCRIPPS, LLC**

The undersigned hereby certifies as follows:

1. On March 30, 2017 (the "Petition Date"), Mad Catz Inc. (the "Debtor") filed with this Court a voluntary petition for relief under chapter 7 of the Bankruptcy Code. Thereafter, David W. Carickhoff (the "Trustee") was appointed as trustee of the Debtor's bankruptcy estate (the "Estate") pursuant to Bankruptcy Code section 701(a).

2. On August 18, 2017, TPP 212 Scripps, LLC ("Claimant") filed a proof of claim in the Debtor's bankruptcy case and such claim was assigned claim no. 46 (the "Proof of Claim"). The Proof of Claim asserts an aggregate claim of $364,938.40, in connection with amounts allegedly owed under a pre-petition lease. The Proof of Claim asserts that: (i) $57,501.61 of the asserted claim is secured by a pre-petition security deposit held by Claimant (the "Security Deposit"); (ii) $90,302.85 of the asserted claim is entitled to administrative priority under section 507(a)(2) of the Bankruptcy Code; and (iii) the balance of the asserted claim is a general unsecured claim.

3. Subsequent to the filing of the Proof of Claim, Claimant has asserted that the claim amount should be increased to $375,482.54 to reflect actual (as opposed to estimated) CAM

charges, taxes and insurance (the "Asserted Claim Amount").[1]  The Trustee has reviewed the Proof of Claim and has asserted certain informal objections to the Proof of Claim, including as to the asserted administrative priority status of a portion thereof.

4. The Trustee and Claimant have entered into a proposed stipulation which, subject to Court approval, will resolve the Proof of Claim (the "Stipulation").  The Stipulation provides, in relevant part, that upon entry of an order of this Court approving the Stipulation: (i) Claimant shall have relief from the automatic stay under section 362 of the Bankruptcy Code, solely to apply the Security Deposit to the Asserted Claim Amount, such that the Asserted Claim Amount will be reduced to $318,080.93; (ii) Claimant shall have a fully liquidated and allowed general unsecured, non-priority claim in the amount of $318,080.93 (the "Allowed Claim"); and (iii) other than the Allowed Claim, Claimant shall have no other claims of any amount or priority against the Debtor or the Estate and any such claims are expressly waived and released.

5. Attached hereto as Exhibit A is a proposed form of Order approving the Stipulation (the "Proposed Order").  The Stipulation is attached as Exhibit 1 to the Proposed Order.

WHEREFORE, the Trustee respectfully requests the entry of the Proposed Order at the earliest convenience of the Court.

Dated:  September 17, 2021

222013211v1

**ARCHER & GREINER, P.C.**

By: /s/ Alan M. Root
Alan M. Root (No. 5427)
300 Delaware Ave., Suite 1100
Wilmington, DE  19801
(302) 777-4350
(302) 777-4352 (fax)
aroot@archerlaw.com

*Counsel to the Chapter 7 Trustee*

---

[1] The Asserted Claim Amount is within the statutory cap of section 502(b)(6) of the Bankruptcy Code.