**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| MAD CATZ, INC., Debtor. | Case No. 17-10679 (LSS) |
| | **Re: Dkt. Nos. 245 & 270** |

**ORDER APPROVING STIPULATION RESOLVING PROOF OF
CLAIM NO. 43 FILED ON BEHALF OF MAD CATZ INTERACTIVE ASIA LTD**

This Court having considered the *Stipulation Resolving Proof of Claim No. 43 Filed on Behalf of Mad Catz Interactive Asia Ltd* (the "Stipulation"); and the Court having determined that good and adequate cause exists for approval of the Stipulation; and the Court having determined that no further notice of the Stipulation must be given; it is hereby ORDERED that:

1.  The Stipulation attached hereto as Exhibit 1 is hereby Approved.

2.  The Court shall retain jurisdiction to (i) enforce and implement the terms and provisions of the Stipulation and (ii) resolve any disputes arising under or in connection with the Stipulation.  Furthermore, the Court shall retain jurisdiction to interpret, implement, and enforce the provisions of this Order.

222028269v1

**Dated: September 24th, 2021
Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE**