**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MAD CATZ, INC.,<br>                         Debtor. | Chapter 7<br><br>Case No. 17-10679 (LSS)<br><br>**Hearing Date: October 28, 2021 @ 11:00 a.m.**<br>**Objection Deadline: October 14, 2021 @ 4:00 p.m.** |

**CHAPTER 7 TRUSTEE'S MOTION FOR APPROVAL TO ABANDON
AND DESTROY CERTAIN RECORDS AND DOCUMENTS**

David W. Carickhoff, chapter 7 trustee (the "Trustee") of the estate (the "Estate") of Mad Catz, Inc. (the "Debtor"), by and through his undersigned counsel, hereby moves this Court (the "Motion") for entry of an order, substantially in the form attached hereto, pursuant to sections 105 and 554 of Title 11 of the United States Bankruptcy Code (the "Bankruptcy Code") and Rule 6007 of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules") for approval to abandon and destroy certain of the Debtor's records and documents. In support of this Motion, the Trustee respectfully states as follows:

**JURISDICTION AND VENUE**

1.      The Court has jurisdiction over this matter under 28 U.S.C. § 1334.

2.      This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and the Court may enter a final order consistent with Article III of the United States Constitution. Pursuant to Local Rule 9013-1(f), the Trustee consents to entry of a final order by the Court in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

3. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

4. The predicates for the relief requested herein are sections 105 and 554 of the Bankruptcy Code and Bankruptcy Rule 6007.

## **BACKGROUND**

5. On March 30, 2017 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Court"), thereby commencing this chapter 7 bankruptcy case. Thereafter, the Trustee was appointed as chapter 7 trustee of the Estate pursuant to section 701(a) of the Bankruptcy Code.

6. Prior to ceasing operations, the Debtor was a global provider of interactive entertainment products, primarily in the gaming industry. The Debtor catered its products to gamers across multiple platforms including in-home gaming consoles, handheld gaming consoles, computers, smart phones, tablets, and other smart devices.

7. During the course of this chapter 7 case, the Trustee has, among other things, sold the Debtor's inventory and intellectual property, completed the pursuit of chapter 5 causes of action, and has made substantial progress in completing the claims reconciliation process.

8. It is the Trustee's belief that most (if not all) of the Debtor's remaining records and documents (the "Records") are old and otherwise unnecessary for the administration of the Estate.

**RELIEF REQUESTED**

9. By this Motion, the Trustee respectfully seeks this Court's approval to, at the Trustee's discretion, immediately abandon and destroy, recycle and/or dispose of any Records that the Trustee, in his discretion, determines are not necessary to the administration of the Estate.

**BASIS FOR RELIEF REQUESTED**

10. Section 554(a) of the Bankruptcy Code permits the Trustee to abandon any property that is "burdensome to the estate," or that is "of inconsequential value and benefit to the estate." 11 U.S.C. § 554(a). In addition, section 105(a) of the Bankruptcy Code provides that a bankruptcy court "may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of [the Bankruptcy Code]."

11. The Trustee has determined, in his business judgment, that the Records serve no benefit and have no value to the administration of the Estate. An expeditious abandonment and destruction of the Records will relieve the Trustee of the administrative burden (and potential expenses) associated with the Records.

**NOTICE**

12. Notice of the Motion has been given to the Office of the United States Trustee and all creditors who have requested notice in this case. The Trustee submits that no further notice need be given.

*Remainder of page intentionally left blank*

4

**WHEREFORE**, the Trustee respectfully requests entry of an order, in substantially the form attached hereto, granting the relief sought herein and such other relief as the Court deems just and appropriate under the circumstances.

Dated:  September 30, 2021　　　　　　　　　　**ARCHER & GREINER, P.C.**

　　　　　　　　　　　　　　　　　　　　　　　/s/ *Alan M. Root*
　　　　　　　　　　　　　　　　　　　　　　　Alan M. Root (No. 5427)
　　　　　　　　　　　　　　　　　　　　　　　300 Delaware Avenue, Suite 1100
　　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　　　Tel: (302) 777-4350
　　　　　　　　　　　　　　　　　　　　　　　Fax: (302) 777-4352
　　　　　　　　　　　　　　　　　　　　　　　E-mail: aroot@archerlaw.com

　　　　　　　　　　　　　　　　　　　　　　　*Counsel to the Ch. 7 Trustee*