# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> MAD CATZ, INC., <br>　　　　　　　　　　Debtor. | Chapter 7 <br><br> Case No. 17-10679 (LSS) <br><br> **Hearing Date: October 28, 2021 @ 11:00 a.m.** <br> **Objection Deadline: October 14, 2021 @ 4:00 p.m.** |

## NOTICE OF CHAPTER 7 TRUSTEE'S MOTION FOR APPROVAL TO ABANDON AND DESTROY CERTAIN RECORDS AND DOCUMENTS

PLEASE TAKE NOTICE that David W. Carickhoff, chapter 7 trustee (the "Trustee") of the estate of Mad Catz, Inc., has filed the *Chapter 7 Trustee's Motion for Approval to Abandon and Destroy Certain Records and Documents* (the "Motion").

PLEASE TAKE FURTHER NOTICE that any objections to Motion must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"), on or before **October 14, 2021 by 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline"). At the same time, you must also serve a copy of the response upon the undersigned counsel to the Trustee so that the response is received on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that if an objection is timely filed, a hearing on the Motion will be held on **October 28, 2021 at 11:00 a.m. (prevailing Eastern Time)** before the Honorable Laurie Selber Silverstein, Chief United States Bankruptcy Judge.

2

PLEASE TAKE FURTHER NOTICE that if no objection is timely filed in accordance with the procedures set forth above, the Bankruptcy Court may enter an order without further notice or hearing.

Dated: September 30, 2021

**ARCHER & GREINER, P.C.**

/s/ *Alan M. Root*
Alan M. Root (No. 5427)
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Tel: (302) 777-4350
Fax: (302) 777-4352
E-mail: aroot@archerlaw.com

*Counsel to the Ch. 7 Trustee*

222149317v1