**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| MAD CATZ, INC., | Case No. 17-10679 (LSS) |
| Debtor. | **Hearing Date: 10/28/21 @ 11:00 a.m.**<br>**Objection Deadline: 10/21/21 @ 4:00 p.m.** |

**NOTICE OF MOTION OF CHAPTER 7 TRUSTEE FOR AN ORDER APPROVING THE SALE OF CERTAIN ASSETS OF THE DEBTOR'S ESTATE FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §§ 105 AND 363 AND RELATED RELIEF**

**PLEASE TAKE NOTICE THAT** David W. Carickhoff, chapter 7 trustee ("Trustee") for the bankruptcy estate of the above captioned debtor, has filed the Motion Chapter 7 Trustee for an Order Approving the Sale of Certain Assets of the Debtor's Estate Free and Clear of Liens, Claims, Interests, and Encumbrances Pursuant to 11 U.S.C. §§ 105 and 363 and Related Relief ("Motion").

If you wish to respond to the Motion, you must do so in writing, and file your response with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801, on before **October 21, 2021 at 4:00 p.m. (ET)** ("Response Deadline"). At the same time, you must also serve a copy of your response upon Trustee's counsel and counsel to the proposed purchaser, Oak Point Partners, LLC, as follows:

| **Counsel to Trustee:** | **Proposed Purchaser:** |
|---|---|
| Alan M. Root (No. 5427)<br>Archer & Greiner, P.C.<br>300 Delaware Ave., Suite 1100<br>Wilmington, DE 19801<br>Telephone: (302) 777-4350<br>Email: aroot@archerlaw.com | Oak Point Partners, LLC<br>Attn: Janice A. Alwin, Esq.<br>SVP and General Counsel<br>Oak Point Partners, LLC<br>5215 Old Orchard Rd., Suite 1000<br>Skokie, IL 60077<br>Email: janice@oakpointpartners.com |

If any objections are filed, a hearing on the Motion will be held before the Honorable Laurie Selber Silverstein on **October 28, 2021 at 11:00 a.m. (ET)**. Due to ongoing restrictions related to COVID-19, it is currently anticipated that any such hearing will be held remotely via Zoom. Instructions for signing up for and participating in the hearing will be separately provided.

If you do not properly file and serve a response to the Motion by the Response Deadline above, the Court may grant the relief requested in the Motion without further notice or hearing.

| | |
|---|---|
| Dated: October 1, 2021 | **ARCHER & GREINER, P.C.**<br><br>*/s/ Alan M. Root*<br>Alan M. Root (No. 5427)<br>300 Delaware Ave., Suite 1100<br>Wilmington, DE 19801<br>Telephone: (302) 777-4350<br>Email: aroot@archerlaw.com<br><br>*Attorneys for the Chapter 7 Trustee* |

222165931v1