## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Mad Catz, Inc. | Case No. 17-10679 (LSS) |
| Debtor. | |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 45**

Humanscale Corporation hereby withdraws with prejudice proof of claim number 45 filed with the Court on or about August 16, 2017.

Dated: Oct. 4, 2021

**Humanscale Corporation**

By: /s/ Julia Kolibachuk

Name: Julia Kolibachuk

Title: Associate General Counsel

222185069v1