# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MAD CATZ, INC.,<br>　　　　　　　　　Debtor. | Chapter 7<br><br>Case No. 17-10679 (LSS) |

**CERTIFICATION OF COUNSEL REGARDING STIPULATION RESOLVING PROOFS OF CLAIM NO. 32 AND 33 FILED BY THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS**

The undersigned hereby certifies as follows:

1.　On March 30, 2017 (the "Petition Date"), Mad Catz Inc. (the "Debtor") filed with this Court a voluntary petition for relief under chapter 7 of the Bankruptcy Code. Thereafter, David W. Carickhoff (the "Trustee") was appointed as trustee of the Debtor's bankruptcy estate (the "Estate") pursuant to Bankruptcy Code section 701(a).

2.　On July 6, 2017, the Texas Comptroller of Public Accounts ("Claimant") filed proof of claim no. 32 in the Debtor's bankruptcy case asserting a priority tax claim pursuant to section 507(a)(8) of the Bankruptcy Code in the amount of $4,930.30 for unpaid franchise taxes (the "Franchise Tax Claim").

3.　Also on July 6, 2017, Claimant filed proof of claim no. 33 in the Debtor's bankruptcy case asserting a total claim of $62,741.31 associated with unpaid sales and use taxes (the "Sales & Use Tax Claim" and collectively with the Franchise Tax Claim, the "Proofs of Claim"). The Sales & Use Tax Claim asserts that: (i) $57,733.93 of the claim is entitled to priority status pursuant to section 507(a)(8) of the Bankruptcy Code and (ii) $5,007.38, constituting penalties for non-payment of the sales and use taxes, is entitled to general unsecured claim status.

4.      The Trustee has reviewed the Proofs of Claim and has asserted certain informal objections to the Proofs of Claim. The Trustee and Claimant have engaged in good faith discussions regarding the Proofs of Claim and, after further reconciliation, the Parties have agreed that the penalty portion of the Sales & Use Tax Claim should be subordinated to general unsecured claims pursuant to and in accordance with the provisions of section 726 of the Bankruptcy Code.

5.      The Trustee and Claimant have entered into a proposed stipulation which, subject to Court approval, will resolve the Proofs of Claim (the "Stipulation"). The Stipulation provides, in relevant part, that the Proofs of Claim shall be allowed as follows (collectively, the "Allowed Claims"):

   a. Proof of Claim No. 32:  will be allowed as a priority tax claim pursuant to section 507(a)(8) of the Bankruptcy Code in the amount of $4,930.30, for unpaid franchise taxes;

   b. Proof of Claim No. 33:  will be allowed as: (i) a priority tax claim pursuant to section 507(a)(8) of the Bankruptcy Code in the amount of $57,733.93, for unpaid sales and use taxes and (ii) a claim in the amount of $5,007.38, for penalties, which claim shall be subordinated to general unsecured claims pursuant to and in accordance with the provisions of section 726(a)(4) of the Bankruptcy Code.

6.      Other than the Allowed Claims, Claimant will have no other claims of any nature, amount or priority against the Debtor or the Estate and any such claims are expressly waived and released.

7.      Attached hereto as Exhibit A is a proposed form of Order approving the Stipulation (the "Proposed Order"). The Stipulation is attached as Exhibit 1 to the Proposed Order.

WHEREFORE, the Trustee respectfully requests the entry of the Proposed Order at the earliest convenience of the Court.

Dated: October 11, 2021

222230909v1

**ARCHER & GREINER, P.C.**

By: */s/ Alan M. Root*
Alan M. Root (No. 5427)
300 Delaware Ave., Suite 1100
Wilmington, DE 19801
(302) 777-4350
(302) 777-4352 (fax)
aroot@archerlaw.com

*Counsel to the Chapter 7 Trustee*