# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MAD CATZ, INC.,<br><br>　　　　　　　　　　Debtor. | Chapter 7<br><br>Case No. 17-10679 (KG)<br><br>Re: Docket No. 280 |

**CERTIFICATE OF NO OBJECTION REGARDING CHAPTER 7 TRUSTEE'S SECOND OMNIBUS OBJECTION TO CLAIMS PURSUANT TO 11 U.S.C. §§ 502(b) AND 726 AND FED. R. BANKR. P. 3001, 3002 AND 3007 AND LOCAL RULE 3007-1 [RECLASSIFY, LATE FILED, AND NO BACKUP CLAIMS]**

On September 21, 2021, David W. Carickhoff, the chapter 7 trustee (the "Trustee") of the estate of Mad Catz Inc., filed the *Chapter 7 Trustee's Second Omnibus Objection to Claims Pursuant to 11 U.S.C. §§ 502(b) and 726 and Fed. R. Bankr. P. 3001, 3002 and 3007 and Local Rule 3007-1 [Reclassify, Late Filed, and No Backup Claims]* [Dkt. No. 280] (the "Claim Objection").

Pursuant to the notice filed with the Claim Objection, responses to the Claim Objection were to be filed and served no later than October 11, 2021 at 4:00 p.m. The undersigned hereby certifies that, as of the date hereof, he has received no written answer, objection or other responsive pleading to the Claim Objection. The undersigned further certifies that he has caused the review of the Court's docket in this case and no answer, objection, or other responsive pleading to the Claim Objection thereon.

WHEREFORE, the Trustee respectfully requests that the Court enter the proposed Order in the form attached to the Claim Objection.

| | |
|---|---|
| Dated: October 12, 2021 | **ARCHER & GREINER, P.C.** |
| | /s/ *Alan M. Root* |
| | Alan M. Root (No. 5427) |
| | 300 Delaware Avenue, Suite 1100 |
| | Wilmington, DE 19801 |
| | Tel: (302) 777-4350 |
| | Fax: (302) 777-4352 |
| | E-mail: aroot@archerlaw.com |
| | *Counsel for the Chapter 7 Trustee* |

222242035v1