# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MAD CATZ, INC.,<br>                    Debtor. | Chapter 7<br><br>Case No. 17-10679 (LSS) |

## ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR APPROVAL TO ABANDON AND DESTROY CERTAIN RECORDS AND DOCUMENTS

Upon the *Chapter 7 Trustee's Motion for Approval to Abandon and Destroy Certain Records and Documents* (the "Motion")[1]; and it appearing that due and sufficient notice of the Motion has been given under the circumstances; and after due deliberation, and good and sufficient cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. The Trustee is hereby authorized, in his sole discretion and without further Court Order, to abandon and destroy any Records that the Trustee determines are not necessary to the administration of the Estate or are cost prohibitive to store. The Records shall be deemed abandoned as of the date of the Motion.

3. The Trustee and his agents are authorized to take all actions necessary to effect the relief granted without further order of this Court.

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Motion.

4.       This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

222108527v1

**Dated: October 20th, 2021**
**Wilmington, Delaware**

*[signature]*
**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

2