# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| MAD CATZ, INC., | Case No. 17-10679 (LSS) |
| Debtor. | **Re: Docket No. 287** |

## CERTIFICATE OF NO OBJECTION REGARDING MOTION OF CHAPTER 7 TRUSTEE FOR AN ORDER APPROVING THE SALE OF CERTAIN ASSETS OF THE DEBTOR'S ESTATE FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §§ 105 AND 363 AND RELATED RELIEF

On October 1, 2021, David W. Carickhoff, the chapter 7 trustee (the "Trustee") of the estate of Mad Catz Inc., filed the *Motion of Chapter 7 Trustee for an Order Approving the Sale of Certain Assets of the Debtor's Estate Free and Clear of Liens, Claims, Interests, and Encumbrances Pursuant to 11 U.S.C. §§ 105 and 363 and Related Relief* [Dkt. No. 287] (the "Motion").

Pursuant to the notice filed with the Motion, objections to the Motion were to be filed and served no later than October 21, 2021 at 4:00 p.m. The undersigned hereby certifies that, as of the date hereof, he has received no written answer, objection or other responsive pleading to the Motion. The undersigned further certifies that he has caused the review of the Court's docket in this case and no answer, objection, or other responsive pleading to the Motion appears thereon.

2

WHEREFORE, the Trustee respectfully requests that the Court enter the proposed Order in the form attached to the Motion.

| | |
|---|---|
| Dated:  October 22, 2021 | **ARCHER & GREINER, P.C.** |
| | /s/ *Alan M. Root* |
| | Alan M. Root (No. 5427) |
| | 300 Delaware Avenue, Suite 1100 |
| | Wilmington, DE 19801 |
| | Tel: (302) 777-4350 |
| | Fax: (302) 777-4352 |
| | E-mail: aroot@archerlaw.com |
| | |
| | *Counsel for the Chapter 7 Trustee* |

222307225v1