# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| MAD CATZ, INC., | Case No. 17-10679 (LSS) |
| Debtor. | |

**NOTICE OF MATTERS SCHEDULED FOR HEARING ON**
**OCTOBER 28, 2021 AT 11:00 A.M. (EASTERN TIME)**

---

**This remote hearing will be conducted entirely over Zoom and requires all participants to register in advance. Please register by October 28 at 8:00 a.m. After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**
**COURTCALL WILL NOT BE USED FOR THIS HEARING.**

**Please use the following link to register for this hearing:**

Topic: Mad Catz, Inc. – Case No. 17-10679 (LSS)
Time: October 28, 2021 at 11:00 AM Eastern Time (US and Canada)

Registration Link:
https://debuscourts.zoomgov.com/meeting/register/vJIscOCupzouGH_s8gJIecbQwZ_5jtqtWyE

---

**UNCONTESTED MATTERS FOR WHICH AN ORDER HAS BEEN ENTERED**

1. Chapter 7 Trustee's Motion for Approval to Abandon and Destroy Certain Records and Documents (filed September 30, 2021) [Dkt. No. 286]

    Response Deadline:   October 14, 2021

    Response Received:   None

    Related Documents:

    a. Certificate of No Objection (filed on October 15, 2021) [Dkt. No. 293]

   b. Order Granting Chapter 7 Trustee's Motion for Approval to Abandon and Destroy Certain Records and Documents (entered on October 20, 2021) [Dkt. No. 294]

 Status:  An Order has been entered. Accordingly, no hearing on this matter is necessary.

**UNCONTESTED MATTERS WITH A CERTIFICATE OF NO OBJECTION**

2. Motion of Chapter 7 Trustee for an Order Approving the Sale of Certain Assets of the Debtor's Estate Free and Clear of Liens, Claims, Interests, and Encumbrances Pursuant to 11 U.S.C. §§ 105 and 363 and Related Relief (filed October 1, 2021) [Dkt. No. 287]

 Response Deadline: October 14, 2021

 Response Received: None

 Related Documents:

   a. Certificate of No Objection (filed on October 15, 2021) [Dkt. No. 295]

 Status: A Certificate of No Objection has been filed.  This matter will only go forward in the Court's discretion.

**MATTERS GOING FORWARD**

3. Chapter 7 Trustee's Second Omnibus Objection to Claims Pursuant to 11 U.S.C. §§ 502(b) and 726 and Fed. R. Bankr. P. 3001, 3002 and 3007 and Local Rule 3007-1 [Reclassify, Late Filed, and No Backup Claims] (filed September 21, 2021) [Dkt. No. 280]

 Response Deadline: October 11, 2021

 Response Received: None

 Related Documents:

   a. Certificate of No Objection (filed on October 12, 2021) [Dkt. No. 291]

 Status:  This matter is going forward at the direction of the Court.  A binder with the Objection and the claims subject thereto has previously been delivered to Chambers.

Dated: October 26, 2021

**ARCHER & GREINER, P.C.**

/s/ *Alan M. Root*
Alan M. Root (No. 5427)
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Tel: (302) 777-4350
Fax: (302) 777-4352
aroot@archerlaw.com

*Counsel for the Chapter 7 Trustee*

222320992v1