**EXHIBIT A**

(Reclassify Claims)

| Claimant Name | Claim No. | Claim Amount | Claim Classification | Modified Classification | Reason for Reclassification |
|---|---|---|---|---|---|
| Choi, Min Sung | 2 | $199.99 | Secured | General Unsecured | No basis for a secured claim. Modify to reflect general unsecured status. |
| Integrated Mac Solutions | 37 | $332.50 | Section 507(a)(4) Priority Claim | General Unsecured | No basis for a section 507(a)(4) priority claim. Claim is for services provided by a third-party company and more than 180 days prior to the Petition Date. Modify to reflect general unsecured status. |