**EXHIBIT B**

(Late Filed Claims)

| Claimant Name | Claim No. | Date Claim Filed | Claim Amount | Proposed Action | Reason for Proposed Action |
|---|---|---|---|---|---|
| Mode Transportation, LLC | 50 | 10/23/17 | $254,673.72 | Subordinate pursuant to section 726(a)(3) | Claim filed after the August 24, 2017 Bar Date. |
| Samsung Electronics Co. Ltd. | 52 | 12/11/18 | $2,990.11 | Subordinate pursuant to section 726(a)(3) | Claim filed after the August 24, 2017 Bar Date. |
| Tyco Integrated Security, LLC | 51 | 5/16/18 | $2,150.47 | Subordinate pursuant to section 726(a)(3) | Claim filed after the August 24, 2017 Bar Date. |

222047425v1