**EXHIBIT C**

(No Backup Claim)

| Claimant Name | Claim No. | Claim Amount | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|
| Durham Jones & Pinegar | 43 | $6,100.50 | $5,063.00 | No backup to support claim. Claim should be reduced to amount set forth in Debtor's schedules of assets and liabilities ($5,063.00) |

2