TO USBC Wilmington Delaware

Case Name: MadCatz

Case Number: 17-10679

FILED
2021 NOV -3 AM 8: 53
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

From Kenneth Johnson

Subject: Change of Address

Please change my claim address and phone number:

Phone number is 659-206-0709

Old Address I believe is either

2091 Minto Dr

San Jose, CA 95132

Or

373 River Oaks Cir

Apt 301

San Jose, CA 95134

New Address is:

406 Ridgecrest Trl

Oneonta, AL 35121

Thank You, Sincerely

Kenneth Johnson