# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| MAD CATZ, INC., | Case No. 17-10679 (KG) |
| Debtor. | |

**SUPPLEMENTAL DECLARATION OF ALAN M. ROOT IN SUPPORT OF THE APPLICATION OF THE CHAPTER 7 TRUSTEE FOR AN ORDER AUTHORIZING RETENTION OF ARCHER & GREINER, P.C. AS COUNSEL TO THE CHAPTER 7 TRUSTEE *NUNC PRO TUNC* TO MARCH 31, 2017**

I, Alan M. Root, do hereby declare as follows:

1. I am a partner with the law firm of Archer & Greiner, PC ("A&G" or the "Firm"), which maintains an office for the practice of law at, among other places, 300 Delaware Avenue, Suite 1100, Wilmington, DE 19801.

2. I submit this declaration (the "Supplemental Declaration") to supplement the declaration(s) previously submitted on behalf of A&G in support of the engagement of A&G as counsel to David W. Carickhoff, the Chapter 7 Trustee (the "Trustee"), in the above-captioned case (the "Chapter 7 Case") and to provide disclosures regarding changes in A&G's hourly rates.

3. As described in the *Application of the Chapter 7 Trustee for an Order Authorizing Retention of Archer & Greiner, P.C. as Counsel to the Chapter 7 Trustee Nunc Pro Tunc to March 31, 2017* [Docket No. 15] (the "Retention Application"), A&G's hourly billing rates are subject to periodic review and adjustments to reflect, among other things, changes in responsibilities and increased experience. A&G last increased its hourly rates in October of 2020, and determined that it needed to increase its hourly rates in order to adjust for certain changes in economic conditions and increased operating costs. The Retention Application was

approved by the Court's Order entered on May 31, 2017 [Docket No. 45] (the "Retention Order"). Pursuant to the Retention Application and Retention Order, A&G is to provide notice to the Court in connection with any increase of A&G's hourly billing rates.

4. A&G has increased the hourly rates of all A&G's professionals working in its offices with respect to all matters.[1] The hourly rates of professionals, including those involved with representation of the Chapter 7 Trustee, have been increased as follows:

| Professional Type and Level | Old Hourly Rate | New Hourly Rate |
|---|---|---|
| Stephen M. Packman – Shareholder | $665.00 | $685.00 |
| David W. Carickhoff – Partner | $625.00 | $645.00 |
| Alan M. Root – Partner | $490.00 | $505.00 |
| Douglas G. Leney – Partner | $440.00 | $455.00 |
| Bryan J. Hall – Of Counsel | $450.00 | $465.00 |
| Christian E. Hansen - Paralegal | $220.00 | $225.00 |
| Roseanne E. DellAversano – Paralegal | $165.00 | $170.00 |

5. The new hourly rates for professionals to be charged by A&G are reasonable based upon the customary compensation charged by A&G and comparably skilled professionals at other firms in cases and matters other than in cases under the Bankruptcy Code. A&G has carefully considered this rate increase, as well as the rate increases of other law firms providing similar services.

6. A&G has notified the Chapter 7 Trustee of the hourly rate increases disclosed in this Supplemental Declaration.

---

[1] The rate increase went into effect on October 1, 2021.

7. The foregoing constitutes the Supplemental Declaration of A&G pursuant to the Retention Order.

Dated: February 2, 2022

By:   */s/ Alan M. Root*
Alan M. Root (#5427)
ARCHER & GREINER, P.C.
300 Delaware Ave., Suite 1100
Wilmington, DE 19801
(302) 777-4350
(302) 777-4352 (fax)
aroot@archerlaw.com

*Counsel to David W. Carickhoff,
Chapter 7 Trustee*

222237499v1