**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| Mad Catz, Inc., | : | Case No. 17-10679 (LSS) |
| | : | |
| Debtor. | : | Hearing Date: To be heard with TFR |
| | : | Objection Deadline: TBD |

**SEVENTH AND FINAL APPLICATION OF GIULIANO MILLER AND COMPANY, LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS ACCOUNTANTS AND FINANCIAL ADVISORS TO THE TRUSTEE FOR THE PERIOD (I) APRIL 1, 2020 THROUGH FEBRUARY 10, 2022 AND (II) THE FINAL PERIOD APRIL 8, 2017 THROUGH FEBRUARY 10, 2022**

| | |
|---|---|
| Name of Applicant: | Giuliano Miller and Company, LLC. |
| Authorized to Provide Professional Services to: | David W. Carickhoff, Chapter 7 Trustee |
| Date of Retention: | May 31, 2017, *nunc pro tunc* to April 8, 2017 |
| Period for which compensation and reimbursement is sought: | April 1, 2020 through February 10, 2022 |
| Amount of Compensation sought as actual, reasonable and necessary for the Interim Period: | $ 25,249.50 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary for the Interim Period: | $ 129.32 |
| Final period for which compensation and reimbursement is sought: | April 8, 2017 through February 10, 2022 |
| Amount of Compensation sought as actual, reasonable and necessary for the Final Period: | $ 318,841.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary for the Final Period: | $ 7,374.72 |

1

This is a:___ interim                        __X_ Final application

*Fees for application preparation total $16,440.00, or 5% of total fees (no fees were charged for preparation of this fee application).*

Prior Applications:

|  |  | REQUESTED: |  | APPROVED: |  |
|---|---|---|---|---|---|
| **Date Filed:** | **Period Covered:** | **Fees:** | **Expenses:** | **Fees:** | **Expenses:** |
| 08/04/17 | 04/08/17-06/30/17 | $114,662.00 | $6,323.98 | $114,662.00 | $6,323.98 |
| 03/06/18 | 07/01/17-12/31/17 | $ 48,025.00 | $ 262.70 | $ 48,025.00 | $ 262.70 |
| 08/14/18 | 01/1/18-07/31/18 | $ 45,740.00 | $ 270.42 | $ 45,740.00 | $ 270.42 |
| 04/08/19 | 8/1/2018-02/28/19 | $ 27,005.50 | $ 139.30 | $ 27,005.50 | $ 139.30 |
| 08/15/19 | 03/01/19-07/31/19 | $ 27,283.50 | $ 119.80 | $ 27,283.00 | $ 119.80 |
| 04/27/20 | 08/01/19-03/31/20 | $ 30,875.50 | $ 129.20 | $ 30,875.50 | $ 129.20 |

**ATTACHMENT B – LOCAL FORM 102/RULE 2016-2**
**COMPENSATION BY PROFESSIONAL FOR THE PERIOD**
**APRIL 1, 2020 THROUGH FEBRUARY 10, 2022**

| Name of Professional | Position of Applicant/ Certifications | BS/BA Degree | Total Hours Billed | Hourly Rate ($) | Gross Amount ($) | Adjustment ($) | Net Amount ($) |
|---|---|---|---|---|---|---|---|
| Alfred T. Giuliano | Member CPA, CIRA, CFE, CDBV | 1978 | 1.2 | 675 | 834.00 | 0.00 | 834.00 |
|  |  |  | 0.2 | 725 | 145.00 | 0.00 | 145.00 |
| Donna M. Miller | Manager CPA/CFF, CIRA, MBA, CDBV | 1980 | 3.6 | 520 | 1,872.00 | 0.00 | 1,872.00 |
|  |  |  | 0.8 | 545 | 436.00 | 0.00 | 436.00 |
|  |  |  | 1.4 | 575 | 805.00 | 0.00 | 805.00 |
| Robert L. Edwards | Manager CIRA | 1980 | 0.2 | 495 | 99.00 | 0.00 | 99.00 |
|  |  |  | 19.3 | 520 | 10,036.00 | 0.00 | 10,036.00 |
| Michael G. Infanti | Senior Staff CPA, CFE, CIRA, CDBV | 2003 | 1.8 | 450 | 810.00 | 0.00 | 810.00 |
|  |  |  | 11.5 | 475 | 5,462.50 | 0.00 | 5,462.50 |
|  |  |  | 5.0 | 500 | 2,500.00 | 0.00 | 2,500.00 |
| Bradley T. Giuliano | Staff MBA, CIRA | 2011 | 1.5 | 350 | 525.00 | 0.00 | 525.00 |
|  |  |  | 3.8 | 375 | 1,425.00 | 0.00 | 1,425.00 |
| Theresa A. Campbell | Paraprofessional | n/a | 0.6 | 240 | 144.00 | 0.00 | 144.00 |
|  |  |  | 0.6 | 260 | 156.00 | 0.00 | 156.00 |
| **TOTAL:** |  | - | **51.5** | - | **$25,249.50** | **$0.00** | **$25,249.50** |

