|  |  |
|---|---|
| Dan McAllister<br>San Diego County Tax Collector<br>1600 Pacific Highway, Room 162<br>San Diego, CA 92101 | FILED<br>2022 FEB 16  AM 9: 19<br>CLERK<br>US BANKRUPTCY COURT<br>DISTRICT OF DELAWARE |
| **UNITED STATES BANKRUPTCY COURT**<br>District of Delaware<br>824 Market Street, 3rd Floor<br>Wilmington, DE 19801 | |
| In Re:<br><br>Mad Catz, Inc.<br>10680 Treena Street<br>Suite No. 500<br>San Diego, CA 92131<br>SAN DIEGO-CA | BANKRUPTCY NO.: 17-10679 |

## NOTICE OF WITHDRAWAL OF CLAIM BY SECURED CREDITOR COUNTY OF SAN DIEGO, CALIFORNIA

**YOU ARE HEREBY NOTIFIED** that Dan McAllister, San Diego County Treasurer-Tax Collector, submits a WITHDRAWAL OF CLAIM. Claim NO. 54, filed on 01/04/2022 for bill numbers, 18-073456, 19-072876, 20-070044, 21-066764, has been satisfied.

Dated: 02/08/2022

/s/   Edward King
_____
Edward King (Senior Treasurer-Tax Collector Specialist)

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and am employed in the County of San Diego. I am over the age of eighteen years, and not a party to the within action; my business address is 1600 Pacific Highway, Room 162, San Diego, CA 92101.

On February 8, 2022, I served the within REQUEST FOR SPECIAL NOTICE BY SECURED CREDITOR SAN DIEGO COUNTY TREASURER-TAX COLLECTOR on the interested parties in said action by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed to those parties indicated below:

Matthew Barry Lunn
Young, Conaway, Stargatt & Taylor LLP
1000 North King Street
Wilmington, DE 19801

David W. Carickhoff
Archer & Greiner, P.C.
300 Delaware Ave, Suite 1100
Wilmington, DE 19801

United States Bankruptcy Court
District of Delaware (Delaware)
824 Market Street, 3rd Floor
Wilmington, DE 19801

☒ **BY REGULAR MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on the same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☐ **BY FACSIMILE TRANSMISSION:** I transmitted the above listed documents to those parties indicated on the attached service list at the fax numbers so indicated. I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

I, Edward King, declare that I am employed in the office at whose direction this mailing is made. Executed on February 8, 2022, in San Diego, California.

_____
Edward King (SR. TTC Specialist)