**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MAD CATZ, INC.<br><br>　　　　　　　　　　Debtor. | Chapter 7<br><br>Case No. 17-10679 (LSS) |

**REPORT OF SALE OF CERTAIN ASSETS OF THE DEBTOR TO DEVICE EXPERT INC.**

David W. Carickhoff, chapter 7 trustee (the "Trustee") for the estate (the "Estate") of the above-captioned debtor (the "Debtor"), reports, in accordance with Federal Rule of Bankruptcy Procedure 6004(f), that on June 21, 2017, the Court entered the *Order Pursuant to 11 U.S.C. §§ 105(a), 363, and 365 and Federal Rules of Bankruptcy Procedure 2002, 6004, 6006 and 9014 (I) Approving the Sale of Certain of the Debtor's Assets to Device Expert Inc. (II) Authorizing Consummation of a Sale Transaction; and (III) Granting Related Relief* (the "Sale Order") [Dkt. No. 72].

The Trustee further reports that on June 26, 2017 (the "Closing Date"), the Trustee closed and consummated the sale approved by the Sale Order, and pursuant to an Asset Purchase Agreement executed by and between the Trustee as the seller and Device Expert Inc. ("Device Expert") as the buyer on June 19, 2017 (the "Asset Purchase Agreement"). On the Closing Date, pursuant to the Asset Purchase Agreement, the Trustee conveyed to Device Expert all of the Debtor's rights, title, and interests in the Debtors' intellectual property, including patents, copyrights, trademarks, and domain names (the "Acquired Assets"). The Purchase Price paid by Device Expert for the Acquired Assets was $510,000.00 in cash.

|  |  |
|---|---|
| Date: March 1, 2022 | **ARCHER & GREINER, P.C.**<br><br>*/s/ Alan M. Root*<br>Alan M. Root (No. 5427)<br>300 Delaware Avenue, Suite 1100<br>Wilmington, Delaware 19801<br>Phone: (302) 777-4350<br>E-mail: aroot@archerlaw.com<br><br>*Attorneys to the Chapter 7 Trustee* |

216217724v1