**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MAD CATZ, INC.<br><br>                  Debtor. | Chapter 7<br><br>Case No. 17-10679 (LSS) |

**REPORT OF SALE OF CERTAIN ASSETS OF THE DEBTOR TO CLICK ENTERTAINMENT LTD**

David W. Carickhoff, chapter 7 trustee (the "Trustee") for the estate (the "Estate") of the above-captioned debtor (the "Debtor"), reports, in accordance with Federal Rule of Bankruptcy Procedure 6004(f), that on June 21, 2017, the Court entered the *Order Pursuant to 11 U.S.C. §§ 105(a), 363, and 365 and Federal Rules of Bankruptcy Procedure 2002, 6004, 6006 and 9014 (I) Approving the Sale of the Certain of the Debtor's Assets to Click Entertainment LTD (II) Authorizing Consummation of a Sale Transaction and (III) Granting Related Relief* (the "Sale Order") [Dkt. No. 71].

The Trustee further reports that on July 5, 2017 (the "Closing Date"), the Trustee closed and consummated the sale approved by the Sale Order, and pursuant to an Asset Purchase Agreement executed by and between the Trustee as the seller and Click Entertainment LTD ("Click Entertainment") as the buyer on June 19, 2017 (as subsequently amended, the "Asset Purchase Agreement").[1]  On the Closing Date, pursuant to the Asset Purchase Agreement, the Trustee conveyed to Click Entertainment all of the Debtor's rights, title, and interests in the Debtor's Cross Dock Inventory as set forth on Schedule 1.01 of the Asset Purchase Agreement (the "Acquired

---

[1] On July 3, 2017, the Trustee and Click Entertainment entered into an amendment to the Asset Purchase Agreement (the "Amendment").  The Amendment is filed at Docket No. 76.

Assets"). The Purchase Price paid by Click Entertainment for the Acquired Assets, after the purchase price adjustment reflected in the Amendment, was $2,652,817.62 in cash.

| Date: March 1, 2022 | **ARCHER & GREINER, P.C.** |
|---|---|
| | */s/ Alan M. Root* <br> Alan M. Root (No. 5427) <br> 300 Delaware Avenue, Suite 1100 <br> Wilmington, Delaware 19801 <br> Phone: (302) 777-4350 <br> E-mail: aroot@archerlaw.com <br><br> *Attorneys to the Chapter 7 Trustee* |

223573472v1