IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MAD CATZ, INC.<br><br>                          Debtor. | Chapter 7<br><br>Case No. 17-10679 (LSS) |

**REPORT OF SALE OF CERTAIN ASSETS OF THE DEBTOR TO FISCHER AUCTION CO. INC**

David W. Carickhoff, chapter 7 trustee (the "Trustee") for the estate (the "Estate") of the above-captioned debtor (the "Debtor"), reports, in accordance with Federal Rule of Bankruptcy Procedure 6004(f), that on August 7, 2017, the Court entered the *Order Pursuant to 11 U.S.C. §§ 105(a) and 363 and Federal Rules of Bankruptcy Procedure 2002 and 6004 (I) Approving the Sale of the Certain of the Debtor's Assets to Fischer Auction Co. Inc (II) Authorizing Consummation of a Sale Transaction and (III) Granting Related Relief* (the "Sale Order") [Dkt. No. 91].

The Trustee further reports that on August 7, 2017 (the "Closing Date"), the Trustee closed and consummated the sale approved by the Sale Order. On the Closing Date, the Trustee conveyed to Fischer Auction all of the Debtor's rights, title, and interests in the Debtor's personal property remaining at the Debtor's former leased premises at 10680 Treena Street, San Diego, California, with the exception of any copiers, postage meters and cable boxes (the "Acquired Assets").[1] The Purchase Price paid by Fischer Auction for the Acquired Assets was $2,000.00.

---

[1] A fully executed bill of sale, which includes a non-exclusive list of the Acquired Assets was filed by the Trustee at Docket No. 154.

Date: March 1, 2022                                       **ARCHER & GREINER, P.C.**

*/s/ Alan M. Root*
Alan M. Root (No. 5427)
300 Delaware Avenue, Suite 1100
Wilmington, Delaware 19801
Phone: (302) 777-4350
E-mail: aroot@archerlaw.com

*Attorneys to the Chapter 7 Trustee*

223574922v1