**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MAD CATZ, INC.<br><br>                      Debtor. | Chapter 7<br><br>Case No. 17-10679 (LSS) |

**REPORT OF SALE OF CERTAIN ASSETS OF THE DEBTOR TO OAK POINT PARTNERS, LLC**

David W. Carickhoff, chapter 7 trustee (the "Trustee") for the estate (the "Estate") of the above-captioned debtor (the "Debtor"), reports, in accordance with Federal Rule of Bankruptcy Procedure 6004(f), that on October 26, 2021, the Court entered the *Order Granting Motion of Chapter 7 Trustee for an Order Approving the Sale of Certain Assets of the Debtor's Estate Free and Clear of Liens, Claims, Interests, and Encumbrances Pursuant to 11 U.S.C. §§ 105 and 363 and Related Relief* (the "Sale Order") [Dkt. No. 297].

The Trustee further reports that on October 27, 2021 (the "Closing Date"), the Trustee closed and consummated the sale approved by the Sale Order, and pursuant to an Asset Purchase Agreement executed by and between the Trustee as the seller and Oak Point Partners, LLC ("Oak Point") as the buyer on October 1, 2021 (the "Asset Purchase Agreement"). On the Closing Date, pursuant to the Asset Purchase Agreement, the Trustee conveyed to Oak Point all of the Debtor's rights, title, and interests in Remnant Assets (as defined in the Asset Purchase Agreement).

Remnant Assets include remaining property of the Estate consisting of known or unknown assets or claims which have not been previously sold, assigned, or transferred. Remnant Assets specifically do not include : (a) cash held at the time of the execution of the Asset Purchase Agreement in the Trustee's fiduciary bank account(s) for the Debtor's case and all interest that

may accrue thereon; provided, however, that any cash that may be deposited in such bank account(s) after the date of the Asset Purchase Agreement (other than as described in subsections (b), (c) and (d) of this paragraph) shall be Remnant Assets; (b) any returned or undeliverable creditor claim distribution checks pursuant to 11 U.S.C. § 347; (c) any and all Goods of the Debtor or proceeds thereof; and (d) the Purchase Price to be delivered pursuant to the Asset Purchase Agreement.

The Purchase Price paid by Oak Point for the Remnant Assets was $6,000.00.

| | |
|---|---|
| Date: March 1, 2022 | **ARCHER & GREINER, P.C.** |
| | */s/ Alan M. Root* |
| | Alan M. Root (No. 5427) |
| | 300 Delaware Avenue, Suite 1100 |
| | Wilmington, Delaware 19801 |
| | Phone: (302) 777-4350 |
| | E-mail: aroot@archerlaw.com |
| | |
| | *Attorneys to the Chapter 7 Trustee* |

223575175v1