# EXHIBIT A

## SUMMARY OF ARCHER & GREINER FEES
## MAY 15, 2018 TO DECEMBER 31, 2019

| NAME OF PROFESSIONAL | POSITION, YEAR ASSUMED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Matthew Barrack | Law Clerk. | $85.00 | 26.5 | $2,252.50 |
| Christian E. Hansen | Paralegal. Joined the firm in 2018. | $195.00<br>$205.00<br>$215.00 | 16.6<br>24.6<br>1.8 | $3,237.00<br>$5,043.00<br>$387.00 |
| Lance A. Schildkraut | Associate in Bankruptcy and Restructuring Group. Admitted in New York and New Jersey in 1998. Joined firm in 2018. | $250.00 | 4.1 | $1,025.00 |
| S. Alexander Faris | Former Associate in Bankruptcy and Restructuring Group. Admitted in Delaware in 2016. Joined firm in 2017. Left firm in 2019. | $265.00<br>$285.00 | 1.8<br>33.4 | $477.00<br>$9,519.00 |
| Alan M. Root | Partner in Bankruptcy and Restructuring Group. Admitted in Delaware in 2010. Joined firm in 2016. | $430.00<br>$450.00<br>$475.00 | 7.5<br>30.1<br>1.5 | $3,225.00<br>$13,545.00<br>$712.50 |
| Jeffrey M. Traurig | Former Partner in Bankruptcy and Restructuring Group. Admitted in New York and New Jersey in 1997. Left firm in 2020. | $515.00<br>$520.00 | 68.1<br>1.0 | $35,071.50<br>$520.00 |
| Gerard DiConza | Partner in Bankruptcy and Restructuring Group. Admitted in New York in 1995. Joined firm in 2018. | $655.00 | $14.4 | $9,432.00 |
|  |  |  | 231.4 |  |
| **Grand Total**: |  |  |  | $84,446.50 |
|  | **Blended Rate** | **$364.94** |  |  |

## COMPENSATION BY PROJECT CATEGORY

|  | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|
| M001 | Case Administration | 13.3 | $1,130.50 |
| M002 | Business Operations | | |
| M003 | Insurance Issues | | |
| M004 | Tax Matters / Tax Returns | | |
| M005 | Employee Benefits / Terminations / Pensions | | |
| M006 | Avoidance Claim Analysis and Litigation | 59.3 | $26,289.00 |
| M007 | Pre-Petition Litigation | | |
| M008 | Executory Contracts | 3.2 | $1,440.00 |
| M009 | Secured Claim Issues, Relief from Stay Issues and Proceedings | | |
| M010 | Adversary Proceedings & Related Litigation | 148.4 | $54,975.00 |
| M011 | Miscellaneous Motions & Related Proceedings | | |
| M012 | Personal Injury / Products Liability Analysis & Litigation | | |
| M013 | Liquidation of Assets and Asset Sales | | |
| M014 | Claims Review / Objections | | |
| M015 | Fee / Employment Applications | | |
| M016 | Fee / Employment Objections | | |
| M017 | Travel | | |
| M018 | Miscellaneous | 7.2 | $612.00 |
| | | | |

**Total Fees:** **$84,446.50**

**EXPENSE SUMMARY**

| EXPENSE CATEGORY | SERVICE PROVIDER | TOTAL EXPENSES |
|---|---|---|
| In-House Photocopying | | $17.80 |
| Postage | | $45.52 |
| Delivery Services/Messengers | Federal Express | $23.55 |
| **TOTAL** | | **$86.87** |

223611694v1