# EXHIBIT B

# ARCHER & GREINER

### ATTORNEYS AT LAW
1025 LAUREL OAK ROAD
VOORHEES, NEW JERSEY 08043
(856-795-2121)

| | |
|---|---|
| PREFERENCE ACTIONS - CARICKHOFF TRUSTEE CASES | Invoice Date: 03/04/22 |
| C/O DAVID W. CARICKHOFF, TRUSTEE | Client Number: PRE144 |
| 300 DELAWARE AVENUE  SUITE 1100 | Matter Number: PRE144.00702 |
| WILMINGTON, DE  19801 | |

**For Professional Services Rendered Through  08/20/2020**

**Task Summary**

### Time Summary by Task

| Code | Description | Hours | Value |
|------|-------------|-------|-------|
| M001 | CASE ADMINISTRATION | 13.30 | 1,130.50 |
| M006 | AVOIDANCE CLAIM ANALYSIS AND LITIGATION | 59.30 | 26,289.00 |
| M008 | EXECUTORY CONTRACTS | 3.20 | 1,440.00 |
| M010 | ADVERSARY PROCEEDINGS & RELATED LITIGATION | 148.40 | 54,975.00 |
| M018 | MISCELLANEOUS | 7.20 | 612.00 |
| | **TOTAL FEES** | **231.40** | **84,446.50** |
| | **TOTAL INVOICE** | | **84,533.37** |

PRE144          PREFERENCE ACTIONS - CARICKHOFF TRUSTEE          Invoice Number:

PRE144.00702          IN RE: MAD CATZ / PREFERENCE ACTIONS /          Page 2
                      CONTINGENCY MATTER

| Date | Description | Task | Hours | Name | Fees |
|------|-------------|------|-------|------|------|
| 08/01/18 | Revised demand letter in preparation of sending them to creditors. | M001 | 0.90 | M. Barrack | 76.50 |
| 06/13/19 | Spoke with J. Traurig about updates that need to be made to new value excel spreadsheet. | M001 | 0.10 | M. Barrack | 8.50 |
| 06/14/19 | Revised invoice and delivery spreadsheet for Mad Catz. | M001 | 3.70 | M. Barrack | 314.50 |
| 07/15/19 | Updated charts reflecting preference payments and new value. | M001 | 1.20 | M. Barrack | 102.00 |
| 07/15/19 | Spoke with J. Traurig to discuss updates to the preference charts. | M001 | 0.10 | M. Barrack | 8.50 |
| 07/16/19 | Updated preference and new value chart. | M001 | 2.00 | M. Barrack | 170.00 |
| 07/18/19 | Continued to update the preference and new value chart. | M001 | 5.00 | M. Barrack | 425.00 |
| 07/25/19 | Reviewed invoice chart for inconsistencies. | M001 | 0.30 | M. Barrack | 25.50 |
| | **CASE ADMINISTRATION TOTAL** | | **13.30** | | **1,130.50** |

PRE144                    PREFERENCE ACTIONS - CARICKHOFF TRUSTEE                    Invoice Number:

PRE144.00702          IN RE: MAD CATZ  / PREFERENCE ACTIONS /                                            Page 3
                      CONTINGENCY MATTER

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| 06/19/18 | Review GMCO preference analysis; guidance to A. Faris re same | M006 | 1.60 | A. M. Root | 688.00 |
| 06/27/18 | communications with G. DiConza re preference matters | M006 | 0.30 | A. M. Root | 129.00 |
| 08/03/18 | review GMCO preference analysis | M006 | 1.20 | A. M. Root | 516.00 |
| 08/14/18 | Review Giuliano analysis re potential claims (.3); Confer JT re same (.2); call/emails with A Root re same (.1) | M006 | 0.60 | G. DiConza | 393.00 |
| 08/14/18 | review potential preference actions; guidance to J. Traurig re same | M006 | 1.00 | A. M. Root | 430.00 |
| 08/21/18 | analyze backup data re professionals and potential preferences; discuss with Trustee | M006 | 1.20 | A. M. Root | 516.00 |
| 08/29/18 | Confer with JT/review JT ememo re demand letters to potential targets. | M006 | 0.20 | G. DiConza | 131.00 |
| 08/29/18 | communications re demand letters | M006 | 0.50 | A. M. Root | 215.00 |
| 08/30/18 | Confer with JT re status of preference claims/potential issues; review revised demand notices. | M006 | 0.40 | G. DiConza | 262.00 |
| 09/20/18 | communications with counsel re McMillan preference demand | M006 | 0.30 | A. M. Root | 129.00 |
| 09/26/18 | respond to inquiries from various parties receiving demand letters | M006 | 0.80 | A. M. Root | 344.00 |
| 09/27/18 | field inquiry from counsel to preference target re demand letter | M006 | 0.60 | A. M. Root | 258.00 |
| 10/05/18 | Confer JT re status of demands/defenses; issues with landlord. | M006 | 0.40 | G. DiConza | 262.00 |
| 10/10/18 | Confer JT re potential fraud transfer issues; 2-yr lookback. | M006 | 0.20 | G. DiConza | 131.00 |
| 10/17/18 | Participate on call with JT and Giuliano re additional background information. | M006 | 0.30 | G. DiConza | 196.50 |
| 10/24/18 | Review Giuliano email re preference analysis; confer JT re same. | M006 | 0.20 | G. DiConza | 131.00 |
| 10/26/18 | Review information sent by Giuliano re potential claims (.4); confer/emails with JT re same and potential D&O insurance issues (.3) | M006 | 0.70 | G. DiConza | 458.50 |
| 11/05/18 | Confer JT re D&O policies/payments to ins co (.1); review spreadsheet re potential preference/FT claims (.2) | M006 | 0.30 | G. DiConza | 196.50 |

PRE144          PREFERENCE ACTIONS - CARICKHOFF TRUSTEE          Invoice Number:

PRE144.00702     IN RE: MAD CATZ  / PREFERENCE ACTIONS /                                  Page 4
                 CONTINGENCY MATTER

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| 11/06/18 | Confer with JT re Mad Catz preference/fraud transfer claims. | M006 | 0.20 | G. DiConza | 131.00 |
| 11/06/18 | attention to preference demand letters and status of potential settlements and merits of potential actions | M006 | 2.80 | A. M. Root | 1,260.00 |
| 11/13/18 | Confer with JT re status of various preference claims. | M006 | 0.40 | G. DiConza | 262.00 |
| 11/19/18 | Confer JT re status of claims; review JT spreadsheet re status. | M006 | 0.20 | G. DiConza | 131.00 |
| 11/27/18 | Confer with JT re insolvency issues; Pegasus settlement. | M006 | 0.30 | G. DiConza | 196.50 |
| 11/27/18 | analysis of potential fraudulent transfers | M006 | 0.60 | A. M. Root | 270.00 |
| 11/28/18 | Call with Brad Giuliano and JT re insolvency issues/strategy. | M006 | 0.40 | G. DiConza | 262.00 |
| 12/10/18 | further analysis of certain transfers | M006 | 3.20 | A. M. Root | 1,440.00 |
| 12/27/18 | telephone call with J. Traurig to discuss various demand letters and responses received; further analysis of transfers to foreign professionals | M006 | 1.00 | A. M. Root | 450.00 |
| 12/28/18 | due diligence re transfers to Smith Cargo | M006 | 0.70 | A. M. Root | 315.00 |
| 01/10/19 | Confer JT re status; Pegasus settlement; insolvency analysis. | M006 | 0.30 | G. DiConza | 196.50 |
| 01/15/19 | Review JT chart re status of pref/FT claims (.2); OC JT re status (.3). | M006 | 0.50 | G. DiConza | 327.50 |
| 01/15/19 | diligence re potential avoidance actions | M006 | 0.50 | A. M. Root | 225.00 |
| 01/29/19 | Confer JT re status of preference claims/defenses. | M006 | 0.30 | G. DiConza | 196.50 |
| 01/29/19 | analysis of certain transfers | M006 | 0.70 | A. M. Root | 315.00 |
| 01/30/19 | Call with JT re open issues/potential defenses of defendants to potential clawback actions. | M006 | 0.30 | G. DiConza | 196.50 |
| 02/13/19 | Review JT spreadsheet re status of claw back claims (.3); Conference with D Carickhoff and JT re same (.3) | M006 | 0.60 | G. DiConza | 393.00 |
| 03/01/19 | Confer JT re status of McMillan, JCIR and other mad Catz claims. | M006 | 0.30 | G. DiConza | 196.50 |
| 03/11/19 | Confer JT and Alan Root re status of claims/defenses. | M006 | 0.30 | G. DiConza | 196.50 |
| 03/11/19 | internal communications re potential preference actions; follow up due dligence re same | M006 | 1.10 | A. M. Root | 495.00 |

PRE144             PREFERENCE ACTIONS - CARICKHOFF TRUSTEE          Invoice Number:

