# IN THE UNITED STATES BANKRUPTCY COURT
# OF THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| MAD CATZ, INC., | Case No. 17-10679 (LSS) |
| Debtor. | Re: Dkt. No. ___ |

**ORDER GRANTING FIRST AND FINAL (CONTINGENT FEE MATTERS) APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ARCHER & GREINER, P.C., AS COUNSEL TO THE CHAPTER 7 TRUSTEE, FOR THE PERIOD MAY 15, 2018 TO DECEMBER 31, 2019**

Upon consideration of the First and Final (Contingent Fee Matters) Application for Compensation and Reimbursement of Expenses of Archer & Greiner, P.C., as Counsel to the Chapter 7 Trustee, for the Period May 15, 2018 through December 31, 2019 (the "Application")[1] pursuant to Section 330(a) and 331 of Title 11 of the United States Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure, for allowance of compensation and reimbursement of expenses for the period from May 15, 2018 through December 31, 2019 (the "Compensation Period"), and the Court having thoroughly reviewed the Application; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Application, and any hearing thereon, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Application, it is hereby ORDERED:

1. The Application is granted on a final basis as set forth herein.

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Application.

1

2

2. Archer is awarded, on a final basis, fees in the amount of $17,850.00 for the Avoidance Action Services rendered and costs related to same in the amount of $86.87 for the Compensation Period.

3. Payment may be made to Archer by the Trustee to Archer of 100% of any and all fees and 100% of any and all expenses allowed herein.

223594073v2