**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| MAD CATZ, INC., | Case No. 17-10679 (LSS) |
| Debtor. | **Hearing Date: To be Heard with TFR**<br>**Objection Deadline: TBD** |

**EIGHTH AND FINAL FEE APPLICATION OF**
**ARCHER & GREINER, P.C., ATTORNEYS FOR DAVID W. CARICKHOFF,**
**CHAPTER 7 TRUSTEE FOR COMPENSATION AND REIMBURSEMENT OF**
**EXPENSES FOR THE PERIOD MAY 31, 2017 THROUGH FEBRUARY 28, 2022**

| | |
|---|---|
| *Name of Applicant*: | Archer & Greiner, P.C. |
| *Authorized to Provide Professional Services to*: | David W. Carickhoff, Ch. 7 Trustee |
| *Date of Retention*: | May 31, 2017, *nunc pro tunc* to March 31, 2017 |
| *Period for which Compensation and Reimbursement is Sought*: | May 31, 2017 through February 28, 2022 |
| *Amount of Compensation Sought as Actual, Reasonable, and Necessary*: | $453,372.50[1] |
| *Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary*: | $11,867.48 |

This is a:  _____ Monthly    _____ Interim    ✓ Final Application

---

[1] Archer & Greiner has included $2,000 in this request for the preparation of this final fee application and its anticipated time to prepare for any hearing on the final fee applications and the Trustee's Final Report. Archer & Greiner will file a certification prior to the hearing date certifying that Archer has incurred at least this amount of fees during this time or will reduce its request accordingly.

| Prior Interim Applications | | Requested | | Allowed | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 7/28/17 | 3/31/17 – 6/30/17 | $89,886.50 | $8,617.13 | $89,886.50 | $8,617.13 |
| 3/6/18 | 7/1/17 – 12/31/17 | $80,301.00 | $1,948.80 | $79,794.00 | $1,948.80 |
| 8/14/18 | 1/1/18 – 7/31/18 | $55,322.50 | $480.25 | $55,322.50 | $480.25 |
| 3/12/19 | 8/1/18 – 2/28/19 | $29,172.50 | $123.09 | $29,172.50 | $123.09 |
| 8/13/19 | 3/1/19 – 7/31/19 | $29,837.50 | $61.70 | $29,837.50 | $61.70 |
| 4/21/20 | 8/1/19 – 3/31/20 | $59,985.50 | $354.39 | $59,985.50 | $354.39 |
| 7/21/21 | 4/1/20 – 6/30/21 | $55,518.00 | $54.00 | $55,518.00 | $54.00 |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| MAD CATZ, INC., | Case No. 17-10679 (LSS) |
| Debtor. | **Hearing Date: To be Heard with TFR**<br>**Objection Deadline: TBD** |

**EIGHTH AND FINAL FEE APPLICATION OF**
**ARCHER & GREINER, P.C., ATTORNEYS FOR DAVID W. CARICKHOFF,**
**CHAPTER 7 TRUSTEE FOR COMPENSATION AND REIMBURSEMENT OF**
**EXPENSES FOR THE PERIOD MAY 31, 2017 THROUGH FEBRUARY 28, 2022**

Pursuant to sections 330 and 331 of title 11 of the United States Code (the *"Bankruptcy Code"*), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the *"Bankruptcy Rules"*), and Local Rule 2016-2, Archer & Greiner, P.C. (*"Archer & Greiner"*), counsel to David W. Carickhoff, the Chapter 7 Trustee (the *"Trustee"*), hereby submits its Eighth and Final Fee Application for Compensation and Reimbursement of Expenses for the Period of March 31, 2017 through February 28, 2022 (*"Fee Application"*).

By this Fee Application, Archer & Greiner seeks allowance of compensation in the amount of $453,372.50[1] and actual and necessary expenses in the amount of $11,867.48 for a total of $465,239.98, and payment of the unpaid amount of such fees and expenses, for the period of March 31, 2017 through February 28, 2022 (the *"Application Period"*).

---

[1] Archer & Greiner has included $2,000 in this request for the preparation of this final fee application and its anticipated time to prepare for any hearing on the final fee applications and the Trustee's Final Report. Archer & Greiner will file a certification prior to the hearing date certifying that Archer has incurred at least this amount of fees during this time or will reduce its request accordingly.

**JURISDICTION**

1. The Court has jurisdiction over this matter under 28 U.S.C. § 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of this chapter 7 case in this district is proper under 28 U.S.C. §§ 1408 and 1409.

