**EXHIBIT A**

# ARCHER & GREINER

ATTORNEYS AT LAW
1025 LAUREL OAK ROAD
VOORHEES, NEW JERSEY 08043
(856-795-2121)

DAVID W. CARICKHOFF  
ARCHER & GREINER  
300 DELAWARE AVE., SUITE 1100  
WILMINGTON, DE  19801

Invoice Date: 03/02/22  
Client Number: CAR493

Matter Number: CAR493.00987

**For Professional Services Rendered Through  02/28/2022**

**Task Summary**

### Time Summary by Task

| Code | Description | Hours | Value |
|---|---|---:|---:|
| 1 | ARCHER GREINER FEE/EMPLOYMENT APPLICATIONS | 5.40 | 1,827.50 |
| 12 | SALE OF ASSETS | 6.20 | 2,842.50 |
| 17 | HEARINGS - PREPARATION AND ATTENDANCE | 3.50 | 1,277.50 |
| 2 | OTHER PROFESSIONALS' FEE/EMPLOYMENT ISSUES | 1.30 | 572.50 |
| 4 | CLAIMS ANALYIS AND OBJECTIONS | 88.20 | 39,992.00 |
| 6 | CASE ADMINISTRATION | 10.50 | 4,505.00 |
| 7 | DEBTORS' OPERATIONS (i.e SCHEDULESSOFAs/ OPERATING REPORTS AND OTHER INFOR) | 1.50 | 332.00 |
|  | **TOTAL FEES** | **116.60** | **51,349.00** |

### Expense Summary by Task

| Code | Description | Expenses |
|---|---|---:|
| E107 | DELIVERY SERVICES/MESSENGERS | 30.00 |
| E108 | POSTAGE | 10.12 |
| E112 | COURT FEES | 188.00 |
|  | **TOTAL DISBURSEMENTS** | **228.12** |
|  | **TOTAL INVOICE** | **51,577.12** |

| CAR493 | CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE | Invoice Number: | |
|---|---|---|---|
| CAR493.00987 | IN RE: MAD CATZ, INC. - CHAPTER 7 BANKRUPTCY | | Page 2 |

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| 07/02/21 | work on Archer fee application | 1 | 0.60 | A. M. Root | 294.00 |
| 07/09/21 | Further work on Archer fee application | 1 | 0.40 | A. M. Root | 196.00 |
| 07/14/21 | Work on A&G Fee Application #7. | 1 | 2.00 | C. E. Hansen | 440.00 |
| 07/15/21 | Review & revise Archer fee application | 1 | 1.00 | A. M. Root | 490.00 |
| 07/20/21 | finalize Archer fee application | 1 | 0.40 | A. M. Root | 196.00 |
| 07/21/21 | E-file and serve A&G Fee Application #7. | 1 | 0.30 | C. E. Hansen | 66.00 |
| 08/12/21 | Finalize Fee Binder for delivery to Judge | 1 | 0.20 | R. E. Dellaversano | 33.00 |
| 10/11/21 | Draft Supplemental Declaration in Support of A&G Retention Application (rate changes). | 1 | 0.20 | C. E. Hansen | 45.00 |
| 02/02/22 | Finalize and e-file A&G Supplemental Declaration (2021 Rate Changes). | 1 | 0.30 | C. E. Hansen | 67.50 |
| | **ARCHER GREINER FEE/EMPLOYMENT APPLICATIONS TOTAL** | | **5.40** | | **1,827.50** |

CAR493         CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE           Invoice Number:

