**EXHIBIT B**

**SUMMARY OF ARCHER & GREINER FEES
MAY 31, 2017 THROUGH FEBRUARY 28, 2022**

| NAME OF PROFESSIONAL | POSITION, YEAR ASSUMED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Jennifer A. Buxhoeveden | Paralegal. Joined the firm in 2015. | $90.00 | 0.8 | $72.00 |
| Ruth A. Crockett | Document Specialist. Joined firm in 1991. | $90.00<br>$105.00 | 0.4<br>0.4 | $36.00<br>$42.00 |
| Maria L. Kling | Litigation Technology Analyst. | $145.00 | 1.3 | $188.50 |
| Michael D. Reeve | Litigation Technology Manager. | $160.00 | 2.5 | $400.00 |
| Rosanne E. DellAversano | Paralegal. Joined the firm in 2006. | $160.00<br>$165.00<br>$170.00 | 0.8<br>0.2<br>0.9 | $128.00<br>$33.00<br>$153.00 |
| Christian E. Hansen | Paralegal. Joined the firm in 2018. | $205.00<br>$215.00<br>$220.00<br>$225.00 | 11.4<br>9.6<br>7.7<br>5.0 | $2,337.00<br>$2,064.00<br>$1,694.00<br>$1,125.00 |
| Michelle N. Friedman | Former Paralegal. Joined the firm in 1998. | $225.00<br>$265.00 | 39.6<br>7.9 | $8,910.00<br>$1,856.50 |
| S. Alexander Faris | Former Associate in Bankruptcy and Restructuring Group. Admitted in Delaware in 2016. Joined firm in 2017. | $250.00<br>$265.00<br>$285.00 | 24.5<br>106.2<br>26.1 | $6,125.00<br>$28,143.00<br>$7,438.50 |
| Jorge Garcia | Former Associate in Bankruptcy and Restructuring Group. Admitted in New Jersey in 2017 and Pennsylvania in 2018. Joined firm in 2017. | $260.00 | 7.1 | $1,846.00 |
| Sabrina N. Espinal | Law Clerk. Joined firm in 2021. | $275.00 | 11.8 | $3,245.00 |
| Kate Sherlock | Partner in Commercial Litigation and Intellectual Property Groups. Admitted in New Jersey and Pennsylvania in 2012. Joined firm in 2012. | $280.00 | 5.0 | $1,400.00 |

| Name | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| Kevin F. Shaw | Former Associate in Bankruptcy and Restructuring Group. Admitted in Delaware in 2016. Joined firm in 2019. | $350.00<br>$370.00 | 7.3<br>16.8 | $2,555.00<br>$6,216.00 |
| Harrison H.D. Breakstone | Associate in Bankruptcy and Restructuring Group. Admitted in New York in 2017. Joined firm in 2018. | $350.00<br>$370.00 | 7.9<br>4.6 | $2,765.00<br>$1,702.00 |
| Douglas G. Leney | Partner in Bankruptcy and Restructuring Group. Admitted in New Jersey and Pennsylvania in 2007. Joined firm in 2007. | $395.00<br>$415.00<br>$440.00 | 24.7<br>81.2<br>26.8 | $9,756.50<br>$33,698.00<br>$11,792.00 |
| Alan M. Root | Partner in Bankruptcy and Restructuring Group. Admitted in Delaware in 2010. Joined firm in 2016 | $415.00<br>$430.00<br>$450.00<br>$475.00<br>$490.00<br>$505.00 | 231.4<br>135.0<br>79.4<br>60.8<br>73.5<br>29.0 | $96,031.00<br>$58,050.00<br>$35,730.00<br>$28,880.00<br>$36,015.00<br>$14,645.00 |
| Bryan J. Hall | Of Counsel in Bankruptcy and Restructuring Group. Admitted in New York in 2012. Admitted in Delaware in 2016. Joined the firm in 2020. | $450.00 | 0.9 | $405.00 |
| Jerrold S. Kulback | Former Shareholder in Bankruptcy and Restructuring Group. Admitted in New Jersey and Pennsylvania in 1999. Joined firm in 2000 | $450.00<br>$470.00<br>$490.00 | 11.4<br>18.9<br>0.4 | $5,130.00<br>$8,883.00<br>$196.00 |
| Jeffrey M. Traurig | Former Partner in Bankruptcy and Restructuring Group. Admitted in New York and New Jersey in 1997. Joined firm in 2018. | $515.00 | 0.8 | $412.00 |
| David W. Carickhoff | Shareholder in Bankruptcy and Restructuring Group. Admitted in Delaware and Pennsylvania in 1998. Joined firm in 2013. | $535.00<br>$555.00<br>$575.00<br>$595.00<br>$625.00 | 10.6<br>6.2<br>0.3<br>1.8<br>0.4 | $5,671.00<br>$3,441.00<br>$172.50<br>$1,071.00<br>$250.00 |

