UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>**MAD CATZ, INC.**<br><br>**Debtor.** | CHAPTER 7<br><br>CASE NO. 17-10679<br><br>RE: Docket No. \_\_\_\_\_ |

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth is hereby **ORDERED.**

**AND NOW**, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is **ORDERED**, that the sum of $255,810.92 is reasonable compensation for the services in this case by David Carickhoff, trustee; that such sum does not exceed the limitation prescribed by Section 326 of the Bankruptcy Code, that $2,328.14 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the Trustee.

224742182v1