**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re: MAD CATZ, INC. § Case No. 17-10679-LSS
 §
 §
 §
 Debtor(s)

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David Carickhoff, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

United States Courthouse
824 Market ST N
3rd Floor
Wilmington, DE 19801

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 07/26/2022 in Courtroom 2, United States Bankruptcy Courthouse, 824 N. Market Street, 6th Floor, Wilmington, DE 19801. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

June 17, 2022: 06/17/2022   By: /s/ David W. Carickhoff
                                                         Chapter 7 Trustee

David Carickhoff
300 Delaware Ave
Suite 1100
Wilmington, DE 19801
(302) 356-6621
dcarickhoff@archerlaw.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: MAD CATZ, INC. | § § § § | Case No. 17-10679-LSS |
| Debtor(s) | | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| *The Final Report shows receipts of :* | $ | 7,752,030.62 |
| *and approved disbursements of:* | $ | 5,629,313.84 |
| *leaving a balance on hand of[1] :* | $ | 2,122,716.78 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| SNB | Sterling National Bank | 4,703,521.23 | 4,570,674.58 | 4,570,674.58 | 0.00 |
| 46S | TPP 212 Scripps, LLC | 57,401.61 | 0.00 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 2,122,716.78 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - David Carickhoff | 255,810.92 | 0.00 | 255,810.92 |
| Trustee, Expenses - David W. Carickhoff | 2,328.14 | 0.00 | 2,328.14 |
| Attorney for Trustee Fees - Archer & Greiner, P.C. | 453,372.50 | 399,516.50 | 53,856.00 |
| Attorney for Trustee, Expenses - Archer & Greiner, P.C. | 11,867.48 | 11,639.36 | 228.12 |
| Charges, U.S. Bankruptcy Court | 1,750.00 | 0.00 | 1,750.00 |
| Administrative Rent - TPP 212 Scripps, LLC | 0.00 | 0.00 | 0.00 |
| Attorney for Trustee Fees - Archer & Greiner, P.C. | 17,850.00 | 0.00 | 17,850.00 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee Fees (Other Firm) - Giuliano, Miller & Company, LLC | 318,841.00 | 293,591.50 | 25,249.50 |
| Accountant for Trustee Expenses (Other Firm) - Giuliano, Miller & Company, LLC | 7,374.72 | 7,245.40 | 129.32 |

Total to be paid for chapter 7 administrative expenses: $ 357,202.00
Remaining balance: $ 1,765,514.78

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 1,765,514.78

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $232,679.82 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6P | Tyson E. Marshall | 12,850.00 | 0.00 | 12,850.00 |
| 7P | MCGINNIS, KAREN K | 12,850.00 | 0.00 | 12,850.00 |
| 9 | San Diego County Treasurer-Tax Collector | 6,210.32 | 0.00 | 6,210.32 |
| 14P | Lee McKay | 12,850.00 | 0.00 | 12,850.00 |
| 15P | David McKeon | 12,850.00 | 0.00 | 12,850.00 |
| 18P | Mary Bush | 12,850.00 | 0.00 | 12,850.00 |
| 19P | FRANCHISE TAX BOARD | 119.82 | 0.00 | 119.82 |
| 22P | DESCHAMPS, CHERYL A. | 12,850.00 | 0.00 | 12,850.00 |
| 23P | Angelina Johnson | 12,850.00 | 0.00 | 12,850.00 |
| 24P | Dalin Cienfuegos | 12,850.00 | 0.00 | 12,850.00 |
| 27 | RODRIGUEZ, ANGELICA | 12,700.00 | 0.00 | 12,700.00 |
| 29P | GALVAN, EDUARDO | 12,850.00 | 0.00 | 12,850.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 32 | Texas Comptroller of Public Accounts | 4,930.30 | 0.00 | 4,930.30 |
| 33P | Texas Comptroller of Public Accounts | 57,733.93 | 0.00 | 57,733.93 |
| 34P | Tennessee Department of Revenue | 506.98 | 0.00 | 506.98 |
| 40 | Aaron Levin | 5,769.23 | 0.00 | 5,769.23 |
| 49P | CERVANTES, SARAI S. | 12,850.00 | 0.00 | 12,850.00 |
|  | IRS EFTPS - 941 | 9,112.09 | 0.00 | 9,112.09 |
|  | IRS EFTPS - 941 | 2,131.00 | 0.00 | 2,131.00 |
|  | IRS EFTPS - 940 | 4,966.15 | 0.00 | 4,966.15 |

Total to be paid for priority claims: $ 232,679.82
Remaining balance: $ 1,532,834.96

