# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**  
Mad Catz, Inc.  
10680 Treena Street  
Suite No. 500  
San Diego, CA 92131  
  **EIN:** 87–0470365  
Mad Catz

**Chapter:** 7

**Case No.:** 17–10679–LSS

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

   PLEASE TAKE NOTICE that David W. Carickhoff, trustee for the above styled estate, has filed a Notice of Final Report And Applications For Compensation and Deadline to Object ("NFR") at Docket No. 312 .

   The Court has scheduled a hearing regarding this report for 7/26/2022 at 10:30 am at the U.S. Bankruptcy Court, 824 Market Street, Courtroom 2 , 6th floor, Wilmington, Delaware. The complete Notice of Final Report may be viewed by accessing the court's website at https://www.deb.uscourts.gov/trusteesfinalreports.

_Una O'Boyle_

Una O'Boyle, Clerk of Court

Dated: 6/21/22

(VAN–485)