# Notice Recipients

District/Off: 0311−1     User: admin     Date Created: 6/21/2022
Case: 17−10679−LSS     Form ID: van485     Total: 543

**Recipients of Notice of Electronic Filing:**
ust    U.S. Trustee    USTPRegion03.WL.ECF@USDOJ.GOV
tr    David W. Carickhoff    dcarickhoff@archerlaw.com
aty    Alan Michael Root    aroot@archerlaw.com
aty    Bryan J Hall    bjhall@archerlaw.com
aty    Justin H. Rucki    bankfilings@ycst.com
aty    Kevin F. Shaw    kshaw@archerlaw.com
aty    Linda J. Casey    Linda.Casey@usdoj.gov
aty    Matthew Barry Lunn    bankfilings@ycst.com

                                                                                             TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Mad Catz, Inc.    10680 Treena Street    Suite No. 500    San Diego, CA 92131
10996053    1080 PARTNERS LLC    113 WILD HORSE VALLEY DR    NOVATO, CA 94947−3615
10996054    1328158 ONTARIO INC.    5560 EXPLORER DRIVE    MISSISSAUGA, ON L4W 5M3    CANADA
10996055    2SHIP SOLUTIONS INC.    55 ADMINISTRATION ROAD    CONCORD, ONTARIO L4K 4G9    CANADA
10996062    A.I.C.P.A.    220 LEIGH FARM ROAD    DURHAM, NC 27707−8110
10996056    AAA RENTS & EVENT SERVICES    2700 NORTH 27TH    LINCOLN, NE 68521
10996057    ACCELLOS INC.    PO BOX 856691    MINNEAPOLIS, MN 55485−6691
10998958    ACOSTA SALES & MARKETING    6600 CORPORATE CENTER PARKWAY    JACKSONVILLE, FL 32216−0973
10996058    AD4GAME INC.    271 SOUPRAS STREET    MONTREAL, QUEBEC H9C 2X8    CANADA
10998959    ADP    P.O. BOX 31001−1874    PASADENA, CA 91110−1874
10996059    ADROLL INC.    DEPT LA 24226    PASADENA, CA 91185−4226
10996060    AEROSOFT USA INC    WOLFGANG BURCHHARDT    NAPLES, FL 34119
10996061    AGUILERA, NATHAN    1167 TENAYA LAKE RD    CHULA VISTA, CA 91913
10996063    AIT WORLDWIDE LOGISTICS    PO BOX 66730    CHICAGO, IL 60666−0730
10996064    ALEXANDER, BEN    17815 32ND PLACE N    PLYMOUTH, MN 55447
10996065    ALLEN, DAVID    101 MARKET ST., APT 307    SAN DIEGO, CA 92101
10996066    ALVARADO, NANCY    10667 LA VINE ST.    ALTA LOMA, CA 91701
10996067    AM3D A/S    RIIHIMAKIVEJ 6    DK−9200 AALBORG    DENMARK
10996068    AMBIANCE AV    270 SAN MARCOS STREET    SAN GABRIEL, CA 91776
10996069    AMERIGAS    P.O. BOX 7155    PASADENA, CA 91109−7155
10996070    ANATIP PTE. LTD    LEVEL 10 55 MARKET STREET    SINGAPORE
10996071    ANDERSON, DERRICK    3213 SE 33RD STREET    OKLAHOMA CITY, OK 73165
10996072    ANSARADA PTY LIMITED    215 WEST OHIO    CHICAGO, IL 60654
10996073    ANTONELLI HARRINGTON THOMPSON LLP    4306 YOAKUM BLVD. STE 450    HOUSTON, TX 77006
10996074    APPLIANCE REPAIR BOOKKEEPING    4694 ALVARADO CANYON RD    SAN DIEGO, CA 92120
10996075    AQUENT LLC    FILE 70238    LOS ANGELES, CA 90074−0238
10996076    ASCENDIANT CAPITAL MARKETS LLC    18881 VON KARMAN AVENUE    IRVINE, CA 92612
10996081    AT&T    P.O. BOX 5014    CAROL STREAM, IL 60197−5014
10996079    AT&T    P.O. BOX 5019    CAROL STREAM, IL 60197−5019
10996078    AT&T    P.O. BOX 5025    CAROL STREAM, IL 60197−5025
10996077    AT&T    P.O. BOX 5080    CAROL STREAM, IL 60197−5080
10998960    AT&T    PAYMENT CENTER    SACRAMENTO, CA 95887−0001
10996082    AT&T CORP.    ONE AT&T WAY    BEDMINSTER, NJ 07921−0752
10996080    AT&T MOBILITY    P.O. BOX 6463    CAROL STREAM, IL 60197−6463
10996083    ATTWOOD, SARAH    4675 UTAH ST., UNIT 4    SAN DIEGO, CA 92104
10996084    AUTOMATIC DATA PROCESSING INC    P.O. BOX 31001−1874    PASADENA, CA 91110−1874
10996085    AVAYA INC.    P.O. BOX 5332    NEW YORK, NY 10087−5332
10998961    AXIS SURPLUS INSURANCE COMPANY    111 S. WACKER DRIVE, SUITE 3500    CHICAGO, IL 60606
11503438    Aaron Levin    5386 Red Leaf Court    Oviedo, FL 32765
11287761    Angelina Johnson    7780 Parkway Drive, Unit 1601    La Mesa, CA 91942
10996086    B. RILEY & CO. LLC    11100 SANTA MONICA BLVD    LOS ANGELES, CA 90025
10996087    BALL, ANTHONY    1400 BARTON RD.    APT 2816    REDLANDS, CA 92373
10998962    BANDAI NAMCO ENTERTAINMENT    5−37−8 SHIBA    TOKYO 108−0014    JAPAN
10996088    BANDAI NAMCO ENTERTAINMENT INC    2051 MISSION COLLEGE BLVD    SANTA CLARA, CA 95054
10996089    BARNEY & BARNEY    MARSH & MCLENNAN INS AGENCY LLC    LOS ANGELES, CA 90074
10996090    BATTERY CENTER, INC.    595 S. ARROWHEAD AVE    SAN BERNARDINO, CA 92408
10996091    BEALE, CHRISTOPHER    18 HENNING TERRACE    DENVILLE, NJ 07834

