# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

| | |
|---|---|
| **In Re:** | **Chapter:** 7 |
| Mad Catz, Inc. | |
| **EIN:** 87–0470365 | **Case No.:** 17–10679–LSS |
| Mad Catz | |
| | Claim No.* (if known): 14 |
| | Amount (if known): $123,445.30 |

## NOTICE OF TRANSFER OF CLAIM

To Lee McKay Claimant/Transferor:

    YOU ARE HEREBY NOTIFIED that on 06/28/2022, a Transfer of Claim was filed with this Court purporting to transfer to Argo Partners, Transferee, a claim previously filed by you.

    Any objection to this Transfer must be in writing and filed with the Clerk at the address below within (21) days of the date of this Notice, and a copy served on the Transferee. If no objection is timely received by the Court, the Transferee will be substituted as the original claimant without further order of the Court.

| Clerk of Court | Transferee |
|---|---|
| United States Bankruptcy Court | Argo Partners |
| District of Delaware | 12 West 37th Street, Ste 900 |
| 824 Market Street | New York, NY 10018 |
| Wilmington, DE 19801 | Phone: 212–643–5446 |

Dated: 07/01/2022

                                                       Una O'Boyle, Clerk of Court

*Claim no. as assigned by the Court, which may be different from the claim no. as assigned by the Trustee.