# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| MAD CATZ, INC., | Case No. 17-10679 (LSS) |
| Debtor. | **Re: Dkt. No. 301** |

## CERTIFICATE OF NO OBJECTION REGARDING SEVENTH AND FINAL APPLICATION OF GIULIANO MILLER AND COMPANY, LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS ACCOUNTANTS AND FINANCIAL ADVISORS TO THE TRUSTEE FOR THE PERIOD (i) APRIL 1, 2020 THROUGH FEBRUARY 10, 2022 AND (ii) THE FINAL PERIOD APRIL 8, 2017 THROUGH FEBRUARY 10, 2022

On February 14, 2022, Giuliano Miller & Company, LLC ("GMC"), accountants and financial advisors to the Chapter 7 Trustee, filed the *Seventh and Final Application of Giuliano Miller and Company, LLC for Allowance of Compensation and Reimbursement of Expenses as Accountants and Financial Advisors to the Trustee for the Period (i) April 1, 2020 through February 10, 2022 and (ii) the Final Period April 8, 2017 through February 10, 2022* (the "Application") [Dkt. No. 301].

Pursuant to the Notice of Trustee's Final Report and Application for Compensation and Deadline to Object, objections to the Application were to be filed and served no later than July 14, 2022 at 4:00 p.m.

The undersigned hereby certifies that, as of the date hereof, he has received no written answer, objection or other responsive pleading to the Application. The undersigned further certifies that he has caused the review of the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon.

-2-

WHEREFORE, GMC respectfully requests that the Court enter the proposed form of Order attached to the Application.

Dated: July 15, 2022                    /s/ Alan M. Root
                                                    Alan M. Root (No. 5427)
                                                    ARCHER & GREINER, P.C.
                                                    300 Delaware Avenue, Suite 1100
                                                    Wilmington, DE 19801
                                                    (302) 777-4350
                                                    (302) 777-4352 (fax)
                                                    aroot@archerlaw.com

                                                    *Attorneys for the Chapter 7 Trustee*

225213748v1