# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| MAD CATZ, INC., | Case No. 17-10679 (LSS) |
| Debtor. | **Re: Dkt. No. 307** |

### CERTIFICATE OF NO OBJECTION REGARDING
### FIRST AND FINAL (CONTINGENT FEE MATTERS) APPLICATION
### FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF
### ARCHER & GREINER, P.C., AS COUNSEL TO THE CHAPTER 7 TRUSTEE,
### FOR THE PERIOD MAY 15, 2018 TO DECEMBER 31, 2019

On March 15, 2022, Archer & Greiner, P.C. ("A&G"), counsel to the Chapter 7 Trustee, filed the *First and Final (Contingent Fee Matters) Application for Compensation and Reimbursement of Expenses of Archer & Greiner, P.C., as Counsel to the Chapter 7 Trustee, for the Period May 15, 2018 to December 31, 2019* (the "Application") [Dkt. No. 307].

Pursuant to the Notice of Trustee's Final Report and Application for Compensation and Deadline to Object, objections to the Application were to be filed and served no later than July 14, 2022 at 4:00 p.m.

The undersigned hereby certifies that, as of the date hereof, he has received no written answer, objection or other responsive pleading to the Application. The undersigned further certifies that he has caused the review of the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon.

-2-

WHEREFORE, A&G respectfully requests that the Court enter the proposed form of Order attached to the Application.

Dated: July 15, 2022        /s/ Alan M. Root
                            Alan M. Root (No. 5427)
                            ARCHER & GREINER, P.C.
                            300 Delaware Avenue, Suite 1100
                            Wilmington, DE 19801
                            (302) 777-4350
                            (302) 777-4352 (fax)
                            aroot@archerlaw.com

                            *Attorneys for the Chapter 7 Trustee*

225213691v1