# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| MAD CATZ, INC., | Case No. 17-10679 (LSS) |
| Debtor. | **Re: Dkt. No. 309** |

## CERTIFICATE OF NO OBJECTION REGARDING THE
## CHAPTER 7 TRUSTEE'S FINAL REPORT

On June 15, 2022, David W. Carickhoff, Chapter 7 Trustee (the "Trustee") filed the **Chapter 7 Trustee's Final Report** (the "Final Report") **and Application for Compensation** (the "Application for Compensation") [both at Dkt. No. 309]. Pursuant to the Notice of Trustee's Final Report and Application for Compensation and Deadline to Object, objections to the Final Report and Application for Compensation were to be filed and served no later than July 14, 2022 at 4:00 p.m. The undersigned hereby certifies that, as of the date hereof, he has received no written answer, objection or other responsive pleading to the Final Report or Application for Compensation. The undersigned further certifies that he has caused the review of the Court's docket in this case and no answer, objection or other responsive pleading to the Final Report or Application for Compensation appears thereon.

-2-

WHEREFORE, the Trustee respectfully requests that the Court enter: (i) the proposed form of Order of Distribution attached to the Final Report, and (ii) the proposed form of Order Awarding Trustee's Compensation and Expenses attached to the Application for Compensation.

Dated: July 15, 2022    /s/ Alan M. Root
　　　　　　　　　　　　Alan M. Root (No. 5427)
　　　　　　　　　　　　ARCHER & GREINER, P.C.
　　　　　　　　　　　　300 Delaware Avenue, Suite 1100
　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　(302) 777-4350
　　　　　　　　　　　　(302) 777-4352 (fax)
　　　　　　　　　　　　aroot@archerlaw.com

　　　　　　　　　　　　*Attorneys for the Chapter 7 Trustee*

225213612v1

-2-