**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| MAD CATZ, INC., | Case No. 17-10679 (LSS) |
| Debtor. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JULY 26, 2022 AT 10:30 A.M.**

## CHAPTER 7 TRUSTEE'S FINAL REPORT:

1. Chapter 7 Trustee's Final Report (filed June 15, 2022) [Dkt. No. 309]

    Response Deadline:  July 14, 2022

    Response Received:  None

    Related Documents:

    A. Proposed Order for Distribution (filed June 15, 2022) [Dkt. No. 309]

    B. Application for Trustee's Compensation and Expenses (filed June 15, 2022) [Dkt. No. 309]

    C. Proposed Order Awarding Trustee's Compensation and Expenses (filed June 15, 2022) [Dkt. No. 309]

    D. Notice of Trustee's Final Report and Application for Compensation and Deadline to Object (NFR) (filed June 21, 2022) [Dkt. No. 313]

    E. Certificate of No Objection (filed July 15, 2022) [Dkt. No. 322]

    Status:  A Certificate of No Objection has been filed.

**FINAL FEE APPLICATIONS**

2. Seventh and Final Application of Giuliano Miller and Company, LLC for Allowance of Compensation and Reimbursement of Expenses as Accountants and Financial Advisors to the Trustee for the Period (i) April 1, 2020 through February 10, 2022 and (ii) the Final Period April 8, 2017 through February 10, 2022 (filed February 14, 2022) [Dkt. No. 301]

    Response Deadline:    July 14, 2022

    Response Received:    None

    Related Documents:

    A.    Certificate of No Objection (filed July 15, 2022) [Dkt. No. 319]

    Status:  A Certificate of No Objection has been filed.

3. First and Final (Contingent Fee Matters) Application for Compensation and Reimbursement of Expenses of Archer & Greiner, P.C., as Counsel to the Chapter 7 Trustee, for the Period May 15, 2018 to December 31, 2019 (filed March 4, 2022) [Dkt. No. 307]

    Response Deadline:    July 14, 2022

    Response Received:    None

    Related Documents:

    A.    Certificate of No Objection (filed July 15, 2022) [Dkt. No. 320]

    Status:  A Certificate of No Objection has been filed.

4. Eighth and Final Fee Application of Archer & Greiner, P.C., Attorneys for David W. Carickhoff, Chapter 7 Trustee for Compensation and Reimbursement of Expenses for the Period May 31, 2017 through February 28, 2022 (filed March 15, 2022) [Dkt. No. 308]

    Response Deadline:    July 14, 2022

    Response Received:    None

    Related Documents:

    A.    Certificate of No Objection (filed July 15, 2022) [Dkt. No. 321]

5. <u>Status</u>:  A Certificate of No Objection has been filed.

Dated: July 18, 2022              /s/ Alan M. Root
                                  Alan M. Root (No. 5427)
                                  ARCHER & GREINER, P.C.
                                  300 Delaware Avenue, Suite 1100
                                  Wilmington, DE 19801
                                  (302) 777-4350
                                  (302) 777-4352 (fax)
                                  aroot@archerlaw.com

                                  *Attorneys for the Chapter 7 Trustee*

225228016v1