# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-10679-LSS
Case Name: MAD CATZ, INC.
Trustee Name: David Carickhoff

**Balance on hand:** $ 2,122,716.78

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| SNB | Sterling National Bank | 4,703,521.23 | 4,570,674.58 | 4,570,674.58 | 0.00 |
| 46S | TPP 212 Scripps, LLC | 57,401.61 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $ 0.00
Remaining balance:   $ 2,122,716.78

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - David Carickhoff | 255,810.92 | 0.00 | 255,810.92 |
| Attorney for Trustee Fees - Archer & Greiner, P.C. | 453,372.50 | 399,516.50 | 53,856.00 |
| Charges, U.S. Bankruptcy Court | 1,750.00 | 0.00 | 1,750.00 |
| Trustee, Expenses - David W. Carickhoff | 2,328.14 | 0.00 | 2,328.14 |
| Administrative Rent - TPP 212 Scripps, LLC | 0.00 | 0.00 | 0.00 |
| Attorney for Trustee Fees - Archer & Greiner, P.C. | 17,850.00 | 0.00 | 17,850.00 |
| Attorney for Trustee, Expenses - Archer & Greiner, P.C. | 11,867.48 | 11,639.36 | 228.12 |
| Accountant for Trustee Fees (Other Firm) - Giuliano, Miller & Company, LLC | 318,841.00 | 293,591.50 | 25,249.50 |
| Accountant for Trustee Expenses (Other Firm) - Giuliano, Miller & Company, LLC | 7,374.72 | 7,245.40 | 129.32 |

Total to be paid for chapter 7 administrative expenses:   $ 357,202.00
Remaining balance:   $ 1,765,514.78

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

UST Form 101-7-TFR(5/1/2011)

| | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 1,765,514.78 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $232,679.82 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6P | Tyson E. Marshall | 12,850.00 | 0.00 | 12,850.00 |
| 7P | MCGINNIS, KAREN K | 12,850.00 | 0.00 | 12,850.00 |
| 9 | San Diego County Treasurer-Tax Collector | 6,210.32 | 0.00 | 6,210.32 |
| 14P | Lee McKay | 12,850.00 | 0.00 | 12,850.00 |
| 15P | David McKeon | 12,850.00 | 0.00 | 12,850.00 |
| 18P | Mary Bush | 12,850.00 | 0.00 | 12,850.00 |
| 19P | FRANCHISE TAX BOARD | 119.82 | 0.00 | 119.82 |
| 22P | DESCHAMPS, CHERYL A. | 12,850.00 | 0.00 | 12,850.00 |
| 23P | Angelina Johnson | 12,850.00 | 0.00 | 12,850.00 |
| 24P | Dalin Cienfuegos | 12,850.00 | 0.00 | 12,850.00 |
| 27 | RODRIGUEZ, ANGELICA | 12,700.00 | 0.00 | 12,700.00 |
| 29P | GALVAN, EDUARDO | 12,850.00 | 0.00 | 12,850.00 |
| 32 | Texas Comptroller of Public Accounts | 4,930.30 | 0.00 | 4,930.30 |
| 33P | Texas Comptroller of Public Accounts | 57,733.93 | 0.00 | 57,733.93 |
| 34P | Tennessee Department of Revenue | 506.98 | 0.00 | 506.98 |
| 40 | Aaron Levin | 5,769.23 | 0.00 | 5,769.23 |
| 49P | CERVANTES, SARAI S. | 12,850.00 | 0.00 | 12,850.00 |
| | IRS EFTPS - 941 | 9,112.09 | 0.00 | 9,112.09 |
| | IRS EFTPS - 941 | 2,131.00 | 0.00 | 2,131.00 |
| | IRS EFTPS - 940 | 4,966.15 | 0.00 | 4,966.15 |

