UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| IN RE: | CHAPTER 7 |
|---|---|
| MAD CATZ, INC. | CASE NO. 17-10679 |
| Debtor. | RE: Docket No. 309 |

### ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth is hereby **ORDERED.**

**AND NOW**, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is **ORDERED**, that the sum of $255,810.92 is reasonable compensation for the services in this case by David Carickhoff, trustee; that such sum does not exceed the limitation prescribed by Section 326 of the Bankruptcy Code, that $2,328.14 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the Trustee.

224742182v1

Dated: July 21st, 2022
Wilmington, Delaware

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE