# THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

IN RE: Mad Catz, Inc., Debtor(s).  
    10680 Treena Street  
    Suite No. 500  
    San Diego, CA 92131  
    87-0470365

Case No. 17-10679 KG  
Chapter 7

## Notice of Appearance and Request for Notice

    Pursuant to Bankruptcy Rule 2002(g) the Tennessee Attorney General's Office requests that all notices or orders sent in this case in accordance with Title 11 U.S.C., any order of the Court, Bankruptcy Rules 2002, 3017, and 9013, and any other Bankruptcy Rules or local rules governing notice be sent to the TN Dept of Revenue.

Notices should be addressed to:  
TN Dept of Revenue  
c/o TN Attorney General's Office, Bankruptcy Division  
PO Box 20207  
Nashville, Tennessee 37202-0207

    The TN Dept of Revenue hereby reserves and does not waive its sovereign immunity and its rights under the Eleventh Amendment to the United States Constitution.

    Respectfully submitted,  
    Jonathan Skrmetti  
    Attorney General and Reporter

    /s/ Laura L. McCloud  
    Laura L. McCloud  
    Senior Assistant Attorney General  
    BPR No. 016206  
    OFFICE OF THE ATTORNEY GENERAL  
    BANKRUPTCY DIVISION  
    P O BOX 20207  
    Nashville, TN 37202-0207  
    Phone: (615) 532-8933   Fax: 615-741-3334  
    Email: AGBankDelaware@ag.tn.gov

### CERTIFICATE OF SERVICE

I certify that on September 15, 2022 a copy of this pleading was deposited in the United States mail, first class, postage prepaid, or sent electronically (or both as required by local rules) to the parties set out below.

    /s/ Laura L. McCloud  
    Laura L. McCloud  
    Senior Assistant Attorney General

| Office of the U.S. Trustee | David W. Carickhoff | Matthew Barry Lunn |
|---|---|---|
| 844 King St., Room 2207 | Chapter 7 Trustee | Attorney for the Debtor(s) |
| Lock Box 35 | Archer & Greiner, P.C. | Young, Conaway, Stargatt & Taylor |
| Wilmington, Delaware 19899-0035 | 300 Delaware Ave., Suite 1100 | 1000 North King Street |
| | Wilmington, DE 19801 | Wilmington, DE 19809 |