Dan McAllister
San Diego County Tax Collector
1600 Pacific Highway, Room 162
San Diego, CA 92101

FILED

2022 OCT -4  AM 10: 00

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

**UNITED STATES BANKRUPTCY COURT**
District of Delaware
824 N Market St # 500
Wilmington, DE 19801

**In Re**:
**Mad Catz, Inc.**
10680 Treena Street Suite No. 500
San Diego, CA 92131

BANKRUPTCY NO.: 17-10679-LSS

## NOTICE OF SATISFACTION OF CLAIM BY SECURED CREDITOR COUNTY OF SAN DIEGO, CALIFORNIA

**YOU ARE HEREBY NOTIFIED** that Dan McAllister, San Diego County Treasurer-Tax Collector, submits a SATISFACTION OF CLAIM. Claim NO. 9, filed on 05/31/2017 for bill numbers 17-005128 & 17-027447have been satisfied.

Dated:  09/27/2022

/s/ Edward King
_____

Senior Treasurer-Tax Collector Specialist

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and am employed in the County of San Diego. I am over the age of eighteen years, and not a party to the within action; my business address is 1600 Pacific Highway, Room 162, San Diego, CA 92101.

On September 27, 2022, I served the within REQUEST FOR SPECIAL NOTICE BY SECURED CREDITOR SAN DIEGO COUNTY TREASURER-TAX COLLECTOR on the interested parties in said action by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed to those parties indicated below:

Matthew Barry Lunn

Young, Conaway, Stargatt & Taylor LLP

1000 North King Street

Wilmington, DE 19801

**David W. Carickhoff (TR)**

**Archer & Greiner, P.C.**

**300 Delaware Ave, Suite 1100**

**Wilmington, DE 19801**

**United States Bankruptcy Court**

**District of Delaware**

**824 N Market St # 500**

**Wilmington, DE 19801**

☒ **BY REGULAR MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on the same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on the motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in the affidavit.

☐ **BY FACSIMILE TRANSMISSION:** I transmitted the above-listed documents to those parties indicated on the attached service list at the fax numbers so indicated. I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

I, Edward King, declare that I am employed in the office at whose direction this mailing is made. Executed on September 27, 2022, in San Diego, California.

_____

Edward King (SR. TTC Specialist)