## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> MAD CATZ, INC., <br><br> Debtor. | Chapter 7 <br><br> Case No. 17-10679 (LSS) <br><br> **Hearing Date:  March 16, 2023 @ 2:30 pm** <br> **Objection Date:  February 27, 2023 at 4:00 p.m.** |

### APPLICATION TO PAY UNCLAIMED FUNDS TO THE COURT

David W. Carickhoff, Chapter 7 Trustee, respectfully represents as follows:

1. The Debtor filed its Voluntary Petition under Chapter 7 on 3/30/2017.

2. I was appointed Chapter 7 Bankruptcy Trustee on 4/3/2017.

3. On 7/21/2022, the Order of Distribution was signed by Judge Silverstein and entered at Docket No. 324 authorizing the final distribution pursuant to Exhibit A of the Order.

4. On 8/17/2022, distribution was made pursuant to said Order.

5. As of 2/1/2023, the following checks issued pursuant to the Order have not been negotiated by the Payees (last known addresses are listed below):

| Check No. | Check Date | Payee & Address | Check Amount | Voided/Stopped |
|---|---|---|---|---|
| 1037 | 8/17/2022 | Min Sung Choi <br> 9060 SW Oleson Road  #3 <br> Portland, OR 97223 | $48.76 | Stop Payment <br> 9/15/2022 |
| 1044 | 8/17/2022 | P&T Law APC <br> 1965 Chatsworth Blvd. <br> San Diego, CA 92107 | $281.63 | Stop Payment <br> 12/14/2022 |
| 1054 | 8/17/2022 | Integrated Mac Solutions <br> 7918 El Cajon Blvd., #N316 <br> La Mesa, CA 91942 | $81.07 | Void <br> 10/25/2022 |

6. The above listed non-negotiated checks have either been voided or a stop payment has been issued.

WHEREFORE, David W. Carickhoff, Chapter 7 Trustee, respectfully requests that the Court permit the Estate to pay to the Clerk for deposit into the Treasury the amount of Four Hundred Eleven Dollars and Forty-Six Cents ($411.46), representing the total amount of the non-negotiated checks listed herein.

Dated:  February 6, 2023

By: /s/ *DAVID W. CARICKHOFF*
David W. Carickhoff
ARCHER & GREINER, P.C.
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Telephone (302) 777-4350
Facsimile (302) 777-4352
Email  dcarickhoff@archerlaw.com

Chapter 7 Trustee