**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MAD CATZ, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 17-10679 (LSS)<br><br>**Re: Docket No. \_\_\_** |

**ORDER TO PAY UNCLAIMED FUNDS TO THE COURT**

IT IS HEREBY ORDERED that that Trustee shall pay a check in the amount of Four Hundred Eleven Dollars and Forty-Six Cents ($411.46) to the Clerk, United States Bankruptcy Court for the District of Delaware, representing the total amount of unclaimed funds pursuant to the Application.