**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MAD CATZ, INC.,<br><br>　　　　　　　　　　Debtor. | Chapter 7<br><br>Case No. 17-10679 (LSS)<br><br>**Hearing Date:  March 16, 2023 @ 2:30 pm**<br>**Objection Date:  February 27, 2023 at 4:00 p.m.** |

**NOTICE OF APPLICATION TO PAY UNCLAIMED FUNDS TO THE COURT**

　　　　David W. Carickhoff, Chapter 7 Trustee, has filed an Application to pay Unclaimed Funds in the Estate to the Court.

　　　　You are required to file a response or objection to the attached Application on or **before February 27, 2023 at 4:00 p.m.**

　　　　If you fail to respond in accordance with this Notice, the Court may grant the relief demanded by the Application without further notice or hearing.

　　　　If a response or objection is timely filed, a hearing on the Application will be held at the Bankruptcy Court, 824 N. Market Street, 6th Floor, Courtroom #2, Wilmington, DE 19801, before the Honorable Laurie Selber Silverstein on **March 16, 2023 at 2:30 p.m.**

Dated: February 6, 2023

By: /s/ *DAVID W. CARICKHOFF*
David W. Carickhoff
ARCHER & GREINER, P.C.
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Telephone (302) 777-4350
Facsimile (302) 777-4352
Email  dcarickhoff@archerlaw.com

Chapter 7 Trustee