**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MAD CATZ, INC.,<br><br>              Debtor. | Chapter 7<br><br>Case No. 17-10679 (LSS)<br><br>**Hearing Date:  March 16, 2023 @ 2:30 pm**<br>**Objection Date:  February 27, 2023 at 4:00 p.m.** |

## CERTIFICATE OF SERVICE

I, David W. Carickhoff, Chapter 7 Trustee, do hereby certify that on February 6, 2023, a copy of the within Application to pay Unclaimed Funds in the Estate to the Court was served, on the following by first class postage pre-paid mail:

    Min Sung Choi
    9060 SW Oleson Road  #3
    Portland, OR 97223

    P&T Law APC
    1965 Chatsworth Blvd.
    San Diego, CA 92107

    Integrated Mac Solutions
    7918 El Cajon Blvd., #N316
    La Mesa, CA 91942

    Office of the United States Trustee
    Attn: Diane Giordano
    844 N. King Street;  Suite 2207
    Lockbox 35
    Wilmington, DE 19801

Dated:  February 6, 2023

By:  /s/ *DAVID W. CARICKHOFF*
David W. Carickhoff
ARCHER & GREINER, P.C.
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Telephone (302) 777-4350
Facsimile (302) 777-4352
Email  dcarickhoff@archerlaw.com

Chapter 7 Trustee

226616781v1