**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

IN RE:

MAD CATZ, INC.

Debtor(s)

CASE NO. 17-10679

CHAPTER 7

## REPORT FOR BANKRUPTCY JUDGES IN CASES TO BE CLOSED

A.

| | |
|---|---|
| $7,752,030.62 | TOTAL GROSS RECEIPTS |
| $7,752,030.62 | TOTAL DISBURSEMENTS |
| $0.00 | NET BALANCE FOR DISTRIBUTION |

B. FEES AND EXPENSES

| | |
|---|---|
| $255,810.92 | Trustee Compensation |
| $2,328.14 | Trustee Expenses |
| $3,781.34 | Bond Payments |
| $180,899.22 | Administrative Rent |
| $26,182.25 | Costs to Secure Property (e.g, casualty insurance, locksmiths) |
| $118,494.32 | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) |
| $242.35 | Chapter 7 Operating Case Expense |
| $2,161.46 | Clerk of the Court Costs (includes adversary and other filing fees) |
| $15,427.02 | Other Chapter 7 Administrative Expenses |
| $471,222.50 | Attorney for Trustee Fees (Trustee Firm) |
| $11,867.48 | Attorney for Trustee Expenses (Trustee Firm) |
| $318,841.00 | Accountant for Trustee Expenses (Other Firm) |
| $7,374.72 | Accountant for Trustee Expenses (Other Firm) |
| $1,620.00 | Consultant for Trustee Fees |

C. DISTRIBUTIONS

| | |
|---|---|
| $4,570,674.58 | Secured Creditors |
| $232,679.82 | Priority Creditors |

|              |                    |
|-------------:|--------------------|
| $1,532,423.50 | Unsecured Creditors |
| $0.00        | Equity Security Holders |
| $0.00        | Payments to Debtors |

TOTAL DISBURSEMENTS (Sum of B & C):        7,752,030.62

If applicable, list portion of this total distributed by Trustee in Chapter other than Chapter 7 (DO NOT include payments to debtor):
$                0.00

D. <u>CLAIMS ALLOWED</u>

List amount allowed to each class of creditors (whether paid in full or not). However, if the class receives nothing, enter "0" on the line.

|              |                    |
|-------------:|--------------------|
| $4,570,674.58 | Secured Creditors |
| $273,316.76  | Priority Creditors |
| $6,854,470.83 | Unsecured Creditors |

I certify under penalty of perjury that the information provided on this form is true and correct to the best of my knowledge, information, and belief.

Date:  May 23, 2023

David Carickhoff, Trustee