## ATTACHMENT B – LOCAL FORM 102/RULE 2016-2
## COMPENSATION BY PROJECT CATEGORY FOR THE PERIOD
## <u>APRIL 1, 2020 THROUGH FEBRUARY 10, 2022</u>

| | PROJECT CATEGORY | TOTAL HOURS | GROSS FEES ($) | ADJUST. ($) | NET FEES ($) |
|---|---|---|---|---|---|
| 1. | **Case Background & Administration –** Review of petition, docket, and other case background information. | 1.4 | 793.50 | 0.00 | 793.50 |
| 2. | **Reconcile & Analysis of Claims –** Analyze claims and claims requiring an accounting. | 21.3 | 10,453.50 | 0.00 | 10,453.50 |
| 3. | **Fee Applications –** Prepare firm's employment and fee applications and motions to employ. | 3.5 | 1,820.00 | 0.00 | 1,820.00 |
| 4. | **Accounting –** Perform general accounting and financial analysis of Debtor's assets and liabilities. | 3.3 | 1,603.50 | 0.00 | 1,603.50 |
| 5. | **Tax Preparation and Services –** Review and respond to various tax notices (including income, payroll, sales and use), preparing and filing returns when necessary. | 21.0 | 10,204.00 | 0.00 | 10,204.00 |
| 6. | **Due Diligence -** Provide accounting support in sale processes. | 1.0 | 375.00 | 0.00 | 375.00 |
| | **Total:** | **51.5** | **$25,249.50** | **$0.00** | **$25,249.50** |

**ATTACHMENT B - LOCAL FORM 102/RULE 2016-2**
**EXPENSE SUMMARY FOR THE PERIOD**
**APRIL 1, 2020 THROUGH FEBRUARY 10, 2022**

| EXPENSE CATEGORY | SERVICE PROVIDER/ DESCRIPTION | TOTAL EXPENSES ($) |
|---|---|---:|
| In-house Copying | 994 copies @ $.10 each | 99.40 |
| Outside Service | FedEx | 29.92 |
| **Grand Total:** | | **$129.32** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| Mad Catz, Inc., | : | Case No. 17-10679 (LSS) |
| | : | |
| Debtor. | : | **Hearing Date: To be heard with TFR** |
| | : | **Objection Deadline: TBD** |

**SEVENTH AND FINAL APPLICATION OF GIULIANO MILLER AND COMPANY, LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS ACCOUNTANTS AND FINANCIAL ADVISORS TO THE TRUSTEE FOR THE PERIOD (I) APRIL 1, 2020 THROUGH FEBRUARY 10, 2022 AND (II) THE FINAL PERIOD APRIL 8, 2017 THROUGH FEBRUARY 10, 2022**

Pursuant to Sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Del. Bankr. LR 2016 - 2, Giuliano Miller and Company, LLC ("GMCO") files this Application for an Order Granting Seventh and Final Compensation and Reimbursement of Expenses (the "Application") for services rendered as accountants and financial advisors for David W. Carickhoff, the Chapter 7 Trustee (the "Trustee") for the Period (I) April 1, 2020 through February 10, 2022 ("Interim Period") and (II) the Final Period April 8, 2017 through February 10, 2022 ("Final Period"), in support thereof states:

**Jurisdiction**

This Court has jurisdiction to hear this matter pursuant to 28 U.S.C. §§ 157 and 1334. The statutory bases for the relief sought herein are 11 U.S.C.§§ 328, 330 and 331, Bankruptcy Rule 2016.

**Background**

1.      On March 30, 2017, (the "Petition Date"), Mad Catz, Inc. (the "Debtor") filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Court").

2.      On March 31, 2017, the United States Trustee for Region Three appointed David W. Carickhoff as the Chapter 7 Trustee (the "Trustee"). The Trustee has accepted this appointment, has qualified and is acting in that capacity.

3.      On May 2, 2017, the Trustee filed with the Court an Application for Order Authorizing the Employment of and Retention of Giuliano Miller and Company, LLC ("GMCO") to serve as accountants and financial advisors for the Trustee [Docket No. 18]. On May 31, 2017, this Court signed an Order approving employment of GMCO as accountants and financial advisors (the "Retention Order") *nunc pro tunc* to April 8, 2017 (Docket No. 44). The Retention Order authorizes GMCO to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses it incurred.