PRE144.00702       IN RE: MAD CATZ / PREFERENCE ACTIONS /                          Page 5
                   CONTINGENCY MATTER

| Date | Description | Task | Hours | Name | Fees |
|------|-------------|------|-------|------|------|
| 03/12/19 | Review/revise draft Complaint seeking avoidance/recovery of preferences. | M006 | 0.50 | G. DiConza | 327.50 |
| 03/19/19 | Confer with JT re status of proceedings. | M006 | 0.20 | G. DiConza | 131.00 |
| 03/20/19 | Review JT summary re status of unresolved claw back claims. | M006 | 0.10 | G. DiConza | 65.50 |
| 03/20/19 | due diligence re potential preference actions | M006 | 1.90 | A. M. Root | 855.00 |
| 03/25/19 | work on potential preferences; call with McMillan re same; draft tolling agreement with McMillan | M006 | 2.00 | A. M. Root | 900.00 |
| 03/26/19 | Review draft complaint re preferences/fraud transfer claims. | M006 | 0.50 | G. DiConza | 327.50 |
| 03/26/19 | revisions to tolling agreement with McMillan; discuss additional comments from Trustee | M006 | 0.90 | A. M. Root | 405.00 |
| 03/27/19 | review draft complaints and related documents | M006 | 1.50 | A. M. Root | 675.00 |
| 03/27/19 | attention to filing preference complaints | M006 | 0.30 | A. M. Root | 135.00 |
| 03/28/19 | review and comment on omnibus 9019 motion | M006 | 0.80 | A. M. Root | 360.00 |
| 04/24/19 | telephone call with counsel to Shenzen; follow up with J Traurig | M006 | 0.60 | A. M. Root | 270.00 |
| 04/25/19 | review and circulate mode transportation stipulation; review JCIR letter and court order re same | M006 | 0.90 | A. M. Root | 405.00 |
| 04/25/19 | telephone call with counsel to Mode Transportation | M006 | 0.20 | A. M. Root | 90.00 |
| 04/30/19 | Revise JT e-memo re JCIR claim. | M006 | 0.20 | G. DiConza | 131.00 |
| 04/30/19 | communications with counsel for Smith Transportation | M006 | 0.20 | A. M. Root | 90.00 |
| 04/30/19 | review analysis of JCIR claims | M006 | 0.20 | A. M. Root | 90.00 |
| 04/30/19 | guidance to A. Faris re pretrial conferences | M006 | 0.20 | A. M. Root | 90.00 |
| 05/02/19 | Review mediation statements for Wolverine/Humtown; review Judge's decisions and prep for mediation. | M006 | 0.50 | G. DiConza | 327.50 |
| 05/13/19 | communications with J. Traurig re Dexin adversary | M006 | 0.30 | A. M. Root | 135.00 |
| 05/15/19 | Review Smith Transportation preference defense analysis | M006 | 0.50 | A. M. Root | 225.00 |
| 05/20/19 | overview Smith Cargo defense backup | M006 | 0.40 | A. M. Root | 180.00 |
| 05/31/19 | telelphone call with counsel to Mode | M006 | 0.20 | A. M. Root | 90.00 |

PRE144            PREFERENCE ACTIONS - CARICKHOFF TRUSTEE            Invoice Number:

PRE144.00702      IN RE: MAD CATZ  / PREFERENCE ACTIONS /                          Page 6
                  CONTINGENCY MATTER

| Date | Description | Task | Hours | Name | Fees |
|------|-------------|------|-------|------|------|
| | Transportation | | | | |
| 06/03/19 | communications re China defendants and potential next steps | M006 | 0.50 | A. M. Root | 225.00 |
| 06/06/19 | Review email from J. Traurig re: foreign service of process of summonses and complaints on Defendant Shenzhen in China and Defendant Dexin in Taiwan (.1); review complaints against Defendant Shenzhen and Defendant Dexin to obtain information for foreign process of service (.2); emails with process server re: estimated cost for foreign process of service (.7); conferences with (.3) and review emails from (.3) J. Traurig re: same. | M006 | 1.60 | L. A. Schildkraut | 400.00 |
| 06/07/19 | Review emails re service of process in China against foreign defendants. | M006 | 0.20 | G. DiConza | 131.00 |
| 06/07/19 | Emails with process server re: foreign service of process of summonses and complaints on Defendant Shenzhen in China and Defendant Dexin in Taiwan (1.3); telephone call with J. Traurig (.1) and review email from J. Traurig (.1) re: same; emails to D. Carickhoff re: same (.6). | M006 | 2.10 | L. A. Schildkraut | 525.00 |
| 06/07/19 | attention to issues re service of foreign defendants | M006 | 0.20 | A. M. Root | 90.00 |
| 06/08/19 | Review email from A. Root re: acceptance of service by Dexin's counsel. | M006 | 0.10 | L. A. Schildkraut | 25.00 |
| 06/10/19 | Review Smith Transportation NV analysis | M006 | 0.10 | G. DiConza | 65.50 |
| 06/10/19 | communications re Dexin adversary proceeding | M006 | 0.20 | A. M. Root | 90.00 |
| 06/13/19 | communications with preference defendants re continuation of scheduling conference | M006 | 0.20 | A. M. Root | 90.00 |
| 06/19/19 | review status update from J. Traurig | M006 | 0.20 | A. M. Root | 90.00 |
| 06/25/19 | Review McMillan emails and supporting documents re estate claims and defenses to same. | M006 | 0.20 | G. DiConza | 131.00 |
| 06/28/19 | attention to McMillan settlement issues | M006 | 0.50 | A. M. Root | 225.00 |
| 07/16/19 | REview memo from JT re status of proceedings/settlements. | M006 | 0.20 | G. DiConza | 131.00 |
| 07/16/19 | revise and finalize mcmillan settlement motion for filing | M006 | 0.80 | A. M. Root | 360.00 |
| 07/17/19 | Review K Miller analysis re defenses to preferences; email JT re same. | M006 | 0.30 | G. DiConza | 196.50 |

PRE144            PREFERENCE ACTIONS - CARICKHOFF TRUSTEE            Invoice Number:

PRE144.00702       IN RE: MAD CATZ / PREFERENCE ACTIONS /                          Page 7
                   CONTINGENCY MATTER

| Date | Description | Task | Hours | Name | Fees |
|------|-------------|------|-------|------|------|
| 07/23/19 | Review Marshal email/writ execution on Allen Refactories; confer JT re same. | M006 | 0.30 | G. DiConza | 196.50 |
| 07/24/19 | Review Smith Transport emails and case in support of defense to amendment re additional transfers; review decisions in support of amendment; email JT re same. | M006 | 1.30 | G. DiConza | 851.50 |
| 07/24/19 | Review email from process server re: status of service of summonses and complaints on Shenzen in China and Dexin Corp. in Taiwan. | M006 | 0.10 | L. A. Schildkraut | 25.00 |
| 07/25/19 | Confer with JT re Smith preference defense analysis. | M006 | 0.50 | G. DiConza | 327.50 |
| 07/25/19 | Researched additional case law regarding equitable tolling of the statute of limitations under section 549 of the Bankruptcy Code. | M006 | 1.00 | M. Barrack | 85.00 |
| 07/26/19 | Emails JT re Smith defenses. | M006 | 0.20 | G. DiConza | 131.00 |
| 07/26/19 | Researched equitable tolling of the statute of limitations under section 549 of the Bankruptcy Code. | M006 | 4.00 | M. Barrack | 340.00 |
| 07/29/19 | Researched tolling of the statute of limitations under section 549 of the Bankruptcy Code. | M006 | 1.00 | M. Barrack | 85.00 |
| 07/30/19 | Review Smith Settlement Agreement; emails JT re comments to same. | M006 | 0.40 | G. DiConza | 262.00 |
| 07/30/19 | review Smith Transportation settlement agreement; discuss with J. Traurig | M006 | 0.30 | A. M. Root | 135.00 |
| 07/31/19 | Review revised Smith settlement agreement; confer JT re same. | M006 | 0.20 | G. DiConza | 131.00 |
| 07/31/19 | further communications with J. Traurig re Smith Cargo settlement | M006 | 0.20 | A. M. Root | 90.00 |
| 08/02/19 | communications re Mode adversary and next steps | M006 | 0.20 | A. M. Root | 90.00 |
| 08/02/19 | review and comment on draft Mode default papers | M006 | 0.30 | A. M. Root | 135.00 |
| 08/06/19 | communications with J. Traurig re Mode adversary; overview defense letter and attached documents | M006 | 0.60 | A. M. Root | 270.00 |
| 08/08/19 | review J. Traurig analysis of preference actions; discuss same with J. Traurig and Trustee | M006 | 0.60 | A. M. Root | 270.00 |
| 08/12/19 | review Smith Cargo settlement agreement | M006 | 0.20 | A. M. Root | 90.00 |

PRE144             PREFERENCE ACTIONS - CARICKHOFF TRUSTEE          Invoice Number:

PRE144.00702        IN RE: MAD CATZ / PREFERENCE ACTIONS /                        Page 8
                    CONTINGENCY MATTER

| Date | Description | Task | Hours | Name | Fees |
|------|-------------|------|-------|------|------|
| 08/15/19 | work on smith cargo settlement | M006 | 0.20 | A. M. Root | 90.00 |
| 09/09/19 | Emails with process server re: service of summonses and complaints on Shenzhen in China and Dexin Corporation in Taiwan. | M006 | 0.20 | L. A. Schildkraut | 50.00 |
| 10/02/19 | attention to omnibus 9019 matters | M006 | 0.30 | A. M. Root | 142.50 |
| 12/18/19 | research re Shenzen preference action; recommendation to Trustee re dismissal | M006 | 1.10 | A. M. Root | 522.50 |
| 12/19/19 | review and revise Shenzen stip of dismissal | M006 | 0.10 | A. M. Root | 47.50 |