**BACKGROUND**

2. On March 30, 2017 (the "*Petition Date*"), the Debtor filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code.

3. On March 31, 2017, the Trustee was appointed as chapter 7 trustee of the Debtor's estate pursuant to section 701(a) of the Bankruptcy Code.

4. The section 341(a) meeting of creditors was held and concluded on May 10, 2017.

5. On April 28, 2017, the Application to Employ Archer & Greiner, P.C. as Counsel to David W. Carickhoff, the Chapter 7 Trustee Nunc Pro Tunc to March 31, 2017 [Docket No. 15] was filed with the Court. The Court approved the employment of Archer & Greiner, nunc pro tunc as of March 31, 2017, by order entered May 31, 2017 [Docket No. 45].

6. From July 1, 2021 through February 28, 2022 (the "*Eighth Fee Period*"), Archer & Greiner has incurred fees of $51,349.00 and expenses of $228.12 on behalf of the Trustee in this case. A detailed invoice regarding these fees and expenses is attached hereto as Exhibit "A." Archer & Greiner has not previously sought Court approval of the fees and expenses incurred during the Eighth Fee Period.

7. Archer & Greiner is a nationally recognized law firm with extensive experience and expertise in bankruptcy and reorganization proceedings, particularly with respect to the representation of debtors, creditors' committees, and chapter 7 trustees.

**IDENTITY OF PROFESSIONALS**

8. All attorneys and paraprofessionals of Archer & Greiner who have rendered professional services in this case during the entire Application Period (including the Eighth Fee period) are identified in Exhibit "B" attached hereto.

9. Archer & Greiner, through the above-named persons, has advised the Trustee with respect to legal matters in connection with the stabilization and administration of the Debtor's estate and the Trustee's duties and responsibilities under the Bankruptcy Code. Archer & Greiner has performed all necessary and appropriate professional services as described and narrated in detailed and on Exhibit "A" attached hereto with respect to the Eighth Fee Period and on the invoices attached to the prior interim fee applications regarding the prior fee periods.

**SUMMARY OF SERVICES BY PROJECT**

10. A summary of the services performed by Archer & Greiner for the entire Application Period is set forth in Exhibit "B" attached hereto. Below is a summary of the services provided for the Eighth Fee Period:

(a)     1:  Archer & Greiner Fee/Employment Applications

Fees:  $1,827.50         Total Time: 5.4

This category relates to time spent on the fee and retention applications of Archer & Greiner as opposed to fee applications of other professionals in this proceeding. During the Eighth Fee Period, Archer & Greiner prepared, filed and prosecuted its seventh interim fee application. Archer & Greiner also prepared and filed a supplemental declaration in support of its retention.

(b)      4:  Claims Analysis and Objections

   Fees:  $39,992.00          Total Time:  88.2

This category deals with the analysis and reconciliation of claims filed against the Debtor's estate and the filing and prosecution of claims objections. During the Eighth Fee Period, Archer & Greiner continued negotiations and settlement discussions with regards to the Trustee's objection to Claim No. 43 filed by Mad Catz Interactive Asia Ltd. ("*MCIA*"), in the amount of approximately $15.1 million, and MCIA's response to the Trustee's objection. Ultimately, the Trustee, with the assistance of Archer & Greiner, resolved the MCIA claim at a greatly reduced amount, thereby significantly increasing the distributions to other general unsecured creditors. Furthermore, Archer & Greiner spent significant time analyzing and resolving multiple other disputed claims. Archer & Greiner also prepared and prosecuted the Chapter 7 Trustee's Second Omnibus Claim Objection.

(c)      6:  Case Administration

   Fees:  $4,505.00          Total Time: 10.5

This category includes tasks related to case management, monitoring docket updates, electronic filing, inquiries by creditors and parties in interest, various status reports, research and general matters of administration. Among other things, Archer & Greiner assisted the Trustee in communicating with creditors and other parties in interest and preparing various filings, agendas, notices of adjournment and hearing binders.

(d)      12.  Sale of Assets

   Fees:  $2,842.50          Total Time:  6.2

This category relates to tasks dealing with the liquidation and sale of assets of the estate. During the Eighth Fee Period, Archer & Greiner assisted the Chapter 7 Trustee in the sale of

certain of the debtor's remnant assets, including communicating with potential buyers, negotiating an Asset Purchase Agreement and filing and prosecuting a motion to authorize the sale of remnant assets.

(e)    17. Hearings – Preparation and Attendance

        Fees:  $1,277.50        Total Time:  3.5

This category deals with preparation for and attending hearings on behalf of the Chapter 7 Trustee.  During the Eighth Fee Period, Archer & Greiner prepared hearing agendas for upcoming hearings on behalf of the Chapter 7 Trustee.  In addition, Archer & Greiner prepared for and attended a hearing on the Trustee's Second Omnibus Objection to Claims.