CAR493.00987   IN RE: MAD CATZ, INC.  -  CHAPTER 7 BANKRUPTCY                    Page 3

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| 07/12/21 | communications with Trustee and potential buyer re remnant asset sale | 12 | 0.20 | A. M. Root | 98.00 |
| 09/17/21 | analyze and comment on draft remnant asset sale APA | 12 | 0.70 | A. M. Root | 343.00 |
| 09/22/21 | Review draft remnant sale motion (.2); discuss remnant sale with Trustee (.2); telephone calls with buyer (.3) | 12 | 0.70 | A. M. Root | 343.00 |
| 09/22/21 | Comments to Remnant Asset sale APA | 12 | 0.40 | D. W. Carickhoff, Jr. | 250.00 |
| 09/24/21 | review and comment on remnant sale motion | 12 | 0.30 | A. M. Root | 147.00 |
| 10/01/21 | Draft Certificate of Service of Remnant Asset Sale Motion (.4); e-file and serve same (.4). | 12 | 0.80 | C. E. Hansen | 180.00 |
| 10/01/21 | finalize Oak Point sale papers for filing | 12 | 0.40 | A. M. Root | 202.00 |
| 10/04/21 | communications with Trustee, potential bidder and GMCO re diligence materials for potential competing offer for remnant assets | 12 | 0.60 | A. M. Root | 303.00 |
| 10/22/21 | Draft and e-file CNO re: Remnant Asset Sale Motion. | 12 | 0.30 | C. E. Hansen | 67.50 |
| 10/26/21 | communications with Trustee and Oak Point re closing on remnant asset sale | 12 | 0.20 | A. M. Root | 101.00 |
| 10/27/21 | communications with Oak Point re closing on remnant asset sale | 12 | 0.10 | A. M. Root | 50.50 |
| 11/03/21 | review post-closing documents from Oak Point | 12 | 0.40 | A. M. Root | 202.00 |
| 11/29/21 | attention to post-closing documentation on remnant sale | 12 | 0.60 | A. M. Root | 303.00 |
| 12/06/21 | review post-closing assignments and related documents from Oak Point; email to Trustee re same | 12 | 0.50 | A. M. Root | 252.50 |
| | **SALE OF ASSETS TOTAL** | | **6.20** | | **2,842.50** |

| | | | | | |
|---|---|---|---|---|---|
| CAR493 | CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE | | | Invoice Number: | |
| CAR493.00987 | IN RE: MAD CATZ, INC. - CHAPTER 7 BANKRUPTCY | | | | Page 4 |

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| 08/11/21 | Prepare NOA for 8.17.21 hearing. | 17 | 0.40 | C. E. Hansen | 88.00 |
| 08/12/21 | Meet with A. Root re upcoming filings and hearing | 17 | 0.10 | B. J. Hall | 45.00 |
| 08/12/21 | communications with B. Hall re upcoming matters | 17 | 0.10 | A. M. Root | 49.00 |
| 08/17/21 | Update and file agenda (.3), serve interim fee order and agenda (.2), emails with chambers and A. Root re same (.1) | 17 | 0.60 | B. J. Hall | 270.00 |
| 10/25/21 | Draft NOA re: 10.28.21 hearing. | 17 | 0.70 | C. E. Hansen | 157.50 |
| 10/26/21 | Revise and efile NOA re: 10.28.21 hearing. | 17 | 0.50 | C. E. Hansen | 112.50 |
| 10/28/21 | prepare for and attend hearing | 17 | 1.10 | A. M. Root | 555.50 |
| | **HEARINGS - PREPARATION AND ATTENDANCE TOTAL** | | **3.50** | | **1,277.50** |

| | | | | | |
|---|---|---|---|---|---|
| CAR493 | CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE | | | Invoice Number: | |
| CAR493.00987 | IN RE: MAD CATZ, INC. - CHAPTER 7 BANKRUPTCY | | | | Page 5 |

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| 02/14/22 | Finalize and efile GMCO Seventh and Final Fee Application. | 2 | 0.30 | C. E. Hansen | 67.50 |
| 02/14/22 | review and finalize GMCO final fee app for filing | 2 | 1.00 | A. M. Root | 505.00 |
| | **OTHER PROFESSIONALS' FEE/EMPLOYMENT ISSUES TOTAL** | | **1.30** | | **572.50** |

CAR493  CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE  Invoice Number:

CAR493.00987  IN RE: MAD CATZ, INC. - CHAPTER 7 BANKRUPTCY  Page 6

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| 07/02/21 | Receive and review e-mails from Alan M. Root, Eric Horn re: MCIA Claim | 4 | 0.20 | D. G. Leney | 88.00 |
| 07/08/21 | Communications with Alan M. Root, Eric Horn and Trustee re: MCIA liquidators' position on latest settlement offer | 4 | 0.40 | D. G. Leney | 176.00 |
| 07/08/21 | Emails with MCIA counsel & D. Leney re claim objection and next step; follow up with Trustee | 4 | 0.40 | A. M. Root | 196.00 |
| 07/15/21 | Telephone conference with Alan M. Root re: latest with other side re: MCIA claim, settlement talks | 4 | 0.10 | D. G. Leney | 44.00 |
| 08/11/21 | Communications with counsel for MCIA (.4) and internally with Alan M. Root and Trustee re: getting to final settlement on MCIA claim (.5); review and revise draft of claim stipulation and circulate new version internally for review/comment before sending to other side (0.5); telephone conference with Alan M. Root re: same (0.2) | 4 | 1.60 | D. G. Leney | 704.00 |
| 08/11/21 | discuss MCIA settlement with Trustee and D. Leney (.5); draft settlement stipulation (1.0); discuss Stipulation with D. Leney (.2) | 4 | 1.70 | A. M. Root | 833.00 |
| 08/12/21 | Telephone conference with Alan M. Root re: MCIA claim settlement / distribution | 4 | 0.20 | D. G. Leney | 88.00 |
| 08/12/21 | further settlement negotiations with MCIA (.3); discuss with Trustee (.5); discussion with D. Leney (.2) | 4 | 1.00 | A. M. Root | 490.00 |
| 08/12/21 | due diligence re landlord claim (1.0); discuss with Trustee (.3); communications with landlord counsel (.2) | 4 | 1.50 | A. M. Root | 735.00 |
| 08/12/21 | further reconciliation of disputed claims identified by Trustee | 4 | 1.20 | A. M. Root | 588.00 |
| 08/17/21 | communications with MCIA counsel re settlement stipulation | 4 | 0.20 | A. M. Root | 98.00 |
| 08/18/21 | communications with landlord re claim stipulation (.2); follow up with Trustee re same (.1) | 4 | 0.30 | A. M. Root | 147.00 |
| 08/22/21 | revise MCIA claim stipulation (.4); emails with Trustee re same (.1) | 4 | 0.50 | A. M. Root | 245.00 |
| 08/23/21 | Research landlord 502(b)(6) cap issues and mitigation duties | 4 | 1.20 | A. M. Root | 588.00 |
| 08/23/21 | further analysis of potential claims subject to | 4 | 1.00 | A. M. Root | 490.00 |

| | | | | | |
|---|---|---|---|---|---|
| CAR493 | CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE | | | Invoice Number: | |
| CAR493.00987 | IN RE: MAD CATZ, INC. - CHAPTER 7 BANKRUPTCY | | | | Page 7 |

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| | dispute per Trustee instruction | | | | |
| 08/24/21 | finalize MCIA claim stipulation (.2); discuss with Trustee & D. Leney | 4 | 0.50 | A. M. Root | 245.00 |
| 08/24/21 | Continued claims reconciliation based on claims identified by trustee (1.3); analyze Humanscale unliquidated claim (.6); communications with Humanscale counsel (.2) | 4 | 2.10 | A. M. Root | 1,029.00 |
| 08/24/21 | (MCIA Claim Settlement) - receive and review revised version of stipulation re: settlement of claim (0.1); communications with Trustee and Alan M. Root re: same (0.3) | 4 | 0.40 | D. G. Leney | 176.00 |
| 08/27/21 | legal research re landlord claim, 502(b)(6) cap, setoff of security deposit and duty to mitigate damages | 4 | 2.50 | A. M. Root | 1,225.00 |
| 08/31/21 | communications with landlord and Trustee re claim stipulation (.2); email to MCIA re claim stipulation (.1) | 4 | 0.30 | A. M. Root | 147.00 |
| 09/01/21 | continue reconciliation of disputed claims | 4 | 1.20 | A. M. Root | 588.00 |
| 09/02/21 | Review and analyze information from counsel regarding landlord claim; discuss with Trustee | 4 | 0.80 | A. M. Root | 392.00 |
| 09/02/21 | draft landlord claim stipulation | 4 | 1.00 | A. M. Root | 490.00 |
| 09/03/21 | reconcile claims potentially disputed (3.4); memo to Trustee re results of analysis (.5) | 4 | 3.90 | A. M. Root | 1,911.00 |
| 09/03/21 | communications with UHC re filed proof of claim | 4 | 0.20 | A. M. Root | 98.00 |
| 09/03/21 | communications with Humanscale re filed proof of claim | 4 | 0.20 | A. M. Root | 98.00 |
| 09/06/21 | communications with Trustee and landlord re claim stipulation | 4 | 0.30 | A. M. Root | 147.00 |
| 09/08/21 | communications with landlord counsel re claim stipulation | 4 | 0.10 | A. M. Root | 49.00 |
| 09/08/21 | continued reconciliation of disputed claims | 4 | 2.10 | A. M. Root | 1,029.00 |
| 09/09/21 | further due diligence re UHC claim and analysis of backup information provided by UHC (1.2); discuss with Trustee (.2) | 4 | 1.40 | A. M. Root | 686.00 |
| 09/09/21 | meeting with Trustee to discuss claims reconciliation (.6); further analysis of certain claims based on Trustee comments (1.1) | 4 | 1.70 | A. M. Root | 833.00 |
| 09/09/21 | communications with Verizon re proof of claim | 4 | 0.20 | A. M. Root | 98.00 |
| 09/09/21 | communications with Texas Comptroller re filed | 4 | 0.20 | A. M. Root | 98.00 |