| Stephen M. Packman | Shareholder and head of Bankruptcy and Restructuring Group. Admitted in New Jersey and Pennsylvania in 1989. Joined firm in 1992. | $590.00<br>$615.00<br>$635.00<br>$665.00 | 20.0<br>2.2<br>6.6<br>5.0 | $11,800.00<br>$1,353.00<br>$4,191.00<br>$3,325.00 |
|---|---|---|---|---|
| | | | 1,133.1 | |
| **Grand Total**: | | | | $451,372.50 |
| | **Blended Rate** | $398.35 | | |
| | | | | |

## COMPENSATION BY PROJECT CATEGORY

|  | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|
| 01 | Archer & Greiner Fee/Employment Application | 67.6 | $23,164.50 |
| 02 | Other Professionals' Fee Employment Issues | 22.5 | $7,824.00 |
| 03 | Executory Contracts and Unexpired Leases | 53.6 | $18,957.50 |
| 04 | Claims Analysis and Objections | 384.3 | $168,335.50 |
| 05 | Meetings | | |
| 06 | Case Administration | 150.9 | $57,788.50 |
| 07 | Debtor's Operations | 16.1 | $6,582.00 |
| 08 | Labor and Employment Issues | | |
| 09 | Financing Issues | | |
| 10 | Financing Issues (DIP Financing/Cash Collateral) | 38.4 | $16,143.50 |
| 11 | Real Estate and Environmental Issues | | |
| 12 | Sale of Assets | 128.3 | $52,686.00 |
| 13 | Stay Relief Issues | 7.3 | 2,639.50 |
| 14 | Secured Creditors / Equipment Lessor Issues (includes lien investigation) | 22.0 | $8,877.50 |
| 15 | Tax Issues | 8.9 | $3,534.50 |
| 16 | Recovery Actions (includes avoidance actions) | 171.1 | $60,035.50 |
| 17 | Hearings – Preparation and Attendance | 4.6 | $1,684.50 |
| 18 | Other Litigation | 57.1 | $22,865.50 |
| 19 | Non-Working Travel Time | | |
| 20 | Financing Issues (DIP Financing/Cash Collateral) | | |
| 21 | Regulatory Issues | 0.4 | $254.00 |

**Total Fees:**                                                                                         **$451,372.50**

**EXPENSE SUMMARY**

| EXPENSE CATEGORY | SERVICE PROVIDER | TOTAL EXPENSES |
|---|---|---:|
| In-House Photocopying | | $1,292.10 |
| Postage | | $685.15 |
| Delivery Service / Messengers | DLS Discovery<br>Federal Express<br>MDR Delivery | $194.00<br>$572.48<br>$28.00 |
| Court/Filing Fees | | $544.00 |
| Court Reporter Services | Wilcox & Fetzer, Ltd | $841.00 |
| Online Legal Research | Lexis<br>Westlaw | $86.01<br>$22.97 |
| Legal Service Providers | CSC | $235.55 |
| Outside Copying Services | DLS Discovery | $7,366.22 |
| **TOTAL** | | **$11,867.48** |

223695721v1