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $6,286,450.25 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 24.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Wells Fargo Financial Leasing, Inc. | 31,102.80 | 0.00 | 7,583.84 |
| 2 | Min Sung Choi | 199.99 | 0.00 | 48.76 |
| 3 | Shenzhen Horn Audio Co. | 96,953.14 | 0.00 | 23,640.24 |
| 4 | CALIFORNIA CROSS DOCK INC. | 54,298.39 | 0.00 | 13,239.66 |
| 5 | Verizon Business Global LLC, on behalf of its affi | 11,091.86 | 0.00 | 2,704.55 |
| 6U | Tyson E. Marshall | 213,364.24 | 0.00 | 52,024.94 |
| 7U | MCGINNIS, KAREN K | 392,816.28 | 0.00 | 95,781.01 |
| 8 | 2SHIP SOLUTIONS INC. | 2,700.00 | 0.00 | 658.35 |
| 10 | Dexin Corporation | 1,512,215.51 | 0.00 | 368,725.86 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 11 | Public Special Commodities Division Inc | 6,310.20 | 0.00 | 1,538.63 |
| 12 | P&T LAW APC | 1,155.00 | 0.00 | 281.63 |
| 13 | VOICE AGE CORPORATION | 4,561.25 | 0.00 | 1,112.18 |
| 14U | Lee McKay | 104,984.21 | 0.00 | 25,598.46 |
| 15U | David McKeon | 228,122.60 | 0.00 | 55,623.49 |
| 16 | Dexin Corporation | 0.00 | 0.00 | 0.00 |
| 17 | DEXIN CORPORATION | 0.00 | 0.00 | 0.00 |
| 18U | Mary Bush | 27,460.88 | 0.00 | 6,695.83 |
| 19U | FRANCHISE TAX BOARD | 1,148.82 | 0.00 | 280.12 |
| 20 | LEI CUSTOMS BROKERS INC. | 5,458.92 | 0.00 | 1,331.06 |
| 21 | Corodata Shredding, inc. | 147.00 | 0.00 | 35.84 |
| 22U | DESCHAMPS, CHERYL A. | 36,665.00 | 0.00 | 8,940.09 |
| 23U | Angelina Johnson | 4,925.00 | 0.00 | 1,200.86 |
| 24U | Dalin Cienfuegos | 56,380.77 | 0.00 | 13,747.41 |
| 25 | County of San Bernadino | 2,391.89 | 0.00 | 583.22 |
| 26 | Pegasus Logistics Group, Inc. | 355,367.22 | 0.00 | 86,649.74 |
| 28 | Trevor Sands | 178.20 | 0.00 | 43.45 |
| 29U | GALVAN, EDUARDO | 23,095.00 | 0.00 | 5,631.29 |
| 30 | Thomson Reuters - West | 1,500.00 | 0.00 | 365.75 |
| 31 | UnitedHealthcare | 69,849.94 | 0.00 | 17,031.62 |
| 35 | Google Inc. | 12,131.14 | 0.00 | 2,957.95 |
| 36 | U.S. Customs and Border Protection | 0.00 | 0.00 | 0.00 |
| 37 | Integrated Mac Solutions | 332.50 | 0.00 | 81.07 |
| 38 | Wal-Mart Stores, Inc. | 0.00 | 0.00 | 0.00 |
| 39 | FMT Consultants, LLC | 75,016.71 | 0.00 | 18,291.44 |
| 41 | Kenneth Johnson | 175.86 | 0.00 | 42.88 |
| 42 | Nevada Business Park, LLC | 192,589.30 | 0.00 | 46,959.35 |
| 43 | MAD CATZ INTERACTIVE ASIA LTD | 1,750,000.00 | 0.00 | 426,705.23 |
| 44 | DURHAM JONES & PINEGAR | 5,063.00 | 0.00 | 1,234.52 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 45 | Humanscale Corporation | 0.00 | 0.00 | 0.00 |
| 46U | TPP 212 Scripps, LLC | 318,080.93 | 0.00 | 77,558.17 |
| 47 | Microsoft Corporation and Microsoft Online, Inc. | 596,275.60 | 0.00 | 145,390.81 |
| 48 | GameStop Texas Ltd. | 0.00 | 0.00 | 0.00 |
| 49U | CERVANTES, SARAI S. | 8,475.00 | 0.00 | 2,066.46 |
|  | IRS EFTPS - 941 | 67,969.91 | 0.00 | 16,573.21 |
|  | IRS EFTPS - 941 | 15,896.19 | 0.00 | 3,875.99 |

Total to be paid for timely general unsecured claims: $ 1,532,834.96
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $259,814.30 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 50 | Mode Transportation, LLC | 254,673.72 | 0.00 | 0.00 |
| 51 | Tyco Integrated Security, LLC | 2,150.47 | 0.00 | 0.00 |
| 52 | SAMSUNG ELECTRONICS CO LTD | 2,990.11 | 0.00 | 0.00 |
| 53 | Texas Comptroller of Public Accounts (ADMINISTRATIVE) | 0.00 | 0.00 | 0.00 |
| 54 | San Diego County Treasurer - Tax Collector (ADMINISTRATIVE) | 0.00 | 0.00 | 0.00 |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $5,082.38 have been allowed and will be paid <u>pro rata</u> only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 33U | Texas Comptroller of Public Accounts | 5,007.38 | 0.00 | 0.00 |
| 34U | Tennessee Department of Revenue | 75.00 | 0.00 | 0.00 |

Total to be paid for subordinated claims:  $  0.00
Remaining balance:  $  0.00

Prepared By: /s/ David W. Carickhoff
Chapter 7 Trustee

David Carickhoff
300 Delaware Ave
Suite 1100
Wilmington, DE 19801
(302) 356-6621
dcarickhoff@archerlaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**