```
10996092  BEAR, JOSHUA          916 CULBERTSON AVENUE        WORLAND, WY 82401
10996093  BENQ AMERICA CORP.          3200 PARK CENTER DRIVE          COSTA MESA, CA 92626
10996094  BERINGUEL, ALGEN T.          2012 MT. BULLION DR.          CHULA VISTA, CA 91913
10996095  BIGLETE, JEFFREY          8869 REVELSTROKE WAY          SAN DIEGO, CA 92126
10996097  BLU−RAY DISC ASSOCIATION          3855 SW 153RD DRIVE          BEAVERTON, OR 97003
10996096  BLUETOOTH SIG INC.          5209 LAKE WASHINGTON BLVD NE          KIRLAND, WA 98033
10996098  BOLLENBECKER, DIANE S.          6827 TUXEDO RD.          SAN DIEGO, CA 92119
10996099  BRADLEY, WILLIAM          247 SOUTH ROAD          MALBOROUGH, CT 06447
10996100  BRASK ENTERPRISES INC.          P.O. BOX 55287          HOUSTON, TX 77255−5287
10996110  BRENDA HIGHTOWER BUTLER CSR          500 N. STATE LINE AVENUE          TEXARKANA, TX
          75501
10996101  BRIDGES, JENNIFER L.          1361 WEST 9TH AVE., # 707          ESCONDIDO, CA 92029
10996102  BROADRIDGE          P.O. BOX 416423          BOSTON, MA 02241−6423
10996103  BROOKS HOUGHTON & COMPANY INC          780 THIRD AVENUE          NEW YORK, NY 10017
10996104  BROOKS, JONATHAN          6841 BALLINGER AVE          SAN DIEGO, CA 92119
10996105  BROWN, DONALD RICHARD III          4 JAMIE LANE          SHREWSBURY, MA 01545
10996106  BROWN, TOM          15583 PASEO DEL ARROYO          POWAY, CA 92064
10996107  BUCKLES, CINDY          3905 WEST RUSSELL COURT          MUNCIE, IN 47304
10996108  BUENO, JESSE J.          33405 BARRINGTON DR.          TEMECULA, CA 92592
10996111  BUSH, MARY M. T.          12707 MENGIBAR AVE.          SAN DIEGO, CA 92129
10996109  BUSINESS PRINTING CO. INC.          1965 GILLESPIE WAY          EL CAJON, CA 92020
10996113  CALIFORNIA CHAMBER OF COMMERCE          P.O. BOX 398342          SAN FRANCISCO, CA 94139
10996114  CALIFORNIA CROSS DOCK INC.          401 PALMYRITA AVENUE          RIVERSIDE, CA 92507
10996115  CALIFORNIA PACKAGING          845 N. EUCLID AVENUE          ONTARIO, CA 91762
10996116  CALIFORNIA SECRETARY OF STATE          NOTARY PUBLIC SECTION          SACRAMENTO, CA
          94277−0001
10996117  CANADA CUP GAMING LTD          9798 HIDDEN VALLEY DR NW          CALGARY, ALBERTA T3A
          5L2          CANADA
10996118  CAPCOM USA INC.          185 BERRY STREET          SAN FRANCISCO, CA 94107
10998963  CAPCOM USA INC.          800 CONCAR DRIVE, SUITE 175          SAN MATEO, CA 944102
10996119  CAPITAL LEGAL SERVICES          INTERNATIONAL L.L.C.          ITALIANSKAYA STR., 17 LIT.
          A          RUSSIA 191186, ST PETERSBURG
10996120  CARABES, MARIA ROSARIO          1433 WEST MESA DR.          RIALTO, CA 92376
10996121  CARRAWAY, BRAD          4934 VIA FRESCO          CAMARILLO, CA 93012
10996122  CDW DIRECT LLC          P.O. BOX 75723          CHICAGO, IL 60675−5723
10996123  CENTRAL SANITARY SUPPLY          416 N. 9TH STREET          MODESTO, CA 95350
10996124  CERTENT INC.          4683 CHABOT DRIVE          PLEASANTON, CA 94588
10996125  CERVANTES, SARAI S.          25870 JUMANO DR.          MORENO VALLEY, CA 92551
10996126  CHEONG, GABRIEL          8 KEW CRESCENT          SINGAPORE 466246
10996127  CHEP          FILE 749003          LOS ANGELES, CA 90074−9003
10996128  CHIARELLO, CARLO          540 FALCONRIDGE CRES.          KITCHENER, ONTARIO N2K 4J2
10996129  CHINA EXPORT & CREDIT INSURANCE          CORPORATION (SINOSURE)          34/F, AVIC
          CENTER          NO.1018 HUAFU ROAD          FUTIAN DISTRICT          SHENZHEN, CHINA 518031
10996131  CHLIC−CHICAGO          5476 COLLECTIONS CENTER DRIVE          CHICAGO, IL 60693
10996130  CHOUBAILI, MERYEM          20683 CUTWATER PLACE          STERLING, VA 20165
10996132  CHUNG, LINH M.          2760 WANEK RD.          ESCONDIDO, CA 92027
10996133  CIENFUEGOS, DALIN J.          2204 SOUTH BARCELONA          SPRING VALLEY, CA 91977
10996134  CITRIX ONLINE LLC          FILE 50264          LOS ANGELES, CA 90074−0264
10996135  CITY OF REDLANDS          OFFICE OF CITY TREASURER          REDLANDS, CA 92373−1505
10996136  CITY TREASURER          BUSINESS TAX PROGRAM          SAN DIEGO, CA 92112−2289
10996137  CITY TREASURER          CITY OF SAN DIEGO          SAN DIEGO, CA 92112−1536
10996138  CLEAR TONE CORP.          2913 EL CAMINO REAL          TUSTIN, CA 92782
10996139  COFFEE AMBASSADOR, INC.          11578 SORRENTO VALLEY ROAD          SAN DIEGO, CA 92121
10996140  COMMERCE TECHNOLOGIES INC          25736 NETWORK PLACE          CHICAGO, IL 60673−1257
10996141  COMMONWEALTH OF VIRGINIA          DEPARTMENT OF TAXATION          2425 GEORGE MASON
          DR          VIRGINIA BEACH, VA 23456
10998964  COMMONWEALTH OF VIRGINIA          VIRGINIA TAX OFFICE OF CUSTOMER SERVICES          P.O. BOX
          1115          RICHMOND, VA 23218−1115
10996142  COMPLETE OFFICE          PO BOX 4318          CERRITOS, CA 90703
10996145  CON−WAY FREIGHT INC.          P.O. BOX 5160          PORTLAND, OR 97208−5160
10996143  CONSUMER ELECTRONICS ASSN          P.O. BOX 37154          BALTIMORE, MD 21297−3154
10996144  CONVENTION MNGMT RESOURCES INC          E3 HOUSING          SAN FRANCISCO, CA 94105
10996146  COOPERSTOWN ENTERTAINMENT LLC          1240 BROADWAY          SAN FRANCISCO, CA 94109
10996147  COPYRIGHT CLEARANCE CENTER          P.O. BOX 843006          BOSTON, MA 02284−3006
10996148  CORODATA MEDIA STORAGE INC          PO BOX 846143          LOS ANGELES, CA 90084−6143
10996149  CORODATA RECORDS MANAGEMENT INC          PO BOX 842638          LOS ANGELES, CA
          90084−2638
10998965  CORODATA SAN DIEGO          12375 KERRAN STREET          POWAY, CA 92064
10996150  CORODATA SHREDDING INC.          P.O. BOX 846137          LOS ANGELES, CA 90084−6137
10996151  CORPORATION SERVICE COMPANY          P.O. BOX 13397          PHILADEPHIA, PA 19101−3397
10996152  COSTCO WHOLESALE          P.O. BOX 34340          SEATTLE, WA 98124
10996153  CRANE WORLDWIDE          P.O. BOX 844174          DALLAS, TX 75284−4174
10996154  CREDITSAFE USA INC.          PO BOX 789985          PHILADELPHIA, PA 19178−9985