| | Total to be paid for priority claims: | $ | 232,679.82 |
|---|---|---|---|
| | Remaining balance: | $ | 1,532,834.96 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $6,286,450.25 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 24.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Wells Fargo Financial Leasing, Inc. | 31,102.80 | 0.00 | 7,583.84 |
| 2 | Min Sung Choi | 199.99 | 0.00 | 48.76 |
| 3 | Shenzhen Horn Audio Co. | 96,953.14 | 0.00 | 23,640.24 |
| 4 | CALIFORNIA CROSS DOCK INC. | 54,298.39 | 0.00 | 13,239.66 |
| 5 | Verizon Business Global LLC, on behalf of its affi | 11,091.86 | 0.00 | 2,704.55 |
| 6U | Tyson E. Marshall | 213,364.24 | 0.00 | 52,024.94 |
| 7U | MCGINNIS, KAREN K | 392,816.28 | 0.00 | 95,781.01 |
| 8 | 2SHIP SOLUTIONS INC. | 2,700.00 | 0.00 | 658.35 |
| 10 | Dexin Corporation | 1,512,215.51 | 0.00 | 368,725.86 |
| 11 | Public Special Commodities Division Inc | 6,310.20 | 0.00 | 1,538.63 |
| 12 | P&T LAW APC | 1,155.00 | 0.00 | 281.63 |
| 13 | VOICE AGE CORPORATION | 4,561.25 | 0.00 | 1,112.18 |
| 14U | Lee McKay | 104,984.21 | 0.00 | 25,598.46 |
| 15U | David McKeon | 228,122.60 | 0.00 | 55,623.49 |
| 16 | Dexin Corporation | 0.00 | 0.00 | 0.00 |
| 17 | DEXIN CORPORATION | 0.00 | 0.00 | 0.00 |
| 18U | Mary Bush | 27,460.88 | 0.00 | 6,695.83 |
| 19U | FRANCHISE TAX BOARD | 1,148.82 | 0.00 | 280.12 |
| 20 | LEI CUSTOMS BROKERS INC. | 5,458.92 | 0.00 | 1,331.06 |
| 21 | Corodata Shredding, inc. | 147.00 | 0.00 | 35.84 |
| 22U | DESCHAMPS, CHERYL A. | 36,665.00 | 0.00 | 8,940.09 |
| 23U | Angelina Johnson | 4,925.00 | 0.00 | 1,200.86 |
| 24U | Dalin Cienfuegos | 56,380.77 | 0.00 | 13,747.41 |
| 25 | County of San Bernadino | 2,391.89 | 0.00 | 583.22 |
| 26 | Pegasus Logistics Group, Inc. | 355,367.22 | 0.00 | 86,649.74 |
| 28 | Trevor Sands | 178.20 | 0.00 | 43.45 |
| 29U | GALVAN, EDUARDO | 23,095.00 | 0.00 | 5,631.29 |
| 30 | Thomson Reuters - West | 1,500.00 | 0.00 | 365.75 |
| 31 | UnitedHealthcare | 69,849.94 | 0.00 | 17,031.62 |
| 35 | Google Inc. | 12,131.14 | 0.00 | 2,957.95 |
| 36 | U.S. Customs and Border Protection | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 37 | Integrated Mac Solutions | 332.50 | 0.00 | 81.07 |
| 38 | Wal-Mart Stores, Inc. | 0.00 | 0.00 | 0.00 |
| 39 | FMT Consultants, LLC | 75,016.71 | 0.00 | 18,291.44 |
| 41 | Kenneth Johnson | 175.86 | 0.00 | 42.88 |
| 42 | Nevada Business Park, LLC | 192,589.30 | 0.00 | 46,959.35 |
| 43 | MAD CATZ INTERACTIVE ASIA LTD | 1,750,000.00 | 0.00 | 426,705.23 |
| 44 | DURHAM JONES & PINEGAR | 5,063.00 | 0.00 | 1,234.52 |
| 45 | Humanscale Corporation | 0.00 | 0.00 | 0.00 |
| 46U | TPP 212 Scripps, LLC | 318,080.93 | 0.00 | 77,558.17 |
| 47 | Microsoft Corporation and Microsoft Online, Inc. | 596,275.60 | 0.00 | 145,390.81 |
| 48 | GameStop Texas Ltd. | 0.00 | 0.00 | 0.00 |
| 49U | CERVANTES, SARAI S. | 8,475.00 | 0.00 | 2,066.46 |
|  | IRS EFTPS - 941 | 67,969.91 | 0.00 | 16,573.21 |
|  | IRS EFTPS - 941 | 15,896.19 | 0.00 | 3,875.99 |

Total to be paid for timely general unsecured claims:       $     1,532,834.96
Remaining balance:       $     0.00

Tardily filed claims of general (unsecured) creditors totaling $259,814.30 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 50 | Mode Transportation, LLC | 254,673.72 | 0.00 | 0.00 |
| 51 | Tyco Integrated Security, LLC | 2,150.47 | 0.00 | 0.00 |
| 52 | SAMSUNG ELECTRONICS CO LTD | 2,990.11 | 0.00 | 0.00 |
| 53 | Texas Comptroller of Public Accounts (ADMINISTRATIVE) | 0.00 | 0.00 | 0.00 |
| 54 | San Diego County Treasurer - Tax Collector (ADMINISTRATIVE) | 0.00 | 0.00 | 0.00 |

Total to be paid for tardily filed general unsecured claims:       $     0.00
Remaining balance:       $     0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $5,082.38 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 33U | Texas Comptroller of Public Accounts | 5,007.38 | 0.00 | 0.00 |
| 34U | Tennessee Department of Revenue | 75.00 | 0.00 | 0.00 |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR(5/1/2011)**