4.      At all relevant times, GMCO has been a disinterested person as that term is defined in Section 101(14) of the Bankruptcy Code and has not represented nor held any interest adverse to the estate.

5.      Except as noted above, no payments have heretofore been made or promised to GMCO for services rendered or to be rendered in any capacity whatsoever in connection with this case. There is no agreement or understanding between GMCO and any other person other than among the members of GMCO for the sharing of compensation to be received for services rendered in this case.

6. The employees of GMCO who have rendered professional services in the case during the Interim Period are included in **Attachment B** of this Application, which form is included directly behind the cover sheet of this Application. In conformance with the employment application, the terms of GMCO's employment are as follows: GMCO charges accounting fees on an hourly basis at its normal and customary hourly rates, which are set in accordance with each accountant's position, seniority and expertise. For each professional, years of professional experience, hourly rate and total hours of service rendered are detailed in **Attachment B** of this Application.

7. During the Interim Period, GMCO provided accounting services to the Trustee in connection with the estate of the Debtor. The services performed by GMCO during the Interim Period on behalf of the Trustee include, without limitation, the following:

  a. Continued to assist the Trustee with claim related matters that required analysis for offsets and intercompany pricing and supporting documentation, including the MCIA claim.

  b. Analyzed and summarized the accounting transactions for years 2019 through 2021 and prepared adjusting journal entries and tax trials balances.

  c. Prepared the federal Income tax return Form 1120 for the years ending March 31, 2019 through March 31, 2021 (three years).

  d. All returns were subject to technical review.

  e. Prepared the 6th interim and the 7th and final fee applications. (Note: No fees were charged for preparation of this fee application).

8. The nature of the work performed by these persons is fully detailed in the billing entries kept by each accountant and paraprofessional. The detailed billing entries are attached

hereto and made a part hereof as Exhibit "A". In accordance with Local Rule 2016-2, a summary and breakdown by project category of the services performed is set forth in **Attachment B** located directly behind the coversheet of this application. The fees for travel time, if any, have been reduced by one-half in accordance with Local Rule 2016-2, and this adjustment, if any, is reflected in the net fees on **Attachment B**.

9. Applicant charged its normal hourly rates for work of this type. The reasonable value of the services rendered by the GMCO to the Trustee during the Interim Period is $25,249.50.

10. In accordance with Local Rule 2016-2, a summary of actual and necessary expenses incurred by GMCO for the Application Period is also set forth in **Attachment B**. GMCO adjusted the copying costs to comport with the Court's allowance of $.10 per page.

11. In accordance with Local Rule 2016-2, GMCO certifies that this application complies with the Local Rules. See Affidavit of Donna M. Miller attached hereto as **Exhibit B.**

### Relief Requested

12. GMCO seeks an allowance and payment of $25,249.50 in fees and reimbursement of $129.32 in actual expenses for the Interim Period. GMCO also seeks final approval of fees and expenses previously approved by the Court on an interim basis as shown above in the Fee Application History. Together for the Final Period, GMCO seeks approval of all fees totaling $318,841.00 and reimbursement of expenses totaling $7,374.72.

13. Pursuant to Section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by GMCO for its accounting fees and costs is fair and reasonable given (a) the complexity of the case; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the costs of comparable services other than in a

case under this title. See 11 U.S.C. § 330. Furthermore, the request for reimbursement of expenses is for actual disbursements made by GMCO.

14.     The Court is authorized to award compensation and allow an interim distribution of the compensation pursuant to 11 U.S.C. § 331.

**WHEREFORE**, GMCO respectfully requests that the Court enter the Order submitted herewith granting GMCO, for the Interim Period an allowance of $25,249.50 as compensation for actual and necessary accounting services rendered, and $129.32 for reimbursement of actual expenses for a total of $25,378.82, and that sum be authorized for payment, as well as granting final approval of GMCO's final fees in the sum of $318,841.00 and reimbursement of expenses in the sum of $7,374.72 for a total of $326,215.72, and grant such other and further relief as this Court may deem just and proper.

                                       **GIULIANO MILLER AND COMPANY, LLC**

                                       By:   */s/ Donna M. Miller*
                                             Donna M. Miller, CPA

Dated:  February 14, 2022           Accountants and Financial Advisors for David W. Carickhoff, Chapter 7 Trustee for the estate of Mad Catz, Inc.

223459291v1