**AVOIDANCE CLAIM ANALYSIS AND LITIGATION
TOTAL**                                                 **59.30**                     **26,289.00**

PRE144        PREFERENCE ACTIONS - CARICKHOFF TRUSTEE       Invoice Number:

PRE144.00702      IN RE: MAD CATZ  / PREFERENCE ACTIONS /          Page 9
                   CONTINGENCY MATTER

| Date | Description | Task | Hours | Name | Fees |
|------|-------------|------|-------|------|------|
| 06/18/19 | review Corodata agreement (.5); research rejection and abandonment issues (1.1); discuss with A. Faris (.4) | M008 | 2.00 | A. M. Root | 900.00 |
| 07/01/19 | internal communications re Mode adversary | M008 | 0.20 | A. M. Root | 90.00 |
| 07/08/19 | review and comment on McMillan 9019 | M008 | 0.70 | A. M. Root | 315.00 |
| 07/09/19 | review revisions to McMillan 9019 | M008 | 0.30 | A. M. Root | 135.00 |
| | **EXECUTORY CONTRACTS TOTAL** | | **3.20** | | **1,440.00** |

PRE144              PREFERENCE ACTIONS - CARICKHOFF TRUSTEE          Invoice Number:

PRE144.00702       IN RE: MAD CATZ  / PREFERENCE ACTIONS /                          Page 10
                   CONTINGENCY MATTER

| Date | Description | Task | Hours | Name | Fees |
|------|-------------|------|-------|------|------|
| 05/22/18 | Began drafting demand letters for preference targets | M010 | 1.50 | S. A. Faris | 397.50 |
| 06/19/18 | Conferred with G. DiConza and A. Root re: preference actions | M010 | 0.30 | S. A. Faris | 79.50 |
| 06/19/18 | MAD CATZ: potential new client/matter:  Call with Root and Faris re background on preference claims (.3); TC/email JT re same (.2) | M010 | 0.50 | G. DiConza | 327.50 |
| 06/21/18 | Review preference charts from G. DiConza. | M010 | 1.10 | J. M. Traurig | 566.50 |
| 06/22/18 | Mad Catz. Call with JT re preference analysis. | M010 | 0.30 | G. DiConza | 196.50 |
| 06/22/18 | Call with G. DiConza re potential actions. | M010 | 0.10 | J. M. Traurig | 51.50 |
| 06/27/18 | Confer with A. Faris re Mad Catz data from Guiliano (.2). | M010 | 0.20 | J. M. Traurig | 103.00 |
| 06/29/18 | Confer with G. DiConza re Mad Catz preference analysis from Guiliano (.2). | M010 | 0.20 | J. M. Traurig | 103.00 |
| 06/29/18 | Mad Catz:  Confer with JT re background/status | M010 | 0.30 | G. DiConza | 196.50 |
| 07/03/18 | Review Guiliano charts and call with M. Guiliano and B. Guiliano regarding same (.2). | M010 | 0.20 | J. M. Traurig | 103.00 |
| 07/25/18 | Call with M. Giuliano re preference analysis charts and summaries (.4). | M010 | 0.40 | J. M. Traurig | 206.00 |
| 07/30/18 | Begin drafting demand letter for preferences (.3); call with A. Root re potential defendants (.1). | M010 | 0.40 | J. M. Traurig | 206.00 |
| 08/01/18 | Review and analyze Guiliano chart re OCB/new value and call to M. Guiliano on same (.1). | M010 | 0.10 | J. M. Traurig | 51.50 |
| 08/02/18 | Call with M. Guiliano re preparing new value analysis (w/o OCB). | M010 | 0.10 | J. M. Traurig | 51.50 |
| 08/03/18 | Review and revise form of demand letter (.2); review email from M. Guiliano re new value report, email to A. Root on same (.2). | M010 | 0.40 | J. M. Traurig | 206.00 |
| 08/14/18 | Call with A. Root and G. DiConza and follow-up emails with A. Root re new value/Guiliano analysis and next steps (.3); review/revise form demand letter and email to D. Carickhoff on same (.3). | M010 | 0.60 | J. M. Traurig | 309.00 |
| 08/24/18 | Email to D. Carickhoff re demand letter and potential defendants (.1). | M010 | 0.10 | J. M. Traurig | 51.50 |
| 08/29/18 | Review potential defendant lists (.3), emails with D. Carickhoff on same and demand letters (.3); | M010 | 0.60 | J. M. Traurig | 309.00 |
| 08/30/18 | Review/revise demand letter, form and payment | M010 | 1.10 | J. M. Traurig | 566.50 |

PRE144          PREFERENCE ACTIONS - CARICKHOFF TRUSTEE          Invoice Number:

PRE144.00702     IN RE: MAD CATZ  / PREFERENCE ACTIONS /                    Page 11
                 CONTINGENCY MATTER

| Date | Description | Task | Hours | Name | Fees |
|------|-------------|------|-------|------|------|
|  | data for exhibit to same (.5); coordinate with C. Hansen re preparing demand letters and exhibits (.5); call to M. Guiliano re payment references (.1). |  |  |  |  |
| 08/30/18 | Conference with J. Traurig re: demand letters. | M010 | 0.10 | C. E. Hansen | 19.50 |
| 08/30/18 | Prepare mail merges and spreadsheets re: demand letters and attachments to be sent to creditors. | M010 | 5.10 | C. E. Hansen | 994.50 |
| 08/31/18 | Review and revise demand letters and attachments to be sent to creditors. | M010 | 1.60 | C. E. Hansen | 312.00 |
| 09/04/18 | Review and comment on demand letter charts, coordinate revisions (.2); review and sign more than 25 demand letters (.6). | M010 | 0.80 | J. M. Traurig | 412.00 |
| 09/04/18 | Prepare and serve Demand Letters to creditors. | M010 | 2.50 | C. E. Hansen | 487.50 |
| 09/12/18 | review and email with P. Broekern re LEI Customs response to demand letter. | M010 | 0.10 | J. M. Traurig | 51.50 |
| 09/17/18 | Continue preparation of complaints and exhibits to be filed. | M010 | 6.90 | C. E. Hansen | 1,345.50 |
| 09/19/18 | Review returned address and update service list. | M010 | 0.40 | C. E. Hansen | 78.00 |
| 09/26/18 | Call with M. Guiliano re general back-up documentation for demands; follow-up on Taurus demand issues (.2) | M010 | 0.20 | J. M. Traurig | 103.00 |
| 09/27/18 | Review emails from counsel for potential defendants (J. Buehler, A. Asklaon, R. Petrokofsky, and call with A. Root re McMillan (.2). | M010 | 0.20 | J. M. Traurig | 103.00 |
| 09/28/18 | emails to parties that responded to demand letters including Lei, Kaiser, Pegasus, Staff Holding, FMT Consultants, Public; review email from M. Guioliano re Mad Catz documents and email to same re US Bank response. | M010 | 0.40 | J. M. Traurig | 206.00 |
| 10/03/18 | Review FMT response letter from N. Nelson (.1). | M010 | 0.10 | J. M. Traurig | 51.50 |
| 10/05/18 | Review payment information re U.S. Bank Equipment and call with J. Buehler on same (.2); coordinate with C. Hansen re preparation of files for each preference target (.1); Review and analyze M. Giuliano spreadsheets (.4); Review K. McGinnis response, payments, P.O.C, strategize on same (.3); Review and analyze email from R. Petrokofsky re Public Speed defenses, compare with internal data (.4); call with R. Petrokofsky on | M010 | 3.10 | J. M. Traurig | 1,596.50 |

PRE144                    PREFERENCE ACTIONS - CARICKHOFF TRUSTEE                    Invoice Number:

PRE144.00702            IN RE: MAD CATZ / PREFERENCE ACTIONS /                                 Page 12
                        CONTINGENCY MATTER

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| | same and requesting additional information (.1); further review and analyze response letter from N. Nelson re FMT, compare with internal date and call (lft msg) for N. Nelson (.4); review and analyze response from J. Jorgensen (Nevada) and compare with internal data (.4); review rejection motion in connection with Nevada (.1); Review and analyze Pegasus response letter from D. Campbell (.3); call with D. Campbell on same (.1); Review Kaiser response from M. Ebersole and call with same requesting additional information (.3). | | | | |
| 10/05/18 | Review demand letters re: defendants' addresses. | M010 | 1.40 | C. E. Hansen | 287.00 |
| 10/08/18 | Review claims register of claims filed by individuals as potential preference/fraudulent transfer targets (.5); Review LEI data and response, email to P. Broerkern on same (.3); review email from C. Canty and analyze Staff Holding asserted defenses (.4); research priority claim issue in connection with same (.4). | M010 | 1.60 | J. M. Traurig | 824.00 |
| 10/09/18 | Review and analyze additional invoices and details from R. Petrokofsky re Public Specialty (.3); call with R. Petrokofsky on same (.2); call with P. Broerkeman re LEI defenses (.2); research fraudulent transfer and service issues for foreign defendants (.3) call with C. Canty re Staff holding defenses, lack of supporting documentation, review additional emails and documents from same (.3). | M010 | 1.30 | J. M. Traurig | 669.50 |
| 10/10/18 | Review multiple emails, response and additional documents from T. Kepler re US Bank Equip, call with same for additional documents (.4); review Kaiser correspondence, attachments, email from M. Ebersole on same (.4). | M010 | 0.80 | J. M. Traurig | 412.00 |
| 10/11/18 | Review settlement response from R. Petrokofsky re Public Special, email with D. Campbell counsel for Pegasus (.2); email with P. Brink re EMA (.1). | M010 | 0.30 | J. M. Traurig | 154.50 |
| 10/15/18 | Review Pegasus new value statements (.2); confer with G. DiConza and email to M. Giuliano re non-debtor affiliate relationships (.2); research and strategize minimum transfer defense applications under 547(c) (.3). | M010 | 0.70 | J. M. Traurig | 360.50 |
| 10/16/18 | email with M. Giuliano and preliminary review | M010 | 0.20 | J. M. Traurig | 103.00 |