## VALUATION OF SERVICES

11.    Attorneys and paralegals of Archer & Greiner have expended a total of 1,133.1 hours in connection with this matter during the Application Period at a blended hourly rate of $398.36.  The professional background of the persons who have performed work in this matter is summarized in Exhibit "B" attached hereto.

12.    The nature of the work performed by these persons in the Eighth Fee Period is fully set forth in Exhibit "A" attached hereto.  The nature of the work performed by these persons in the prior fee periods is fully set forth in the invoices attached to the prior interim fee applications, which are available upon request to the undersigned counsel.

13.    The rates charged are Archer & Greiner's normal hourly rates for work of this nature.  The reasonable value of the services rendered by Archer & Greiner to the Trustee in connection with this matter during the Application Period is $451,372.50.

## ACTUAL AND NECESSARY EXPENSES

14.    A summary of actual and necessary expenses incurred by Archer & Greiner for the Application Period is attached hereto as Exhibit "B."  Detail of Archer & Greiner's actual

and necessary expenses incurred in the Eighth Fee period is included as part of Exhibit "A" attached hereto. The detail of Archer & Greiner's actual and necessary expenses incurred in the prior interim fee periods is fully set forth in the invoices attached to the prior interim fee applications, which are available upon request to the undersigned counsel.

15. Archer & Greiner charges $.10 per page for photocopying. In addition, Archer & Greiner uses outside copier services for high volume projects, and this application seeks recovery of those costs, if applicable. Archer & Greiner also charges clients $.95 per page for outgoing facsimile transactions and does not charge for incoming facsimile transactions. Online legal research (Lexis and Westlaw) is charged at Archer & Greiner's discounted cost, which is computed each month based upon the negotiated discount charge to Archer & Greiner and the allocations of the savings realized during each month.

16. Archer & Greiner believes the foregoing rates are market rates that the majority of law firms charge clients for such services. The reasonable value of the expenses incurred by Archer & Greiner to the Trustee in connection with this matter during the Application Period is $11,867.48.

**RELIEF REQUESTED**

17. Pursuant to this Fee Application, Archer & Greiner requests allowance of compensation for actual and necessary professional services rendered in the amount of $453,372.50 for the Application Period, and reimbursement of reasonable and necessary out-of-pocket expenses in the amount of $11,867.48 for the Application Period.

18. At all relevant times, Archer & Greiner has been a disinterested person as that term is defined in section 101(14) of the Bankruptcy Code and has not represented or held an interest adverse to the interest of the Trustee.

19. All services for which compensation is requested by Archer & Greiner were performed for or on behalf of the Trustee.

20. Archer & Greiner has received no payment and no promises for payment from any source other than the estate for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Fee Application. No agreement or understanding exists between Archer & Greiner and any other entity for the sharing of compensation received or to be received for services rendered in or in connection with this case. Archer & Greiner has received no retainer in this matter.

21. The professional services and related expenses for which Archer & Greiner requests interim allowance were rendered and incurred in connection with this case and the discharge of Archer & Greiner's professional responsibilities as attorneys for the Trustee. Archer & Greiner's services have been necessary and beneficial to the Trustee, the estate, creditors and other parties in interest.

22. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount of fees requested by Archer & Greiner is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

23. The undersigned hereby certifies that this Fee Application complies with Del. Bankr. LR 2016-2.

**NOTICE**

24. As required by the Bankruptcy Rules, a copy of this Fee Application will be served upon the United States Trustee and all parties requesting notice pursuant to Bankruptcy Rule 2002.

**WHEREFORE**, Archer & Greiner respectfully requests that the Court enter an order, in the form attached hereto (i) approving this Fee Application, (ii) providing a final allowance be made to Archer & Greiner in the sum of $453,372.50 as compensation for reasonable and necessary processional services rendered to the Trustee and in the sum of $11,867.48 for reimbursement of actual and necessary costs and expenses incurred, for a total of $465,239.98, (iii) authorizing the Trustee to pay Archer & Greiner the outstanding amount of such sums, and (iv) for such other and further relief as the Court deems proper and just.

Dated:  March 15, 2022         By:  /s/ *Alan M. Root*
                                             Alan M. Root (No. 5427)
                                             ARCHER & GREINER, P.C.
                                             300 Delaware Avenue, Suite 1100
                                             Wilmington, DE 19801
                                             Telephone (302) 777-4350
                                             Email aroot@archerlaw.com

                                             *Attorneys for the Chapter 7 Trustee*

223584953v1