| | | | | | |
|---|---|---|---|---|---|
| CAR493 | CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE | | | Invoice Number: | |
| CAR493.00987 | IN RE: MAD CATZ, INC. - CHAPTER 7 BANKRUPTCY | | | | Page 8 |

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| | proofs of claim | | | | |
| 09/09/21 | draft COC and proposed order for landlord claim stipulation (.5); communications with landlord counsel re same (.3) | 4 | 0.80 | A. M. Root | 392.00 |
| 09/10/21 | communications with UHC re proof of claim | 4 | 0.30 | A. M. Root | 147.00 |
| 09/10/21 | telephone call with Texas Comptroller re priority tax claims (.4); follow up legal research (1.3) | 4 | 1.70 | A. M. Root | 833.00 |
| 09/13/21 | further research re priority tax claims | 4 | 0.90 | A. M. Root | 441.00 |
| 09/13/21 | draft certification of counsel and order re MCIA claim stipulation | 4 | 0.80 | A. M. Root | 392.00 |
| 09/15/21 | research and draft omnibus claim objection and related exhibits | 4 | 5.40 | A. M. Root | 2,646.00 |
| 09/15/21 | review MCIA comments to claim stipulation; communications with Counsel and Trustee re same | 4 | 0.30 | A. M. Root | 147.00 |
| 09/15/21 | telephone call with Verizon counsel (.2); review additional claim backup (.4); follow up with Trustee re same and recommendation on claim resolution (.1) | 4 | 0.70 | A. M. Root | 343.00 |
| 09/17/21 | Finalize and e-file COC re: TPP 212 Scripps, LLC Claim Stipulation. | 4 | 0.40 | C. E. Hansen | 88.00 |
| 09/17/21 | finalize landlord stipulation for filing | 4 | 0.50 | A. M. Root | 245.00 |
| 09/17/21 | draft declaration in support of claim objection | 4 | 0.70 | A. M. Root | 343.00 |
| 09/17/21 | draft Verizon claim stipulation | 4 | 0.60 | A. M. Root | 294.00 |
| 09/20/21 | communications with counsel to Humanscale | 4 | 0.10 | A. M. Root | 49.00 |
| 09/20/21 | finalize omnibus claim objection for filing | 4 | 0.80 | A. M. Root | 392.00 |
| 09/20/21 | Prepare service list and Certificate of Service re: Second Omnibus Claim Objection. | 4 | 0.80 | C. E. Hansen | 176.00 |
| 09/21/21 | finalize verizon claim stip for filing | 4 | 0.30 | A. M. Root | 147.00 |
| 09/21/21 | Finalize and e-file Second Omnibus Claim Objection (.7) and serve same (.2). | 4 | 0.90 | C. E. Hansen | 198.00 |
| 09/21/21 | Finalize and e-file Certification of Counsel re: Verizon Claim Stipulation. | 4 | 0.50 | C. E. Hansen | 110.00 |
| 09/24/21 | finalize MCIA claim stipulation for filing (.5); discuss w/D. Leney and Trustee (.2) | 4 | 0.70 | A. M. Root | 343.00 |
| 09/24/21 | communications with Humanscale counsel (.1); research potential claim objection (.9) | 4 | 1.00 | A. M. Root | 490.00 |

| | | | | | |
|---|---|---|---|---|---|
| CAR493 | CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE | | | Invoice Number: | |
| CAR493.00987 | IN RE: MAD CATZ, INC. - CHAPTER 7 BANKRUPTCY | | | | Page 9 |