10996155  CRUZ, EDUARDO          2061 REDLANDS BLVD.          NO. 21D          REDLANDS, CA 92373
10996156  CT CORPORATION SYSTEM          P.O. BOX 4349          CAROL STREAM, IL 60197−4349
10996157  CUSTOM SIMS          1030 WHOLESALE ROW          JACKSON, MS 39201
11280375  Corodata Shredding, inc.          P.O BOX 846137          LOS ANGELES, CA 90084−6137
```

| | | | |
|---|---|---|---|
| 11288393 | County of San Bernadino | Office of the Tax Collector | 268 West Hospitality Lane, 1st Floor   San Bernadino, CA 92415 |
| 10996158 | D&H DISTRIBUTING CO. | P.O. BOX 056731 | LOS ANGELES, CA 90074–6731 |
| 10996159 | DAY, SEPI | 330 ROSEMONT STREET | LA JOLLA, CA 92037 |
| 10996160 | DE FLORES, MARIA | 1283 N. MULBERRY AVE | RIALTO, CA 92376 |
| 10996161 | DEACONS | 5TH FLOOR ALEXANDRA HOUSE   18 CHATER RD | CENTRAL, HONG KONG |
| 10996162 | DELL FINANCIAL SERVICES | PAYMENT PROCESSING CENTER | CAROL STREAM, IL 60197–5292 |
| 10996163 | DELL MARKETING L.P. | C/O DELL USA L.P. | PASADENA, CA 91110–0916 |
| 10998966 | DEPARTMENT OF REVENUE | 500 DEADERICK ST. | NASHVILLE, TN 37242–1099 |
| 10996164 | DESALVO, CAMILLE | 315 INDIANA STREET | WHEATON, IL 60187 |
| 10996165 | DESCHAMPS, CHERYL A. | 10442 RAPPAPORT PLACE | SANTEE, CA 92071 |
| 10996166 | DEXIN CORPORATION | 14F–B NO 258 LIAN CHEUNG ROAD | TAIPEI HSIEN, TAIWAN |
| 10996167 | DI IULLO, TIM | 1007 HOWARD AVE #44 | ESCONDIDO, CA 92029 |
| 10996168 | DIAMOND HOLIDAY TRAVEL | 18906 E. GALE AVENUE | ROWLAND HEIGHTS, CA 91748 |
| 10996169 | DIGITAL CONTENT PROTECTION LLC | 3855 SW 153RD DRIVE | BEAVERTON, OR 97003 |
| 10996170 | DIGITALPRO INC. | 13257 KIRKHAM WAY | POWAY, CA 92064 |
| 10996171 | DIMICK, BRIAN | 6300 SALE AVENUE | WOODLAND HILLS, CA 91367 |
| 10996172 | DOBBS, JOHN | 625 EAST 19TH STREET | EL DORADO, AR 71730 |
| 10996173 | DOCUMENT TECHNOLOGIES LLC | PO BOX 936158 | ATLANTA, GA 31193–6158 |
| 10996174 | DOLBY LABORATORIES LICENSING CORP | 100 POTRERO AVENUE | SAN FRANCISCO, CA 94103 |
| 10996175 | DONGGUAN KONKA MOULD PLASTIC CO.,LTD | KONKA ROAD #5, SANLIAN INDUSTRIAL ZONE | DONGGUAN CITY, CHINA 523685 |
| 10996176 | DONNELLEY FINANCIAL SOLUTIONS | P.O. BOX 842282 | BOSTON, MA 02284–2282 |
| 10998967 | DOVETAIL GAMES | THE OBSERVATORY, CHATHAM MARITIME | CHATHAM, KENT ME4 4NT   ENGLAND |
| 10996177 | DPI DIRECT | 13257 KIRKHAM WAY | POWAY, CA 92064 |
| 10996178 | DREW, ROBERT M. | 6725 AMHERST AVE.   NO. 23 | SAN DIEGO, CA 92115 |
| 10996179 | DTS INC. | 5220 LAS VIRGENES ROAD | CALABASAS, CA 91302 |
| 10998968 | DTS LICENSING LIMITED | 5220 LAS VIRGENES ROAD | CALABASAS, CA 91302 |
| 10996180 | DUCO TECHNOLOGIES INC. | 191 NORTH GIBSON ROAD | HENDERSON, NV 89014 |
| 10996181 | DUNCAN, JAMES | 19 BRADFORD STREET | CHARLESTON, WV 25301 |
| 10996182 | DURHAM JONES & PINEGAR | 192 EAST 200 N., 3FLR | ST. GEORGE, UT 84770 |
| 11288061 | Dalin Cienfuegos | 2204 S Barcelona St | Spring Valley, CA 91977 |
| 11278777 | David McKeon | 5421 Redland Dr. | San Diego, CA 92115 |
| 10997620 | Department of Labor | Division of Unemployment Insurance | P.O. Box 9953   Wilmington, DE 19809 |
| 11274302 | Dexin Corporation | Lu, Ho–Lung | 14F, No. 258, Lian |
| 10996183 | EA SWISS SARL | PLACE DU MOLARD 8 | 1204 GENEVA, SWITZERLAND |
| 10996184 | EASYASK LLC | 200 WHEELER ROAD | BURLINGTON, MA 01803 |
| 10996185 | EDGEAQ LLC | EDGENET FINANCE DEPARTMENT | NASHVILLE, TN 37204 |
| 10996186 | EDI SPECIALISTS INC. | 62997 COLLECTION CENTER DRIVE | CHICAGO, IL 60693–0629 |
| 10996187 | ELECTRONIC ARTS INC. | P.O. BOX 200866 | DALLAS, TX 75320–0866 |
| 10996188 | ELLENOFF GROSSMAN & SCHOLE LLP | 1345 AVENUE OF THE AMERICAS | NEW YORK, NY 10105 |
| 10996189 | ENTERTAINMENT SOFTWARE ASSOCIATION | 575 7TH STREET NW | WASHINGTON, DC 20004 |
| 10996190 | EQUITY MANAGEMENT INC. | 4365 EXECUTIVE DRIVE | SAN DIEGO, CA 92121–2127 |
| 10996191 | ESQUIRE DEPOSITION SOLUTIONS LLC | P.O. BOX 846099 | DALLAS, TX 75284–6099 |
| 10996192 | EULER HERMES CANADA | 1155 BOUL.RENE–LEVESQUE WEST | MONTREAL, QUEBEC H3B 2L2   CANADA |
| 10996193 | EULER HERMES NA INSURANCE CO | 800 RED BROOK BLVD | OWINGS MILLS, MD 21117–1008 |
| 10996194 | EURPAC WAREHOUSE SALES | 1421 DIAMOND SPRINGS ROAD | VIRGINIA BEACH, VA 23455 |
| 10996195 | EVERS, LORRI | 3701 WABASH AVENUE | SPRINGFIELD, IL 62711–6261 |
| 10996196 | FEDERAL EXPRESS CORPORATION | P.O. BOX 7221 | PASADENA, CA 91109–7321 |
| 10996197 | FEDEX FREIGHT | DEPT. LA | PASADENA, CA 91185–1415 |
| 10996198 | FEDEX TRADE NETWORKS | BOX 916200 PO BOX 4090 | TORONTO, ONTARIO M5W 0E9 |
| 10996199 | FENCE MEDIC | 9509 EVERGREEN LANE | FONTANA, CA 92335–6103 |
| 10996200 | FGI FINANCE | 80 BROAD STREET   22ND FLOOR | NEW YORK, NY 10004 |
| 10996201 | FLORIDA DEPARTMENT OF REVENUE | 5050 WEST TENNESSEE STREET | TALLAHASSEE, FL 32399–0120 |
| 10996202 | FLOWERS BY COLEY CLAIREMONT | 9187 CLAIREMONT MESA BLVD | SAN DIEGO, CA 92123 |
| 10996203 | FLOWERS BY COLEY IRVINE | 18011 SKY PARK CIRCLE | IRVINE, CA 92614 |
| 10996204 | FMT CONSULTANTS LLC | 2310 CAMINO VIDA ROBLE | CARLSBAD, CA 92011 |
| 11502372 | FMT Consultants, LLC | 2310 Camino Vida Roble, Suite 101 | Carlsbad, CA 92011 |
| 10996205 | FOCUS HOME INTERACTIVE | 11 RUE DE CAMBRAI | PARIS, FRANCE 75019 |
| 10996206 | FOLIOFN INVESTMENTS INC. | P.O. BOX 10544 | MCLEAN, VA 22102–8544 |
| 10996207 | FORM–CRAFT BUSINESS SYSTEMS | 4952 NAPLES STREET | SAN DIEGO, CA 92110 |
| 10996208 | FOX, JOHN | 14403 BRISTOL AVENUE | GRANDVIEW, MO 64030 |
| 10996209 | FR KELLY | 27 CLYDE ROAD | DUBLIN, IRELAND D04 F838 |
| 11280195 | FRANCHISE TAX BOARD | BANKRUPTCY SECTION MS A340 | FRANCHISE TAX BOARD   PO Box 2952   Sacramento, CA 95812–2952 |
| 10996210 | FRANCHISE TAX BOARD | STATE OF CALIFORNIA | SACRAMENTO, CA 94257–0531 |

| | | |
|---|---|---|
| 10996211 | FRANK MAYER AND ASSOC.INC | PO BOX 88266    MILWAUKEE, WI 53288–0226 |
| 10996212 | FREDERIC W. COOK & CO. INC | 685 THIRD AVENUE    NEW YORK, NY 10017 |
| 10996213 | FREEFORM | 8375 CAMINO SANTA FE    SAN DIEGO, CA 92121 |
| 10996214 | FREEMAN | P.O. BOX 650036    DALLAS, TX 75265–0036 |
| 10996215 | FRONTIER DEVELOPMENTS PLC | 306 SCIENCE PARK    MILTON ROAD, CAMBRIDGE CB4 0WG |