PRE144          PREFERENCE ACTIONS - CARICKHOFF TRUSTEE          Invoice Number:

PRE144.00702          IN RE: MAD CATZ  / PREFERENCE ACTIONS /          Page 13
                      CONTINGENCY MATTER

| Date | Description | Task | Hours | Name | Fees |
|------|-------------|------|-------|------|------|
|  | of organizational structure charts of non-debtor affiliates. |  |  |  |  |
| 10/17/18 | Research/review articles re Mad Catz bankruptcy/background (.4); call with M. Giuliano, B. Giuliano and G. DiConza re potential fraudulent transfers (.3). | M010 | 0.70 | J. M. Traurig | 360.50 |
| 10/18/18 | Review documents for potential avoidance claims, email to B. Giuliano and M. Giuliano with documents re non-debtor invoices (.3). | M010 | 0.30 | J. M. Traurig | 154.50 |
| 10/19/18 | Review 90 day pre-petition proofs of claim re potential fraudulent transfer analysis/wrong payor (.5); review message and email to R. Petrokofsky re Public Special (.1). | M010 | 0.60 | J. M. Traurig | 309.00 |
| 10/23/18 | Call with M. Ebersole re Kaiser status (.1). | M010 | 0.10 | J. M. Traurig | 51.50 |
| 10/24/18 | Analyze and calculate Pegasus new value, analyze OCB, compare with invoice and delivery detail (.6); call with D. Campbell on same (.1); review revised chart from B. Giuliano re fraudulent transfers (.2). | M010 | 0.90 | J. M. Traurig | 463.50 |
| 10/25/18 | review email from E. Pierce with additional Pegasus invoice. | M010 | 0.10 | J. M. Traurig | 51.50 |
| 10/26/18 | Follow-up on invoice support, email to IS re obtaining access to same (.1); reviewing underlying invoices of several entities, analyzing potential fraudulent transfers (.9); confer with G. DiConza re D&O insurance and issues (.1); call with R. Petrofosky re Public Special (.1). | M010 | 1.20 | J. M. Traurig | 618.00 |
| 10/29/18 | Prepare and file Stipulations Extending Time to Answer (PSC, Humtown and Smith & Richardson). | M010 | 0.90 | C. E. Hansen | 184.50 |
| 10/30/18 | Draft and e-file Supplemental Declaration in Support of Archer & Greiner Retention Application re: rate changes (.4) and serve same (.3). | M010 | 0.70 | C. E. Hansen | 143.50 |
| 11/01/18 | Review Staff holding response, offer from M. Forsythe, research on M. Blake and Texas post-judgment discovery (.2). | M010 | 0.20 | J. M. Traurig | 103.00 |
| 11/05/18 | review underlying invoice for transfers made/asserted in demand letter for more than 25 entities, review POCs in connection with same to cross-reference Guiliano data/analysis (3.1); email | M010 | 4.40 | J. M. Traurig | 2,266.00 |

PRE144                    PREFERENCE ACTIONS - CARICKHOFF TRUSTEE          Invoice Number:

PRE144.00702          IN RE: MAD CATZ  / PREFERENCE ACTIONS /                            Page 14
                      CONTINGENCY MATTER

| Date | Description | Task | Hours | Name | Fees |
|------|-------------|------|-------|------|------|
| | with D. Campbell re Pegasus invoices (.1); call to M. Neson re FMT (.1); draft status chart of demand letters and update with analysis (.8); email to B. Giuliano re D&O tail coverage (.1); confer with G. DiConza re D&O insurance/fraudulent transfer issues (.2). | | | | |
| 11/06/18 | Begin draft form complaint (.8); call with A. Root re fraudulent transfer, deposit and insurance issues (.3); review SOFAs and Schedules in connection with same (.6); call with S. Rose requesting invoices for new value (.1); revise status/analysis chart (.3); emails with B. Giuliano follow-up on insurance issues (.1); review history and emails re insurance payments (.2); follow-up on Smith invoice demand issues (.1). | M010 | 2.50 | J. M. Traurig | 1,287.50 |
| 11/07/18 | Draft form settlement agreement for Mad Catz settlements (.2); Email with R. Petrokofsy re Public Special settlement terms, draft settlement agreement for same (.2). | M010 | 0.40 | J. M. Traurig | 206.00 |
| 11/12/18 | Follow-up emails with D. Campbell re Pegasus (.1). | M010 | 0.10 | J. M. Traurig | 51.50 |
| 11/13/18 | Prepare and review files to confer and strategize with G. DiConza re potential actions (.2) confer and strategize with G. DiConza re potentials actions including fraudulent transfers (.4). | M010 | 0.60 | J. M. Traurig | 309.00 |
| 11/15/18 | Email with D. Campbell re Pegasus, review and analyze revised new value response from same, strategize on same, call to D. Campbell (.3). | M010 | 0.30 | J. M. Traurig | 154.50 |
| 11/19/18 | Review and analyze J. Hancock invoices (.2); confer with G. DiConza on same (.1); email with B. Giuiliano re insolvency (.1); revise Mad Catz status and analysis chart (.9); email to D. Carickhoff re recommendations and status (.2); call with D. Campbell re Pegasus (.1). | M010 | 1.60 | J. M. Traurig | 824.00 |
| 11/21/18 | email to M. Forsythe re Staff Holdings (.1). | M010 | 0.10 | J. M. Traurig | 51.50 |
| 11/26/18 | Review analysis, call and email to P. Campbell re Pegaus (.1); review/revise Public Special settlement agreement and email to R. Petrokofsky on same (.2); draft Staff Holding settlement and email to M. Forsythe on same (.2). | M010 | 0.50 | J. M. Traurig | 257.50 |
| 11/27/18 | Prepare demand letter to Smith Transportation. | M010 | 1.00 | C. E. Hansen | 205.00 |

PRE144              PREFERENCE ACTIONS - CARICKHOFF TRUSTEE          Invoice Number:

PRE144.00702       IN RE: MAD CATZ  / PREFERENCE ACTIONS /                      Page 15
                   CONTINGENCY MATTER

| Date | Description | Task | Hours | Name | Fees |
|------|-------------|------|-------|------|------|
| 11/27/18 | Follow-up on payment returns from potential defendants, email to A. Root re same, email and call with D. Campbell re Pegasus (.2); call with G. DiConza re solvency issues (.3); review claims, pleadings, SOFAs and schedules in connection with solvency analysis (.4); call with R. Petrokofsy re Public Special form of agreement (.1); email to M. Giuliano re Smith Transportation (.1). | M010 | 1.10 | J. M. Traurig | 566.50 |
| 11/28/18 | Prepare and serve demand letter to Smith Transportation. | M010 | 0.90 | C. E. Hansen | 184.50 |
| 11/28/18 | emails with M. Giuliano re Smith Transportation, review SOFA on same, coordinate with C. Hansen re revising demand letter on to same (.3); call with B. Giuliano and G. DiConza re insolvency analysis (.3). | M010 | 0.60 | J. M. Traurig | 309.00 |
| 12/05/18 | Revise Public Special settlement agreement and email to R. Petrokofsky on same (.2). | M010 | 0.20 | J. M. Traurig | 103.00 |
| 12/10/18 | Email with D. Campbell re Pegasus negotiations; follow-up with A. Root re recoveries from professionals. | M010 | 0.20 | J. M. Traurig | 103.00 |
| 12/18/18 | Draft Pegasus settlement agreement and email to D. Campbell same (.3). | M010 | 0.30 | J. M. Traurig | 154.50 |
| 12/19/18 | Email to D. Carickhoff with Public and Staff settlement agreements (.1). | M010 | 0.10 | J. M. Traurig | 51.50 |
| 12/21/18 | Email to C. Canty (Staff), and R. Petrokofksy (Public) re settlement agreements and update files on same (.1). | M010 | 0.10 | J. M. Traurig | 51.50 |
| 12/24/18 | Call with Carey Schreiber re Smith demand letter. | M010 | 0.30 | J. M. Traurig | 154.50 |
| 12/26/18 | Follow-up email with D. Campbell re Pegasus settlement, coordinate scheduling with A. Root re Smith and open matters (.1). | M010 | 0.10 | J. M. Traurig | 51.50 |
| 12/27/18 | Review and analyze documents from FMT  (.4); call with A. Root re open issues for multiple defendants and strategize re next steps (.7); work on obtaining Dexin background documents and POC for review (.3). | M010 | 1.40 | J. M. Traurig | 721.00 |
| 12/28/18 | Review Dexin POC and invoices for potential defenses (.3); email with A. Root follow-up re PWC payments, D. Carickhoff Pegasus settlement, to C. Campbell with Pegasus | M010 | 0.40 | J. M. Traurig | 206.00 |