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| 09/24/21 | Receive and review final executed MCIA claim stipulation (0.1); communications with Alan M. Root and Trustee re: same (0.2) | 4 | 0.30 | D. G. Leney | 132.00 |
| 09/24/21 | Finalize and e-file Certification of Counsel re: MCIA Claim Stipulation. | 4 | 0.50 | C. E. Hansen | 110.00 |
| 09/27/21 | due diligence and research re Humanscale unliquidated claim | 4 | 4.40 | A. M. Root | 2,156.00 |
| 09/28/21 | Meet with A. Root to discuss claim issues | 4 | 0.20 | B. J. Hall | 90.00 |
| 09/28/21 | further due diligence and research re Humanscale unliquidated claim (3.3); discuss claims issue with B. hall (.7) | 4 | 3.50 | A. M. Root | 1,715.00 |
| 10/01/21 | further analysis of asserted priority tax claims (.4); communications with GMCO re same (.2) | 4 | 0.60 | A. M. Root | 303.00 |
| 10/04/21 | E-file Notice of Withdrawal of Humanscale Corporation proof of claim. | 4 | 0.20 | C. E. Hansen | 45.00 |
| 10/04/21 | communications with Humanscale and trustee re resolution of claim (.4); draft notice of claim withdrawal (.2) | 4 | 0.60 | A. M. Root | 303.00 |
| 10/04/21 | communications with GMCO re Texas comptroller tax claims | 4 | 0.20 | A. M. Root | 101.00 |
| 10/04/21 | memo to Trustee re recommendations with respect to Texas Comptroller claims | 4 | 0.30 | A. M. Root | 151.50 |
| 10/04/21 | further claims reconciliation | 4 | 2.40 | A. M. Root | 1,212.00 |
| 10/06/21 | claims reconciliation | 4 | 1.90 | A. M. Root | 959.50 |
| 10/07/21 | communications with Trustee and Texas Comptroller re claim resolution | 4 | 0.50 | A. M. Root | 252.50 |
| 10/08/21 | Research re priority status of Texas comptroller claims (2.0); draft stipulation and COC re resolution of Texas Comptroller claim (.8); discuss with Comptroller and Trustee (.2); finalize for filing (.2) | 4 | 3.20 | A. M. Root | 1,616.00 |
| 10/08/21 | communications with GMCO re tax claim reconciliation | 4 | 0.20 | A. M. Root | 101.00 |
| 10/11/21 | Finalize and e-file Certification of Counsel re: Texas Comptroller Claim Stipulation. | 4 | 0.50 | C. E. Hansen | 112.50 |
| 10/11/21 | communications with Trustee re claims reconciliation | 4 | 0.20 | A. M. Root | 101.00 |
| 10/12/21 | Draft Certificate of No Objection re: Second Omnibus Claim Objection. | 4 | 0.30 | C. E. Hansen | 67.50 |

CAR493          CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE          Invoice Number:

CAR493.00987    IN RE: MAD CATZ, INC.  -  CHAPTER 7 BANKRUPTCY          Page 10

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| 10/13/21 | Prepare index to claim objection binder. | 4 | 0.50 | C. E. Hansen | 112.50 |
| 10/13/21 | review and comment on claims binder index; guidance to R. Dellaversano re preparation of binder | 4 | 0.30 | A. M. Root | 151.50 |
| 10/14/21 | Prepare Claim Objections Index binder; Deliver to Court | 4 | 0.40 | R. E. Dellaversano | 68.00 |
| 10/15/21 | communications with Texas Comptroller re entry of order resolving claim | 4 | 0.10 | A. M. Root | 50.50 |
| 10/19/21 | Create attorney copy of Claim Objections Index binder for A Root | 4 | 0.30 | R. E. Dellaversano | 51.00 |
| 10/19/21 | final analysis of claims register | 4 | 2.20 | A. M. Root | 1,111.00 |
| 11/01/21 | update claims register based on recent claims resolutions | 4 | 0.40 | A. M. Root | 202.00 |
| 01/04/22 | Review administrative claim just filed by San Diego County; email to San Diego County re same | 4 | 0.50 | A. M. Root | 252.50 |
| 01/05/22 | Begin drafting Mad Catz objection to San Diego admin claim & review proof of claim related documents. | 4 | 2.00 | S. N. Espinal | 550.00 |
| 01/05/22 | telephone with San Diego County Tax Collector re asserted admin claim (.3); follow up correspondence re same (.4) | 4 | 0.70 | A. M. Root | 353.50 |
| 01/05/22 | research re objection to San Diego admin tax claim (.7); guidance to S. Espinal re drafting objection (.3) | 4 | 1.00 | A. M. Root | 505.00 |
| 01/06/22 | Continuing drafting Mad Catz objection to San Diego admin claim | 4 | 6.50 | S. N. Espinal | 1,787.50 |
| 01/07/22 | Proofread Mad Catz objection to San Diego County admin claim & send to A. Root. | 4 | 0.30 | S. N. Espinal | 82.50 |
| 01/07/22 | review and revise objection to San Diego Tax admin claim | 4 | 1.90 | A. M. Root | 959.50 |
| 01/11/22 | communications with San Diego County re withdrawal of admin tax claim | 4 | 0.30 | A. M. Root | 151.50 |
| 01/31/22 | communications with San Diego County re withdrawal of proof of claim | 4 | 0.30 | A. M. Root | 151.50 |
| 02/08/22 | further communications with San Diego County re withdrawal of admin claim | 4 | 0.20 | A. M. Root | 101.00 |
| 02/10/22 | analyze and comment on final claims register (.9); discuss with Trustee (.3) | 4 | 1.20 | A. M. Root | 606.00 |