| 10996216 | FS PILOT SHOP | 14572 SOUTH 790 WEST    RIVERTON, UT 84065 |
| 10996217 | GALVAN, EDUARDO | 17886 IVY AVE.    FONTANA, CA 92335 |
| 10996218 | GAMELOFT | 45 WEST 25TH STREET    NEW YORK, NY 10010 |
| 10996219 | GARCIA'S WOOD WORKS CORP | P.O. BOX 2535    FONTANA, CA 92334 |
| 10996220 | GAUDIOSI, JOHN | 4809 TUPENNY LANE    RALEIGH, NC 27606 |
| 10996221 | GEFFRE, DUANE | 2105 FOXWORTHY AVE.    SAN JOSE, CA 95124 |
| 10996222 | GEORGIA DEPT OF REVENUE | P.O. BOX 6004    ROME, GA 30162 |
| 10996223 | GETGO INC. | PO BOX 50264    LOS ANGELES, CA 90074–0264 |
| 10996224 | GLOBAL EXPERIENCE SPECIALISTS INC | C/O BANK OF AMERICA    PO BOX 96174    CHICAGO, IL 60693 |
| 10996225 | GLOBENEWSWIRE | C/O WELLS FARGO BANK LB 40200    PO BOX 8500    PHILADELPHIA, PA 19178–0200 |
| 10996226 | GMI BUILDING SERVICES INC. | 8001 VICKERS STREET    SAN DIEGO, CA 92111 |
| 10996227 | GONZALEZ, AMBER M. | 1980 LINWOOD ST.    SAN DIEGO, CA 92110 |
| 10996228 | GOODRICH RIQUELME Y ASOCIADOS | AVENIDA PASEO DE LA REFORMA    NUMBER 265, MEZZANINE 2    COLONIA CUAUHTEMOC, MEXICO    FEDERAL DISTRICT, ZIP CODE 06500 |
| 10996229 | GOOGLE INC. | DEPARTMENT 33654    P.O. BOX 20580    SAN FRANCISCO, CA 94139 |
| 10996230 | GORDON, KAREN | 15008 3RD DRIVE SE    MILL CREEK, WA 98012 |
| 10996231 | GREEN DOT NORTH AMERICA | 1 ST CLAIR AVE WEST    TORONTO, ONTARIO M4V 1K6    CANADA |
| 10996232 | GREEN LION DIGITAL REPORTING | P.O. BOX 606    WYCKOFF, NJ 07481 |
| 10996233 | GREENHAUS & PENDERGRASS LLP | 1965 CHATSWORTH BLVD    SAN DIEGO, CA 92107 |
| 10996234 | GUERRERO, MICHAEL | 776 WAKEFIELD COURT    EL CAJON, CA 92020–2055 |
| 10996235 | GUTHRIE, SCOTT | 26237 FAIRSIDE ROAD    MAILBU, CA 90265 |
| 10996238 | GUTIERREZ, RENE | 24435 DUNLAVY CT.    MORENO VALLEY, CA 92557 |
| 10996236 | GUTIERREZ, ELVIRA | 8931 LIVE OAK AVE.    FONTANA, CA 95335 |
| 10996237 | GUTIERREZ, MARTHA G. | 1352 W. 5TH ST.    APT. D–14    ONTARIO, CA 91762 |
| 10996239 | GXS INC. | P.O. BOX 640371    PITTSBURGH, PA 15264–0371 |
| 10996240 | GXS, INC. | P.O. BOX 31001–0828    PASADENA, CA 91110–0828 |
| 11531265 | GameStop Texas Ltd. | William W. Matthews, III, Esquire    1835 Market Street, Suite 1400    Philadelphia, PA 19103 |
| 11349257 | Google Inc. | c/o White and Williams LLP    7 Times Square Suite 2900    New York, NY 10036–6524 |
| 10996241 | HARDISON, DANIEL | 3620 WILSON AVE.    SAN DIEGO, CA 92104 |
| 10996242 | HARMONIX MUSIC SYSTEMS INC. | 625 MASS AVENUE    CAMBRIDGE, MA 02139 |
| 10998969 | HDMI LICENSING LLC | 1140 E. ARQUES AVENUE, SUITE 100    SUNNYVALE, CA 94085–4602 |
| 10996244 | HDMI LICENSING LLC | 2115 O'NEL DRIVE    SAN JOSE, CA 95131 |
| 10996245 | HENRY'S PUB | 614 FIFTH AVENUE    SAN DIEGO, CA 92101 |
| 10996246 | HERTZ CLAIMS CENTER | PO BOX 782293    ORLANDO, FL 32878 |
| 10996247 | HILL, NATHAN E. | 633 EDGEWATER DRIVE    SAN MARCOS, CA 92078 |
| 10996248 | HOME DEPOT CREDIT SERVICES | PO BOX 9001030    LOUISVILLE, KY 40290–1030 |
| 10996249 | HUANG, CHRISTINE | 2626 PARKWAY DRIVE    EL MONTE, CA 91732 |
| 10996250 | HUDSON PRINTING | 2780 LOKER AVENUE WEST    CARLSBAD, CA 92010 |
| 10996251 | HUMANSCALE CORPORATION | 11 EAST 26TH STREET    NEW YORK, NY 10010–1425 |
| 11526848 | Humanscale Corporation | Attn: Daniel Nadel, Esq.    11 East 26th Street    New York, NY 10010 |
| 10996252 | ICE SYSTEMS, INC. | P.O. BOX 11126    HAUPPAUGE, NY 11788 |
| 10996253 | ICENHOUR, JUSTIN | P.O. BOX 1033    GRANITE FALLS, NC 28630 |
| 10996254 | ILLINOIS DEPARTMENT OF REVENUE | P.O. BOX 19035    SPRINGFIELD, IL 62794–9035 |
| 10996255 | IMAGINE PRINT SOLUTIONS | SDS 12–2000    MINNEAPOLIS, MN 55486–2000 |
| 10996256 | IMAGINE QUEBEC INC | 7 CARLTON    TORONTO, ONTARIO M5B 2M3    CANADA |
| 10996257 | IMMERSION CORPORATION | 30 RIO ROBLES    SAN JOSE, CA 95134 |
| 10996258 | INNOPATH SOFTWARE INC. | 333 W. EL CAMINO REAL    SUNNYVALE, CA 94087 |
| 10996259 | INTEGRATED MAC SOLUTIONS | 7918 EL CAJON BLVD    LA MESA, CA 91942 |
| 10996260 | INTERTRUST CORPORATE SERV (BVI)LTD | 171 MAIN STREET    TORTOLA VG 1110    BRITISH VIRGIN ISLANDS |
| 10996261 | INVESHARE INC. | P.O. BOX 568    ALPHARETTA, GA 30009–0568 |
| 10996262 | IRA/KEOGH SERVICES CO. | 2000 S. LOGAN STREET    DENVER, CO 80210 |
| 10996263 | ISAAC, STEWART | 13791 HOMESTEAD LANE    RIVERTON, UT 84065 |
| 11497207 | Integrated Mac Solutions | 7918 El Cajon Blvd., #N316    La Mesa, CA 91942 |
| 10996264 | JCIR | 116 EAST 16TH STREET    NEW YORK, NY 10003 |
| 10996265 | JIANG, GEORGE | 310 WEST THIRD STREET    SANTA ANA, CA 92701 |
| 10996266 | JOHN HANCOCK LIFE INSURANCE CO | P.O. BOX 600    BUFFALO, NY 14201–0600 |
| 10996267 | JOHNSON, ANGELINA M. | 7780 PARKWAY DR.    UNIT 1601    LA MESA, CA 91942 |
| 10996268 | JOHNSON, BRANDON | 2441 FLORIDA AVENUE    KENNER, LA 70062 |
| 10996269 | JOHNSON, LAURA | 225 ROMAINE SPRING VIEW    FENTON, MO 63026 |
| 10996270 | JULIO, MARK | 6319 ELSBERRY ST.    SAN DIEGO, CA 92114 |
| 10996271 | KAISER FOUNDATION HEALTH PLAN | CALIFORNIA SERVICE CENTER    PO BOX 23250    SAN DIEGO, CA 92193–3250 |
| 10996272 | KAISER PERMANENTE | FILE 5915    LOS ANGELES, CA 90074–5915 |
| 10996273 | KINSMAN, BRENDA | P.O. BOX 955    SAN CLEMENTE, CA 92674 |

```
10996274  KMART         C/O LAVANTE INC.    PO BOX 20580    SAN JOSE, CA 95160
10996275  KOOMA, RAVI    85 VIOLET STREET    CENTRAL ISLIP, NY 11722
10996276  KPMG LLP    DEPT. 0922    PO BOX 120922    DALLAS, TX 75312-0922
11514785  Kenneth Johnson    406 Ridgecrest Trl.    Oneonta, AL 35121
10996277  LANCASTER EVENT CENTER    PO BOX 29167    LINCOLN, NE 68529-0167
10996278  LAW OFFICE SCOTT WOLOSON PC    1431 WIRT ROAD    HOUSTON, TX 77055
10996279  LE, LINDA    25343 CYPRESS STREET    LOMITA, CA 90717
10996280  LEI CUSTOMS BROKERS INC.    456 HUMBER PLACE    NEW WESTMINSTER, BC V3M 6A5
10996282  LEVEL UP, LLC    8892 PALOS VERDES AVE    WESTMINSTER, CA 92683
10996281  LEVIN, AARON    5386 RED LEAF CT.    OVIEDO, FL 32765
10996283  LIM, LEANG    12090 VIA FELICIA    EL CAJON, CA 92019
10996284  LL&J, LLC    DBA SHOWSTOPPERS    5401 NAIMAN PARKWAYS    CLEVELAND, OH 44139
10998970  LOGITECH EUROPE S.A.    ATTN: FRANCIOS STETTLER, AGC    EPFL – QUARTIER DE L'INNOVATION    DANIEL BOREL INNOVATION CENTER    1015 LAUSANNE, SWITZERLAND