PRE144                PREFERENCE ACTIONS - CARICKHOFF TRUSTEE              Invoice Number:

PRE144.00702          IN RE: MAD CATZ  / PREFERENCE ACTIONS /                              Page 16
                      CONTINGENCY MATTER

| Date | Description | Task | Hours | Name | Fees |
|------|-------------|------|-------|------|------|
| | settlement and update file on same (.1). | | | | |
| 01/02/19 | Draft and email Memo to D. Carickhoff re payment. | M010 | 0.10 | J. M. Traurig | 51.50 |
| 01/07/19 | Call with A. Root re status of Mad Catz (.1). | M010 | 0.10 | J. M. Traurig | 51.50 |
| 01/09/19 | Email with R. Petrokofksy re Public payment status and follow-up on same (.1). | M010 | 0.10 | J. M. Traurig | 51.50 |
| 01/10/19 | Memo To D. Carickhoff with payment and coordinate sending same, confer with G. DiConza re status and next steps (.3). | M010 | 0.30 | J. M. Traurig | 154.50 |
| 01/15/19 | Prepare for and confer with G. DiConza on Mad Catz status next steps (.2); email to B. Giuliano re NASDAQ payments and call to C. Schreiber re Smith Transportation (lft msg) (.2); email to A. McMillan and insurance follow-up (.1). | M010 | 0.50 | J. M. Traurig | 257.50 |
| 01/16/19 | Revise and update status/recommendation chart, review underlying documents in connection with same (.6); email with B. Giuliano re NASDAQ, email with R. Petrokofsky re payments and with S. Rose re FMT defense documents (.3). | M010 | 0.90 | J. M. Traurig | 463.50 |
| 01/28/19 | Review FMT defense documents and call with and email to S. Rose on same, review file and call to (lft msg) for C. Schreiber re Smith Transportation, revise status chart with recent developments and analysis (.5). | M010 | 0.50 | J. M. Traurig | 257.50 |
| 01/29/19 | Review Mode Transportation proof of claim and documents, call with B. Kucan re Mode demand letter (.2); revise status chart (.2); emails to A. Root re McMillan, JCIR and insurance (.1); email to D. Carickhoff re status (.1); confer and strategize with G. DiConza on same (.1); email to R. Rossi, K. Jackson re Mode demand letter (.1). | M010 | 0.80 | J. M. Traurig | 412.00 |
| 01/30/19 | Confer and strategize with G. DiConza and email to D. Carickhoff re status and next steps (.2). | M010 | 0.20 | J. M. Traurig | 103.00 |
| 02/04/19 | Memo re and coordinate sending to D. Carickhoff Public payment (.1). | M010 | 0.10 | J. M. Traurig | 51.50 |
| 02/08/19 | Call with A. Faris re 9019 and limiting notice. | M010 | 0.10 | J. M. Traurig | 51.50 |
| 02/13/19 | Review charts and prepare for call with D. Carickhoff re Mad Catz potential actions (.2); call with D. Carickhoff and follow-up with G. DiConza re same (.4). | M010 | 0.60 | J. M. Traurig | 309.00 |

PRE144 PREFERENCE ACTIONS - CARICKHOFF TRUSTEE    Invoice Number:

PRE144.00702  IN RE: MAD CATZ / PREFERENCE ACTIONS /   Page 17
CONTINGENCY MATTER

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| 02/14/19 | Email from D. Carickhoff and review Giuliano chart re Dezin (.1). | M010 | 0.10 | J. M. Traurig | 51.50 |
| 02/20/19 | Call with C. Schreiber re Smith Transportation (.1). | M010 | 0.10 | J. M. Traurig | 51.50 |
| 02/26/19 | Review status file and email to A. Root, follow-up re McMillan, JCIR and Barney (.1). | M010 | 0.10 | J. M. Traurig | 51.50 |
| 03/01/19 | Email to K. Jackson, R. Rossia and B. Kucon to follow-up on Mode Transportation demand letter (.1); call with G. DiConza re status, open items (.2). | M010 | 0.30 | J. M. Traurig | 154.50 |
| 03/08/19 | Email with G. Ostendorf re Mode Transportation demand letter response and filing complaint status (.1). | M010 | 0.10 | J. M. Traurig | 51.50 |
| 03/10/19 | Draft/revise Mad Catz preference complaint, review other pleadings for background, email to G. DiConza on same (.4). | M010 | 0.40 | J. M. Traurig | 206.00 |
| 03/11/19 | Confer with G. DiConza and call with A. Root re open preference issues (.3); email to A. Root on same (.2). | M010 | 0.50 | J. M. Traurig | 257.50 |
| 03/14/19 | Revise Mad Catz form complaint (.2). | M010 | 0.20 | J. M. Traurig | 103.00 |
| 03/15/19 | Email to and coordinate with C. Hansen re preparing complaints for multiple potential defendants (.2). | M010 | 0.20 | J. M. Traurig | 103.00 |
| 03/15/19 | Review and revise Complaints. | M010 | 1.80 | C. E. Hansen | 369.00 |
| 03/19/19 | Continue preparation of complaints. | M010 | 1.90 | C. E. Hansen | 389.50 |
| 03/19/19 | Review/revise draft complaints (.5); review underlying charts for exhibits and email to B. Giuliano re chart discrepancies (.3). | M010 | 0.80 | J. M. Traurig | 412.00 |
| 03/20/19 | Review and revise complaints. | M010 | 0.40 | C. E. Hansen | 82.00 |
| 03/20/19 | Call with B. Giuliano re Shenzen invoices and McMillan invoices/discrepancies , review documents from same (.2); call with C. Hansen re finalizing McMillana and Shenzen draft complaints (.2); email to D. Carickhoff re Mad Catz complaints (.2). | M010 | 0.60 | J. M. Traurig | 309.00 |
| 03/25/19 | Follow-up with D. Carickhoff re complaints, A. Faris re 9019 motion and A. Root re McMillan (.2). | M010 | 0.20 | J. M. Traurig | 103.00 |
| 03/25/19 | Prepare service of complaints. | M010 | 1.20 | C. E. Hansen | 246.00 |

PRE144              PREFERENCE ACTIONS - CARICKHOFF TRUSTEE              Invoice Number:

PRE144.00702       IN RE: MAD CATZ / PREFERENCE ACTIONS /                       Page 18
                   CONTINGENCY MATTER

| Date | Description | Task | Hours | Name | Fees |
|------|-------------|------|-------|------|------|
| 03/25/19 | Call with J. Traurig re: first omnibus 9019 issues | M010 | 0.20 | S. A. Faris | 57.00 |
| 03/26/19 | E-mail to Mediator and counsel for Wolverine Oil re: mediation issues | M010 | 0.30 | S. A. Faris | 85.50 |
| 03/26/19 | E-mails with mediator and counsel for Humtown re: mediation issues | M010 | 0.30 | S. A. Faris | 85.50 |
| 03/26/19 | Revised tolling agreement with McMillan in accordance with comments from D. Carickhoff and A. Root (0.4); finalized same for execution (0.3) | M010 | 0.70 | S. A. Faris | 199.50 |
| 03/26/19 | Review/revise JCIR complaint (.1). | M010 | 0.10 | J. M. Traurig | 51.50 |
| 03/27/19 | Review complaints, coordinate with C. Hansen re final revisions and filing, emails with A. Root re Mad Catz complaints. | M010 | 0.40 | J. M. Traurig | 206.00 |
| 03/27/19 | Finalize and file complaints. | M010 | 1.50 | C. E. Hansen | 307.50 |
| 03/28/19 | Draft pre-suit omnibus 9019 motion (0.9); conferred with J. Traurig re: same (0.4); reviewed file in preparation for drafting motion (0.5) | M010 | 1.80 | S. A. Faris | 513.00 |
| 03/28/19 | Call with A. Faris re 9019 motion (.1); review and comment on 9019 motion and order (.2). | M010 | 0.30 | J. M. Traurig | 154.50 |
| 03/29/19 | Coordinate with C. Hansen re scheduling, summons, hearing issues for complaints (.1). | M010 | 0.10 | J. M. Traurig | 51.50 |
| 03/29/19 | Coordinate service of Complaints. | M010 | 1.20 | C. E. Hansen | 246.00 |
| 03/29/19 | Prepare and file Summons and Certificates of Service of complaints. | M010 | 1.30 | C. E. Hansen | 266.50 |
| 03/29/19 | Numerous e-mails with the Court regarding hearing date | M010 | 0.30 | S. A. Faris | 85.50 |
| 03/29/19 | Call with C. Hansen re: service of complaints and pretrial conferences | M010 | 0.20 | S. A. Faris | 57.00 |
| 03/29/19 | Receive and review e-mail from J. Traurig re: Preference Complaints | M010 | 0.10 | S. A. Faris | 28.50 |
| 04/01/19 | review McMillan documents and call with A. Maerov on same (.2). | M010 | 0.20 | J. M. Traurig | 103.00 |
| 04/05/19 | Emails to W. Thomas (Shenzhen) and Paul at Dexin with complaints review POCs in connection with same (.3); call with A. Root re status of McMillan and Dexin, Shenzhen (.1). | M010 | 0.40 | J. M. Traurig | 206.00 |
| 04/16/19 | Review docket, follow-up with A. Faris re 9019 motion. | M010 | 0.10 | J. M. Traurig | 51.50 |