| | | | | | |
|---|---|---|---|---|---|
| CAR493 | CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE | | | Invoice Number: | |
| CAR493.00987 | IN RE: MAD CATZ, INC.  -  CHAPTER 7 BANKRUPTCY | | | | Page 11 |

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| 02/15/22 | communications with San Diego County re withdrawal of admin claim | 4 | 0.20 | A. M. Root | 101.00 |
| 02/16/22 | review notice of withdrawal of San Diego admin tax claim; communications with Trustee re same | 4 | 0.10 | A. M. Root | 50.50 |
| | **CLAIMS ANALYIS AND OBJECTIONS TOTAL** | | **88.20** | | **39,992.00** |

CAR493            CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE            Invoice Number:

CAR493.00987      IN RE: MAD CATZ, INC.  -  CHAPTER 7 BANKRUPTCY                Page 12

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| 08/10/21 | guidance to C. Hansen re CNO | 6 | 0.10 | A. M. Root | 49.00 |
| 08/10/21 | review and comment on CNO | 6 | 0.10 | A. M. Root | 49.00 |
| 08/11/21 | guidance to C. Hansen re fee binder | 6 | 0.10 | A. M. Root | 49.00 |
| 08/17/21 | communications with B. Hall re cancellation of hearing | 6 | 0.10 | A. M. Root | 49.00 |
| 08/22/21 | respond to creditor inquiry | 6 | 0.10 | A. M. Root | 49.00 |
| 08/23/21 | respond to creditor inquiry | 6 | 0.30 | A. M. Root | 147.00 |
| 09/08/21 | field creditor inquiry | 6 | 0.10 | A. M. Root | 49.00 |
| 09/23/21 | due diligence and draft motion to destroy records | 6 | 1.10 | A. M. Root | 539.00 |
| 09/29/21 | work on records abandonment issues | 6 | 0.70 | A. M. Root | 343.00 |
| 10/01/21 | finalize moton to abandon and destroy records | 6 | 0.60 | A. M. Root | 303.00 |
| 10/08/21 | field creditor inquiry | 6 | 0.10 | A. M. Root | 50.50 |
| 10/11/21 | guidance to C. Hansen re filing CNO | 6 | 0.10 | A. M. Root | 50.50 |
| 10/12/21 | review and comment on CNO | 6 | 0.20 | A. M. Root | 101.00 |
| 10/14/21 | review and comment on draft CNO | 6 | 0.20 | A. M. Root | 101.00 |
| 10/20/21 | review entered abandonment order; follow up with Trustee | 6 | 0.20 | A. M. Root | 101.00 |
| 10/22/21 | review and comment on draft CNO | 6 | 0.20 | A. M. Root | 101.00 |
| 10/25/21 | guidance to C. Hansen and R. Dellaversano re hearing agenda and binder prep; email to chambers re zoom hearing instructions | 6 | 0.30 | A. M. Root | 151.50 |
| 10/25/21 | review and comment on draft hearing agenda | 6 | 0.20 | A. M. Root | 101.00 |
| 10/26/21 | Prepare Notice of Agenda binder; Deliver to Court | 6 | 0.20 | R. E. Dellaversano | 34.00 |
| 10/26/21 | finalize agenda and binder | 6 | 0.20 | A. M. Root | 101.00 |
| 10/27/21 | field creditor inquiry; follow up with Trustee | 6 | 0.50 | A. M. Root | 252.50 |
| 10/28/21 | field creditor inquiry | 6 | 0.20 | A. M. Root | 101.00 |
| 11/01/21 | field creditor inquiry | 6 | 0.20 | A. M. Root | 101.00 |
| 11/08/21 | field creditor inquiry | 6 | 0.30 | A. M. Root | 151.50 |
| 01/05/22 | Phone call with A.Root re Mad Catz objection to San Diego County admin claim | 6 | 0.50 | S. N. Espinal | 137.50 |
| 01/13/22 | field creditor inquiry | 6 | 0.20 | A. M. Root | 101.00 |
| 02/22/22 | field creditor inquiry | 6 | 0.10 | A. M. Root | 50.50 |
| 02/28/22 | Draft sale reports for Click Entertainment, | 6 | 2.50 | S. N. Espinal | 687.50 |