10996285  LUIZ LEONARDOS & CIA    RUA TEOFILO OTONI, 63/10 ANDAR    RIO DE JANEIRO, BRASIL
11278770  Lee McKay    5238 Cooper Court    Rancho Cucamonga, CA 91739
10996286  MACIAS-RODRIQUEZ, MARIA ISABEL    10170 COLUMBINE AVE.    MONTCLAIR, CA 91763
10996287  MAD CATZ EUROPE    1 & 2 SHENLEY PAVILION    CHALKDELL DRIVE    SHENLEY WOOD    MILTON KEYNES,    BUCKINGHAMSHIRE MK5 6LB    ENGLAND
10996288  MAD CATZ GMBH    LANDSBERGER STRASSE 400    81241 MUNICH, GERMANY
10996290  MAD CATZ INTERACTIVE ASIA LTD    138 SHA TIN RURAL COMMITTEE RD    UNIT 1717-19 17F    SHATIN NT, HONG KONG    CHINA
10996289  MAD CATZ INTERACTIVE, INC.    181 BAY STREET, SUITE 4400    TORONTO, ONTARIO M5J 2T3    CANADA
10996291  MAD CATZ JAPAN    SAKURA BUILDING, 3RD FLOOR    TOKYO, JAPAN 158-0097
10996292  MARIN, MARIA E.    6128 MONTEREY PL.    FONTANA, CA 92336
10996293  MARSH & MCLENNAN AGENCY LLC    BARNEY & BARNEY    9171 TOWNE CENTRE DRIVE, SUITE 500    SAN DIEGO, CA 92122
10996294  MARSHALL, MICHAEL    16026 MOUNT HOLLY CREEK LANE    SMITHFIELD, VA 23430
10996295  MARSHALL, TYSON E.    7385 VIA CRESTA RD.    SAN DIEGO, CA 92129
10996296  MARTINEZ, THERESA S.    16521 4S RANCH PARKWAY    SAN DIEGO, CA 92127
10996297  MASUVALLEY AND PARTNERS    9665 GRANITE RIDGE DRIVE    SAN DIEGO, CA 92123
10996298  MATZ, JOHN    1713 COTTONTAIL DRIVE    OSHKOSH, WI 54904
10996299  MAXIMUM STAFFING, INC.    C/O WELLS FARGO BUSINESS CREDIT    PO BOX 202056    DALLAS, TX 75320
10996300  MCAFEE & TAFT    211 N. ROBINSON, STE 1000    OKLAHOMA CITY, OK 73102-7103
10996301  MCCLUNE, RYAN    23001 SE 45TH COURT    SAMMAMISH, WA 98075
10996302  MCGINNIS, KAREN    15444 ARTESIAN SPRING RD.    SAN DIEGO, CA 92127
10996303  MCGINNIS, KAREN K    PO BOX 502216    SAN DIEGO, CA 92150
10996304  MCGOWAN, GARY V.    5009 CAROLINE    HOUSTON, TX 77004
10996305  MCKAY, JUSTIN    5238 COOPER COURT    RANCHO CUCAMONGA, CA 91739
10996306  MCKAY, LEE J.    5238 COOPER CT.    RANCHO CUCAMONGA, CA 91739
10996307  MCKEON, DAVID    5421 REDLAND DR.    SAN DIEGO, CA 92115
10996308  MCKEON, DAVID S.    PO BOX 15041    SAN DIEGO, CA 92175
10996309  MCMILLAN LLP    181 BAY STREET    TORONTO, ONTARIO M5J 2T3    CANADA
10996312  MEDIANT COMMUNICATIONS    P.O. BOX 29976    NEW YORK, NY 10087-9976
10996313  MEDICAL EYES SERVICES – VISION    P.O. BOX 25209    SANTA ANA, CA 92799-5209
10996314  MENDIVIL, NATHAN    2440 W. SUNNYVIEW DRIVE    RIALTO, CA 92377
10996315  MERRILL COMMUNICATIONS LLC    CM-9638    ST PAUL, MN 55170-9638
10996310  MHL, LLC    2115 O'NEL DRIVE    SAN JOSE, CA 95131
10998971  MICROSOFT CORPORATION    ATTN: XBOX HARDWARE & TECHNOLOGY GROUP    DIRECTOR OF 3RD PARTY ACCESSORIES LICENS    ONE MICROSOFT WAY    REDMOND, WA 98052
10996316  MICROSOFT CORPORATION    P.O. BOX 842103    DALLAS, TX 75282-2103
10996317  MICROSOFT CORPORATION    P.O. BOX 849995    DALLAS, TX 75284-9995
10996318  MICROSOFT LICENSING GP    6100 NEIL ROAD    RENO, NV 89511-1132
10996319  MIDDLETON, JON    1108 HOWARD HILLS ROAD    LAFAYETTE, CA 94549
10996320  MIGUEL, CHUCK    1322 BANNERMAN ROAD    TALLAHASSEE, FL 32312
10996321  MIQ GLOBAL LLC    32344 COLLECTION CENTER DRIVE    CHICAGO, IL 60693-0323
10996322  MODE TRANSPORTATION LLC    P.O. BOX 71188    CHICAGO, IL 60694-1188
10996323  MONARCAS PALLETS    P.O. BOX 310930    FONTANA, CA 92331
10996324  MONTGOMERY, WILLIAM A.S.    10040 PLACER ST. APT. C    RANCHO CUCAMONGA, CA 91730
10996311  MOORE, DEBRA L.    9351 HILLERY DRIVE    NO. 18104    SAN DIEGO, CA 92126
10996325  MORENO, GUADALUPE    24435 DUNLAVY CT.    MORENO VALLEY, CA 92557
10996326  MPEG LA, LLC    4600 S. ULSTER ST., SUITE 400    CONTRACT ADMINISTRATOR    DENVER, CO 80237
10996327  MY EQUITY COMP, LLC    80 BLUE RAVINE ROAD    FOLSOM, CA 95630
11280193  Mary Bush    12707 Mengibar Ave    San Diego, CA 92129
11527547  Microsoft Corporation and Microsoft Online, Inc.    c/o Joseph E. Shickich    Fox Rothschild, LLP    1001 4th Ave. Suite 4500    Seattle, WA 98154
11049052  Min Sung Choi    9060 SW Oleson Road #3    Portland, OR 97223
11599664  Mode Transportation, LLC    Hub Group, Inc.    2000 Clearwater Drive    Oak Brook, IL 60523
10996328  NASDAQ CORP.SOLUTIONS LLC    LBX 11700    P.O. BOX 780700    PHILADELPHIA, PA 19178-0700
```

| | | | | |
|---|---|---|---|---|
| 10996329 | NATIONAL ASSOCIATION MUSIC MERCHANTS | NAMM | 5790 ARMADA DR. | CARLSBAD, CA 92008 |
| 10996330 | NATIONAL BREAST CANCER FOUNDATION | 2600 NETWORK BLVD, #300 | FRISCO, TX 75034 | |
| 10996331 | NATIONAL UNION FIRE INS. CO | P.O. BOX 35540 | PITTSBURGH, PA 07193-5540 | |
| 10996332 | NEAL, SEAN P. | 4640 30TH ST. | APT 202 | SAN DIEGO, CA 92116 |
| 10996333 | NEEDLE PARTNERS LIMITED | GROVE HOUSE, MANSION GATE DRIVE | LEEDS, LS7 4DN | ENGLAND |
| 10996334 | NELSON FAMILY OF COMPANIES | P.O. BOX 49195 | SAN JOSE, CA 95161-9195 | |
| 10996335 | NELSON, MATTHEW | 12431 E. PRINCE OF PEACE DR | EAGLE RIVER, AK 99577 | |
| 10996336 | NETSUITE INC. | 15612 COLLECTIONS CENTER DRIVE | CHICAGO, IL 60693 | |
| 10998972 | NEVADA BUSINESS PARK LLC | C/O PHILIP SIRIANNI, JR. | 120 VANTIS, SUITE 530 | ALISO VIEJO, CA 92656 |
| 10996337 | NEVADA BUSINESS PARK LLC | C/O ROSSMORE ENTERPRISES | 605 E MAIN ST #7 | ASPEN, CO 81611 |
| 10996338 | NEVADA DEPT OF REVENUE | P.O. BOX 52609 | PHOENIX, AZ 85072-2609 | |
| 10996339 | NEWBAY MEDIA LLC | DEPT 106079 | PO BOX 150485 | HARTFORD, CT 06115-0485 |
| 10996340 | NEWSTAR BUSINESS CREDIT | NEWSTAR FINANCIAL INC. | 500 BOYLSTON ST # 1250 | BOSTON, MA 02116 |
| 10996341 | NPD GROUP INC. | 24619 NETWORK PLACE | CHICAGO, IL 60673-1246 | |
| 10996342 | NYHART COMPANY | 8415 ALLISON POINTE BLVD STE 300 | INDIANAPOLIS, IN 46250 | |
| 10996343 | NYHOLT, JOHN | 2796 TEAK CRESCENT | OAKVILLE, ONTARIO L6J 7M4 | |
| 10996344 | NYSE MARKET INC. | BOX 223695 | PITTSBURGH, PA 15251-2695 | |
| 11515043 | Nevada Business Park, LLC | Jeanne M. Jorgensen | Page & Jorgensen LLP | 19200 Von Karman Ave., 6th Floor   Irvine, CA 92612 |
| 10996345 | OFFICE DEPOT | PO BOX 29248 | PHOENIX, AZ 85038-9248 | |