PRE144                 PREFERENCE ACTIONS - CARICKHOFF TRUSTEE               Invoice Number:

PRE144.00702           IN RE: MAD CATZ / PREFERENCE ACTIONS /                              Page 19
                       CONTINGENCY MATTER

| Date | Description | Task | Hours | Name | Fees |
|------|-------------|------|-------|------|------|
| 04/18/19 | Review McMillan file and call to (lft msg for) A. Maerov (.1). | M010 | 0.10 | J. M. Traurig | 51.50 |
| 04/22/19 | Review JCIR letter to Clerk of Court and compare with complaint schedule (.2); call with J. Jaffoni re same (.2). | M010 | 0.40 | J. M. Traurig | 206.00 |
| 04/22/19 | Receive and review letter from JCIR re: dismissal of preference action (0.3); e-mail to J. Traurig re: same (0.2) | M010 | 0.50 | S. A. Faris | 142.50 |
| 04/24/19 | Call with A. Root re Dexin, M. Abrams re McMilan (.3). | M010 | 0.30 | J. M. Traurig | 154.50 |
| 04/25/19 | Email with J. Sun re Shenzen complaint, call to (lft msg) for A. Smith re Dexin, email to A. Root re Mode (.2); review order of Court, call with A. Root re JCIR, call (lft msg) for J. Jaffoni on same (.2). | M010 | 0.40 | J. M. Traurig | 206.00 |
| 04/25/19 | Draft and finalize stipulation extending time for Mode Transportation to respond to the Trustee's complaint | M010 | 0.50 | S. A. Faris | 142.50 |
| 04/25/19 | Review motion to dismiss filed by JCIR (0.3); conferred with A. Root and G. DiConza re: same (0.2); calendared important dates (0.2) | M010 | 0.70 | S. A. Faris | 199.50 |
| 04/25/19 | Conferred with A. Root re: Mode Transportation stipulation | M010 | 0.20 | S. A. Faris | 57.00 |
| 04/29/19 | Call with J. Jaffoni re JCIR, motion to dismiss/scheduling, call with A. Root on same (.2); preliminary review letter from J. Jaffoni with additional invoice history/response from J. Jaffoni (.2). | M010 | 0.40 | J. M. Traurig | 206.00 |
| 04/30/19 | E-file Stipulation Extending Time to Answer (Mode Transportation). | M010 | 0.10 | C. E. Hansen | 20.50 |
| 04/30/19 | Conferred with A. Root re: 5.3.19 hearing (0.2); e-mails with the Court re: same (0.2) | M010 | 0.40 | S. A. Faris | 114.00 |
| 04/30/19 | Review/analyze JCIR defenses/new value, email to D. Carickhoff on same (.6); follow-up re Mode Transportation extension, coordinate filing of same (.1). | M010 | 0.70 | J. M. Traurig | 360.50 |
| 05/01/19 | Drafted and finalized notice of adjourned pretrial conferences for filing in all adversary proceedings | M010 | 1.10 | S. A. Faris | 313.50 |
| 05/01/19 | Call with J. Traurig re: JCIR Prefernece action | M010 | 0.60 | S. A. Faris | 171.00 |

PRE144          PREFERENCE ACTIONS - CARICKHOFF TRUSTEE          Invoice Number:

PRE144.00702     IN RE: MAD CATZ / PREFERENCE ACTIONS /                    Page 20
                 CONTINGENCY MATTER

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| 05/01/19 | Drafted and reviewed documents related to first omnibus 9019 motion for preference claims | M010 | 0.80 | S. A. Faris | 228.00 |
| 05/01/19 | Follow-up with A. Faris re status/adjournment, 9019 and JCIR (.4). | M010 | 0.40 | J. M. Traurig | 206.00 |
| 05/03/19 | Call with C. Schreiber re Smith Transportation status (.1). | M010 | 0.10 | J. M. Traurig | 51.50 |
| 05/03/19 | Revised and finalized first omnibus 9019 motion | M010 | 1.10 | S. A. Faris | 313.50 |
| 05/06/19 | Follow-up re JCIR, emails with D. Carickhoff, A. Faris on same (.1). | M010 | 0.10 | J. M. Traurig | 51.50 |
| 05/07/19 | Email to J. Sun to follow-up on Shenzhen, follow-up with A. Faris re JCIR, C. Hansen for notice of dismissal (.2). | M010 | 0.20 | J. M. Traurig | 103.00 |
| 05/07/19 | Conference with A. Root and J. Traurig re: JCIR Preference actino | M010 | 0.30 | S. A. Faris | 85.50 |
| 05/07/19 | Call with J. Jaffoni re: JCIR Preference Action (0.2); communicated with J. Traurig and C. Hansen re: stipulation of dismissal (0.2); reviewed, revised, and finalized stipulation of dismissal (0.3) | M010 | 0.70 | S. A. Faris | 199.50 |
| 05/07/19 | E-mail to J. Jaffoni re: dismissal of JCIR preference action | M010 | 0.30 | S. A. Faris | 85.50 |
| 05/07/19 | Draft Notice of Dismissal of Adversary Proceeding (JCIR). | M010 | 0.60 | C. E. Hansen | 123.00 |
| 05/08/19 | E-mail to J. Jaffoni re: dismissal of JCIR case | M010 | 0.20 | S. A. Faris | 57.00 |
| 05/08/19 | File Stipulation of Dismissal (JCIR). | M010 | 0.10 | C. E. Hansen | 20.50 |
| 05/09/19 | Prepare interim status report re preference actions for trustee report (.4). | M010 | 0.40 | J. M. Traurig | 206.00 |
| 05/13/19 | Respond to email from J. Sun re Shenzhen, call to (lft msg) for A. Smith re Dexin (.2). | M010 | 0.20 | J. M. Traurig | 103.00 |
| 05/15/19 | Call with A. Smith re Dexin (.1). | M010 | 0.10 | J. M. Traurig | 51.50 |
| 05/17/19 | Call with D. Campbell re status of 9019 motion for Pegasus (.1). | M010 | 0.10 | J. M. Traurig | 51.50 |
| 05/20/19 | Review/analyze charts from K. Miller and call with same re Smith (.2). | M010 | 0.20 | J. M. Traurig | 103.00 |
| 05/23/19 | Email to J. Sun re Shenzhen (.1). | M010 | 0.10 | J. M. Traurig | 51.50 |
| 05/28/19 | Review Smith charts, email to D. Arndt re Smith and multiple defendant invoices (.2), preliminary review of McMillan response (.1); review | M010 | 0.60 | J. M. Traurig | 309.00 |

PRE144                   PREFERENCE ACTIONS - CARICKHOFF TRUSTEE          Invoice Number:

PRE144.00702          IN RE: MAD CATZ  / PREFERENCE ACTIONS /                     Page 21
                                CONTINGENCY MATTER

| Date | Description | Task | Hours | Name | Fees |
|------|-------------|------|-------|------|------|
| | invoices, begin analysis of new value, email to K. Miller for new value documentation (.3). | | | | |
| 05/30/19 | Review/analyze McMillan response, compare with invoices on file (.4); call with G. Posner on same and request additional new value detail support (.1). | M010 | 0.50 | J. M. Traurig | 257.50 |
| 06/03/19 | Review Shenzhen complaint, notice procedures, email to J. Sun on same, emails to D. Carickhoff, A. Root on foreign service and status (.3); call with A. Smith re Dexin status of position and accepting service (.1). | M010 | 0.40 | J. M. Traurig | 206.00 |
| 06/05/19 | Email from D. Carickhoff, to L. Schildkraut re foreign service fee expenses (.1). | M010 | 0.10 | J. M. Traurig | 51.50 |
| 06/06/19 | Follow-up with L. Schildkraut and review emails from foreign process server (.2); call with A. Faris re 4(m) procedures (.1). | M010 | 0.30 | J. M. Traurig | 154.50 |
| 06/07/19 | Review emails re foreign service fees, call with L. Schidlkraut on same (.2). | M010 | 0.20 | J. M. Traurig | 103.00 |
| 06/11/19 | Prepare and finalize CNO for omnibus 9019 motion | M010 | 0.40 | S. A. Faris | 114.00 |
| 06/12/19 | Draft and finalize NOA for 6.14.19 hearing (0.3); review and finalize agenda binder (0.3) | M010 | 0.60 | S. A. Faris | 171.00 |
| 06/13/19 | Call with A. Root re status of adversary proceedings and coordinate with C. Hansen re summons for Dexin (.2); preliminary review documents from K. Miller re Smith new value (.2); email to G. Posner re McMillan tolling, emails/calls with A. Faris re scheduling adjournment (.1); coordinate with M. Barrack to prepare new value/delivery analysis for Smith (.2). | M010 | 0.70 | J. M. Traurig | 360.50 |
| 06/13/19 | Prepare summons on Dexin Corporation. | M010 | 0.20 | C. E. Hansen | 41.00 |
| 06/13/19 | Draft and finalize amended NOA | M010 | 0.40 | S. A. Faris | 114.00 |
| 06/14/19 | Call with A. Faris and email with G. Ostendorff re Mode Transportation extension and position statement (.2); further coordinate with M. Barrack re Smith defenses/new value analysis (.2). | M010 | 0.40 | J. M. Traurig | 206.00 |
| 06/17/19 | Review new value analysis, comparison from M. Barrack and call (lft msg) for K. Miller on same (.3). | M010 | 0.30 | J. M. Traurig | 154.50 |