| | | | | | |
|---|---|---|---|---|---|
| CAR493 | CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE | | | Invoice Number: | |
| CAR493.00987 | IN RE: MAD CATZ, INC.  -  CHAPTER 7 BANKRUPTCY | | | | Page 13 |

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| | Fischer, and Oak Point. | | | | |
| 02/28/22 | discuss with Trustee any remaining administrative tasks to be completed before TFR is submitted; Due diligence re same | 6 | 0.80 | A. M. Root | 404.00 |
| | **CASE ADMINISTRATION TOTAL** | | **10.50** | | **4,505.00** |

| | | | | | |
|---|---|---|---|---|---|
| CAR493 | CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE | | | Invoice Number: | |
| CAR493.00987 | IN RE: MAD CATZ, INC. - CHAPTER 7 BANKRUPTCY | | | | Page 14 |

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| 09/30/21 | Draft Notice and Certificate of Service of Motion to Abandon Records (.6); e-file and serve same (.5). | 7 | 1.10 | C. E. Hansen | 242.00 |
| 10/14/21 | Draft CNO re: Motion to Abandon and Destroy Records. | 7 | 0.20 | C. E. Hansen | 45.00 |
| 10/15/21 | E-file CNO re: Motion to Abandon and Destroy Records. | 7 | 0.20 | C. E. Hansen | 45.00 |
| | **DEBTORS' OPERATIONS (i.e SCHEDULESSOFAs/ OPERATING REPORTS AND OTHER INFOR) TOTAL** | | **1.50** | | **332.00** |

CAR493          CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE          Invoice Number:

CAR493.00987    IN RE: MAD CATZ, INC.  -  CHAPTER 7 BANKRUPTCY          Page 15

**For Charges and Disbursements**

| Date | Type | Description | Amount |
|---|---|---|---|
| 01/28/22 | | POSTAGE 01/28/2022 DWC - Tax Returns | $10.12 |
| | **ETOTAL* POSTAGE** | | **$10.12** |
| 10/02/21 | | AMEX CK# 412968 11/9/21 AGK; DATE: 10/2/21 - COURTS/USBC-DE - SALE MOTION FILING FEE - AMR | $188.00 |
| | **ETOTAL* BANKRUPTCY FEES** | | **$188.00** |
| 08/12/21 | | VENDOR: DLS DISCOVERY; INVOICE#: 157550; DATE: 8/12/2021  DWC COURT RUN TO BANKRUPTCY COURT JUDGE SILVERSITEN | $10.00 |
| 10/14/21 | | VENDOR: DLS DISCOVERY; INVOICE#: 159330; DATE: 10/14/2021  RED COURT RUN TO BANKRUPTCY COURT-JUDGE SILVERSITEN | $10.00 |
| 10/26/21 | | VENDOR: DLS DISCOVERY; INVOICE#: 159330; DATE: 10/26/2021  RED COURT RUN TO BANKRUPTCY COURT-JUDGE SILVERSITEN | $10.00 |
| | **ETOTAL* DELIVERY SERVICE** | | **$30.00** |
| | | **TOTAL DISBURSEMENTS*** | **$228.12** |