| 10996346 | OLEKSA, JESSICA D | 32855 VALENTINO WAY | TEMECULA, CA 92592 | |
| 10996347 | ONDATJE, CHRISTOPHER D. | 2285 SUNSET DR. | ESCONDIDO, CA 92025 | |
| 10996348 | ONE SOURCE GROUP INC. | 13223 BLACK MOUNTAIN ROAD | SAN DIEGO, CA 92129 | |
| 10996349 | ONTARIO FIRE EXTINGUISHER CO. | 2732 PARCO AVENUE | ONTARIO, CA 91761 | |
| 10996350 | OPEN STORAGE SOLUTIONS INC. | 2 CASTLEVIEW DRIVE | BRAMPTON, ONTARIO L6T 5S9 | CANADA |
| 10996351 | OSSA, ALEXANDER | 11950 FM 1960 ROAD WEST | HOUSTON, TX 77065 | |
| 10996352 | OWNERIQ, INC. | 27-43 WORMWOOD STREET | BOSTON, MA 02210 | |
| 10998973 | P&T LAW APC | 1645 EMERALD STREET | SAN DIEGO, CA 92109 | |
| 10996353 | P&T LAW APC | 1965 CHATSWORTH BLVD. | SAN DIEGO, CA 92107 | |
| 10996354 | PANTEA, AMY | 2099 N 132ND DRIVE | GOODYEAR, AZ 85395 | |
| 10996355 | PATH TO YES LLC | 5386 RED LEAF COURT | OVIEDO, FL 32765 | |
| 10996356 | PEGASUS LOGISTICS GROUP INC | 306 AIRLINE DRIVE | COPPELL, TX 75019 | |
| 10996357 | PENTZ, PATRICK | 8400 HERMOSA AVENUE APT H | RANCHO CUCAMONGA, CA 91730 | |
| 10996358 | PEPCOM, INC. | 955 NW 17TH AVENUE BLDG L | DELRAY BEACH, FL 33445 | |
| 10996359 | PEREZ, MAIA A. WAKI | 5952 BERNADETTE LANE | SAN DIEGO, CA 92129 | |
| 10996360 | PERFORMANCE DESIGNED PRODUCTS LLC | 2300 W. EMPIRE AVENUE | BURBANK, CA 91504 | |
| 10996361 | PETERSON, WHITNEY E. | 7724 ROAN RD | SAN DIEGO, CA 92129 | |
| 10996362 | PETTY CASH FUND | 10680 TREENA ST, STE 500 | SAN DIEGO, CA 92131 | |
| 10996363 | PHAN, YENTRANG | 11642 MIRO CIRCLE | SAN DIEGO, CA 92131 | |
| 10996364 | PIERI, ELIZABETH | 1316 RANCHO LANE | THOUSAND OAKS, CA 91362 | |
| 10998974 | PITNEY BOWES | 2225 AMERICAN DRIVE | NEENAH, WI 54956-1005 | |
| 10998975 | PITNEY BOWES | ATTN: KEITH MCINTOSH | INSIDE SALES GROUP | 27 WATERVIEW DRIVE   SHELTON, CT 06484 |
| 10996365 | PITNEY BOWES GLOBAL FINANCIAL | P.O. BOX 371887 | PITTSBURGH, PA 15250-7887 | |
| 10996366 | PODCASTONE SALES | 335 NORTH MAPLE DRIVE | BEVERLY HILLS, CA 90210 | |
| 10996367 | POPOK, BILL | 2087 ALBORADA DRIVE | CAMARILLO, CA 93010-9282 | |
| 10996368 | PREMIER ELECTRIC | P.O. BOX 2 | YUCAIPA, CA 92373 | |
| 10996370 | PRN LLC | 600 MONTGOMERY | SAN FRANCISCO, CA 94111 | |
| 10996371 | PRO FLAME INC. | P.O. BOX 1507 | COLTON, CA 92324-0840 | |
| 10996372 | PUBLIC SPECIAL INC. | 3147 PROGRESS CIRCLE | MIRA LOMA, CA 91752 | |
| 10996373 | PURCHASE POWER | P.O. BOX 371874 | PITTSBURGH, PA 15250-7874 | |
| 10996374 | PURE FLO WATER | 7737 MISSION GORGE ROAD | SANTEE, CA 92071-3306 | |
| 10996375 | PURE WATER PARTNERS | DEPT CH 19648 | PALATINE, IL 60055-9648 | |
| 10996376 | PURE WATER TECHNOLOGY INC | 1902 ORANGE TREE LANE | REDLANDS, CA 92374 | |
| 10996377 | PXM DESIGN INC | D/B/A PROJECT X MEDIA | 826 PARKMAN AVE | SOLANA BEACH, CA 92075 |
| 11289313 | Pegasus Logistics Group, Inc. | 306 Airline Drive, Ste. 100 | Coppell, TX 75019 | |
| 17482158 | Pioneer Funding Group II, LLC | 232 W. 116th St. | P.O. Box 1735 | New York, NY 10026 |
| 11274605 | Public Special Commodities Division Inc | 3147 Progress Circle | Mira Loma, CA 91752 | |
| 10996378 | QUESNEL, PAUL ALAIN | 100 PARK VISTA DRIVE | LAS VEGAS, NV 89138 | |
| 10996402 | R.R.DONNELLEY FINANCIAL INC | PO BOX 932721 | CLEVELAND, OH 44193 | |
| 10996379 | RAFFERTY, DAN | 5081 ASHBERRY ROAD | CARLSBAD, CA 92008 | |
| 10996380 | RAILSIMULATOR.COM LTD | TA DOVETAIL GAMES | CHATHAM, KENT ME4 4NT | UNITED KINGDOM |
| 10996381 | RAZER USA LTD | 9 PASTEUR | IRVINE, CA 92618 | |
| 10996382 | RC SIGN CLASSICS | 4234 BLACKTON DRIVE | LA MESA, CA 91941 | |
| 10996383 | REGENTS OF UNIV.OF CALIFORNIA | CONTINUING EDUCATION OF THE BAR | 2100 FRANKLIN ST., SUITE 500 | OAKLAND, CA 94612-3098 |
| 10996384 | REICHENBACH, MATT | 935 NORTH 13 STREET | SEBRING, OH 44672 | |
| 10996385 | REMX OFFICE | PO BOX 512007 | LOS ANGELES, CA 90051-0007 | |

| | | | |
|---|---|---|---|
| 10996386 | REPRO MAGIC | 8585 MIRAMAR PLACE | SAN DIEGO, CA 92121 |
| 10996387 | RESEARCH DATA GROUP INC. | P.O. BOX 883213 | SAN FRANCISCO, CA 94188–3213 |
| 10996388 | REYES, ROENTGEN | 10506 FROBISHER CIRCLE | SAN DIEGO, CA 92126 |
| 10996389 | REYNOLDS, MIKE | 6439 TURNBERRY LANE SE | OLYMPIA, WA 98501 |
| 10996390 | RICH LIMITED | 3809 OCEAN RANCH BLVD | OCEANSIDE, CA 92056 |
| 10996391 | RICHARDSON, DARREN | 1780 KETTNER BLVD #708 | SAN DIEGO, CA 92101 |
| 10996392 | RIMORIN, JONATHAN | 1658 POINT LOMA COURT | CHULA VISTA, CA 91911 |
| 10996393 | RIMORIN, MONTY | 4722 33RD ST. #10 | SAN DIEGO, CA 92116 |
| 10996394 | RKADIA SOLUTIONS INC. | 25 CREST ROAD | RAMSEY, NJ 07446 |
| 10996395 | ROBERT SPACE INDUSTRIES CORP | 9255 W. SUNSET BLVD | WEST HOLLYWOOD, CA 90069–3305 |
| 10996396 | ROCKSTAD, SCOTT | 540 TRINITY LANE N. | ST PETERSBURG, FL 33716 |
| 10996397 | RODRIGUEZ, ANGELICA | 10701 CEDER AVE.  SP. 161 | BLOOMINGTON, CA 92316 |
| 10996398 | ROMERO GUARDADO, MARIA DEL CARMEN | 548 E. G ST. | ONTARIO, CA 91764 |
| 10996399 | ROONEY, RICHARD | 20780 SW 90TH AVENUE | TUALATIN, OR 97062 |
| 10996400 | ROSS, MELANIE | 1815 LUCERNE CIRCLE | SAN MARCOS, CA 92078 |
| 10996401 | RPX CORPORATION | ONE MARKET PLAZA  STEUART ST #800 | SAN FRANCISCO, CA 94105 |
| 10996403 | RUBALCABA, ANA MARIA | 145 N. MONTEREY AVE. | ONTARIO, CA 91764 |
| 10996404 | RUIZ, RAFAELA | 10170 COLUMBINE AVE. | MONTCLAIR, CA 91763 |
| 10996405 | RUIZ, RAYMOND A. | 968 W. 7TH STREET  APT 34 | UPLAND, CA 91786 |
| 10996406 | SAINT ISLAND INTL.PATENT OFFICES | P.O. BOX 81–974 | TAIPEI, TAIWAN |
| 10996407 | SAINT LAWRENCE COMMUNICATIONS LLC | 17480 DALLAS PARKWAY | DALLAS, TX 75287 |
| 10996408 | SAJAN INC. | 625 WHITETAIL BLVD | RIVER FALLS, WI 54022 |
| 10996409 | SAME DAY EXPRESS | P.O. BOX 26333 | SAN DIEGO, CA 92196 |
| 10996410 | SAMSUNG ELECTRONICS CO LTD | 129 SAMSUNG–RO | GYUNGGI–DO 443–742  KOREA |
| 10996415 | SAN BERNARDINO COUNTY TAX COLLECTOR | 268 W. HOSPITALITY LANE | SAN BERNARDINO, CA 92415–0360 |
| 10996411 | SAN DIEGO COUNTY TAX COLLECTOR | P.O. BOX 129009 | SAN DIEGO, CA 92112 |
| 10996412 | SAN DIEGO GAS & ELECTRIC CO. | P.O. BOX 25111 | SANTA ANA, CA 92799–5111 |
| 10996413 | SAN DIEGO PENSION CONSULTANTS INC. | 5628 COPLEY DRIVE | SAN DIEGO, CA 92111 |