PRE144        PREFERENCE ACTIONS - CARICKHOFF TRUSTEE      Invoice Number:

PRE144.00702     IN RE: MAD CATZ / PREFERENCE ACTIONS /            Page 22
                 CONTINGENCY MATTER

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| 06/17/19 | Review docket, emails with A. Faris and J. Traurig re summons and service on Dexin Corporation. | M010 | 0.20 | C. E. Hansen | 41.00 |
| 06/17/19 | Conference with J. Traurig re: international service | M010 | 0.50 | S. A. Faris | 142.50 |
| 06/18/19 | Email with A. Smith re Dexin, summons and complaint (.1); call with A. Faris re 4(m), Shenzhen, Dexin, McMillan status and next steps (.2). | M010 | 0.30 | J. M. Traurig | 154.50 |
| 06/18/19 | Finalize and circulate Summons on Dexin Corporation. | M010 | 0.20 | C. E. Hansen | 41.00 |
| 06/18/19 | Conference with C. Hansen and J. Traurig re: status of international preference actions | M010 | 0.50 | S. A. Faris | 142.50 |
| 06/18/19 | Review and revise summons re: Dexin Corp | M010 | 0.40 | S. A. Faris | 114.00 |
| 06/19/19 | Draft status memo, call with A. Faris on same (.4). | M010 | 0.40 | J. M. Traurig | 206.00 |
| 06/19/19 | Research re: motion to extend deadline for service on international defendants | M010 | 1.30 | S. A. Faris | 370.50 |
| 06/19/19 | Began drafting motion to extend deadline for international service | M010 | 0.40 | S. A. Faris | 114.00 |
| 06/24/19 | Continued drafting motion extending deadline for service on international defendants (3.7); reviewed and revised same (0.8); reviewed bankruptcy and federal civil rules re: same (0.6); conference with A. Root re: same (0.4); conference with the Trustee re: same (0.2); | M010 | 5.30 | S. A. Faris | 1,510.50 |
| 06/25/19 | Revised and finalized motion to extend deadline to serve international defendants | M010 | 0.80 | S. A. Faris | 228.00 |
| 06/25/19 | Review position letter and documents produced by McMillan re Preference claim | M010 | 2.50 | S. A. Faris | 712.50 |
| 06/25/19 | Conference with the Trustee re: McMillan preference claim (0.2); call and e-mails with counsel for McMillan re: same (0.3); prepare and circulate draft settlement agreement (0.8) | M010 | 1.30 | S. A. Faris | 370.50 |
| 06/25/19 | Call with A. Brown re: settlement of Bearing Distributors action | M010 | 0.20 | S. A. Faris | 57.00 |
| 06/27/19 | Call with D. Campbell and email to same re Pegasus order, call with A. Faris re McMillan, Shenzhen, Dexin, Smith and Mode (.4); review McMillan revised settlement agreement, call with | M010 | 0.50 | J. M. Traurig | 257.50 |

PRE144                PREFERENCE ACTIONS - CARICKHOFF TRUSTEE                Invoice Number:

PRE144.00702    IN RE: MAD CATZ  / PREFERENCE ACTIONS /                Page 23
                CONTINGENCY MATTER

| Date | Description | Task | Hours | Name | Fees |
|------|-------------|------|-------|------|------|
| | A. Faris on same (.1). | | | | |
| 06/27/19 | Numerous e-mails and phone calls with G. Posner re: McMillan settlement (0.9); reviewed and revised McMillan's revisions to draft settlement agreement (0.9); conferences with A. Root and J. Traurig re: same (0.4); | M010 | 2.20 | S. A. Faris | 627.00 |
| 06/28/19 | Call with A. Faris re McMillan status (.1). | M010 | 0.10 | J. M. Traurig | 51.50 |
| 06/28/19 | Revised and prepared complaint against McMillan for filing in case settlement not reached | M010 | 1.00 | S. A. Faris | 285.00 |
| 06/30/19 | Finalized and coordinated execution of McMillan agreement | M010 | 1.00 | S. A. Faris | 285.00 |
| 07/01/19 | Call to G. Ostendorf  re Mode, email with A. Root on status and scheduling, call to K. Miller (lft msg re Smith) (.2). | M010 | 0.20 | J. M. Traurig | 103.00 |
| 07/02/19 | Call with G. Ostendorf re Mode, call with A. Faris on same (.2); call with A. Root re status of Mad Catz actions, call with K. Miller re Smith (.2); review extension for Mode and email to G. Ostendorf on same (.1). | M010 | 0.50 | J. M. Traurig | 257.50 |
| 07/02/19 | E-mails with G. Posner re: McMillan action | M010 | 0.30 | S. A. Faris | 85.50 |
| 07/02/19 | Drafted and finalized COC, order, and stip extending deadline for Mode Transportation to respond | M010 | 1.20 | S. A. Faris | 342.00 |
| 07/08/19 | Drafted motion to approve settlement with McMillan | M010 | 1.80 | S. A. Faris | 513.00 |
| 07/09/19 | Review McMillan 9019 motion, email and call with A. Faris on same (.2). | M010 | 0.20 | J. M. Traurig | 103.00 |
| 07/10/19 | Review and analyze Smith Transportation charts, payment history and transfers (.8); call with and emails to K. Miller on same (.2). | M010 | 1.00 | J. M. Traurig | 515.00 |
| 07/11/19 | Call with A. Smith re Dexin, coordinate with M. Barrack re Smith OCB/new value analysis overlay (.2). | M010 | 0.20 | J. M. Traurig | 103.00 |
| 07/15/19 | Follow-up with M. Barrack, preliminary review charts and coordinate preparation of Smith Transportation new value/OCB data (.3); review/revised charts from M. Barrack and further revise same (.3). | M010 | 0.60 | J. M. Traurig | 309.00 |
| 07/16/19 | Review charts, email status, update to G. DiConza, email to K. Miller re additional | M010 | 0.30 | J. M. Traurig | 154.50 |

PRE144                 PREFERENCE ACTIONS - CARICKHOFF TRUSTEE          Invoice Number:

PRE144.00702           IN RE: MAD CATZ  / PREFERENCE ACTIONS /                          Page 24
                       CONTINGENCY MATTER

| Date | Description | Task | Hours | Name | Fees |
|------|-------------|------|-------|------|------|
| | documents/OCB analysis (.3). | | | | |
| 07/17/19 | Review additional documents from K. Miller re Smith Transportation (.2); coordinate with M. Barrack re revisions to OCB/new value chart (.2). | M010 | 0.40 | J. M. Traurig | 206.00 |
| 07/18/19 | Review revised charts and confer with M. Barrack re cross-reference analysis of Smith payment history to Giuliano charts (.3). | M010 | 0.30 | J. M. Traurig | 154.50 |
| 07/23/19 | Review Smith Transportation schedules/ confer with M. Barrack re revisions to spreadsheets (.2). | M010 | 0.20 | J. M. Traurig | 103.00 |
| 07/24/19 | Confer with M. Barrack re revising Smith charts, and review revised charts comparing initial Giuliano analysis (.3); preliminary review Dexin documents from A. Smith (.1). | M010 | 0.40 | J. M. Traurig | 206.00 |
| 07/25/19 | Review/analyze Smith compilation charts, apply New Value and OCB analysis (1.9), review case law from K. Miller re Smith (.1); confer with G. DiConza re Smith analysis, including Giuliano analysis comparison with data (.3) call (lft msg) and email to M. Giuliano re same (.1); call with K. Miller re Smith including invoice discrepancies/new value analysis (.3); confer with M. Barack re payment date issues on Smith (.1). | M010 | 2.80 | J. M. Traurig | 1,442.00 |
| 07/26/19 | Review email from M. Giuliano re Smith and revised analysis from him, email with G. DiConza on same (.2). | M010 | 0.20 | J. M. Traurig | 103.00 |
| 07/26/19 | Prepare Scheduling Orders for Smith Transportation and Mode Transportation and send same to A. Root. | M010 | 0.70 | C. E. Hansen | 143.50 |
| 07/29/19 | Call with K. Miller re Smith settlement offer (.1); call with A. Root re Smith Transportation and Mode, email with D. Carickhoff re Smith negotiations (.3). | M010 | 0.40 | J. M. Traurig | 206.00 |
| 07/30/19 | Review Dexin documents from A. Smith, call and lft msg for A. Smith (.1); draft Smith settlement agreement, email to A. Root on same (.4); email with G. DiConza re Smith settlement and revise same (.2). | M010 | 0.70 | J. M. Traurig | 360.50 |
| 07/31/19 | Revise Smith settlement agreement, review Smith Cargo invoice, emails with A. Root re affiliates (.3); emails with K. Miller re proposed settlement agreement (.1); call with A. Smith re Dexin | M010 | 0.50 | J. M. Traurig | 257.50 |