| 10996414 | SAN DIEGO SHRM | C/O THE GRASSLEY GROUP  600 STATE STREET, SUITE A | CEDAR FALLS, IA 50613 |
| 10996416 | SANDS EXPO CONVENTION CTR INC | 201 SANDS AVENUE | LAS VEGAS, NV 89169 |
| 10996417 | SANDS, TREVOR | 189 CLOVER LANE | PERKIOMENVILLE, PA 18074 |
| 10996418 | SANSONE, FRANK | 2933 ARBORIDGE CT | FULLERTON, CA 92835 |
| 10996419 | SCHMIDT, JOHN C. | 5185 35TH STREET | SAN DIEGO, CA 92116 |
| 10996420 | SCURIO CONSULTING INC. | 7660 FAY AVENUE | LA JOLLA, CA 92037 |
| 10998976 | SDGE | P.O. BOX 25111 | SANTA ANA, CA 92799–5111 |
| 10996421 | SELECT EQUIPMENT SALES INC. | 6911 8TH STREET | BUENA PARK, CA 90620 |
| 10996422 | SHENZHEN HORN AUDIO CO LTD | NO.6 4TH GUIHUA ROAD | SHENZHEN, CHINA 518118 |
| 10996423 | SILICON IMAGE INC. | DEPT 33841 | SAN FRANCISCO, CA 94139 |
| 10996424 | SILK SCREEN SHIRTS INC | 240 PAUMA PLACE | ESCONDIDO, CA 92029 |
| 10996425 | SMITH TRANSPORTATION SERVICES INC. | 12717 WEST SUNRISE BLVD | SUNRISE, FL 33323–0902 |
| 10996426 | SOCIETY HUMAN RESOURCE MANAGEMENT | P.O. BOX 791139 | BALTIMORE, MD 21279–1139 |
| 10996427 | SONY COMPUTER ENTERTAINMENT | C/O BANK OF AMERICA  LB55274 | LOS ANGELES, CA 90012 |
| 10998977 | SONY COMPUTER ENTERTAINMENT AMERICA LLC | ATTN: JON REGALA  2207 BRIDGEPOINTE PARKWAY | SAN MATEO, CA 94404 |
| 10996428 | SONY DADC US INC | FILE #99460 | LOS ANGELES, CA 90074–9460 |
| 10996429 | SONY INTERACTIVE ENTERTAINMENT AMERICA LLC | 2207 BRIDGEPOINTE PARKWAY | SAN MATEO, CA 94404–5060 |
| 10996430 | SOUTH COAST COPY SYSTEMS | 6625 NANCY RIDGE DR. | SAN DIEGO, CA 92121 |
| 10996431 | SOUTHWEST TOYOTALIFT | P.O. BOX 1070 | MIRA LOMA, CA 91752 |
| 10996432 | SPS COMMERCE | P.O. BOX 205782 | DALLAS, TX 75320–5782 |
| 10996433 | SRKX PRODUCTIONS LLC | 1604 LARKIN AVENUE | SAN JOSE, CA 95129 |
| 10996434 | STAFF HOLDINGS INC. | PO BOX 202056 | DALLAS, TX 75320–2056 |
| 10996435 | STAFFMARK | ATTN: US BANK  PO BOX 952386 | ST. LOUIS, MO 63195 |
| 10996436 | STAPLES | P.O. BOX 689020 | DES MOINES, IA 50368–9020 |
| 10996437 | STAPLES ADVANTAGE | DEPT. LA  PO BOX 83689 | CHICAGO, IL 60696–3689 |
| 10996438 | STATE BOARD OF EQUALIZATION | PO BOX 942879 | SACRAMENTO, CA 94279–3535 |
| 10996439 | STATE COMPTROLLER | TEXAS COMPTROLLER PUBLIC ACCTS  LYNDON B. JOHNSON STATE OFFICE BUILDING  111 EAST 17TH STREET | AUSTIN, TX 78774–0100 |
| 10996440 | STATE OF DELAWARE | DEPARTMENT OF CORPORATIONS  TOWNSEND BUILDING  401 FEDERAL ST #4 | DOVER, DE 19903 |
| 10996441 | STATE OF MICHIGAN | MICHIGAN DEPT OF TREASURY | LANSING, MI 48909–8274 |
| 10996442 | STEPHEN GOULD CORPORATION | 35 SOUTH JEFFERSON ROAD | WHIPPANY, NJ 07981 |
| 10996443 | STERLING NATIONAL BANK | 8401 N. CENTRAL EXPRESSWAY  SUITE 600 | DALLAS, TX 75225 |
| 10996444 | STOESSER, JARED | 9145 SHARON WAY | LA HABRA, CA 90631 |
| 10996445 | STOUT RISIUS ROSS INC. | P.O. BOX 71770 | CHICAGO, IL 60694–7177 |
| 10996446 | SWANSON, LYNN | NYLA CONSULTING | LOS ANGELES, CA 90066–9998 |
| 17347252 | San Diego County Treasurer – Tax Collector | 1600 Pacific Highway, Rm. 162  Attn: BK Desk | San Diego, CA 92101 |

| | | | | |
|---|---|---|---|---|
| 17347253 | San Diego County Treasurer – Tax Collector | 1600 Pacific Highway, Room 162 | Attn: BK Desk | San Diego, CA 92101 |
| 11274268 | San Diego County Treasurer–Tax Collector | 1600 Pacific Hwy. Rm. 162 | Attn: Bankruptcy Unit | San Diego, CA 92101 |
| 11049072 | Shenzhen Horn Audio Co. | Creditors Adjustment Bureau Inc. | P.O. Box 5932 | Sherman Oaks, CA 91413 |
| 10997619 | State of Delaware | Division of Revenue | 820 N. French Street, 8th Floor | Wilmington, DE 19801–0820 |
| 10996447 | TACHOVSKY, DEREK | 1857 STATE SPUR 76D | WILBER, NE 68465 | |
| 10996448 | TANG, LEO | 3311 ASPEN GROVE | IRVINE, CA 92618 | |
| 10996449 | TAURUS DISPLAY CORP. | 1249 GLEN AVENUE | MOORESTOWN, NJ 08057 | |
| 10996450 | TECHNICOLOR HOME ENT. SERVICES | DEPT. NO. 7658 | LOS ANGELES, CA 90088–7658 | |
| 10996451 | TEKLYNX AMERICAS | 409 E. SILVER SPRING DRIVE | WHITEFISH BAY, WI 53217 | |
| 10996452 | TEN/O LLC | CHRISTOPHER CEGLIA | 1734 GREAT HWY | SAN FRANCISCO, CA 94122 |
| 10996453 | TERMINIX | TERMINIX PROCESSING CENTER | PO BOX 742592 | CINCINNATI, OH 45274–2592 |
| 10996454 | TESSCO INCORPORATED | PO BOX 102885 | ATLANTA, GA 30368–2885 | |
| 10996112 | THE BYU STORE | P.O. BOX 27904 | PROVO, UT 84602–7904 | |
| 10996243 | THE HARTFORD | PO BOX 783690 | PHILADELPHIA, PA 19178–3690 | |
| 10996369 | THE PRINT BUTTON | 1050 PIONEER WAY | EL CAJON, CA 92020 | |
| 10996455 | THERMAL LABEL WAREHOUSE LLC | DRAWER 1706 | TROY, MI 48007–5935 | |
| 10996459 | THOMPSON, JOSHUA | 14169 PLUMAS COURT | FONTANA, CA 92336 | |
| 10996456 | THOMSON COMPUMARK | P.O. BOX 71892 | CHICAGO, IL 60694–1892 | |
| 10996457 | THOMSON LICENSING | INTELLECTUAL PROPERTY/LICENSING | 92443 ISSY–LES–MOULINEAUX | FRANCE |
| 10996458 | THOMSON REUTERS – WEST | PAYMENT CENTER | CAROL STREAM, IL 60197–6292 | |
| 10998978 | THQ INC. | 29903 AGOURA ROAD | AGOURA HILLS, CA 91301–2513 | |
| 10996460 | TIME WARNER CABLE | SPECTRUM BUSINESS | PO BOX60074 | CITY OF INDUSTRY, CA 91716–0074 |
| 10996461 | TNJ CONSULTING SERVICES | 24 MOROCCO DRIVE | ROGERS, AR 72756 | |
| 10996462 | TOBIAS, RYAN | 22 HALLMARK COURT | AMERICAN CANYON, CA 94503 | |
| 10996463 | TORRES, SAUL | 1110 24TH STREET | SAN DIEGO, CA 92102 | |
| 10996464 | TOYOTA INDUSTRIES COMMERCIAL FINANCE | DEPT 2431 | CAROL STREAM, IL 60132–2431 | |
| 10996465 | TPP 212 SCRIPPS LLC | C/O CUSHMAN & WAKEFIELD | PO BOX 511335 | LOS ANGELES, CA 90051–7890 |
| 10998979 | TPP 212 SCRIPPS LLC | C/O CYPRESS ASSET MANAGEMENT, INC. | ATTN: RON LACK | 10650 TREENA STREET, SUITE 109   SAN DIEGO, CA 92131 |
| 11527182 | TPP 212 Scripps, LLC | c/o Michael D. Breslauer, Esq. | Solomon Ward Seidenwurm & Smith LLP | 401 B Street, Suite 1200   San Diego, CA 92101 |
| 11070557 | TPP 212 Scripps, LLC | c/o Michael D. Breslauer, Esq. | Solomon Ward Seidenwurm & Smith, LLP | 401 B Street, Suite 1200   San Diego, CA 92101 |
| 10996466 | TRAIN SIMULATOR LIMITED | MARKET HOUSE 12A CROSS ROAD | TADWORTH, SURREY KT20 5SR | ENGLAND |
| 10996467 | TREND RESULTS | 2608 POWDERHORN DRIVE | PLANO, TX 75025 | |