PRE144          PREFERENCE ACTIONS - CARICKHOFF TRUSTEE          Invoice Number:

PRE144.00702     IN RE: MAD CATZ  / PREFERENCE ACTIONS /                    Page 25
                 CONTINGENCY MATTER

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| | documents (.1). | | | | |
| 08/02/19 | Review Mode docket, email with A. Root, C. Hansen re default, call with A. Root re Mode default. | M010 | 0.10 | J. M. Traurig | 51.50 |
| 08/02/19 | Prepare Request for Entry of Default against Mode Transportation. | M010 | 1.70 | C. E. Hansen | 348.50 |
| 08/05/19 | Email to K. Miller re Smith settlement, review msg from A. Smith and return call re Dexin adv. pro.(.2); preliminary review Smith comments to settlement agreement (.1); call and lft msg for G. Ostendorf re filing default (.1). | M010 | 0.40 | J. M. Traurig | 206.00 |
| 08/06/19 | Review msg and call with G. Ostendorf re Mode Transportation extensions, negotiations (.2). | M010 | 0.20 | J. M. Traurig | 103.00 |
| 08/07/19 | Preliminary review of data from G. Ostendorf from Mode and compare with internal analysis (.3); emails with A. Root, G. Ostendorf re same and requesting additional information (.1); review/analyze Dexin new value and compare with P.O.C. documents (.7); email to A. Root re Dexin defenses to preference action (.1); obtain additional documents for Mode review (.3). | M010 | 1.50 | J. M. Traurig | 772.50 |
| 08/08/19 | Further review and analysis of Dexin new value defenses (.1); review Mode settlement proposal, new value, OCB, invoice documents regarding same (.7); strategize regarding Mode proposal and email to D. Carickhoff re Mode adversary status and proposal (.2); call with G. Ostendorf re Mode and multiple emails with same (.3). | M010 | 1.30 | J. M. Traurig | 669.50 |
| 08/12/19 | Review email from K. Miller and further review Smith revisions to proposed agreement, email to A. Root on same (.1) | M010 | 0.10 | J. M. Traurig | 51.50 |
| 08/14/19 | Call with A. Smith re defenses and  analysis of avoidance action, call with A. Root on same (.2). | M010 | 0.20 | J. M. Traurig | 103.00 |
| 08/15/19 | Review/revise Smith Transportation settlement agreement, email to K. Miller on same (.2); email to G. Ostendorf re Mode settlement agreement, review comments from same (.1). | M010 | 0.30 | J. M. Traurig | 154.50 |
| 08/16/19 | Revise Mode settlement agreement and Email with G. Ostendorf on same (.2). | M010 | 0.20 | J. M. Traurig | 103.00 |
| 08/28/19 | Email to G. Ostendorf re Mode settlement, to K. Miller re Smith Transportation status (.2). | M010 | 0.20 | J. M. Traurig | 103.00 |

PRE144                    PREFERENCE ACTIONS - CARICKHOFF TRUSTEE                 Invoice Number:

PRE144.00702         IN RE: MAD CATZ / PREFERENCE ACTIONS /                                    Page 26
                     CONTINGENCY MATTER

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| 09/03/19 | Review Smith Settlement, email to D. Carickhoff, K. Miller on same (.2). | M010 | 0.20 | J. M. Traurig | 103.00 |
| 09/05/19 | Email from G. Ostendorff re W9, email to R. DellAversano on same (.1). | M010 | 0.10 | J. M. Traurig | 51.50 |
| 09/06/19 | Email with A. Root, K. Shaw re Mad Catz hearing date, email with G. Ostendorff and call with same re w9 for Mode settlement, call with S. Holly re Smith Transportation mediation/settlement status (.3). | M010 | 0.30 | J. M. Traurig | 154.50 |
| 09/09/19 | Coordinate with C. Hansen re Smith and Mode 9019 status; draft memo to D. Carickhoff re Smith payments, coordinate mailing of same, meail with R. DellAversano and to G. Ostendorff re w9 (.3). | M010 | 0.30 | J. M. Traurig | 154.50 |
| 09/13/19 | Begin drafting Mode Transportation and Smith Transportation 9019 Motion. | M010 | 1.30 | C. E. Hansen | 266.50 |
| 09/16/19 | Memo to D. Carickhoff re Mode payment (.1). | M010 | 0.10 | J. M. Traurig | 51.50 |
| 09/17/19 | Continue drafting 9019 Motion with Mode Transportation and Smith Transportation. | M010 | 1.60 | C. E. Hansen | 328.00 |
| 09/17/19 | Continue drafting Second Omnibus 9019 Motion. | M010 | 1.60 | C. E. Hansen | 328.00 |
| 09/19/19 | Review/comment on 9019 motion, confer with C. Hansen on same (.3). | M010 | 0.30 | J. M. Traurig | 154.50 |
| 09/23/19 | Review and revise 9019 Motion. | M010 | 1.20 | C. E. Hansen | 246.00 |
| 09/23/19 | Follow up with C. Hansen re 9019 motion for Mode and Smith. | M010 | 0.10 | J. M. Traurig | 51.50 |
| 09/27/19 | Finalize anf e-file 9019 Motion (.5) and coordinate service of same (.4). | M010 | 0.90 | C. E. Hansen | 184.50 |
| 10/02/19 | Review docket, email with and call with A. Smith re withdrawal of Dexin claims. | M010 | 0.20 | J. M. Traurig | 104.00 |
| 10/16/19 | Email to A. Root re Dexin notice of withdrawal and Shenzhen status. | M010 | 0.10 | J. M. Traurig | 52.00 |
| 10/23/19 | Call to A. Smith re Dexin withdrawal and email from same (.1). | M010 | 0.10 | J. M. Traurig | 52.00 |
| 10/30/19 | Review Dexin notice of withdrawal, email with A. Root on same. | M010 | 0.10 | J. M. Traurig | 52.00 |
| 11/04/19 | Email with A. Smith re notice of dismissal re Dexin, follow up with C. Hansen on same (.1). | M010 | 0.10 | J. M. Traurig | 52.00 |
| 11/05/19 | Prepare Notice of Dismissal for Dexin Corporation. | M010 | 0.30 | C. E. Hansen | 64.50 |

PRE144              PREFERENCE ACTIONS - CARICKHOFF TRUSTEE              Invoice Number:

PRE144.00702       IN RE: MAD CATZ  / PREFERENCE ACTIONS /                            Page 27
                   CONTINGENCY MATTER

| Date | Description | Task | Hours | Name | Fees |
|------|-------------|------|-------|------|------|
| 11/07/19 | Emails with C. Hansen, A. Root re Dexin stipulation of dimsissal and notice of withdrawal of claim, coordinate filing of same (.2). | M010 | 0.20 | J. M. Traurig | 104.00 |
| 11/07/19 | E-file Notice of Withdrawal of Claim and Notice of Dismissal in Dexin Corporation adversary proceeding. | M010 | 0.40 | C. E. Hansen | 86.00 |
| 11/08/19 | Prepare Stipulation of Dismissal for Mode Transportation and Smith Transportation adversary proceedings. | M010 | 0.30 | C. E. Hansen | 64.50 |
| 11/20/19 | Prepare Smith Transportation Stipulation of Dismissal. | M010 | 0.20 | C. E. Hansen | 43.00 |
| 11/21/19 | Prepare and file Smith Transportation Stipulation of Dismissal. | M010 | 0.20 | C. E. Hansen | 43.00 |
| 12/18/19 | Review Shenzhen payment history and email with A. Root and G. DiConza on same (.2). | M010 | 0.20 | J. M. Traurig | 104.00 |
| 12/19/19 | Draft Shenzen Notice of Dismissal (.2); e-file and serve same (.2). | M010 | 0.40 | C. E. Hansen | 86.00 |

|  | **ADVERSARY PROCEEDINGS & RELATED LITIGATION TOTAL** |  | **148.40** |  | **54,975.00** |

PRE144 PREFERENCE ACTIONS - CARICKHOFF TRUSTEE Invoice Number:

PRE144.00702 IN RE: MAD CATZ / PREFERENCE ACTIONS / CONTINGENCY MATTER Page 28

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| 07/23/19 | Revised invoice defense chart. | M018 | 0.50 | M. Barrack | 42.50 |
| 07/24/19 | Created a new invoice defense chart, compiling the data necessary to analyze a new value defense. | M018 | 6.40 | M. Barrack | 544.00 |
| 07/25/19 | Met with J. Traurig and G. DiConza to discuss the data in the invoice chart. | M018 | 0.30 | M. Barrack | 25.50 |
| | **MISCELLANEOUS TOTAL** | | **7.20** | | **612.00** |

PRE144            PREFERENCE ACTIONS - CARICKHOFF TRUSTEE            Invoice Number:

PRE144.00702     IN RE: MAD CATZ  / PREFERENCE ACTIONS /                          Page 29
                 CONTINGENCY MATTER