| 10996468 | TRUE COMMERCE INC. | NW 6199   PO BOX 1450 | MINNEAPOLIS, MN 55485–6199 | |
| 10996469 | TRUE COURSE SIMULATIONS | 115 WEST DELANO AVENUE | PRESCOTT, AZ 86301 | |
| 10996470 | TWITCH INTERACTIVE INC. | 225 BUSH STREET | SAN FRANCISCO, CA 94104 | |
| 10996471 | TYCO INTEGRATED SECURITY LLC | P.O. BOX 371967 | PITTSBURGH, PA 15250–7967 | |
| 11349080 | Tennessee Department of Revenue | c/o Office of Attorney General | PO Box 20207 | Nashville, TN 37202–0207 |
| 11342531 | Texas Comptroller of Public Accounts | Office of the Attorney General | Bankruptcy & Collections Division | P.O. Box 12548, MC–008   Austin, TX 78711 |
| 13664218 | Texas Comptroller of Public Accounts | Office of the Attorney General | Bankruptcy & Collections Division MC–008 | PO Box 12548   Austin, TX 78711–2548 |
| 11311804 | Thomson Reuters – West | 610 Opperman Drive | Eagan, MN 55123 | |
| 11289481 | Trevor Sands | 189 Clover Lane | Perkiomenville, PA 18074 | |
| 12482675 | Tyco Integrated Security, LLC | c/o Suzanne Cork | 10405 Crosspoint Blvd. | Indianapolis, IN 46256 |
| 11274086 | Tyson E. Marshall | 7385 Via Cresta Road | San Diego, CA 92129 | |
| 10998980 | U&I ENTERTAINMENT, LLC | ATTN: CEO | 5850 OPUS PARKWAY, SUITE 250 | MINNETONKA, MN 55343 |
| 10996481 | U.S. BANK EQUIPMENT FINANCE INC | P.O. BOX 790448 | ST. LOUIS, MO 63179–0448 | |
| 11349305 | U.S. Customs and Border Protection | Attn: Revenue Division, Bankruptcy Team | 6650 Telecom Dr., Suite 100 | Indianapolis, IN 46278 |
| 10996472 | UBERSTRATEGIST | 306 ROUTE 515 | STOCKHOLM, NJ 07460 | |
| 10996473 | UBISOFT INC. | 625 THIRD STREET | SAN FRANCISCO, CA 94107–1907 | |
| 10996474 | ULINE | P.O. BOX 88741 | CHICAGO, IL 60680–1741 | |
| 10996475 | UNITED CONCORDIA COMPANIES | P.O. BOX 827377 | PHILADELPHIA, PA 19182–7377 | |
| 10996476 | UNITED HEALTHCARE INSURANCE CO | PO BOX 843118 | LOS ANGELES, CA 90084–3118 | |
| 10996477 | UNITED HEALTHCARE OF CA | PO BOX 841346 | LOS ANGELES, CA 90084–1346 | |
| 10996478 | UNITED PARCEL SERVICE | DEPT. 894820 | LOS ANGELES, CA 90189–4820 | |
| 10996479 | UNITED RENTALS INC. | FILE 51122 | LOS ANGELES, CA 90074–1122 | |
| 10996483 | UNITED STATES CUSTOM SERVICE | P.O. BOX 530071 | ATLANTA, GA 30353–0071 | |
| 10996480 | UPS SUPPLY CHAIN SOLUTIONS INC. | 28013 NETWORK PLACE | CHICAGO, IL 60673–1280 | |
| 10996482 | USB IMPLEMENTERS FORUM | 3855 SW 153RD DRIVE | BEAVERTON, OR 97003 | |
| 10996484 | UTC VENTURE LLC | PO BOX 55976 | LOS ANGELES, CA 90074–5976 | |

| | | | |
|---|---|---|---|
| 11340138 | UnitedHealthcare | Attn: CDM – Bankruptcy    185 Asylum Street – 03B    Hartford, CT 06103 | |
| 10996485 | VALLEJOS, MARISSA    9861 GENESEE AVENUE    SAN DIEGO, CA 92121 | | |
| 10996486 | VAR RESOURCES INC.    PO BOX 10306    DES MOINES, IA 50306–0306 | | |
| 10998981 | VAR RESOURCES, INC.    2830 INTERSTATE 30    MESQUITE, TX 75150 | | |
| 10996487 | VE INTERACTIVE LLC    580 HARRISON AVENUE    BOSTON, MA 02118 | | |
| 10996488 | VERCELLI, DONALD J.    13340 PORTOFINO DR.    DEL MAR, CA 92014 | | |
| 10996489 | VERIZON    P.O. BOX 920041    DALLAS, TX 75392–0041 | | |
| 10996490 | VERIZON BUSINESS    P.O. BOX 15043    ALBANY, NY 12212–5043 | | |
| 10996491 | VERIZON BUSINESS    P.O. BOX 660794    DALLAS, TX 75266–0794 | | |
| 10996492 | VERIZON FLORIDA LLC    PO BOX 920041    DALLAS, TX 75392–0041 | | |
| 10996493 | VIA LICENSING CORPORATION    1275 MARKET STREET    SAN FRANCISCO, CA 94103 | | |
| 10998982 | VIA LICENSING CORPORATION    ATTN: AAC LICENSE ADMINISTRATOR    475 BRANNAN STREET, SUITE 320    SAN FRANCISCO, CA 94107 | | |
| 10996494 | VIDANA, DAVID    4859 DODD ST.    MIRA LOMA, CA 91752 | | |
| 10996495 | VIZCAINO, MARIA JOSE    6630 CAMINO MAQUILADORA    SAN DIEGO, CA 92154 | | |
| 10996496 | VOICE AGE CORPORATION    750 CHEMIN LUCERNE    MONTREAL, QUEBEC H3R 2H6    CANADA | | |
| 10996497 | VON HUBEN, CHRISTOPHER    6829 CORTE LANGOSTA    CARLSBAD, CA 92009 | | |
| 10996498 | VOYETRA TURTLE BEACH INC.    100 SUMMIT LAKE DRIVE    VALHALLA, NY 10595 | | |
| 11273829 | Verizon Business Global LLC, on behalf of its affi    William Vermette    22001 Loudoun County Pkwy    Ashburn, VA 20147 | | |
| 10996499 | WALL STREET TRANSCRIPT    622 THIRD AVENUE    NEW YORK, NY 10017 | | |
| 10996500 | WARREN PACKAGING    1722 E. GREVILLE COURT    ONTARIO, CA 91761 | | |
| 10996501 | WAYMAN PILOT SUPPLIES    14351 NW 41ST AVENUE    OPA LOCKA, FL 33054 | | |
| 10996502 | WEAVER, GLENN A.    24942 GATEWOOD ST    MORENO VALLEY, CA 92551 | | |
| 10996503 | WEDBUSH SECURITIES INC.    2 EMBARCADERO CENTER    SAN FRANCISCO, CA 94111 | | |
| 10996504 | WELLS FARGO BUSINESS CREDIT    1ST CHOICE STAFFING INC.    DALLAS, TX 75320–2056 | | |
| 10996505 | WELLS FARGO CARD SERVICES    P.O. BOX 6426    CAROL STREAM, IL 60197–6426 | | |
| 10996506 | WEST COAST CABLE, INC.    5535 DANIELS STREET    CHINO, CA 91710 | | |
| 10996507 | WESTVIEW INDUSTRIES INC.    270 SYLVAN AVENUE    ENGLEWOOD, NJ 07632–2522 | | |
| 10996508 | WILLIAMS DATA MANAGEMENT    1925 E. VERNON AVENUE    LOS ANGELES, CA 90058–1685 | | |
| 10996509 | WILLIAMS, NANCY    5070 FOX RIDGE DRIVE    NORTH CANTON, OH 44720 | | |
| 10996510 | WILLIAMS, PERRY    13868 KERRY LANE    SAN DIEGO, CA 92130 | | |
| 10996511 | WISCONSIN DEPT OF REVENUE    PO BOX 930208    MILWAUKEE, WI 53293–0208 | | |
| 10996512 | WRIGHT GIFT COMPANY II LLC    6180 HAAS STREET    LA MESA, CA 91942–4311 | | |
| 10996513 | WYMAN, CAROLE    13186 KELLAM COURT    SAN DIEGO, CA 92130 | | |
| 11501236 | Wal–Mart Stores, Inc.    Charles B. Hendricks    900 Jackson Street, Suite 570    Dallas, TX 75202 | | |
| 11013825 | Wells Fargo Financial Leasing, Inc.    800 Walnut St    MAC N0005–055    Des Moines, IA 50309 | | |
| 11531264 | William W. Matthews, III, Esquire    1835 Market Street, Suite 1400    Philadelphia, PA 19103 | | |
| 10996514 | XIMCO CORPORATION    1/F SUITE 02    HAPPY VALLEY, HONG KONG    CHINA | | |
| 10996515 | XOTICPC    4000 LOWELL CIRCLE    LINCOLN, NE 68502 | | |
| 10996516 | XTREME PALLETS    P.O. BOX 191    MIRA LOMA, CA 91752 | | |
| 10996517 | YRC FREIGHT    PO BOX 100129    PASADENA, CA 91189–0003 | | |

TOTAL: 535